FILED ✓    LODGED
RECEIVED    COPY

OCT 0 4 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-17-01311-PHX-DGC (BSB) |
| Plaintiff, | **REDACTED INDICTMENT** |
| vs. | VIO: 18 U.S.C. §§ 2252(a)(2), (b)(1), and 2256 (Distribution of Child Pornography) Counts 1 - 8 |
| Anthony Espinosa Gonzales, | 18 U.S.C. §§ 2252(a)(4)(B), and 2256 (Possession of Child Pornography) Count 9 |
| Defendant. | 18 U.S.C. §§ 981 and 2253, 21 U.S.C. § 853 and 28 U.S.C. § 2461(c) (Forfeiture Allegations) |

THE GRAND JURY CHARGES:

## COUNT 1

On or about December 13, 2016, , in the District of Arizona, and elsewhere, defendant ANTHONY ESPINOZA GONZALES, did knowingly distribute visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions distributed were in a torrent file. The visual depictions had been mailed, had been shipped or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

1         intro-DD.mp4

2         Lux_Leak 4.mp4

3    In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2256.

## COUNT 2

On or about December 14, 2016, , in the District of Arizona, and elsewhere, defendant ANTHONY ESPINOZA GONZALES, did knowingly distribute visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions distributed were in a torrent file. The visual depictions had been mailed, had been shipped or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

        **2 Little Girls Suck MansDick so ( Hot).mp4**

        AdryPlayWithDelyandDad(1).jpg

        AdryPlayWithDelyandDad(2).jpg

        AdryPlayWithDelyandDad(4).jpg

In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2256.

## COUNT 3

On or about December 19, 2016, , in the District of Arizona, and elsewhere, defendant ANTHONY ESPINOZA GONZALES, did knowingly distribute visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions distributed were in a torrent file. The visual depictions had been mailed, had been shipped or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

       3926.jpg

       3927.jpg

       3930.jpg

       3931.jpg

       360298.jpg

In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2256.

## COUNT 4

On or about December 23, 2016, , in the District of Arizona, and elsewhere, defendant ANTHONY ESPINOZA GONZALES, did knowingly distribute visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions distributed were in a torrent file. The visual depictions had been mailed, had been shipped or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

       **Asi se mama linda.mp4**

In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2256.

## COUNT 5

On or about December 24, 2016, , in the District of Arizona, and elsewhere, defendant ANTHONY ESPINOZA GONZALES, did knowingly distribute visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions distributed were in a torrent file. The visual depictions had been mailed, had been shipped or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

1                             **TrueAnal.mp4**

2           In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2256.

3                                 **COUNT 6**

4           On or about December 28, 2016, , in the District of Arizona, and elsewhere, defendant
5  ANTHONY ESPINOZA GONZALES, did knowingly distribute visual depictions that
6  involved the use of a minor engaging in sexually explicit conduct and such visual depictions
7  were of such conduct. The visual depictions distributed were in a torrent file. The visual
8  depictions had been mailed, had been shipped or transported using any means or facility of
9  interstate or foreign commerce or in and affecting interstate or foreign commerce, and had
10 been produced using materials which had been mailed, shipped, or transported by any means,
11 including by computer. Some of the visual depictions of minors engaged in sexually explicit
12 conduct are listed below:

13                    **mov_0211.mp4**

14                    **MVI_0084.mpg**

15          In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2256.

16                                **COUNT 7**

17          On or about January 5, 2017, , in the District of Arizona, and elsewhere, defendant
18 ANTHONY ESPINOZA GONZALES, did knowingly distribute visual depictions that
19 involved the use of a minor engaging in sexually explicit conduct and such visual depictions
20 were of such conduct. The visual depictions distributed were in a torrent file. The visual
21 depictions had been mailed, had been shipped or transported using any means or facility of
22 interstate or foreign commerce or in and affecting interstate or foreign commerce, and had
23 been produced using materials which had been mailed, shipped, or transported by any means,
24 including by computer. Some of the visual depictions of minors engaged in sexually explicit
25 conduct are listed below:

26

27              **040e104b0573e84b2b214a23b779fa1c - cumshot girl man masturbation music oral pthc sound vicky.mpg**

28

736ae0e3fec0776f16e73d02c3b6c64 – 8yr girl golden_shower man ptsc sound tara.wmv

0771d184994386c9a06a50236b67fbe9 – 2013 anal girl man oral pthc sound tara.wmv

03743f7e2ec126453389d303db7688d8 – tara oral compilation.wmv

7745f370223b4f53f8ecdcae41056457 – anal girl man pthc.mp4

ac46690234a667bd8981ce4a2030d856 – bibigon girl golden_shower man oral pthc for_hoarders_hell.wmv

e8fd1aecd485282ebe384ebb2c0106fd – anal girl pthc sound toys.mp4

eeb6bc560896bdd95a04a7fa7fa62d6c – full video5 preview.ogv

sam_1598.avi

In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2256.

## COUNT 8

On or about January 9, 2017, , in the District of Arizona, and elsewhere, defendant ANTHONY ESPINOZA GONZALES, did knowingly distribute visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions distributed were in a torrent file. The visual depictions had been mailed, had been shipped or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

**VID_20130807_205140.mp4**

In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2256.

## COUNT 9

On or about February 8, 2017, in the District of Arizona, and elsewhere, defendant ANTHONY ESPINOZA GONZALES, did knowingly possess and knowingly access with intent to view, visual depictions that involved the use of a minor engaging in sexually explicit

conduct and such visual depictions were of such conduct. The visual depictions possessed and accessed by the defendant were contained on the items listed below. The visual depictions on each of the items below had been mailed, had been shipped or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported, by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

| COUNT | ITEM | FILE NAMES |
|---|---|---|
| 9 | Microsoft Surface Tablet | 9cf5f95016508a17b25097b6508f165b – bdsm03 bondage girl hmm judyan man pthc sound vaginal.avi.mpg<br><br>33eadf56857279ffb061ea773741bfa0 – bondage girl hmm lea man oral petting pthc set12p2 sound_of_si.mpg<br><br>460bb4ee3cf34cf84035d77a1cf0e86d – bdsm02 bondage girl hmm judyan man pthc sound vaginal.avi.mpg<br><br>0787.jpg<br><br>0788.jpg<br><br>0794.jpg<br><br>0795.jpg<br><br>0801.jpg<br><br>0812.jpg<br><br>0822.jpg<br><br>0826.jpg<br><br>0832.jpg |

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2256.

**FORFEITURE ALLEGATIONS**

The Grand Jury realleges and incorporates the allegations of Counts 1-9 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 981 and 2253, Title 21 United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of one or more of the offenses alleged in Counts 1-9 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in any visual depiction, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of statute, and any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense, and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property, including, but not limited to a Microsoft Surface Tablet, SN: 024876150753 seized by law enforcement on February 8, 2017, containing visual depictions of minors engaging in sexually explicit conduct and child erotica. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. Section 853(p).

All in accordance with Title 18, United States Code, Sections 981 and 2253, Title 21,

United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: October 4, 2017

ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

*s/*
GAYLE L. HELART
Assistant U.S. Attorney
BRETT A. DAY
Special Assistant U.S. Attorney