AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
| v. | ) |
| | ) Case No. CR-17-1311-PHX-DGC(BSB) |
| Anthony Espinosa Gonzales | ) |
| aka | ) |
| Anthony Espinoza Gonzales | ) |
| Defendant | ) |

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 2 2 2018

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Anthony Espinosa Gonzales                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:2252(a)(2), (b)(1) and 2256 - Distribution of Child Pornography
18:2252(a)(4)(B) and 2256 - Possession of Child Poronography
18:981 and 2253, 21:853, 28:2461(c) - Forfeiture Allegations

Date: 10/05/2017

*Issuing officer's signature*

City and state:   Phoenix, Arizona

K. Smith, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/5/2017, and the person was arrested on *(date)* 1/18/2018
at *(city and state)* Litchfield Park, AZ

Date: 1/19/2018

by: _____
*Arresting officer's signature*
arrested by FBI

*Printed name and title*