# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In the Matter of Criminal Cases Set for Trial on March 13, 2018, | )<br>)<br>)   ORDER<br>)<br>)<br>) |

      **TO COUNSEL: THE FOLLOWING CASES ARE SET FOR TRIAL ON March 13, 2018:**

      CR 16-1407 PHX Lloyd Raphael Warren

      CR 16-1427 PHX Vicente Junior Romero

      CR 17-202 PHX John Hoseph Lange Jr.

      CR 17-869 PHX Nathaniel Dominick Myers

      CR 17-1001 PHX Joseph Alexander Dashee

      CR 17-1311 PHX Anthony Espinosa Gonzales

      CR 17-1412 PHX Bernardo Bejarano-Portillo

      CR 17-1533 PHX Kip Mickail Lessard

      CR 17-1693 PHX Arturo Alarcon-Garcia

      CR 17-8137 PCT Dustin Richard Jordan

      CR 17-8150 PCT Cody Jamelle Nachu

      CR 17-8222 PCT Joshua Faber

      CR 17-8224 PCT Craig Bryan Livermore

      CR 17-8289 PCT Anthony O'Brien Larzelere

|   |   |
|---|---|
| 1 | **CR 17-8318 Ethan Barlow** |
| 2 | **CR 18-40 PHX Jennifer Jimenez** |
| 3 | **CR 18-44 PHX Jarvis Redhouse** |
| 4 | **CR 18-74 PHX Luis Maravilla-Nunez** |
| 5 | **CR 18-75 PHX Khushvir Singh** |
| 6 | **CR 18-79 PHX Derrick Maurice Lowe** |
| 7 | **CR 18-8016 PCT Michael Joe and Michele Joe** |

**In order to properly administer the calendar, a status conference is necessary.**

**IT IS HEREBY ORDERED that all counsel appear at a status conference on <u>February 26, 2018, at 4:30 p.m.</u>  Each of these cases affects the docketing of the other cases.  Therefore, no counsel shall be excused until the proceedings are concluded.  No substitution of counsel will be permitted.  Because this is a status conference, it will not be necessary for the Defendant(s) to appear in person.**

**IT IS FURTHER ORDERED that <u>three days prior</u> to attending the status conference, counsel must complete the following:**

1. **Meet personally and agree:**
    a. **Whether the case will proceed to trial or be resolved by a plea.**
    b. **Whether either party will seek a continuance.**
    c. **What motions, if any, can be resolved by stipulation of counsel.**
    d. **What disputed motions, if any, will be filed and need to be resolved.**
    e. **Whether either party has filed or anticipates filing <u>motions in limine.</u>**
2. **File all 404(b) notices and LRCrim 16.1 notices.**
3. **Resolve any discovery disputes.**

**The topics listed in paragraphs 1 - 3 will be discussed and disputed issues resolved at the status conference.**

**If a change of plea for a Defendant has been scheduled or a Motion to Continue h <u>e-mail</u>, <u>*not telephone*</u>, the courtroom deputy at Traci_Abraham@azd.uscourts.gov or view this Court's**

calendar on the internet at www.azd.uscourts.gov to confirm that the status hearing has been vacated.

ALL STIPULATED MOTIONS TO CONTINUE as been **granted** before the status conference, the hearing for that Defendant will be vacated.

IT IS FURTHER ORDERED that you shall MUST BE FILED <u>TWO BUSINESS DAYS PRIOR TO THE DATE SET FOR THE STATUS CONFERENCE. THE ORDER TO CONTINUE MUST INCLUDE LANGUAGE VACATING THE STATUS CONFERENCE</u>. CHANGE OF PLEA REQUESTS MUST BE MADE NO LESS THAN ONE (1) BUSINESS DAY PRIOR TO THE DATE SET FOR THE STATUS CONFERENCE. In addition to e-filing the Motion, counsel are also directed to e-mail the Motion(in .pdf format) and Proposed Form of Order (in Word or Word Perfect 9.0 Format) in <u>one e-mail</u> to chambers mailbox (campbell_chambers@azd.uscourts.gov).

No excludable delay shall result from the entry of this Order.

DATED this 7th day of February, 2018.

_____
David G. Campbell
United States District Judge