CR-17-01311-PHX-DGC

EXHIBIT 1

To

**UNITED STATES' RESPONSE TO DEFENDANT'S
MOTION TO COMPEL DISCOVERY;
PRECLUDE CERTAIN EVIDENCE**



## REPORT OF FORENSIC EXAMINATION

| | |
|---|---|
| **PREPARED BY** | Tami L. Loehrs, EnCE, ACE, CHFI, CCFE |
| | Loehrs & Associates, LLC. |
| | 3037 West Ina, Suite 121 |
| | Tucson, Arizona  85741 |
| | 520.219.6807 |
| | |
| **PREPARED FOR** | Barbara Hull |
| **CASE NO** | 2:17-CR-01311-PHX-DGC |
| **CASE NAME** | United States v. Anthony Espinoza Gonzales |
| **DATE** | 7/18/2018 |



# EXAMINATION REPORT

| CASE NAME / NUMBER |
| --- |
| UNITED STATES v. ANTHONY ESPINOZA GONZALES |
| 2:17-CR-01311-PHX-DGC |
| PAGE 2 OF 23 PAGES |

# Section A:  EXECUTIVE SUMMARY

This section of the report provides a narrative summary of the facts of the case and the results of the computer forensic examination as set forth in the following subsections:

**Pertinent Legal Statutes and Definitions:**  This provides legal statutes and definitions specifically charged in the case.

**Summary of Findings**: This is a bullet-point summary of conclusions based on the forensic evidence uncovered during the examination.  These conclusions are the opinion of the author of this report and are offered to the reader of this report for information purposes only.  These opinions are not intended to be legal conclusions and not all opinions are necessarily suitable for testimony.

**Purpose of Examination:**  This sets forth the purpose of the computer forensics examination.

**Synopsis of Facts:**  This is a narrative summary of the facts of this case as set forth in the discovery documents provided.

**THE FOLLOWING REPORT SETS FORTH PRELIMINARY RESULTS BASED UPON A LIMITED OFF-SITE FORENSICS EXAMINATION.  FOR CASES INVOLVING MULTIPLE EVIDENCE ITEMS AND/OR COMPLEX ISSUES SUCH AS EVIDENCE OF OTHER USERS, VIRUSES AND TROJANS, CERTAIN FORENSIC PROCESSES AND PROCEDURES REQUIRE WEEKS, IF NOT MONTHS, OF UNFETTERED ACCESS IN FRONT OF THE EVIDENCE IN A CONTROLLED LAB ENVIRONMENT AND CAN NOT BE ACCOMPLISHED AT AN OFF-SITE FACILITY.  IF IT IS DEEMED NECESSARY TO CONTINUE THE FORENSIC INVESTIGATION OF THE EVIDENCE, A SUPPLEMENTAL REPORT MAY FOLLOW.**

| TYPED EXAMINER'S NAME | ORGANIZATION | |
| --- | --- | --- |
| TAMI L. LOEHRS | LOEHRS & ASSOCIATES, LLC. | |
| | DATE 7/18/2018 | EXHIBIT |



# EXAMINATION REPORT

| CASE NAME / NUMBER |
| --- |
| UNITED STATES v. ANTHONY ESPINOZA GONZALES |
| 2:17-CR-01311-PHX-DGC |
| **PAGE 3 OF 23 PAGES** |

---

**PERTINENT LEGAL STATUTES AND DEFINITIONS**

Child pornography is defined under 18 USC §2256 (8) as:

Any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where

(A) The production of such visual depiction involves the use of a minor engaging in sexually explicit conduct;

(B) Such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaging in sexually explicit conduct; or

(C) Such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct.

Sexually explicit conduct is defined under 18 USC §2256(2) (A) as:

(i)      graphic sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite  sex, or lascivious simulated sexual intercourse where the genitals, breast or pubic area of any person is exhibited;

(ii)     graphic or lascivious simulated:
   a.   bestiality;
   b.   masturbation;
   c.   sadistic or masochistic abuse; or

(iii)    graphic or simulated lascivious exhibition of the genitals or pubic area of any person.

| TYPED EXAMINER'S NAME | ORGANIZATION | |
| --- | --- | --- |
| TAMI L. LOEHRS | LOEHRS & ASSOCIATES, LLC. | |
| | DATE 7/18/2018 | EXHIBIT |



**EXAMINATION REPORT**

| CASE NAME / NUMBER |
| --- |
| UNITED STATES v. ANTHONY ESPINOZA GONZALES |
| 2:17-CR-01311-PHX-DGC |
| PAGE 4 OF 23 PAGES |

---

**SUMMARY OF FINDINGS**

*NOTE: The following narratives are provided for the purpose of explaining to the reader of this report how the forensic evidence has been applied to the offenses for which the defendant is charged. The following narratives are not meant to be findings of fact or legal conclusions and are not necessarily intended to be subjects of testimony.*

<u>**COUNTS ONE THROUGH EIGHT**</u>
The files that Mr. Gonzales is being charged with knowingly distributing in Counts One through Eight of the Indictment were downloaded by law enforcement's proprietary software during an on-line investigation of the BitTorrent network. The files were downloaded from an unknown device at an IP address registered to Erica Gonzales.

After conducting an independent forensics examination, none of the files identified in Counts One through Eight were found on any of the evidence items seized from the Gonzales residence. In that regard, I am unable to form any opinions regarding Mr. Gonzalez's knowledge of files that do not exist.

---

| TYPED EXAMINER'S NAME | ORGANIZATION | |
| --- | --- | --- |
| TAMI L. LOEHRS | LOEHRS & ASSOCIATES, LLC. | |
| | DATE | EXHIBIT |
| *J. Loe* | 7/18/2018 | |



| EXAMINATION REPORT | CASE NAME / NUMBER<br>UNITED STATES v. ANTHONY ESPINOZA GONZALES<br>2:17-CR-01311-PHX-DGC |
|---|---|
| | PAGE 5 OF 23 PAGES |

**PURPOSE OF EXAMINATION**

Determine if the evidence supports the charges that Defendant knowingly distributed visual depictions involving the use of a minor engaging in sexually explicit conduct that were distributed in a torrent file as alleged in Counts One through Eight.

*NOTE:  In the past, Courts have questioned whether I have the authority or expertise to opine what is child pornography. In order to avoid controversy in this regard, I have relied in this report on evidence that has been identified by the government as child pornography in Counts One through Eight for which the defendant is being charged.*

| TYPED EXAMINER'S NAME<br>TAMI L. LOEHRS | ORGANIZATION<br>LOEHRS & ASSOCIATES, LLC. | |
|---|---|---|
| | DATE<br>7/18/2018 | EXHIBIT |



| | **EXAMINATION REPORT** | CASE NAME / NUMBER |
| | | UNITED STATES v. ANTHONY ESPINOZA GONZALES |
| | | 2:17-CR-01311-PHX-DGC |
| | | **PAGE 6 OF 23 PAGES** |

## SYNOPSIS OF FACTS

Between December 13, 2016 and January 9, 2017, Special Agent Daniels with the Federal Bureau of Investigation utilized a law enforcement software program to conduct an online investigation of the BitTorrent file sharing network. The software identified several torrent files of interest at IP address 24.255.44.200 and downloaded files of suspect child pornography.

SA Daniels sent a subpoena to Cox Communications for the records pertaining to subscriber of the suspect IP address and Cox Communications reported that the suspect IP address was subscribed to by Erica Gonzales, residing at 16594 North 162nd Drive in Surprise, Arizona.

On or about January 31, 2017, SA Daniels applied for a search warrant for the Gonzales residence and the search warrant was granted by Honorable United States Magistrate Judge Michelle H. Burns.

On or about February 8, 2017, the search warrant was executed at the Gonzales residence and multiple items of digital evidence were seized.

On or about this same date, SA Daniels requested that a Digital Extraction Technician (DExT) conduct an analysis on the seized devices. Files of investigative interest were located on items QPX1_2 and QPX2.

On or about October 4, 2017, an Indictment was filed in the United States District Court for the District of Arizona, charging Anthony Espinoza Gonzales with the following:

### Count One

On or about December 13, 2016, in the District of Arizona, and elsewhere, defendant ANTHONY ESPINOZA GONZALES, did knowingly distribute visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions distributed were in a torrent file. The visual depictions had been mailed, had been shipped or transported using any means or facility of interstate or foreign commerce· or in or affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

| **File Name** |
| --- |
| Intro-DD.mp4 |
| Lux_Leak 4.mp4 |

In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2256.

### Count Two

On or about December 14, 2016, in the District of Arizona, and elsewhere, defendant ANTHONY ESPINOZA GONZALES, did knowingly distribute visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions distributed were in a torrent file. The visual depictions had been mailed, had been shipped or transported using any means or facility of

| TYPED EXAMINER'S NAME | ORGANIZATION | |
| --- | --- | --- |
| TAMI L. LOEHRS | LOEHRS & ASSOCIATES, LLC. | |
| _signature_ | DATE 7/18/2018 | EXHIBIT |



| | |
|---|---|
| **EXAMINATION REPORT** | CASE NAME / NUMBER |
| | UNITED STATES v. ANTHONY ESPINOZA GONZALES |
| | 2:17-CR-01311-PHX-DGC |
| | **PAGE 7 OF 23 PAGES** |

interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

| File Name |
|---|
| 2 Little Girls Suck MansDick so ( Hot).mp4 |
| AdryPlayWithDelyandDad(1).jpg |
| AdryPlayWithDelyandDad(2).jpg |
| AdryPlayWithDelyandDad(4).jpg |

In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2256.

**Count Three**
On or about December 19, 2016, in the District of Arizona, and elsewhere, defendant ANTHONY ESPINOZA GONZALES, did knowingly distribute visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions distributed were in a torrent file. The visual depictions had been mailed, had been shipped or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

| File Name |
|---|
| 3926.jpg |
| 3927.jpg |
| 3930.jpg |
| 3931.jpg |
| 360298.jpg |

In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2256.

**Count Four**
On or about December 23, 2016, in the District of Arizona, and elsewhere, defendant ANTHONY ESPINOZA GONZALES, did knowingly distribute visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions distributed were in a torrent file. The visual depictions had been mailed, had been shipped or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

| File Name |
|---|
| Asi se mama linda.mp4 |

In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2256.

| TYPED EXAMINER'S NAME | ORGANIZATION | |
|---|---|---|
| TAMI L. LOEHRS | LOEHRS & ASSOCIATES, LLC. | |
| | DATE | EXHIBIT |
| | 7/18/2018 | |



**EXAMINATION REPORT**

| CASE NAME / NUMBER |
| --- |
| UNITED STATES v. ANTHONY ESPINOZA GONZALES |
| 2:17-CR-01311-PHX-DGC |

**PAGE 8 OF 23 PAGES**

**Count Five**

On or about December 24, 2016, in the District of Arizona, and elsewhere, defendant ANTHONY ESPINOZA GONZALES, did knowingly distribute visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions distributed were in a torrent file. The visual depictions had been mailed, had been shipped or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

| File Name |
| --- |
| TrueAnal.mp4 |

In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2256.

**Count Six**

On or about December 28, 2016, in the District of Arizona, and elsewhere, defendant ANTHONY ESPINOZA GONZALES, did knowingly distribute visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions distributed were in a torrent file. The visual depictions had been mailed, had been shipped or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

| File Name |
| --- |
| mov_0211.mp4 |
| MVI_0084.mpg |

In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2256.

**Count Seven**

On or about January 5, 2017, in the District of Arizona, and elsewhere, defendant ANTHONY ESPINOZA GONZALES, did knowingly distribute visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions distributed were in a torrent file. The visual depictions had been mailed, had been shipped or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

| File Name |
| --- |
| 040e104b0573e84b2b214a23b779fa1c - cumshot girl man masturbation music oral pthc sound vicky.mpg |
| 736ae0e3fec0776f16e73d02c3b6c64 - 8yr girl golden_shower man ptsc sound tara.wmv |
| 0771d184994386c9a06a50236b67fbe9 - 2013 anal girl man oral pthc sound tara.wmv |
| 03743f7e2ec126453389d303db7688d8 - tara oral compilation.wmv |

| TYPED EXAMINER'S NAME | ORGANIZATION | |
| --- | --- | --- |
| TAMI L. LOEHRS | LOEHRS & ASSOCIATES, LLC. | |
| | DATE | EXHIBIT |
| | 7/18/2018 | |



**EXAMINATION REPORT**

| CASE NAME / NUMBER |
| --- |
| UNITED STATES v. ANTHONY ESPINOZA GONZALES |
| 2:17-CR-01311-PHX-DGC |
| **PAGE 9 OF 23 PAGES** |

| |
| --- |
| 7745f370223b4f53f8ecdcae41056457 - anal girl man pthc.mp4 |
| ac46690234a667bd8981ce4a2030d856 - bibigon girl golden_shower man oral pthc for_hoarders_hell. wmv |
| e8fdlaecd485282ebe384ebb2c0106fd - anal girl pthc sound toys.mp4 |
| eeb6bc560896bdd95a04a7fa7fa62d6c - full video5 preview.ogv |
| sam_1598.avi |

In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2256.

**Count Eight**
On or about January 9, 2017, in the District of Arizona, and elsewhere, defendant ANTHONY ESPINOZA GONZALES, did knowingly distribute visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions distributed were in a torrent file. The visual depictions had been mailed, had been shipped or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

| File Name |
| --- |
| VID_20130807_205140.mp4 |

In violation of Title 18, United States Code, Sections 2252(a)(2), (b)(1), and 2256.

**Count Nine**
On or about February 8, 2017, in the District of Arizona, and elsewhere, defendant ANTHONY ESPINOZA GONZALES, did knowingly possess and knowingly access with intent to view, visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions possessed and accessed by the defendant were contained on the items listed below. The visual depictions on each of the items below had been mailed, had been shipped or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported, by any means, including by computer. Some of the visual depictions of minors engaged in sexually explicit conduct are listed below:

| Count | Item | File Name |
| --- | --- | --- |
| 9 | Microsoft Surface Tablet | 9cf5f95016508al7b25097b6508f165b - bdsm03 bondage girl hmm judyan man pthc sound vaginal.avi.mpg |
| | | 33eadf56857279ffb061ea77374lbfa0- bondage girl hmm lea man oral petting pthc set12p2 sound_of_si.mpg |
| | | 460bb4ee3cf34cf84035d77alcf0e86d- bdsm02 bondage girl hmm judyan man pthc sound vaginal.avi.mpg |
| | | 0787.jpg |

| TYPED EXAMINER'S NAME | ORGANIZATION | |
| --- | --- | --- |
| TAMI L. LOEHRS | LOEHRS & ASSOCIATES, LLC. | |
| | DATE 7/18/2018 | EXHIBIT |

| | | | EXAMINATION REPORT | CASE NAME / NUMBER<br>UNITED STATES v. ANTHONY ESPINOZA GONZALES<br>2:17-CR-01311-PHX-DGC |
| --- | --- | --- | --- | --- |

**loehrs & associates**

**PAGE 10 OF 23 PAGES**

| | | | 0788.jpg |
| --- | --- | --- | --- |
| | | | 0794.jpg |
| | | | 0795.jpg |
| | | | 0801.jpg |
| | | | 0812.jpg |
| | | | 0822.jpg |
| | | | 0826.jpg |
| | | | 0832.jpg |

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2256.

On or about February 7, 2018, I was hired by counsel for Mr. Gonzales to conduct an independent computer forensics analysis of the evidence seized.  Because the Adam Walsh Act does not allow for the evidence to be sent to my lab, the evidence was made available at the Federal Bureau of Investigation in Phoenix, Arizona on March 13 & 14, 2018. During that examination, non-contraband data was extracted for further analysis at the Loehrs & Associates lab in Tucson, Arizona.

| TYPED EXAMINER'S NAME<br>TAMI L. LOEHRS | | ORGANIZATION<br>LOEHRS & ASSOCIATES, LLC. | |
| --- | --- | --- | --- |
| | | DATE<br>7/18/2018 | EXHIBIT |



| | EXAMINATION REPORT | CASE NAME / NUMBER |
| --- | --- | --- |
| | | UNITED STATES v. ANTHONY ESPINOZA GONZALES |
| | | 2:17-CR-01311-PHX-DGC |
| | | PAGE 11 OF 23 PAGES |

# Section B:  EXAMINATION DETAILS

This section of the report includes technical information and data extracted from the evidence that supports the findings and conclusions set forth in the Executive Summary section of this report. Although the following seven evidence items were provided for examination, only one item is relevant to Counts One through Nine and included in this report (highlighted in yellow).

| Item No | Description | Notes |
| --- | --- | --- |
| QPX3 | Western Digital 36.7GB Hard Drive, S/N WMAH91435411 | Examination was conducted on forensic images provided at the Federal Bureau of Investigation; the original evidence remains in the custody of law enforcement. |
| QPX5 | Western Digital 250GB Hard Drive, S/N WMAYV3342111 | Examination was conducted on forensic images provided at the Federal Bureau of Investigation; the original evidence remains in the custody of law enforcement. |
| QPX6 | SanDisk 16GB USB Cruzer | Examination was conducted on forensic images provided at the Federal Bureau of Investigation; the original evidence remains in the custody of law enforcement. |
| QPX7 | "Jackson Hewitt" Blue and Silver 1GB Thumb Drive | Examination was conducted on forensic images provided at the Federal Bureau of Investigation; the original evidence remains in the custody of law enforcement. |
| QPX1_1 | Western Digital 36.7GB Hard Drive, S/N: WMAH91437507 taken from Black and Silver Antec Generic Computer | Examination was conducted on forensic images provided at the Federal Bureau of Investigation; the original evidence remains in the custody of law enforcement. |
| QPX1_2 | Western Digital 1TB Hard Drive, S/N: WCC3F3DTKY69 taken from Black and Silver Antec Generic Computer | Examination was conducted on forensic images provided at the Federal Bureau of Investigation; the original evidence remains in the custody of law enforcement. |
| QPX2 | Microsoft Surface Pro, S/N 024826150753 | Examination was conducted on forensic images provided at the Federal Bureau of Investigation; the original evidence remains in the custody of law enforcement. |

| TYPED EXAMINER'S NAME | ORGANIZATION | |
| --- | --- | --- |
| TAMI L. LOEHRS | LOEHRS & ASSOCIATES, LLC. | |
| | DATE 7/18/2018 | EXHIBIT |



| EXAMINATION REPORT | CASE NAME / NUMBER |
| --- | --- |
| | UNITED STATES v. ANTHONY ESPINOZA GONZALES |
| | 2:17-CR-01311-PHX-DGC |
| | PAGE 12 OF 23 PAGES |

**QPX2: Microsoft Surface Pro, S/N 024826150753**

**System Specifications**

The forensic image of QPX2 was created on 02/08/17 at 08:54:31PM by Jimmie John Daniels. QPX2 has six partitions identified as C, D, E, F, G and H. The main partition is the F partition and has a total capacity of 112.8GB with 84.6GB allocated to data.  The operating system is Windows 10 Pro and was installed on 04/07/16 at 05:05:12PM (UTC); registered to Chris.  Other than the default accounts created by the Windows operating system, I noted one user account for "Chris".  The time zone was set to US Mountain Standard Time and I assured the forensic software tools were set accordingly.

| Name | Microsoft tablet, model:  Surface, SN:  024876150753 |
| --- | --- |
| Actual Date | 02/08/17 08:54:31PM |
| Target Date | 02/08/17 08:54:31PM |
| File Path | E:\QPX2\QPX2.E01 |
| Case Number | 305A-PX-2125742 |
| Evidence Number | QPX2 |
| Examiner Name | Jimmie John Daniels |
| Notes | |
| Drive Type | Fixed |
| EnCase Version | ADI3.3.0.5 |
| System Version | Win 201x |
| Is Physical | • |
| Raid Stripe Size | 0 |
| Error Granularity | 0 |
| Process ID | 0 |
| Index File | E:\temp\Microsoft tablet, model:  Surface, SN:  024876150753.Index |
| Read Errors | 0 |
| Missing Sectors | 0 |
| CRC Errors | 0 |
| Compression | None |
| Total Size | 128,035,676,160 Bytes (119.2GB) |
| Total Sectors | 250,069,680 |
| Disk Signature | 00000000 |
| Partitions | Valid |
| | |
| **F Volume** | |
| File System | NTFS |
| Sectors per cluster | 8 |
| Bytes per sector | 512 |
| Total Sectors | 236,492,799 |
| Total Capacity | 121,084,309,504 Bytes (112.8GB) |
| Total Clusters | 29,561,599 |
| Unallocated | 30,276,227,072 Bytes (28.2GB) |

| TYPED EXAMINER'S NAME | ORGANIZATION | |
| --- | --- | --- |
| TAMI L. LOEHRS | LOEHRS & ASSOCIATES, LLC. | |
| | DATE 7/18/2018 | EXHIBIT |



# EXAMINATION REPORT

loehrs&associates

| | |
|---|---|
| CASE NAME / NUMBER | |
| UNITED STATES v. ANTHONY ESPINOZA GONZALES | |
| 2:17-CR-01311-PHX-DGC | |
| **PAGE 13 OF 23 PAGES** | |

| | |
|---|---|
| Free Clusters | 7,391,657 |
| Allocated | 90,808,082,432 Bytes (84.6GB) |
| Volume Name | Windows |
| Volume Offset | 1,390,592 |
| Id | S-1-5-21-2851663203-127085160-4141166539 |
| Drive Type | Fixed |

**Operating System**

| | |
|---|---|
| RegisteredOrganization: | |
| CurrentMinorVersionNumber: | 0 |
| CurrentMajorVersionNumber: | 10 |
| CurrentVersion: | 6.3 |
| CurrentBuild: | 10240 |
| RegisteredOwner: | Chris |
| UBR: | 17202 |
| CurrentBuildNumber: | 10240 |
| InstallationType: | Client |
| SoftwareType: | System |
| SystemRoot: | C:\WINDOWS |
| PathName: | C:\WINDOWS |
| Customizations: | ModernApps |
| EditionID: | Professional |
| ProductName: | Windows 10 Pro |
| CurrentType: | Multiprocessor Free |
| ProductId: | 00330-80000-00000-AA409 |
| BuildLab: | 10240.th1_st1.161118-1836 |
| InstallDate: | Thu Apr  7 17:05:12 2016 (UTC) |

**Account Information**

| | |
|---|---|
| Username: | Chris [1001] |
| Full Name: | |
| User Comment: | |
| Account Type: | |
| Account Created: | Thu Apr  7 17:05:39 2016 Z |
| Password Hint: | Akali |
| Last Login Date: | Wed Feb  8 20:29:33 2017 Z |
| Pwd Reset Date: | Thu Apr  7 17:05:39 2016 Z |
| Pwd Fail Date: | Mon Feb  6 13:13:04 2017 Z |
| Login Count: | 286 |

  --> Password does not expire
  --> Password not required
  --> Normal user account

| | |
|---|---|
| TYPED EXAMINER'S NAME | ORGANIZATION |
| TAMI L. LOEHRS | LOEHRS & ASSOCIATES, LLC. |

| | | |
|---|---|---|
| | DATE | EXHIBIT |
| | 7/18/2018 | |



# EXAMINATION REPORT

| | |
|---|---|
| CASE NAME / NUMBER | |
| UNITED STATES v. ANTHONY ESPINOZA GONZALES | |
| 2:17-CR-01311-PHX-DGC | |
| | PAGE 14 OF 23 PAGES |

**C Volume**

| | |
|---|---|
| File System | NTFS |
| Sectors per cluster | 8 |
| Bytes per sector | 512 |
| Total Sectors | 716,799 |
| Total Capacity | 366,997,504 Bytes (350MB) |
| Total Clusters | 89,599 |
| Unallocated | 91,287,552 Bytes (87.1MB) |
| Free Clusters | 22,287 |
| Allocated | 275,709,952 Bytes (262.9MB) |
| Volume Name | Windows RE tools |
| Volume Offset | 2,048 |
| Drive Type | Fixed |

**D Volume**

| | |
|---|---|
| File System | FAT32 |
| Sectors per cluster | 4 |
| Bytes per sector | 512 |
| Total Sectors | 409,599 |
| Total Capacity | 205,520,896 Bytes (196MB) |
| Total Clusters | 100,352 |
| Unallocated | 179,050,496 Bytes (170.8MB) |
| Free Clusters | 87,427 |
| Allocated | 26,470,400 Bytes (25.2MB) |
| Volume Name | SYSTEM |
| Volume Offset | 718,848 |
| Drive Type | Fixed |

**E Volume**

| | |
|---|---|
| File System | Unknown |
| Sectors per cluster | 1 |
| Bytes per sector | 512 |
| Total Sectors | 262,143 |
| Total Capacity | 134,217,216 Bytes (128MB) |
| Total Clusters | 262,143 |
| Unallocated | 134,217,216 Bytes (128MB) |
| Free Clusters | 262,143 |
| Allocated | 0 Bytes (0 Bytes) |
| Volume Offset | 1,128,448 |
| Drive Type | Fixed |

**G Volume**

| | |
|---|---|
| File System | NTFS |
| Sectors per cluster | 8 |

| | |
|---|---|
| TYPED EXAMINER'S NAME | ORGANIZATION |
| TAMI L. LOEHRS | LOEHRS & ASSOCIATES, LLC. |
| | DATE 7/18/2018 | EXHIBIT |



| | |
|---|---|
| **EXAMINATION REPORT** | **CASE NAME / NUMBER** |
| | UNITED STATES v. ANTHONY ESPINOZA GONZALES |
| | 2:17-CR-01311-PHX-DGC |
| | **PAGE 15 OF 23 PAGES** |

Bytes per sector          512
Total Sectors          921,599
Total Capacity         471,855,104 Bytes (450MB)
Total Clusters         115,199
Unallocated         143,093,760 Bytes (136.5MB)
Free Clusters         34,935
Allocated         328,761,344 Bytes (313.5MB)
Volume Offset         237,883,392
Drive Type         Fixed

**H Volume**
File System         NTFS
Sectors per cluster        8
Bytes per sector         512
Total Sectors         11,263,999
Total Capacity         5,767,163,904 Bytes (5.4GB)
Total Clusters         1,407,999
Unallocated         422,092,800 Bytes (402.5MB)
Free Clusters         103,050
Allocated         5,345,071,104 Bytes (5GB)
Volume Name         Recovery image
Volume Offset         238,804,992
Drive Type         Fixed

**Time Zone Information**
TimeZoneKeyName         US Mountain Standard Time

**Password**
To determine if any of the user accounts were password protected, the Windows Registry key *SAM\Domains\Account\Users* was reviewed.  It should be noted that if the NTLMv2 Password field is set to "True" the registry has detected a hashed password meaning a password is likely required at logon.

An analysis of Registry the key revealed the *Chris* user account did have an entry for the NT Hash. Due to time constraints, I did not determine the actual password.  If this information becomes pertinent to the defense, this report may be supplemented.

| | | |
|---|---|---|
| TYPED EXAMINER'S NAME | ORGANIZATION | |
| TAMI L. LOEHRS | LOEHRS & ASSOCIATES, LLC. | |
| | DATE | EXHIBIT |
| | 7/18/2018 | |



**EXAMINATION REPORT**

| CASE NAME / NUMBER |
| --- |
| UNITED STATES v. ANTHONY ESPINOZA GONZALES |
| 2:17-CR-01311-PHX-DGC |

**PAGE 16 OF 23 PAGES**

| ⊟ **Key Properties** | |
| --- | --- |
| Last Written Time | 2/8/2017 20:29:33 UTC |
| SID unique identifier | 1001 |
| User Name | Chris |
| Logon Count | 286 |
| Last Logon Time | 2/8/2017 20:29:33 UTC |
| Last Password Change Time | 4/7/2016 17:05:39 UTC |
| Expiration Time | Never |
| Invalid Logon Count | 0 |
| Last Failed Login Time | 2/6/2017 13:13:04 UTC |
| Account Disabled | false |
| Password Required | true |
| Country Code | 0 (System Default) |
| NT Hash | C6F0F1803E0938046FFCD9640F179CE3 |
| LM Hash | «none» |
| Old NT Hash | «none» |
| Old LM Hash | «none» |

**Last Accessed**
All files on QPX2 were sorted by Last Accessed date to confirm the original evidence was not accessed after it was seized. The evidence revealed that QPX2 was last accessed 02/08/17 which is consistent with the date of seizure.

**Images**
Using the Gallery View feature in EnCase, all images in allocated space were previewed revealing a total of 150,873 images, including default system images, cached Internet images, default images from software applications and personal photographs.

The Government is charging Mr. Gonzales with knowingly distributing eight images because they were downloaded by law enforcement's software from an IP address associated with Mr. Gonzales. However, none of the 150,873 images on the computer matched the files of suspect child pornography identified by the government in Counts Two and Three, as follows:

**Count Two**
1. AdryPlayWithDelyandDad(1).jpg
2. AdryPlayWithDelyandDad(2).jpg
3. AdryPlayWithDelyandDad(4).jpg

**Count Three**
4. 3926.jpg
5. 3927.jpg

| TYPED EXAMINER'S NAME | ORGANIZATION | |
| --- | --- | --- |
| TAMI L. LOEHRS | LOEHRS & ASSOCIATES, LLC. | |
| | DATE 7/18/2018 | EXHIBIT |



| EXAMINATION REPORT | CASE NAME / NUMBER |
|---|---|
| | UNITED STATES v. ANTHONY ESPINOZA GONZALES |
| | 2:17-CR-01311-PHX-DGC |
| | **PAGE 17 OF 23 PAGES** |

6. 3930.jpg
7. 3931.jpg
8. 360298.jpg

**MULTIMEDIA FILES (VIDEOS)**
All files were sorted by file extension looking for video files such as .avi, .flv, .mpeg, .mov, .mp4, and .wmv. Approximately 3,523 video files were located including files associated with software applications.

The Government is charging Mr. Gonzales with knowingly distributing sixteen videos because they were downloaded by law enforcement's software from an IP address associated with Mr. Gonzales. However, none of the 3,523 videos on the computer matched the files of suspect child pornography identified by the government in Counts One, Two and Four through Eight, as follows:

**Count One**
1. Intro-DD.mp4
2. Lux_Leak 4.mp4

**Count Two**
3. 2 Little Girls Suck MansDick so ( Hot).mp4

**Count Four**
4. Asi se mama linda.mp4

**Count Five**
5. TrueAnal.mp4

**Count Six**
6. mov_0211.mp4
7. MVI_0084.mpg

**Count Seven**
8. 040e104b0573e84b2b214a23b779fa1c - cumshot girl man masturbation music oral pthc sound vicky.mpg
9. 736ae0e3fec0776f16e73d02c3b6c64 - 8yr girl golden_shower man ptsc sound tara.wmv
10. 0771d184994386c9a06a50236b67fbe9 - 2013 anal girl man oral pthc sound tara.wmv
11. 03743f7e2ec126453389d303db7688d8 - tara oral compilation.wmv
12. 7745f370223b4f53f8ecdcae41056457 - anal girl man pthc.mp4
13. ac46690234a667bd8981ce4a2030d856 - bibigon girl golden_shower man oral pthc for_hoarders_hell. wmv
14. e8fdlaecd485282ebe384ebb2c0106fd - anal girl pthc sound toys.mp4
15. eeb6bc560896bdd95a04a7fa7fa62d6c - full video5 preview.ogv
16. sam_1598.avi

**Count Eight**
17. VID_20130807_205140.mp4

| TYPED EXAMINER'S NAME | ORGANIZATION | |
|---|---|---|
| TAMI L. LOEHRS | LOEHRS & ASSOCIATES, LLC. | |
| *[signature]* | DATE 7/18/2018 | EXHIBIT |



| EXAMINATION REPORT | CASE NAME / NUMBER<br>UNITED STATES v. ANTHONY ESPINOZA<br>GONZALES<br>2:17-CR-01311-PHX-DGC |
| --- | --- |
| | PAGE 18 OF 23 PAGES |

### UNDERCOVER INVESTIGATION
According to the Affidavit in Support of Search Warrant prepared by Special Agent Daniels on January 31, 2017, the suspect was identified as using uTorrent 3.4.9:

> 26   21.  I reviewed the logs for the downloads and confirmed that all files were downloaded solely
>
> 27   from the computer using the IP address 24.255.44.200.   The law enforcement software used
>
> 28   also identified the version of the BitTorrent client as µTorrent 3.4.9.

### uTorrent
uTorrent is a peer to peer file sharing application that allows users to share files over the BitTorrent network, acting as a "client."

The BitTorrent "network" is essentially a protocol (a set of rules and description of how to do things) allowing a user to download files quickly by allowing other users downloading the file to upload (distribute) parts of it at the same time. The BitTorrent network is often used for the distribution of very large files, very popular files and files available for free in the form of torrents.

Torrents do not actually contain any media content (ie: images or videos) but are rather an index containing information about files specific to that torrent. That is, the torrent contains trackers that locate the content of the actual files and metadata about those files including names, sizes, and hash values for verification that the correct data was downloaded. Torrent files can point to downloads that contain only one file or thousands of files. For example, a torrent of a music album would likely point to the download of all of the songs in that album, the artwork associated with the album and information about the artist.  The single torrent download of an album may result in the actual downloading of 20 music files, 5 music videos, 10 images and 1 text document. However, the user must "seed" or "parse" the torrent in order to obtain the files associated with the torrent.

The uTorrent "client" is a computer software application that follows the rules of the BitTorrent protocol. In order to retrieve the files from the torrent (ie: seed or parse), a torrent client must be used to read the code within the torrent, retrieve the data, download the data, and save it to the user's computer. The files are then pieced together from numerous users over the network.

### D:\Users\macevedo\AppData\Roaming\uTorrent
The BitTorrent client software *uTorrent version 3.4.9* was installed on QPX2 on 12/06/16 at 10:01:12AM.  The uTorrent folder, which is in a location on the computer that is hidden from the user, is the default location for storing torrents downloaded with the uTorrent software.  This folder does not contain any of the actual files associated with the torrents such as image or videos.  This folder contains approximately 114 torrents created between 12/06/16 and 02/05/17.

| TYPED EXAMINER'S NAME<br>TAMI L. LOEHRS | ORGANIZATION<br>LOEHRS & ASSOCIATES, LLC. | |
| --- | --- | --- |
| | DATE<br>7/18/2018 | EXHIBIT |



**EXAMINATION REPORT**

| CASE NAME / NUMBER |
| --- |
| UNITED STATES v. ANTHONY ESPINOZA GONZALES |
| 2:17-CR-01311-PHX-DGC |

**PAGE 19 OF 23 PAGES**

The uTorrent software records information about the software inside the *settings.dat* file.   According to the Settings.dat file found on QPX2, the default location for storing the actual files from seeded / parsed torrents, is identified as *C:\Users\Chris\Downloads.*

Name            uTorrent
Description     Folder
Last Accessed   02/08/17 10:45:04AM
File Created    12/06/16 10:01:12AM
Last Written    02/08/17 10:45:04AM
Full Path       F\Users\Chris\AppData\Roaming\uTorrent

Name            3.4.9_42973.exe
Description     File, Archive
Last Accessed   12/06/16 10:02:38AM
File Created    12/06/16 10:02:38AM
Last Written    12/06/16 10:02:36AM
Entry Modified  12/06/16 10:02:36AM
Full Path       Gonzales\Microsoft tablet, model:  Surface, SN:
                024876150753\F\Users\Chris\AppData\Roaming\uTorrent\updates\3.4.9_42973.exe

**C:\Users\Chris\Downloads**

The Downloads directory is a default folder created under each user's profile by the Windows operating system and is considered the standard location for storing files downloaded from the Internet through Internet browsers and applications. This is the folder that was identified by the uTorrent software application as the default location for storing the actual files seeded from torrents.

The Downloads directory for the Chris user contains approximately four files created between 04/07/16 at 10:05:48AM and 01/23/17 at 05:11:15AM. However, the government has not identified any files of suspect child pornography in this location.

Name            Downloads
Description     Folder, Read Only
Last Accessed   02/08/17 05:24:47AM
File Created    04/07/16 10:05:46AM
Last Written    02/08/17 05:24:47AM
Full Path       F\Users\Chris\Downloads

| TYPED EXAMINER'S NAME | ORGANIZATION | |
| --- | --- | --- |
| TAMI L. LOEHRS | LOEHRS & ASSOCIATES, LLC. | |
| | DATE 7/18/2018 | EXHIBIT |



## EXAMINATION REPORT

## FORENSIC TOOLS USED

**Hardware**
Mac Pro Quad-Core
Intel Xeon 2.8ghz
16gb RAM

**Software**
EnCase Forensic

## DISCOVERY REVIEWED

- 2016-12-23 Subpoena to Cox and Records.pdf
- 2017-01-20 FBI Report- Cox Subscriber Info.pdf
- 2017-01-23 FBI Report- Undercover Investigation.pdf
- 2017-01-25 FBI Report- USPS Service.pdf
- 2017-01-25 FBI Report- Wireless Scan.pdf
- 2017-01-31 Affidavit and Search Warrant for Residence.pdf
- 2017-02-08 Diagram of Residence.pdf
- 2017-02-08 Receipt for Property.pdf
- 2017-02-09 FBI Report- Interview of Gonzales.pdf
- 2017-02-09 FBI Report- Search Warrant.pdf
- 2017-02-16 FBI Report- Forensic Findings.pdf
- 2017-05-01 FBI Report- Case Summary.pdf
- 2017-10-04 Indictment.pdf
- Case Summary.pdf
- Evidence Report List.pdf

| TYPED EXAMINER'S NAME | ORGANIZATION | |
|---|---|---|
| TAMI L. LOEHRS | LOEHRS & ASSOCIATES, LLC. | |
| | DATE 7/18/2018 | EXHIBIT |



| EXAMINATION REPORT | CASE NAME / NUMBER<br>UNITED STATES v. ANTHONY ESPINOZA<br>GONZALES<br>2:17-CR-01311-PHX-DGC |
|---|---|
| | PAGE 21 OF 23 PAGES |

## GLOSSARY OF COMPUTER TERMS

The following are common computer terms that may be used in this report:

ALLOCATED SPACE: Allocated, or used, space is the area of a hard disk that holds files that are recognized by the operating system. This recognition is accomplished via a file allocation table of some type.  Different types of operating systems use different types of allocation tables to keep track of files.

CACHE:  A cache (pronounced "cash") is a component that transparently stores data so that future requests for that data can be served faster. The data that is stored within a cache might be values that have been computed earlier or duplicates of original values that are stored elsewhere. If requested data is contained in the cache this request can be served by simply reading the cache, which is comparatively faster. Otherwise, the data has to be recomputed or fetched from its original storage location, which is comparatively slower. Hence, the more requests can be served from the cache the faster the overall system performance is.

COMPUTER EVIDENCE: Computer evidence is unique when compared with other forms of "documentary evidence." Unlike paper documentation, computer evidence is fragile, and a copy of a document stored in a computer file is Identical to the original.   Thus, the legal "best evidence" rules change when it comes to the processing of computer evidence.

COMPUTER FORENSICS: Computer Forensics deals with the preservation, identification, extraction,  interpretation and documentation of computer evidence.   Like any other forensic science, computer forensics involves the use of sophisticated technology, tools and procedures that must be followed to guarantee the accuracy of the results. Typically, computer forensic tools exist in the form of computer software and hardware write-blocking devices. Computer forensic examiners guarantee the accuracy of evidence processing results through the use of time tested procedures, and through the use of validated software tools from independent developers.

FILE SLACK: Files are created in varying lengths depending on their contents. Windows based computers store files in fixed length blocks of data called clusters.   Rarely do file sizes exactly match the size of one or more clusters perfectly. The data storage space that exists from the end of the file to the end of the last cluster assigned to the file is called "file slack".   File slack potentially contains randomly selected bytes of data from computer memory.   This happens because Windows normally writes in 512 byte blocks called sectors.   Clusters are made up of blocks of sectors.  If there is not enough data in the file to fill the last sector in a file, Windows makes up the difference by padding the remaining space with data from the memory buffers of the operating system.  This randomly selected data from memory is called "RAM slack" because it comes from the memory of the computer.   RAM slack can contain any information that may have been created, viewed, modified, downloaded or copied during work sessions that have occurred since the computer was last booted.  Thus, if the computer has not been shut down for several days, the data stored in RAM slack can come from work sessions that occurred in the past.   It should be noted that the newer versions of the Windows operating system zero out (write all zeros to)  the RAM slack when a file is created.   RAM slack pertains only to the last sector of a file. If there are additional, unused sectors between the last sector of the file and the end of the cluster, this is called "drive slack."  Unlike RAM slack, which comes from memory, drive slack is made up of the data that was stored on the storage device prior to the file in question.   Such data could contain remnants of previously deleted files.

GB: A Gigabyte (GB) is a unit of computer memory or storage capacity equal to 1,073,741,824, or roughly one billion, bytes or characters.   One gigabyte of storage space is the equivalent of 360,000 double-spaced pages of text.  Hard

| TYPED EXAMINER'S NAME<br>TAMI L. LOEHRS | ORGANIZATION<br>LOEHRS & ASSOCIATES, LLC. | |
|---|---|---|
| | DATE<br>7/18/2018 | EXHIBIT |



| | CASE NAME / NUMBER |
|---|---|
| **EXAMINATION REPORT** | UNITED STATES v. ANTHONY ESPINOZA GONZALES 2:17-CR-01311-PHX-DGC |
| | **PAGE 22 OF 23 PAGES** |

disks capable of storing two-hundred and fifty gigabytes of data are now commonplace in desktop computers.   Such storage devices could contain the equivalent of 90 million pages of data.

INSTANT MESSAGING (IM) : IM is a text-based computer conversation over the Internet between two or more people who must be online at the same time, and who must be using the same instant messaging system.   Current, popular IM systems are AOL's Instant Messenger (AIM), AOL's ICQ, Microsoft's MSN Messenger and Yahoo! Messenger.

JPG/JPEG: Joint Photographic Experts Group (JPEG or shortened to JPG) is a compressed format for storing bitmap images, and is one of the most common image formats used on the Internet.  Other common image formats include ART, BMP, GIF(F),  and TIF(F).

KB: A kilobyte  (KB) is a unit of computer memory or storage capacity equal to 1,024 bytes or characters.

LOST FILES: The Lost Files directory is a virtual folder created by EnCase which contains files that have been deleted but still contain their Master File Table (MFT) entry. These files were once located within a parent folder that has been deleted and overwritten. Encase parses the MFT and finds the files that are still listed, but have no parent directory.  All of these files are recovered and placed in the "Lost Files" folder.

MB: A megabyte  (MB) is a unit of computer memory or storage capacity equal to 1,048,576, or roughly one million, bytes or characters.

METADATA: Metadata can be described simply as "data about data", or as a hidden level of information embedded in a file and maintained by the application that created the file.  For example, Microsoft Word documents contain metadata showing the author of the file, the author's company, the number of file revisions, total editing time, and its own set of created, accessed and written dates.  Most digital cameras save images with metadata embedded in the file showing the make and model of the camera, the date and time the photograph was taken, and the values of many of the camera's settings, such as exposure, flash, focal length, etc.

OPERATING SYSTEM (OS): An OS is set of software programs used by a computer to manage its own resources, such as recognizing input from the keyboard, sending output to the display screen, keeping track of files and directories on the disk, and controlling peripheral device~ such as disk drives and printers. Examples of operating systems are Windows 98, Windows XP, Mac OSX, Linux, and Unix.   The OS is the core of the computer's operation, and application programs such as word processors run on top of it.

PAGEFILE.SYS:  The page file is a special file used by windows for holding temporary data which is swapped in and out of physical memory in order to provide a larger virtual memory set.  In a Microsoft Windows NT, Windows 2000 and Windows XP environment, the file name is pagefile.sys and it is created during setup in the Root of the boot drive as a hidden file. It will not show up on an Explorer file listing unless you toggle off the "Hide system Files" option.

PARALLEL ATA (PATA): For many years, Parallel ATA was the most common disk drive interface.  Serial ATA has now become the preferred disk drive interface due to its faster speed, smaller connector, and longer cable length.  When Parallel ATA was first introduced, it was an important advancement because it provided controller electronics on the drive itself, eliminating the need for a separate adaptor card.  It was easy to configure and was relatively inexpensive

| TYPED EXAMINER'S NAME TAMI L. LOEHRS | ORGANIZATION LOEHRS & ASSOCIATES, LLC. | |
|---|---|---|
| | DATE 7/18/2018 | EXHIBIT |



**EXAMINATION REPORT**

| | |
|---|---|
| CASE NAME / NUMBER | |
| UNITED STATES v. ANTHONY ESPINOZA GONZALES | |
| 2:17-CR-01311-PHX-DGC | |
| | |
| **PAGE 23 OF 23 PAGES** | |

compared to its traditional rival, SCSI.   PATA uses 40-pin ribbon cables with a maximum length of 18 inches and a maximum transfer rate of 133 MB/second.

PEER-TO-PEER   (P2P) : P2P allows a sharing and delivery of user specified files among groups of people who are logged on to a file-sharing network.   Napster was the first mainstream P2P software that enabled large scale file sharing.  P2P networks are used to share multimedia files, such as music and movies. Typically, users place files they want to share with others in a 'shared" folder on their computer.  To access a P2P network you need to download, install and run a P2P tool  (P2P client software) . *The P2P software allows users to search for the types and names of files they are interested in downloading.  Examples of current, popular P2P software are Kazaa and Grokster (FastTrack network), Limewire and BearShare (Gnutella network), eDonkey and Overnet (eDonkey/Overnet network), and BitTorrent (BitTorrent network).

RAM: RAM, or Random Access Memory, is a type of memory that can be written to and read from in a nonlinear (random) manner.   When a computer program or application is opened,  it is transferred from the hard drive to RAM where it is more readily accessible.   RAM enhances system performance because it can process requests from the CPU much more quickly than the hard drive.   The kind of RAM used in main memory on most computers is Dynamic RAM (DRAM) .   DRAM stores data as electronic signals that must be constantly refreshed to keep them from dissipating.   The data held in DRAM is lost when the computer is turned off.

UNALLOCATED SPACE/CLUSTERS: Unallocated space is the area of a hard disk that is not currently occupied by saved files, but is free to have data written to it. Unallocated file space can contain the entire or partial content of deleted files, deleted folders, and temporary files that were transparently created and deleted by computer applications and the operating system.  With manual or automated methods, it is often possible to "un-erase" deleted files and view the original content so long as the data area of the file has not been overwritten by other data, such as from a newer file.

URL:  Uniform Resource Locator (URL) is the address of a resource on the Internet. World Wide Web URLs begin with http:// or https://

| TYPED EXAMINER'S NAME | ORGANIZATION | |
|---|---|---|
| TAMI L. LOEHRS | LOEHRS & ASSOCIATES, LLC. | |
| | DATE | EXHIBIT |
| | 7/18/2018 | |