CR-17-01311-PHX-DGC

EXHIBIT 2

To

**UNITED STATES' RESPONSE TO DEFENDANT'S MOTION TO COMPEL DISCOVERY; PRECLUDE CERTAIN EVIDENCE**

```
                                 details.txt
2016-12-23 05:01:50 - Torrential Downpour version 1.33
2016-12-23 05:01:50 - Started download thread at local time Friday, December 23,
2016 5:01:49 AM (GMT-07:00)
2016-12-23 05:01:50 - Started download thread at UTC Friday, December 23, 2016
12:01:49 PM
2016-12-23 05:01:50 - Remote client located at IP address 24.255.44.200, port 45682
2016-12-23 05:01:50 - Torrent info hash: 1492cff73c2bedc96779deda242baee11f1a4e4e
2016-12-23 05:01:50 - Torrent defines 1 file
2016-12-23 05:01:50 - Total file bytes: 20605694
2016-12-23 05:01:50 - Torrent has 79 pieces
2016-12-23 05:01:50 - Piece size: 262144 bytes
2016-12-23 05:01:51 - Attempting to connect to remote client
2016-12-23 05:01:51 - Connected
2016-12-23 05:01:51 - Attempting to negotiate message stream encryption with remote
client
2016-12-23 05:01:51 - Encryption successfully negotiated: post-handshake messages to
be sent as plain text
2016-12-23 05:01:51 - Sent encrypted handshake to client
2016-12-23 05:01:51 - Completed handshake with remote client
2016-12-23 05:01:51 - Peer id we sent to remote client:
2d6c74304434302d920f789550e645d9208f83be
2016-12-23 05:01:51 - Remote client sent us a peer id of
2d5554333439302d4da817fe8a43bdc364f012d3 (version: -UT3490-)
2016-12-23 05:01:51 - Remote client affirmed info hash =
1492cff73c2bedc96779deda242baee11f1a4e4e
2016-12-23 05:01:51 - Remote client supports BitTorrent fast extensions
2016-12-23 05:01:51 - Remote client supports BitTorrent extended handshake
2016-12-23 05:01:51 - Sent extended handshake message
2016-12-23 05:01:51 - Sent have-none message
2016-12-23 05:01:51 - Received an extended handshake message
2016-12-23 05:01:51 - Extended handshake data from remote client: e=0,
ipv4=24.255.44.200, ipv6=2600:8800:5104:8a00::1, complete_ago=403, m=<dictionary>,
metadata_size=1666, p=45682, reqq=255, upload_only=1, v=µTorrent 3.4.9, yp=62687,
yourip=98.174.204.156
2016-12-23 05:01:51 - Received version in extended handshake: µTorrent 3.4.9
2016-12-23 05:01:51 - Extended handshake from remote client lists our public IP
address as: 98.174.204.156
2016-12-23 05:01:51 - Extended handshake from remote client lists remote client IPv4
address as: 24.255.44.200
2016-12-23 05:01:51 - Extended handshake from remote client lists remote client IPv6
address as: 2600:8800:5104:8a00::1
2016-12-23 05:01:51 - Received a have-all message
2016-12-23 05:01:51 - Remote client acknowledges that it has all 79 pieces
2016-12-23 05:01:51 - Remote client acknowledges it has pieces 0-78, which
encompasses all of file 0
2016-12-23 05:01:51 - File index 0 is named "Asi se mama linda.mp4" in the torrent
2016-12-23 05:01:51 - Sent interested message
2016-12-23 05:01:52 - Received an unchoke message
```

```
                                    details.txt
2016-12-23 05:01:52 - Sent 255 requests for data; pieces:
31,58,22,75,26,78,73,44,38,23,63,35,20,36,16,29,51
2016-12-23 05:01:52 - Created uninitialized file 0: Asi se mama linda.mp4
2016-12-23 05:01:52 - File 0 is 20605694 bytes and spans pieces 0-78
2016-12-23 05:01:52 - Piece 31 has been completely received and written into file 0
2016-12-23 05:01:52 - Piece 58 has been completely received and written into file 0
2016-12-23 05:01:52 - Piece 22 has been completely received and written into file 0
2016-12-23 05:01:53 - Piece 75 has been completely received and written into file 0
2016-12-23 05:01:53 - Piece 26 has been completely received and written into file 0
2016-12-23 05:01:54 - Piece 78 has been completely received and written into file 0
2016-12-23 05:01:54 - Piece 73 has been completely received and written into file 0
2016-12-23 05:01:54 - Piece 44 has been completely received and written into file 0
2016-12-23 05:01:54 - Sent 128 requests for data; pieces: 51,48,19,28,74,32,43,57,50
2016-12-23 05:01:54 - Piece 38 has been completely received and written into file 0
2016-12-23 05:01:55 - Piece 23 has been completely received and written into file 0
2016-12-23 05:01:55 - Piece 63 has been completely received and written into file 0
2016-12-23 05:01:55 - Piece 35 has been completely received and written into file 0
2016-12-23 05:01:55 - Piece 20 has been completely received and written into file 0
2016-12-23 05:01:55 - Piece 36 has been completely received and written into file 0
2016-12-23 05:01:55 - Piece 16 has been completely received and written into file 0
2016-12-23 05:01:56 - Sent 128 requests for data; pieces: 50,17,42,41,70,52,2,15,5
2016-12-23 05:01:56 - Piece 29 has been completely received and written into file 0
2016-12-23 05:01:56 - Piece 48 has been completely received and written into file 0
2016-12-23 05:01:56 - Piece 51 has been completely received and written into file 0
2016-12-23 05:01:56 - Piece 19 has been completely received and written into file 0
2016-12-23 05:01:57 - Piece 28 has been completely received and written into file 0
2016-12-23 05:01:57 - Piece 74 has been completely received and written into file 0
2016-12-23 05:01:57 - Piece 43 has been completely received and written into file 0
2016-12-23 05:01:57 - Piece 32 has been completely received and written into file 0
2016-12-23 05:01:57 - Piece 57 has been completely received and written into file 0
2016-12-23 05:01:58 - Sent 128 requests for data; pieces: 5,54,34,1,3,69,68,39,67
2016-12-23 05:01:58 - Piece 50 has been completely received and written into file 0
2016-12-23 05:01:58 - Piece 52 has been completely received and written into file 0
2016-12-23 05:01:59 - Piece 17 has been completely received and written into file 0
2016-12-23 05:01:59 - Piece 70 has been completely received and written into file 0
2016-12-23 05:01:59 - Piece 41 has been completely received and written into file 0
2016-12-23 05:01:59 - Piece 42 has been completely received and written into file 0
2016-12-23 05:01:59 - Piece 2 has been completely received and written into file 0
2016-12-23 05:01:59 - Piece 15 has been completely received and written into file 0
2016-12-23 05:01:59 - Sent 128 requests for data; pieces: 67,8,11,37,25,65,27,30,18
2016-12-23 05:02:01 - Piece 54 has been completely received and written into file 0
2016-12-23 05:02:01 - Piece 5 has been completely received and written into file 0
2016-12-23 05:02:01 - Piece 1 has been completely received and written into file 0
2016-12-23 05:02:01 - Piece 3 has been completely received and written into file 0
2016-12-23 05:02:01 - Piece 34 has been completely received and written into file 0
2016-12-23 05:02:01 - Piece 69 has been completely received and written into file 0
2016-12-23 05:02:02 - Piece 68 has been completely received and written into file 0
2016-12-23 05:02:02 - Piece 39 has been completely received and written into file 0
```

```
                                   details.txt
2016-12-23 05:02:02 - Sent 128 requests for data; pieces: 18,45,53,14,40,6,59,0,12
2016-12-23 05:02:04 - Piece 67 has been completely received and written into file 0
2016-12-23 05:02:05 - Piece 65 has been completely received and written into file 0
2016-12-23 05:02:05 - Piece 8 has been completely received and written into file 0
2016-12-23 05:02:06 - Piece 37 has been completely received and written into file 0
2016-12-23 05:02:06 - Piece 25 has been completely received and written into file 0
2016-12-23 05:02:06 - Piece 11 has been completely received and written into file 0
2016-12-23 05:02:07 - Piece 27 has been completely received and written into file 0
2016-12-23 05:02:07 - Piece 30 has been completely received and written into file 0
2016-12-23 05:02:07 - Sent 128 requests for data; pieces: 12,56,24,4,49,47,64,72,21
2016-12-23 05:02:11 - Piece 18 has been completely received and written into file 0
2016-12-23 05:02:11 - Piece 40 has been completely received and written into file 0
2016-12-23 05:02:11 - Piece 14 has been completely received and written into file 0
2016-12-23 05:02:11 - Piece 45 has been completely received and written into file 0
2016-12-23 05:02:12 - Piece 53 has been completely received and written into file 0
2016-12-23 05:02:14 - Piece 6 has been completely received and written into file 0
2016-12-23 05:02:15 - Piece 0 has been completely received and written into file 0
2016-12-23 05:02:15 - Piece 59 has been completely received and written into file 0
2016-12-23 05:02:15 - Sent 128 requests for data; pieces: 21,60,33,62,7,13,55,76,71
2016-12-23 05:02:19 - Piece 4 has been completely received and written into file 0
2016-12-23 05:02:19 - Piece 24 has been completely received and written into file 0
2016-12-23 05:02:20 - Piece 12 has been completely received and written into file 0
2016-12-23 05:02:21 - Piece 56 has been completely received and written into file 0
2016-12-23 05:02:23 - Piece 49 has been completely received and written into file 0
2016-12-23 05:02:24 - Piece 47 has been completely received and written into file 0
2016-12-23 05:02:25 - Piece 64 has been completely received and written into file 0
2016-12-23 05:02:28 - Piece 72 has been completely received and written into file 0
2016-12-23 05:02:28 - Sent 107 requests for data; pieces: 71,66,46,77,9,10,61
2016-12-23 05:02:29 - Piece 21 has been completely received and written into file 0
2016-12-23 05:02:30 - Piece 60 has been completely received and written into file 0
2016-12-23 05:02:32 - Piece 33 has been completely received and written into file 0
2016-12-23 05:02:35 - Piece 62 has been completely received and written into file 0
2016-12-23 05:02:36 - Piece 7 has been completely received and written into file 0
2016-12-23 05:02:38 - Piece 13 has been completely received and written into file 0
2016-12-23 05:02:42 - Piece 55 has been completely received and written into file 0
2016-12-23 05:02:44 - Piece 76 has been completely received and written into file 0
2016-12-23 05:02:45 - Piece 71 has been completely received and written into file 0
2016-12-23 05:02:47 - Piece 66 has been completely received and written into file 0
2016-12-23 05:02:48 - Piece 46 has been completely received and written into file 0
2016-12-23 05:02:49 - Piece 77 has been completely received and written into file 0
2016-12-23 05:02:50 - Piece 9 has been completely received and written into file 0
2016-12-23 05:02:52 - Piece 10 has been completely received and written into file 0
2016-12-23 05:02:52 - Piece 61 has been completely received and written into file 0
2016-12-23 05:02:52 - File 0 has been completely downloaded
2016-12-23 05:02:52 - File index 0 is named "Asi se mama linda.mp4" in the torrent
2016-12-23 05:02:52 - No pieces to request
2016-12-23 05:02:52 - Completed session with remote client; 79 pieces were downloaded and written
```

```
                                  details.txt
2016-12-23 05:02:52 - The complete torrent has been downloaded
2016-12-23 05:02:52 - Pieces acknowledged for all sessions combined: 0-78
2016-12-23 05:02:52 - Remote client acknowledged that it has 79 of 79 pieces
2016-12-23 05:02:52 - Remote client acknowledged that it has pieces 0-78, which
encompasses all of file 0
2016-12-23 05:02:52 - File index 0 is named "Asi se mama linda.mp4" in the torrent
2016-12-23 05:02:52 - Remote client indicated that it has all files, based on pieces
acknowledged
2016-12-23 05:02:52 - 79 of 79 pieces possessed by the remote client were downloaded
and written to disk
2016-12-23 05:02:52 - All pieces in the torrent were obtained and written
2016-12-23 05:02:52 - Starting validation of written pieces ...
2016-12-23 05:02:52 - Piece 0 has expected SHA1 hash:
b55db465cf068fae1b2af515aeb74c9ac0555da4
2016-12-23 05:02:52 - Piece 1 has expected SHA1 hash:
0684c501e9d6c5b17d50e0151f4587408f0c3bbe
2016-12-23 05:02:52 - Piece 2 has expected SHA1 hash:
a868ad56f7591406f4ae15d4b793bee4067ae381
2016-12-23 05:02:52 - Piece 3 has expected SHA1 hash:
bc3e6a9bd57146640f9a5522947442197f76de7b
2016-12-23 05:02:52 - Piece 4 has expected SHA1 hash:
7dc38121de4c9f1ef78ed3d808fbdb901736fb7a
2016-12-23 05:02:52 - Piece 5 has expected SHA1 hash:
4a1a604d3b1aad6c3db5226a1e081271d0881e4c
2016-12-23 05:02:53 - Piece 6 has expected SHA1 hash:
7fd7aa2909636a6f04d2188c70f39c19881871ca
2016-12-23 05:02:53 - Piece 7 has expected SHA1 hash:
a2f67c5a370b7a9930fb162555ad43527a8b262e
2016-12-23 05:02:53 - Piece 8 has expected SHA1 hash:
2eaddd9f923ac2d269e10b7617ea4fc7d3cc811d
2016-12-23 05:02:53 - Piece 9 has expected SHA1 hash:
8c30e6e0bdb085c7a22c2e985cafbb228520acfa
2016-12-23 05:02:53 - Piece 10 has expected SHA1 hash:
2e98b119f6d0a4115feed2f5031e77f8482230b7
2016-12-23 05:02:53 - Piece 11 has expected SHA1 hash:
c9944d2d9b5486d9f1b0fc5e04c7ce3b9c654696
2016-12-23 05:02:53 - Piece 12 has expected SHA1 hash:
298a5f744099404c958e0e13e656f8a60c67a34a
2016-12-23 05:02:53 - Piece 13 has expected SHA1 hash:
d6d379b7a879763732b63c6b93f838bc32d2410f
2016-12-23 05:02:53 - Piece 14 has expected SHA1 hash:
ee686328c64b914343811df331ace81955d6a8db
2016-12-23 05:02:53 - Piece 15 has expected SHA1 hash:
499ad7be6a802f36ca0682e24e678a4ace39841f
2016-12-23 05:02:53 - Piece 16 has expected SHA1 hash:
3ab9361d79be0454990e99bc0011127eaa4b4460
2016-12-23 05:02:53 - Piece 17 has expected SHA1 hash:
cd5fd8c0c5e70450fdd2867dbda64ad9d96dd1d4
```

```
                                 details.txt
2016-12-23 05:02:53 - Piece 18 has expected SHA1 hash:
2f77d673d2ca0fb9c49dd687bf060198c80be53f
2016-12-23 05:02:53 - Piece 19 has expected SHA1 hash:
dca0eb916b92c0988c8e36af3060a10c83a39289
2016-12-23 05:02:53 - Piece 20 has expected SHA1 hash:
09a57a116489fc3760581be91df4a743d4b48b03
2016-12-23 05:02:53 - Piece 21 has expected SHA1 hash:
f6af7b80d69c14c0e5bb4bbc842709a9fbb11eba
2016-12-23 05:02:53 - Piece 22 has expected SHA1 hash:
93e8825cc4e971b6e9dca8b09073256e66671dc5
2016-12-23 05:02:53 - Piece 23 has expected SHA1 hash:
f8a72ed8d57ac25936ac741c5822d9dc9ed7d818
2016-12-23 05:02:53 - Piece 24 has expected SHA1 hash:
6f58f11e3afc1f7df6204cd6cdf6aab4357e3fa0
2016-12-23 05:02:53 - Piece 25 has expected SHA1 hash:
f40c05333e97a0ee92e5b14ae7aa70591cb4b94e
2016-12-23 05:02:53 - Piece 26 has expected SHA1 hash:
f0e674c6ea8746500313ee3e986e5ea58cd37ea9
2016-12-23 05:02:53 - Piece 27 has expected SHA1 hash:
661a4840e6cce0a2b9592f79a27f5993b4c107ec
2016-12-23 05:02:53 - Piece 28 has expected SHA1 hash:
95e36f8cadac4af2ffa86913b5c976cd3f60718b
2016-12-23 05:02:53 - Piece 29 has expected SHA1 hash:
9cdc4c19637191d795a972efca0d66b47c2cafa3
2016-12-23 05:02:53 - Piece 30 has expected SHA1 hash:
33455da699516048a08b952efc1fc05b70f0b73d
2016-12-23 05:02:53 - Piece 31 has expected SHA1 hash:
38e3bc569f8faa34a2d09af2b909b88fdc0f69b9
2016-12-23 05:02:53 - Piece 32 has expected SHA1 hash:
603cf95059460e39fadb263d8bb3583f4629aa21
2016-12-23 05:02:53 - Piece 33 has expected SHA1 hash:
a345039fbb28a46f57e8ad80459ec64c918b8244
2016-12-23 05:02:53 - Piece 34 has expected SHA1 hash:
1b90ba77fa57d3ef97be42d5edae62db1f2db91c
2016-12-23 05:02:53 - Piece 35 has expected SHA1 hash:
88bc7f3dfc127234fddc0add03b8bfbe2f441c4b
2016-12-23 05:02:53 - Piece 36 has expected SHA1 hash:
7bbeb9821342463852e5e491c82a4fdb33a5ce6c
2016-12-23 05:02:53 - Piece 37 has expected SHA1 hash:
971b6e753355e839fbd67be3cbaa8fb1e14946c5
2016-12-23 05:02:53 - Piece 38 has expected SHA1 hash:
90cab05ce3acf5acd46637885c06dd7b56a1361e
2016-12-23 05:02:53 - Piece 39 has expected SHA1 hash:
9c03b6536bbc578e0dcc875758fd9bb591faeefc
2016-12-23 05:02:53 - Piece 40 has expected SHA1 hash:
043655d135c7d5bc0057768717ac80ffcf3b50a4
2016-12-23 05:02:53 - Piece 41 has expected SHA1 hash:
73c67f0ce6901c33112255b65f57f0425deabf0b
                                   Page 5
```

```
                                  details.txt
2016-12-23 05:02:53 - Piece 42 has expected SHA1 hash:
de4a50c818cc08cb58027ed27ac12d3332a215e4
2016-12-23 05:02:53 - Piece 43 has expected SHA1 hash:
515e36b8d105c2ba2510c89b2407b159bf47da03
2016-12-23 05:02:53 - Piece 44 has expected SHA1 hash:
d0f54b315ea023a54a1c8b4ff9a98245484e238f
2016-12-23 05:02:53 - Piece 45 has expected SHA1 hash:
31b43c93bbc31d75a4873048d4a1f56e893d9c15
2016-12-23 05:02:53 - Piece 46 has expected SHA1 hash:
d22a530e2e604a1b345c1701b954ff8b4d3e5846
2016-12-23 05:02:53 - Piece 47 has expected SHA1 hash:
97b50ea2a883a07e0a4aeeb71bb2d9cd5eeb8e6b
2016-12-23 05:02:53 - Piece 48 has expected SHA1 hash:
700188c2eaa4d1db314f9f266b10c6ab1ac6a746
2016-12-23 05:02:53 - Piece 49 has expected SHA1 hash:
d79740c1444f553549ff5dd558e3502f7ad5d4b9
2016-12-23 05:02:53 - Piece 50 has expected SHA1 hash:
8c7cee8e77c0b68b956559c78e911e0954e06812
2016-12-23 05:02:53 - Piece 51 has expected SHA1 hash:
dc26f154f6311ecb65d073274a641d2e99fb706a
2016-12-23 05:02:53 - Piece 52 has expected SHA1 hash:
4a246b14c34d42dfc35b29ef6ad8cc8020568a93
2016-12-23 05:02:53 - Piece 53 has expected SHA1 hash:
b975ed044cc4cbeb6709456734323304dcfeaa77
2016-12-23 05:02:53 - Piece 54 has expected SHA1 hash:
c407a16ca7f8ca18fede229a47a72db6a17ccb3b
2016-12-23 05:02:53 - Piece 55 has expected SHA1 hash:
253d5c7e121f02cbc4646afee3779ce26aba6c99
2016-12-23 05:02:53 - Piece 56 has expected SHA1 hash:
0ff5801f24bd814e3da68d8efc751baf1baabcf7
2016-12-23 05:02:53 - Piece 57 has expected SHA1 hash:
529997f9ff9feef142207d9ad963151064686362
2016-12-23 05:02:53 - Piece 58 has expected SHA1 hash:
fa6b0a614a21223ece7b818acebed0046cfcf1a0
2016-12-23 05:02:53 - Piece 59 has expected SHA1 hash:
865b0993739bb45f742c5d2130f3273db5507890
2016-12-23 05:02:53 - Piece 60 has expected SHA1 hash:
56548fd5cfc4b91f3cd9676a0cd8175cb40d9f90
2016-12-23 05:02:53 - Piece 61 has expected SHA1 hash:
2a5b7f9570d112d377314a26d763f43f59148af4
2016-12-23 05:02:53 - Piece 62 has expected SHA1 hash:
d0d99729a1401986ee4ccef198e0663ef0c9851f
2016-12-23 05:02:53 - Piece 63 has expected SHA1 hash:
c622f7771bfdd21f69ae884da7c6c22c3cdc35f9
2016-12-23 05:02:53 - Piece 64 has expected SHA1 hash:
a7ae51d4d7d8ce359493f2e0b4bf230452c2ccc6
2016-12-23 05:02:53 - Piece 65 has expected SHA1 hash:
b92c04b44037a19326e1c24a123699d924c5e94a
                                  Page 6
```

```
                                         details.txt
2016-12-23 05:02:53 - Piece 66 has expected SHA1 hash:
52f293bc1f9000caaf60f8c48240578f1c233be2
2016-12-23 05:02:53 - Piece 67 has expected SHA1 hash:
7e25d3154003ddb2abb5570bf00c0478f5985583
2016-12-23 05:02:53 - Piece 68 has expected SHA1 hash:
263d7488d33eadac03fde8ecef480d28bf3558e0
2016-12-23 05:02:53 - Piece 69 has expected SHA1 hash:
f0e6ec19ff4ee69979dccfb7172e4fdd0312a15d
2016-12-23 05:02:53 - Piece 70 has expected SHA1 hash:
992ab2188043900995aa24b8e2d87f42c9a85505
2016-12-23 05:02:53 - Piece 71 has expected SHA1 hash:
64702687d857ead69e21bb1e6604c8f5bea1776e
2016-12-23 05:02:53 - Piece 72 has expected SHA1 hash:
064ee1cced45da596652f5b7bc436f9760760230
2016-12-23 05:02:53 - Piece 73 has expected SHA1 hash:
18443d920a8568de069463421782a98536ede98f
2016-12-23 05:02:53 - Piece 74 has expected SHA1 hash:
162159becece019d756bf68c9df13e8afc5a7830
2016-12-23 05:02:53 - Piece 75 has expected SHA1 hash:
a3ae601a9c69549fa64caaae44d99a907d114799
2016-12-23 05:02:53 - Piece 76 has expected SHA1 hash:
1829f6494eebaf9da4eef08f41d13735cc2c48ea
2016-12-23 05:02:53 - Piece 77 has expected SHA1 hash:
93719d2307456f707aa755b8afb3053f4393015f
2016-12-23 05:02:53 - Piece 78 has expected SHA1 hash:
65c131508ab5e24f8b57fa7cca7f139ba5119b73
2016-12-23 05:02:53 - All 79 written pieces have the expected SHA1 hash
2016-12-23 05:02:53 - File 0: complete, all pieces have been written
2016-12-23 05:02:53 - Completed validation of written pieces
2016-12-23 05:02:53 - Calculating SHA1 and MD5 hashes of complete files ...
2016-12-23 05:02:53 - File 0: SHA1=a20f9d06e992d0394a3f2d660fb70c71cda46493,
MD5=3f42f3cbb9e0c6493963ca371ccd1f21
2016-12-23 05:02:53 - The download has completed
```