1
2
3
4           CR-17-01311-PHX-DGC
5
6           EXHIBIT 3
7
            To
8
9    **UNITED STATES' RESPONSE TO DEFENDANT'S
     MOTION TO COMPEL DISCOVERY;
10   PRECLUDE CERTAIN EVIDENCE**
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Name | Size | Type | Date Modified |
|---|---|---|---|
| share | | Directory | 12/6/2016 5:01:15 PM |
| dlimagecache | | Directory | 12/6/2016 5:02:39 PM |
| updates | | Directory | 2/4/2017 11:52:39 AM |
| apps | | Directory | 2/8/2017 2:43:46 PM |
| utorrent.lng | 1,337 | Regular File | 12/12/2016 12:00:37 PM |
| maindoc.ico | 62 | Regular File | 12/6/2016 5:02:39 PM |
| 2009.08.15 [SKYT-0007] Touhou Lv.20 [C76].torrent | 18 | Regular File | 12/8/2016 7:28:51 PM |
| _zooskool- PTHC - Babyj 5yo Exib Fuck (48m58s)(1).mpg.torrent | 53 | Regular File | 12/8/2016 7:34:35 PM |
| pedomom.torrent | 2 | Regular File | 12/12/2016 12:04:32 PM |
| 11yo Preteen BJ + Anal Fuck With 10yo Boy Neighbour And His Dad.AVI.torrent | 6 | Regular File | 12/12/2016 12:04:58 PM |
| pthc_ptsc 9yo jenny sucking doggie cock and loving it email request at shortgrub09yahoo.com.AVI.torrent | 1 | Regular File | 12/13/2016 11:52:52 AM |
| Cute girl and dog (2008).torrent | 6 | Regular File | 12/13/2016 11:53:27 AM |
| DD.torrent | 8 | Regular File | 12/13/2016 11:53:27 AM |
| April First Facial.rar.torrent | 3 | Regular File | 12/13/2016 11:53:47 AM |
| cpack3_little_joys.torrent | 132 | Regular File | 12/13/2016 11:54:43 AM |
| mom.3gp.torrent | 10 | Regular File | 12/13/2016 11:54:54 AM |
| Fun with grandma.torrent | 2 | Regular File | 12/13/2016 11:56:00 AM |
| OMG_full-reencoded.torrent | 4 | Regular File | 12/14/2016 12:14:21 PM |
| Mum_and_Daughter_in_Garden.torrent | 4 | Regular File | 12/14/2016 12:14:39 PM |
| 2 Little Girls Suck Mans Dick so ( HOT ).mp4.torrent | 1 | Regular File | 12/14/2016 12:15:30 PM |
| Kate 01.m4v.torrent | 24 | Regular File | 12/14/2016 12:16:11 PM |
| 022 Asian - pthc ( tied 8yo Cambodian boom-boom girl fucked + raped by sex-tourist) hussyfan.mpeg.torrent | 5 | Regular File | 12/14/2016 12:17:43 PM |
| Pthc Pedo - 11Yo & 13Yo Girls Play With Mom~'s Pussy And Fuck Dad).avi.torrent | 43 | Regular File | 12/14/2016 12:18:22 PM |
| Adry Pack.torrent | 126 | Regular File | 12/14/2016 12:20:09 PM |
| Girl talks masturbates and gets caught.mp4.torrent | 5 | Regular File | 12/14/2016 12:32:26 PM |
| 9yo Chinese Preteen (Part 1).wmv.torrent | 4 | Regular File | 12/14/2016 12:32:36 PM |
| April First Facial.rar.1.torrent | 3 | Regular File | 12/15/2016 12:18:56 PM |
| g string and stockings.rar.torrent | 10 | Regular File | 12/15/2016 12:19:06 PM |
| CaseyAbduction.avi.torrent | 16 | Regular File | 12/15/2016 12:21:21 PM |
| deadpixel--se11b--girl--mixed_ages--showerdance.avi.torrent | 2 | Regular File | 12/15/2016 12:28:26 PM |
| 11.mp4.torrent | 2 | Regular File | 12/15/2016 12:30:18 PM |
| 8yo girl footjob_r.mp4.torrent | 7 | Regular File | 12/15/2016 12:41:51 PM |
| Amber 7yo Bondage.avi.torrent | 4 | Regular File | 12/15/2016 12:45:36 PM |
| beautiful girl.mp4.torrent | 2 | Regular File | 12/15/2016 12:58:21 PM |
| 2013 - 11 bibigon 5 full.ogv.torrent | 10 | Regular File | 12/15/2016 1:05:01 PM |
| 11yo - girl - Preteen girl just wants to Fuck & Suck (Sound).avi.torrent | 4 | Regular File | 12/16/2016 11:30:31 AM |
| OMG_full-reencoded.1.torrent | 4 | Regular File | 12/17/2016 12:46:28 PM |
| beautiful girl.mp4.1.torrent | 2 | Regular File | 12/17/2016 12:48:24 PM |
| 2012 11y girl nude totaly show.torrent | 3 | Regular File | 12/17/2016 12:48:36 PM |
| pedomom.1.torrent | 2 | Regular File | 12/17/2016 12:58:14 PM |
| 2014.mp4.torrent | 2 | Regular File | 12/17/2016 12:58:41 PM |
| M2U00297.wmv.torrent | 3 | Regular File | 12/18/2016 12:16:34 PM |
| Spermed Little Girls Mix.mpeg.torrent | 4 | Regular File | 12/18/2016 12:19:10 PM |
| imgsrc.ru.torrent | 66 | Regular File | 12/19/2016 12:34:27 PM |
| mom.3gp.1.torrent | 10 | Regular File | 12/19/2016 12:34:35 PM |
| Лена.torrent | 4 | Regular File | 12/19/2016 12:34:50 PM |
| 2013 - 11 bibigon 5 full.ogv.1.torrent | 2 | Regular File | 12/19/2016 12:35:04 PM |
| Kate 01.m4v.1.torrent | 24 | Regular File | 12/19/2016 12:36:38 PM |
| настя с братом и другом.torrent | 2 | Regular File | 12/19/2016 12:39:55 PM |
| valya2.torrent | 122 | Regular File | 12/19/2016 12:40:56 PM |
| 2011 M4H00422.MP4.torrent | 9 | Regular File | 12/19/2016 12:45:49 PM |

| File | Type | Date |
|---|---|---|
| Korean In Public & More — Sweet Asian Teen.torrent | 6 Regular File | 12/19/2016 12:46:26 PM |
| lzv1.avi.torrent | 7 Regular File | 12/19/2016 12:46:48 PM |
| deadpixel--ro10a--girl--11y--gum_goes_there.avi.torrent | 4 Regular File | 12/19/2016 12:53:03 PM |
| VID_20130807_205140.mp4.torrent | 3 Regular File | 12/20/2016 10:43:28 AM |
| Cuckold game.torrent | 3 Regular File | 12/20/2016 10:45:38 AM |
| Immoral Underages.torrent | 89 Regular File | 12/20/2016 10:47:01 AM |
| Camping Slut.zip.torrent | 1 Regular File | 12/20/2016 10:47:11 AM |
| Sarah footjob complete.mp4.torrent | 5 Regular File | 12/20/2016 10:48:31 AM |
| 12.mmnm (park4).avi.torrent | 2 Regular File | 12/20/2016 10:49:57 AM |
| deadpixel--ro09a--girl--7y--sexual_harassment_tihihi.avi.torrent | 9 Regular File | 12/20/2016 10:57:38 AM |
| Asi se mama linda.mp4.torrent | 2 Regular File | 12/23/2016 11:35:02 AM |
| deadpixel--ro09a--girl--10y--self_inspection.avi.torrent | 6 Regular File | 12/23/2016 11:36:05 AM |
| kat_mp_d.mpg.torrent | 2 Regular File | 12/23/2016 11:37:52 AM |
| deadpixel--se11b--girl--mixed_ages--shower50.avi.torrent | 7 Regular File | 12/23/2016 11:42:27 AM |
| dark-insanity.zip.torrent | 62 Regular File | 12/23/2016 11:42:34 AM |
| Premium lolitas.torrent | 9 Regular File | 12/23/2016 11:46:01 AM |
| rado0015.mpg.torrent | 6 Regular File | 12/23/2016 11:46:27 AM |
| Black Cat Scans.torrent | 2 Regular File | 12/23/2016 11:47:40 AM |
| inj03.flv.torrent | 28 Regular File | 12/23/2016 11:53:34 AM |
| NEW PTHC OPVA 2014.torrent | 2 Regular File | 12/23/2016 12:14:48 PM |
| TrueAnal.mp4.torrent | 3 Regular File | 12/23/2016 12:39:43 PM |
| mov_0214.mp4.torrent | 2 Regular File | 12/28/2016 7:12:21 AM |
| mov_0216.mp4.torrent | 2 Regular File | 12/28/2016 7:13:36 AM |
| pthc_ptsc 9yo jenny sucking doggie cock and loving it email request at shortgrub09yahoo.com.AVI.1.torrent | 8 Regular File | 12/28/2016 7:14:02 AM |
| crazy_fam(9802).avi.torrent | 36 Regular File | 12/28/2016 7:14:32 AM |
| 2012 11y girl nude totaly show.1.torrent | 1 Regular File | 12/28/2016 7:14:46 AM |
| africasight.torrent | 4 Regular File | 12/28/2016 7:15:14 AM |
| mov_0211.mp4.torrent | 13 Regular File | 12/29/2016 6:18:16 AM |
| MVI_0084.mpg.torrent | 18 Regular File | 12/29/2016 6:19:02 AM |
| BDSM Jap Child Rape And Crying.mpg.torrent | 13 Regular File | 12/29/2016 6:21:45 AM |
| mom.3gp.2.torrent | 10 Regular File | 12/29/2016 6:22:01 AM |
| Pthc Pedo - 11Yo & 13Yo Girls Play With Mom-'s Pussy And Fuck Dad).avi.1.torrent | 43 Regular File | 12/29/2016 6:22:27 AM |
| Ariel.torrent | 9 Regular File | 12/29/2016 6:24:24 AM |
| 9yo Chinese Preteen (Part 1).wmv.1.torrent | 4 Regular File | 12/29/2016 6:27:25 AM |
| Spermed Little Girls Mix.mpeg.1.torrent | 4 Regular File | 12/29/2016 6:28:03 AM |
| Will Mcbride - Zeig Mal (Show MeJ) - full - with pages 00 & 01.rar.torrent | 2 Regular File | 12/29/2016 6:29:29 AM |
| Brian Babinski.torrent | 4 Regular File | 12/29/2016 6:30:05 AM |
| cpack1_newfag_happiness.torrent | 118 Regular File | 1/4/2017 11:07:35 AM |
| OMG_full-reencoded.2.torrent | 4 Regular File | 1/4/2017 11:07:57 AM |
| Toddlerboy gets BJ from Sister.mkv.torrent | 2 Regular File | 1/4/2017 11:08:44 AM |
| amateurz.info_013.torrent | 5 Regular File | 1/4/2017 11:09:32 AM |
| deadpixel--ro09a--girl--7y--sexual_harassment_tihihi.avi.1.torrent | 9 Regular File | 1/4/2017 11:10:12 AM |
| mrf16holland_omegle.torrent | 4 Regular File | 1/4/2017 11:13:45 AM |
| e6067ddaaca7acb6dda4dec4f1031450 - Casey & Stasy lesbian 2013 SM_23-1.avi.torrent | 42 Regular File | 1/4/2017 11:15:04 AM |
| 5-Sisters.torrent | 35 Regular File | 1/4/2017 11:15:55 AM |
| deadpixel--ro10a--girl--14y_12y--redanddark.avi.torrent | 7 Regular File | 1/4/2017 11:30:26 AM |
| Orgasm compilation.avi.torrent | 67 Regular File | 1/4/2017 11:08:44 AM |
| VID_20130807_205140.mp4.1.torrent | 3 Regular File | 1/9/2017 7:10:21 AM |
| PTHC - Enema Clysma BDSM baby preteen.wmv.torrent | 11 Regular File | 1/9/2017 7:11:46 AM |
| Jailbait etc [videos].torrent | 36 Regular File | 1/9/2017 7:12:23 AM |
| 11yo - girl - Preteen girl just wants to Fuck & Suck (Sound).avi.torrent | 10 Regular File | 1/9/2017 7:14:08 AM |
| test.avi.torrent | 1 Regular File | 1/9/2017 7:14:54 AM |
| Daniela and Aleia mis Sobrinas.torrent | 2 Regular File | 1/9/2017 7:16:09 AM |

| Name | Size | Type | Date Modified |
|---|---|---|---|
| Vid115.wmv.torrent | 5 | Regular File | 1/9/2017 7:23:19 AM |
| webcam_loli_8_video.torrent | 13 | Regular File | 1/9/2017 7:26:42 AM |
| Жаркое лето.torrent | 7 | Regular File | 1/9/2017 7:58:17 AM |
| lzv1.avi.1.torrent | 7 | Regular File | 1/10/2017 12:30:26 PM |
| настя с братом и другом.1.torrent | 2 | Regular File | 1/10/2017 12:32:33 PM |
| cpack4_king_size.torrent | 76 | Regular File | 1/13/2017 8:37:23 AM |
| lrec.jpg | 39 | Regular File | 1/14/2017 8:51:57 AM |
| lrec.html | 1 | Regular File | 1/14/2017 8:51:58 AM |
| cpack3_little_joys.1.torrent | 132 | Regular File | 1/19/2017 11:41:13 AM |
| Asi se mama linda.mp4.1.torrent | 2 | Regular File | 1/19/2017 11:42:01 AM |
| katy.rar.torrent | 16 | Regular File | 1/21/2017 10:46:37 AM |
| uTorrent.exe | 2,094 | Regular File | 2/4/2017 10:06:19 AM |
| Asian_Girls.torrent | 46 | Regular File | 2/5/2017 11:28:25 AM |
| charlene.torrent | 5 | Regular File | 2/5/2017 11:29:38 AM |
| 06_98pic_imgsrc.ru.torrent | 6 | Regular File | 2/5/2017 11:30:23 AM |
| pedomom.2.torrent | 2 | Regular File | 2/5/2017 11:31:42 AM |
| Deadpixel.torrent | 145 | Regular File | 2/5/2017 11:32:28 AM |
| 02_23pic_primejailbait.com.torrent | 3 | Regular File | 2/5/2017 11:49:03 AM |
| cpack2_milky_rivers.torrent | 162 | Regular File | 2/5/2017 12:12:59 PM |
| rss.dat.old | 1 | Regular File | 2/7/2017 10:50:55 AM |
| updates.dat | 1 | Regular File | 2/8/2017 2:43:48 PM |
| resume.dat.old | 1 | Regular File | 2/8/2017 3:03:44 PM |
| dht.dat.old | 7 | Regular File | 2/8/2017 3:04:41 PM |
| settings.dat.old | 21 | Regular File | 2/8/2017 5:44:01 PM |
| dht_feed.dat.old | 1 | Regular File | 2/8/2017 5:44:01 PM |
| resume.dat.old | 1 | Regular File | 2/8/2017 5:44:01 PM |
| dht_feed.dat | 1 | Regular File | 2/8/2017 5:45:04 PM |
| rss.dat | 1 | Regular File | 2/8/2017 5:45:04 PM |
| settings.dat | 21 | Regular File | 2/8/2017 5:45:04 PM |
| dht.dat | 6 | Regular File | 2/8/2017 5:45:04 PM |
| resume.dat | 1 | Regular File | 2/8/2017 5:45:04 PM |
| $I30 | 48 | NTFS Index All... | 2/8/2017 5:45:04 PM |
| dht_feed.dat | | $I30 INDX Entry | |