Barbara L. Hull, #011890
Attorney at Law
77 East Columbus Street
Suite 201
Phoenix, Arizona 85012
(602)412-5800
BarbaraHullLaw@gmail.com
Attorney for Anthony Espinosa Gonzales

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>  vs.<br><br>Anthony Espinosa Gonzales,<br><br>        Defendant. | Case No. 2:17-cr-01311-PHX-DGC<br><br>DEFENDANT'S FOURTH MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTION DEADLINE<br><br>Fourth Request<br>Defendant not in Custody |

    Defendant Anthony Espinoza Gonzales, by and through counsel, hereby moves that this Court continue the trial currently set in this matter a period of ninety days and extend the pretrial motion deadline.

    The defense investigation into this matter is ongoing. Additional time is required to complete the investigation. Additionally, the parties are awaiting the Court's decision regarding a requested evidentiary hearing reference Defendant's Motion to Compel which ruling has the potential to dramatically change trial and trial preparation. In addition, undersigned has a firm trial date scheduled for December 12, 2018 before this court for case CR13-00116-PHX-DGC.

    Assistant United States Attorney Gayle Helart has been advised of the contents of this motion and has no objection.

Mr. Gonzales asks that this Court enter its Order continuing the trial for a period of ninety (90) days to accommodate the necessary trial preparation.

It is expected that excludable delay under Title 18 U.S.C. §3161(h)(7)(B)(i) and (iv) will result from this motion and/or from an ordered based thereon.

Respectfully submitted this 27th day of September, 2018.

       _s/ Barbara L. Hull_____
       Barbara L. Hull
       Attorney for Mr. Gonzales

## CERTIFICATION

I hereby certify that on this date I electronically filed the attached document with the Clerk's Office using the ECF System for filing and distribution to ECF participants.

Courtesy copy provided this date to The Honorable David G. Campbell at Campbell_chambers@azd.uscourts.gov.

Copy also provided to Mr. Gonzales, Defendant.

Copy also provided to AUSA Gayle Helart.


_s/ Barbara L. Hull_____
Barbara L. Hull