Barbara L. Hull, #011890
Attorney at Law
77 East Columbus Street
Suite 201
Phoenix, Arizona 85012
(602)412-5800
BarbaraHullLaw@gmail.com
Attorney for Anthony Espinosa Gonzales

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>vs.<br><br>Anthony Espinosa Gonzales,<br><br>  Defendant. | Case No. 2:17-cr-01311-PHX-DGC<br><br>DEFENDANT'S MOTION TO CONTINUE EVIDENTIARY HEARING/ORALARGUMENT |

Defendant Anthony Espinoza Gonzales, by and through counsel, hereby moves that this Court continue the evidentiary hearing currently scheduled in this matter for December 5, 2018 at 9:00 a.m. for a period of sixty (60) days.

The defense expert has been called out of the office for an extended leave for unanticipated personal reasons. This expert's testimony is essential to the defense of this matter for purposes of the evidentiary hearing. This is a matter outside the control of the defense.

Assistant United States Attorney Gayle Helart has been advised of the contents of this motion and has no objection.

Mr. Gonzales asks that this Court enter its Order continuing the hearing for a period of sixty days to accommodate the expert's leave of absence.

It is expected that excludable delay under Title 18 U.S.C. §3161(h)(7)(B)(i) and (iv) will result from this motion and/or from an ordered based thereon.

Respectfully submitted this 26th day of November, 2018.

                                  _s/ Barbara L. Hull_____
                                  Barbara L. Hull
                                  Attorney for Mr. Gonzales

## CERTIFICATION

I hereby certify that on this date I electronically filed the attached document with the Clerk's Office using the ECF System for filing and distribution to ECF participants.

Courtesy copy provided this date to The Honorable David G. Campbell at Campbell_chambers@azd.uscourts.gov.

Copy also provided to Mr. Gonzales, Defendant.

Copy also provided to AUSA Gayle Helart.

_s/ Barbara L. Hull_____
Barbara L. Hull