DISTRICT JUDGE'S MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** David G. Campbell | **Date:** January 31, 2019 |
| **USA v. Anthony Espinosa Gonzales** | **Case Number: CR-17-01311-01-PHX-DGC** |
| **USA v. Aaron Anthony Ordonez** | **Case Number: CR-18-00539-01-PHX-DGC** |

**Assistant U.S. Attorney:** Gayle Helart and Brett Day
**Defense Attorney for Defendant Gonsales:** Barbara Hull, CJA
**Defense Attorney for Defendant Ordonez:** Hershel Ber, Retained
**Defendant Gonsales is present and released; Defendant Ordonez is present and in custody**

**EVIDENTIARY HEARING:**

9:04 a.m. Court is called to order. Defendant Gonzales calls Tami Loehrs. Witness is sworn examined. The parties stipulate to the admission of Exhibits 101-107 and 109. The exhibits are admitted. 9:45 a.m. Cross-examination. Exhibit 1 (Gonzales) is admitted. 10:17 a.m. Redirect. 10:19 a.m. Direct examination by Defendant Ordonez. 10:25 a.m. Cross-examination. 10:28 a.m. Redirect. 10:29 a.m. Witness is excused. Court is in recess.

10:39 a.m. Court reconvenes. Government calls Special Agent Jimmie John Daniels. Witness is sworn and examined. Exhibits 13 (Gonzales) and 10 (Ordonez) are admitted. Exhibits 1-8 are admitted (Gonzales). Exhibits 1-5 (Ordonez) are admitted. Exhibits 9-12 (Gonzales) and Exhibits 7-9 (Ordonez) are admitted. 12:01 p.m. Court is in recess.

12:13 p.m. Court reconvenes. Cross-examination of Special Agent Jimmie John Daniels by Defendant Gonzales. 12:18 p.m. Cross-examination by Defendant Ordonez. 12:25 p.m. Redirect. 12:28 p.m. Witness is excused. The Court asks the parties questions. 1:07 p.m. Argument by Defendant Gonzales. 1:08 p.m. Argument by Defendant Ordonez. 1:09 p.m. Government's argument.

The Court takes the matters under advisement.

1:13 p.m. Court is adjourned. All exhibits are returned to the parties.

**Court Reporter** Patricia Lyons
**Deputy Clerk** Christine Boucher               **Time in court: 3 hrs. 47 mins.**