UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CRIMINAL WITNESS LIST

☐ Motion to Suppress    ☐ Non-Jury Trial    ☐ Jury Trial

Case Number CR 17-1311-PHX-DGC    Judge Code _____    Date 1/31/19
United States of America                vs. Anthony Espinosa Gonzales

☐ Plaintiff/Petitioner    ☒ Defendant/Respondent Gonzales

| NAME | SWORN | APPEARED |
|---|---|---|
| Tami Loehrs | 1/31/19 | 1/31/19 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

JAN 31 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY