# UNITED STATE DISTRICT COURT
## DISTRICT OF ARIZONA

## WITNESS LIST --- CRIMINAL

☒ FILED  ☐ LODGED
☐ RECEIVED  ☐ COPY

JAN 3 1 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

☒ Evidentiary Hearing   ☐ Non-Jury Trial   ☐ Jury Trial

USA vs. Gonzales, Anthony Espinoza
Last, First, Middle Initial

CR-17-01311-PHX-DGC
Year-Case No-Deft No-Judge

☒ GOVERNMENT   ☐ DEFENDANT

| # | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|------|-----|------------|---------------|
| 1. | Daniels, Jimmie (FBI Special Agent) John |  | 1/31/19 | 1/31/19 |
| 2. |  |  |  |  |
| 3. |  |  |  |  |
| 4. |  |  |  |  |
| 5. |  |  |  |  |
| 6. |  |  |  |  |
| 7. |  |  |  |  |
| 8. |  |  |  |  |
| 9. |  |  |  |  |
| 10. |  |  |  |  |
| 11. |  |  |  |  |
| 12. |  |  |  |  |
| 13. |  |  |  |  |
| 14. |  |  |  |  |