UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CRIMINAL EXHIBIT LIST

☐ Motion to Suppress  ☐ Non-Jury Trial  ☐ Jury Trial

Case Number CR- 17-01311-DGC   Judge Code 7020   Date 1/31/2019
           Year Case No. Deft No.

USA v. ESPINOZA-GONZALES, ANTHONY
        Last           First         Middle

☐ Government                          ✓ Defendant

**FILED** JAN 3 1 2019 — CLERK U S DISTRICT COURT, DISTRICT OF ARIZONA, BY ___ DEPUTY

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 101 | | 1/31/19 | Application for a Search Warrant (17-016MB) |
| 102 | | | Search and Seizure Warrant (17-016MB) |
| 103 | | | Letter to Brett Day, Esq., dated 5/3/2018 |
| 104 | | | Letter from Assistant United States Attorney Gayle L. Helart, dated 5/3/2018 |
| 105 | | | Affidavit of Tami Loehrs |
| 106 | | | Report of DexT Analysis (305a-PX-2125742), dated 2/16/2017 |
| 107 | | | Report of Forensic Examination - Loehrs & Associates, dated 7/18/2018 |
| 108 | | | Transcript - Interview of Agent Jimmy Daniels, 7/26/2016 |
| 109 | | 1/31/19 | Tami Loehrs - Curriculum Vitae |