# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

## EXHIBIT LIST --- CRIMINAL

```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

    JAN 3 1 2019

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

☒ Evidentiary Hearing    ☐ Non-Jury Trial    ☐ Jury Trial

USA vs. Gonzales, Anthony Espinoza
Last, First, Middle Initial

CR-17-01311-PHX-DGC
Year-Case No-Deft No-Judge

☒ GOVERNMENT    ☐ DEFENDANT

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 1 | | 1/31/19 | DD.torrent log file for Count 1 |
| 2-1 | | 1/31/19 | 2 Little Girls Suck Mans Dick so (HOT).mp4.torrent log file for Count 2 |
| 2-2 | | | Adry Pack.torrent log file for Count 2 |
| 3 | | | (Russian characters).torrent log file for Count 3 |
| 4 | | | Asi se mama linda mp4.torrent log file for Count 4 |
| 5 | | | TrueAnal.mp4.torrent log file for Count 5 |
| 6-1 | | | mov_0211.mp4.torrent log file for Count 6 |
| 6-2 | | | MVI_0084.mpg.torrent log file for Count 6 |
| 7 | | | cpack1_newfag_happiness.torrent log file for Count 7 |
| 8 | | | VID_2013030807_205140.mp4.torrent log file for Count 8 |
| 9 | | 1/31/19 | Exhibit of .torrent file names for Counts 1-8 |
| 10 | | 1/31/19 | Listing of 114 .torrent names on Tablet |
| 11 | | 1/31/19 | Exhibit of jump list / link (.lnk) files, including from Counts 1-8 |
| 12 | | 1/31/19 | Transcript of Anthony Gonzales interview |

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 13 | | 1/31/19 | Jimmie Daniels CV |