☜AO 435     Administrative Office Of the United States Courts     **FOR COURT USE ONLY**
AZ Form (Rev. 10/2018)
**DUE DATE:**

**TRANSCRIPT ORDER**

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| | | |

| 4. FIRM NAME |
|---|
| |

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|
| | | | |

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. | 12. |

| 13. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. | 15. STATE |

16. ORDER FOR
    APPEAL                CRIMINAL                CRIMINAL JUSTICE ACT          BANKRUPTCY
    NON-APPEAL        CIVIL                       IN FORMA PAUPERIS            OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| VOIR DIRE | | TESTIMONY (Specify) | |
| OPENING STATEMENT (Plaintiff) | | | |
| OPENING STATEMENT (Defendant) | | | |
| CLOSING ARGUMENT (Plaintiff) | | PRE-TRIAL PROCEEDING | |
| CLOSING ARGUMENT (Defendant) | | | |
| OPINION OF COURT | | | |
| JURY INSTRUCTIONS | | OTHER (Specify) | |
| SENTENCING | | | |
| BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | | | | PAPER COPY | |
| 14 DAYS | | | | | |
| 7 DAYS (expedited) | | | | PDF (e-mail) | |
| 3 DAYS | | | | | |
| DAILY | | | | ASCII (e-mail) | |
| HOURLY | | | | | |
| REALTIME | | | | E-MAIL ADDRESS | |

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE

20. DATE

| TRANSCRIPT TO BE PREPARED BY | ESTIMATE TOTAL | |
|---|---|---|
| | | |
| ORDER RECEIVED    DATE    BY | PROCESSED BY    PHONE NUMBER | |
| DEPOSIT PAID | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | TOTAL DUE | |

**DISTRIBUTION:**     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY