Barbara L. Hull, #011890
Attorney at Law
77 East Columbus Street
Suite 201
Phoenix, Arizona 85012
(602)412-5800
BarbaraHullLaw@gmail.com
Attorney for Anthony Espinosa Gonzales

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America,        | ) Case No. 2:17-cr-01311-PHX-DGC |
|---|---|
|         Plaintiff,               | ) DEFENDANT'S FIFTH MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTION DEADLINE |
|    vs.                           | ) |
| Anthony Espinosa Gonzales,       | ) Fifth Request |
|         Defendant.               | ) Defendant not in Custody |

Defendant Anthony Espinoza Gonzales, by and through counsel, hereby moves that this Court continue the trial currently set in this matter on June 11, 2019 a period of ninety days and extend the pretrial motion deadline.

The defense investigation into this matter is ongoing. Litigation regarding discovery disputes is currently pending before the Court, the outcome of which will have a significant impact on the proceedings and any trial preparation.

Additional time is required to complete due process preparation.

Additionally, undersigned counsel will be out of the country beginning May 18, 2019 and returning to the office June 17, 2019.

Assistant United States Attorney Gayle Helart has been advised of the contents of this motion and has no objection.

Mr. Gonzales asks that this Court enter its Order continuing the trial for a period of ninety (90) days to accommodate the necessary trial preparation.

It is expected that excludable delay under Title 18 U.S.C. §3161(h)(7)(B)(i) and (iv) will result from this motion and/or from an ordered based thereon.

Respectfully submitted this 25th day of April, 2019.

_s/ Barbara L. Hull_____
Barbara L. Hull
Attorney for Mr. Gonzales

## CERTIFICATION

I hereby certify that on this date I electronically filed the attached document with the Clerk's Office using the ECF System for filing and distribution to ECF participants.

Courtesy copy provided this date to The Honorable David G. Campbell at Campbell_chambers@azd.uscourts.gov.

Copy also provided to Mr. Gonzales, Defendant.

Copy also provided to AUSA Gayle Helart.


_s/ Barbara L. Hull_____
Barbara L. Hull