Barbara L. Hull, #011890
Attorney at Law
77 East Columbus Street
Suite 201
Phoenix, Arizona 85012
(602)412-5800
BarbaraHullLaw@gmail.com
Attorney for Anthony Espinosa Gonzales

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Anthony Espinosa Gonzales,<br><br>　　　　Defendant. | )　Case No. 2:17-cr-01311-PHX-DGC<br>)<br>)　DEFENDANT'S MOTION FOR<br>)　EXTENSION OF TIME FOR<br>)　BRIEFING<br>)<br>)　(Expedited Ruling Requested)<br>)<br>)<br>) |

　　　Defendant Anthony Espinoza Gonzales, by and through counsel, hereby moves that this Court extend the deadline of May 31, 2019 currently set for briefing pursuant to this Court's Order dated May 9, 2019 [Doc. 59.]

　　　Undersigned counsel is leaving the country May 18, 2019 and will not return to the office until June 17, 2019. Counsel communicated this vacation schedule previously. Additionally, the defense expert will be out of Arizona this week on another case and will be unable to assist in the necessary briefing. As a result, undersigned counsel will be unable to meet the Court's deadline for briefing of May 31, 2019.

Because the hearing on this matter is scheduled for July 8, 2019 and due to the circumstances listed here, Defendant asks that the Court extend the deadline for the ordered briefing to June 24, 2019.

Assistant United States Attorney Gayle Helart has been advised of the contents of this motion and has no objection.

Mr. Gonzales asks that this Court enter its Order extending the deadline for briefing to June 24, 2019.

It is expected that excludable delay under Title 18 U.S.C. §3161(h)(7)(B)(i) and (iv) will result from this motion and/or from an ordered based thereon.

Respectfully submitted this 13th day of May, 2019.

                              _s/ Barbara L. Hull_____
                              Barbara L. Hull
                              Attorney for Mr. Gonzales

## CERTIFICATION

I hereby certify that on this date I electronically filed the attached document with the Clerk's Office using the ECF System for filing and distribution to ECF participants.

Courtesy copy provided this date to The Honorable David G. Campbell at Campbell_chambers@azd.uscourts.gov.

Copy also provided to Mr. Gonzales, Defendant.

Copy also provided to AUSA Gayle Helart.

_s/ Barbara L. Hull_____
Barbara L. Hull