IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | Case No. 2:17-cr-01311-DGC |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | ORDER |
| Anthony Espinoza Gonzales, | ) ) | |
| Defendant. | ) ) | |

Upon Motion of Defendant Anthony Espinoza Gonzales, the government having no opposition, and good cause appearing therefor;

IT IS HEREBY ORDERED granting Defendant's Motion for Extension of Time for Briefing.

IT IS FURTHER ORDERED extending the current deadline of May 31, 2019 to June 24, 2019.

The Court finds excludable delay under 18 U.S.C. §3161(h) from May 13, 2019 to _____, 2019.

Dated this ____ day of _____, 2019.

_____
David G. Campbell
United States District Judge

-1-