1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CR-17-01311-PHX-DGC**

**EXHIBIT 1**

**To**

**GOVERNMENT'S RESPONSE TO COURT'S ORDER DATED MAY 10, 2019**

Page 1 of 1

Note: the following file filter was applied to this list: "Bookmarked"

## Bookmark: Count 1

**Comments:**

**Creator:** CART\jjdaniels2

**File Count:** 1

### Files Bookmarked

**File Comments:**

| Name | DD.torrent |
|---|---|
| Physical Size | 8192 B |
| Logical Size | 7702 B |
| Created Date | 12/13/2016 4:53:27 AM (2016-12-13 11:53:27 UTC) |
| Modified Date | 12/13/2016 4:53:27 AM (2016-12-13 11:53:27 UTC) |
| Accessed Date | 12/13/2016 4:53:27 AM (2016-12-13 11:53:27 UTC) |
| Path | |

QPX2 - Microsoft tablet 128 GB/Basic data partition (4)/Windows [NTFS]/[root]/Users/Chris/AppData/Roaming/uTorrent/DD.torrent

| Exported as | files\DD.torrent |
|---|---|

Page 1 of 1

AccessData Forensic Toolkit®

Page 1 of 1

Note: the following file filter was applied to this list: "Bookmarked"

## Bookmark: Count 2

**Comments:**

**Creator:** CART\jjdaniels2

**File Count:** 2

### Files Bookmarked

**File Comments:**

| | |
|---|---|
| Name | 2 Little Girls Suck Mans Dick so ( HOT ).mp4.torrent |
| Physical Size | 4096 B |
| Logical Size | 1197 B |
| Created Date | 12/14/2016 5:15:30 AM (2016-12-14 12:15:30 UTC) |
| Modified Date | 12/14/2016 5:15:30 AM (2016-12-14 12:15:30 UTC) |
| Accessed Date | 12/14/2016 5:15:30 AM (2016-12-14 12:15:30 UTC) |

Path
QPX2 - Microsoft tablet 128 GB/Basic data partition (4)/Windows [NTFS]/[root]/Users/Chris/AppData/Roaming/uTorrent/2 Little Girls Suck Mans Dick so ( HOT ).mp4.torrent

| | |
|---|---|
| Exported as | files\2 Little Girls Suck Mans Dick so ( HOT ).mp4.torrent |

**File Comments:**

| | |
|---|---|
| Name | Adry Pack.torrent |
| Physical Size | 131072 B |
| Logical Size | 128832 B |
| Created Date | 12/14/2016 5:20:00 AM (2016-12-14 12:20:00 UTC) |
| Modified Date | 12/14/2016 5:20:09 AM (2016-12-14 12:20:09 UTC) |
| Accessed Date | 12/14/2016 5:20:00 AM (2016-12-14 12:20:00 UTC) |

Path
QPX2 - Microsoft tablet 128 GB/Basic data partition (4)/Windows [NTFS]/[root]/Users/Chris/AppData/Roaming/uTorrent/Adry Pack.torrent

| | |
|---|---|
| Exported as | files\Adry Pack.torrent.txt |

Page 1 of 1

AccessData Forensic Toolkit®

Page 1 of 1

Note: the following file filter was applied to this list: "Bookmarked"

## Bookmark: Count 3

**Comments:**

**Creator:** CART\jjdaniels2

**File Count:** 1

### Files Bookmarked

**File Comments:**

| Name | Лена.torrent |
|---|---|
| Physical Size | 4096 B |
| Logical Size | 3441 B |
| Created Date | 12/19/2016 5:34:50 AM (2016-12-19 12:34:50 UTC) |
| Modified Date | 12/19/2016 5:34:50 AM (2016-12-19 12:34:50 UTC) |
| Accessed Date | 12/19/2016 5:34:50 AM (2016-12-19 12:34:50 UTC) |
| Path | |
| QPX2 - Microsoft tablet 128 GB/Basic data partition (4)/Windows [NTFS]/[root]/Users/Chris/AppData/Roaming/uTorrent/Лена.torrent | |
| Exported as | files\Лена.torrent.txt |

Page 1 of 1

AccessData Forensic Toolkit®

Page 1 of 1

Note: the following file filter was applied to this list: "Bookmarked"

### Bookmark: Count 4

**Comments:**

**Creator:** CART\jjdaniels2

**File Count:** 2

**Files Bookmarked**

**File Comments:**

| | |
|---|---|
| Name | Asi se mama linda.mp4.1.torrent |
| Physical Size | 4096 B |
| Logical Size | 1674 B |
| Created Date | 1/19/2017 4:42:01 AM (2017-01-19 11:42:01 UTC) |
| Modified Date | 1/19/2017 4:42:01 AM (2017-01-19 11:42:01 UTC) |
| Accessed Date | 1/19/2017 4:42:01 AM (2017-01-19 11:42:01 UTC) |
| Path | QPX2 - Microsoft tablet 128 GB/Basic data partition (4)/Windows [NTFS]/[root]/Users/Chris/AppData/Roaming/uTorrent/Asi se mama linda.mp4.1.torrent |
| Exported as | files\Asi se mama linda.mp4.1.torrent |

**File Comments:**

| | |
|---|---|
| Name | Asi se mama linda.mp4.torrent |
| Physical Size | 4096 B |
| Logical Size | 1674 B |
| Created Date | 12/23/2016 4:35:02 AM (2016-12-23 11:35:02 UTC) |
| Modified Date | 12/23/2016 4:35:02 AM (2016-12-23 11:35:02 UTC) |
| Accessed Date | 12/23/2016 4:35:02 AM (2016-12-23 11:35:02 UTC) |
| Path | QPX2 - Microsoft tablet 128 GB/Basic data partition (4)/Windows [NTFS]/[root]/Users/Chris/AppData/Roaming/uTorrent/Asi se mama linda.mp4.torrent |
| Exported as | files\Asi se mama linda.mp4.torrent |

Page 1 of 1

AccessData Forensic Toolkit®

Page 1 of 1

Note: the following file filter was applied to this list: "Bookmarked"

### Bookmark: Count 5

**Comments:**

**Creator:** CART\jjdaniels2

**File Count:** 1

### Files Bookmarked

| File Comments: | |
|---|---|
| Name | TrueAnal.mp4.torrent |
| Physical Size | 4096 B |
| Logical Size | 1044 B |
| Created Date | 12/23/2016 5:39:43 AM (2016-12-23 12:39:43 UTC) |
| Modified Date | 12/23/2016 5:39:43 AM (2016-12-23 12:39:43 UTC) |
| Accessed Date | 12/23/2016 5:39:43 AM (2016-12-23 12:39:43 UTC) |
| Path | |
| QPX2 - Microsoft tablet 128 GB/Basic data partition (4)/Windows [NTFS]/[root]/Users/Chris/AppData/Roaming/uTorrent/TrueAnal.mp4.torrent | |
| Exported as | files\TrueAnal.mp4.torrent |

Page 1 of 1

AccessData Forensic Toolkit®

Page 1 of 1

Note: the following file filter was applied to this list: "Bookmarked"

### Bookmark: Count 6

**Comments:**
**Creator:** CART\jjdaniels2
**File Count:** 2

**Files Bookmarked**

| File Comments: | |
|---|---|
| Name | mov_0211.mp4.torrent |
| Physical Size | 16384 B |
| Logical Size | 12847 B |
| Created Date | 12/28/2016 11:18:16 PM (2016-12-29 06:18:16 UTC) |
| Modified Date | 12/28/2016 11:18:16 PM (2016-12-29 06:18:16 UTC) |
| Accessed Date | 12/28/2016 11:18:16 PM (2016-12-29 06:18:16 UTC) |
| Path | QPX2 - Microsoft tablet 128 GB/Basic data partition (4)/Windows [NTFS]/[root]/Users/Chris/AppData/Roaming/uTorrent/mov_0211.mp4.torrent |
| Exported as | files\mov_0211.mp4.torrent |

| File Comments: | |
|---|---|
| Name | MVI_0084.mpg.torrent |
| Physical Size | 20480 B |
| Logical Size | 17767 B |
| Created Date | 12/28/2016 11:19:02 PM (2016-12-29 06:19:02 UTC) |
| Modified Date | 12/28/2016 11:19:02 PM (2016-12-29 06:19:02 UTC) |
| Accessed Date | 12/28/2016 11:19:02 PM (2016-12-29 06:19:02 UTC) |
| Path | QPX2 - Microsoft tablet 128 GB/Basic data partition (4)/Windows [NTFS]/[root]/Users/Chris/AppData/Roaming/uTorrent/MVI_0084.mpg.torrent |
| Exported as | files\MVI_0084.mpg.torrent |

Page 1 of 1

AccessData Forensic Toolkit®

Page 1 of 1

Note: the following file filter was applied to this list: "Bookmarked"

## Bookmark: Count 7

**Comments:**

**Creator:** CART\jjdaniels2

**File Count:** 1

### Files Bookmarked

**File Comments:**

| | |
|---|---|
| **Name** | cpack1_newfag_happiness.torrent |
| **Physical Size** | 122880 B |
| **Logical Size** | 120153 B |
| **Created Date** | 1/4/2017 4:07:32 AM (2017-01-04 11:07:32 UTC) |
| **Modified Date** | 1/4/2017 4:07:35 AM (2017-01-04 11:07:35 UTC) |
| **Accessed Date** | 1/4/2017 4:07:32 AM (2017-01-04 11:07:32 UTC) |
| **Path** | |
| QPX2 - Microsoft tablet 128 GB/Basic data partition (4)/Windows [NTFS]/[root]/Users/Chris/AppData/Roaming/uTorrent/cpack1_newfag_happiness.torrent | |
| **Exported as** | files\cpack1_newfag_happiness.torrent.txt |

Page 1 of 1

AccessData Forensic Toolkit®

Page 1 of 1

Note: the following file filter was applied to this list: "Bookmarked"

### Bookmark: Count 8

**Comments:**

**Creator:** CART\jjdaniels2

**File Count:** 2

**Files Bookmarked**

**File Comments:**

| | |
|---|---|
| Name | VID_20130807_205140.mp4.1.torrent |
| Physical Size | 4096 B |
| Logical Size | 2556 B |
| Created Date | 1/9/2017 12:11:46 AM (2017-01-09 07:11:46 UTC) |
| Modified Date | 1/9/2017 12:11:46 AM (2017-01-09 07:11:46 UTC) |
| Accessed Date | 1/9/2017 12:11:46 AM (2017-01-09 07:11:46 UTC) |
| Path | |
| QPX2 - Microsoft tablet 128 GB/Basic data partition (4)/Windows [NTFS]/[root]/Users/Chris/AppData/Roaming/uTorrent/VID_20130807_205140.mp4.1.torrent | |
| Exported as | files\VID_20130807_205140.mp4.1.torrent |

**File Comments:**

| | |
|---|---|
| Name | VID_20130807_205140.mp4.torrent |
| Physical Size | 4096 B |
| Logical Size | 2556 B |
| Created Date | 12/20/2016 3:43:28 AM (2016-12-20 10:43:28 UTC) |
| Modified Date | 12/20/2016 3:43:28 AM (2016-12-20 10:43:28 UTC) |
| Accessed Date | 12/20/2016 3:43:28 AM (2016-12-20 10:43:28 UTC) |
| Path | |
| QPX2 - Microsoft tablet 128 GB/Basic data partition (4)/Windows [NTFS]/[root]/Users/Chris/AppData/Roaming/uTorrent/VID_20130807_205140.mp4.torrent | |
| Exported as | files\VID_20130807_205140.mp4.torrent |

Page 1 of 1

AccessData Forensic Toolkit®