1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CR-17-01311-PHX-DGC

# EXHIBIT 2

# To

# GOVERNMENT'S RESPONSE TO COURT'S ORDER DATED MAY 10, 2019

> This PC > DVD RW Drive (E:) PX-2125742 > TD log files > Torrent files on QPX2

| Name | Date modified | Type | Size |
|---|---|---|---|
| _zooskool - PTHC - Babyj 5yo Exib Fuck (48m58s)(1).mpg.torrent | 12/8/2016 12:34 PM | TORRENT File | 53 KB |
| 02_23pic_primejailbait.com.torrent | 2/5/2017 4:49 AM | TORRENT File | 3 KB |
| 2 Little Girls Suck Mans Dick so ( HOT ).mp4.torrent | 12/14/2016 5:15 AM | TORRENT File | 2 KB |
| 5-Sisters.torrent | 1/4/2017 4:15 AM | TORRENT File | 35 KB |
| 06_98pic_imgsrc.ru.torrent | 2/5/2017 4:30 AM | TORRENT File | 6 KB |
| 8yo girl footjob_r.mp4.torrent | 12/15/2016 5:41 AM | TORRENT File | 7 KB |
| 9yo Chinese Preteen (Part 1).wmv.1.torrent | 12/28/2016 11:27 PM | TORRENT File | 4 KB |
| 9yo Chinese Preteen (Part 1).wmv.torrent | 12/14/2016 5:32 AM | TORRENT File | 4 KB |
| 11.mp4.torrent | 12/15/2016 5:30 AM | TORRENT File | 2 KB |
| 11yo - girl - Preteen girl just wants to Fuck & Suck (Sound).avi.1.torrent | 1/9/2017 12:14 AM | TORRENT File | 10 KB |
| 11yo - girl - Preteen girl just wants to Fuck & Suck (Sound).avi.torrent | 12/16/2016 4:30 AM | TORRENT File | 10 KB |
| 11yo Preteen BJ + Anal Fuck With 10yo Boy Neighbour And His Dad.AVI.torrent | 12/12/2016 5:04 AM | TORRENT File | 6 KB |
| 12.mmmm (park4).avi.torrent | 12/20/2016 3:49 AM | TORRENT File | 2 KB |
| 022 Asian - pthc ( tied 8yo Cambodian boom-boom girl fucked + raped by sex-tourist) hussyfan.mpeg.tor | 12/14/2016 5:17 AM | TOR File | 5 KB |
| 2009.08.15 [SKYT-0007] Touhou lv.20 [C76].torrent | 12/8/2016 12:28 PM | TORRENT File | 18 KB |
| 2011 M4H00422.MP4.torrent | 12/19/2016 5:45 AM | TORRENT File | 9 KB |
| 2012 11y girl nude totaly show.1.torrent | 12/28/2016 12:14 AM | TORRENT File | 3 KB |
| 2012 11y girl nude totaly show.torrent | 12/17/2016 5:48 AM | TORRENT File | 3 KB |
| 2013 - 11 bibigon 5 full.ogv.1.torrent | 12/19/2016 5:35 AM | TORRENT File | 2 KB |
| 2013 - 11 bibigon 5 full.ogv.torrent | 12/15/2016 6:05 AM | TORRENT File | 2 KB |
| 2014.mp4.torrent | 12/17/2016 5:58 AM | TORRENT File | 2 KB |
| Adry Pack.torrent | 12/14/2016 5:20 AM | TORRENT File | 126 KB |
| africasight.torrent | 12/28/2016 12:15 AM | TORRENT File | 4 KB |
| amateurz.info_013.torrent | 1/4/2017 4:09 AM | TORRENT File | 5 KB |
| Amber 7yo Bondage.avi.torrent | 12/15/2016 5:45 AM | TORRENT File | 2 KB |
| April First Facial.rar.1.torrent | 12/15/2016 5:18 AM | TORRENT File | 3 KB |
| April First Facial.rar.torrent | 12/13/2016 4:53 AM | TORRENT File | 3 KB |

| File | Date | Type | Size |
|---|---|---|---|
| ☐ Ariel.torrent | 12/28/2016 11:24 PM | TORRENT File | 9 KB |
| ☐ Asi se mama linda.mp4.1.torrent | 1/19/2017 4:42 AM | TORRENT File | 2 KB |
| ☐ Asi se mama linda.mp4.torrent | 12/23/2016 4:35 AM | TORRENT File | 2 KB |
| ☐ Asian_Girls.torrent | 2/5/2017 4:28 AM | TORRENT File | 46 KB |
| ☐ BDSM Jap Child Rape And Crying.mpg.torrent | 12/28/2016 11:21 PM | TORRENT File | 13 KB |
| ☐ beautiful girl.mp4.1.torrent | 12/17/2016 5:48 AM | TORRENT File | 2 KB |
| ☐ beautiful girl.mp4.torrent | 12/15/2016 5:58 AM | TORRENT File | 2 KB |
| ☐ Black Cat Scans.torrent | 12/23/2016 4:47 AM | TORRENT File | 28 KB |
| ☐ Brian Babinski.torrent | 12/28/2016 11:30 PM | TORRENT File | 4 KB |
| ☐ Camping Slut.zip.torrent | 12/20/2016 3:47 AM | TORRENT File | 1 KB |
| ☐ CaseyAbduction.avi.torrent | 12/15/2016 5:21 AM | TORRENT File | 16 KB |
| ☐ charlene.torrent | 2/5/2017 4:29 AM | TORRENT File | 5 KB |
| ☐ cpack1_newfag_happiness.torrent | 1/4/2017 4:07 AM | TORRENT File | 118 KB |
| ☐ cpack2_milky_rivers.torrent | 2/5/2017 5:12 AM | TORRENT File | 162 KB |
| ☐ cpack3_little_joys.1.torrent | 1/19/2017 4:41 AM | TORRENT File | 132 KB |
| ☐ cpack3_little_joys.torrent | 12/13/2016 4:54 AM | TORRENT File | 132 KB |
| ☐ cpack4_king_size.torrent | 1/13/2017 1:37 AM | TORRENT File | 76 KB |
| ☐ crazy_fam(98002).avi.torrent | 12/28/2016 12:14 AM | TORRENT File | 36 KB |
| ☐ Cuckold game.torrent | 12/20/2016 3:45 AM | TORRENT File | 3 KB |
| ☐ Cute girl and dog (2008).torrent | 12/13/2016 4:52 AM | TORRENT File | 6 KB |
| ☐ Daniela and Aleja mis Sobrinas.torrent | 1/9/2017 12:20 AM | TORRENT File | 2 KB |
| ☐ dark-insanity.zip.torrent | 12/23/2016 4:42 AM | TORRENT File | 62 KB |
| ☐ DD.torrent | 12/13/2016 4:53 AM | TORRENT File | 8 KB |
| ☐ Deadpixel.torrent | 2/5/2017 4:32 AM | TORRENT File | 145 KB |
| ☐ deadpixel--ro09a--girl--7y--sexual_harassment_tihihi.avi.1.torrent | 1/4/2017 4:10 AM | TORRENT File | 9 KB |
| ☐ deadpixel--ro09a--girl--7y--sexual_harassment_tihihi.avi.torrent | 12/20/2016 3:57 AM | TORRENT File | 9 KB |
| ☐ deadpixel--ro09a--girl--10y--self_inspection.avi.torrent | 12/23/2016 4:36 AM | TORRENT File | 6 KB |

| Name | Date | Type | Size |
|---|---|---|---|
| deadpixel--ro10a--girl--11y--gum_goes_there.avi.torrent | 12/19/2016 5:53 AM | TORRENT File | 4 KB |
| deadpixel--ro10a--girl--14y_12y--redanddark.avi.torrent | 1/4/2017 4:30 AM | TORRENT File | 7 KB |
| deadpixel--se11b--girl--mixed_ages--shower50.avi.torrent | 12/23/2016 4:42 AM | TORRENT File | 7 KB |
| deadpixel--se11b--girl--mixed_ages--showerdance.avi.torrent | 12/15/2016 5:28 AM | TORRENT File | 2 KB |
| e6067ddaaca7acb64da4dec4f103145d - Casey & Stasy lesbian 2013 SM_23-1.avi.torrent | 1/4/2017 4:15 AM | TORRENT File | 42 KB |
| Fun with grandma.torrent | 12/13/2016 4:56 AM | TORRENT File | 2 KB |
| g string and stockings.rar.torrent | 12/15/2016 5:19 AM | TORRENT File | 10 KB |
| Girl talks masturbates and gets caught.mp4.torrent | 12/14/2016 5:32 AM | TORRENT File | 5 KB |
| imgsrc.ru.torrent | 12/19/2016 5:34 AM | TORRENT File | 66 KB |
| Immoral Underages.torrent | 12/20/2016 3:47 AM | TORRENT File | 89 KB |
| inj03.flv.torrent | 12/23/2016 4:53 AM | TORRENT File | 2 KB |
| Jailbait etc [videos].torrent | 1/9/2017 12:14 AM | TORRENT File | 36 KB |
| kat_mp_d.mpg.torrent | 12/23/2016 4:37 AM | TORRENT File | 2 KB |
| Kate 01.m4v.1.torrent | 12/19/2016 5:36 AM | TORRENT File | 24 KB |
| Kate 01.m4v.torrent | 12/14/2016 5:16 AM | TORRENT File | 24 KB |
| katy.rar.torrent | 1/21/2017 3:46 AM | TORRENT File | 16 KB |
| Korean In Public & More — Sweet Asian Teen.torrent | 12/19/2016 5:46 AM | TORRENT File | 6 KB |
| lzv1.avi.1.torrent | 1/10/2017 5:30 AM | TORRENT File | 7 KB |
| lzv1.avi.torrent | 12/19/2016 5:46 AM | TORRENT File | 7 KB |
| M2U00297.wmv.torrent | 12/18/2016 5:16 AM | TORRENT File | 3 KB |
| mf16holland_omegle.torrent | 1/4/2017 4:13 AM | TORRENT File | 4 KB |
| mom.3gp.1.torrent | 12/19/2016 5:34 AM | TORRENT File | 10 KB |
| mom.3gp.2.torrent | 12/28/2016 11:22 PM | TORRENT File | 10 KB |
| mom.3gp.torrent | 12/13/2016 4:54 AM | TORRENT File | 10 KB |
| mov_0211.mp4.torrent | 12/28/2016 11:18 PM | TORRENT File | 13 KB |
| mov_0214.mp4.torrent | 12/28/2016 12:12 AM | TORRENT File | 2 KB |
| mov_0216.mp4.torrent | 12/28/2016 12:13 AM | TORRENT File | 8 KB |

| Name | Date | Type | Size |
|---|---|---|---|
| ☐ Mum_and_Daughter_in_Garden.torrent | 12/14/2016 5:14 AM | TORRENT File | 4 KB |
| ☐ MVI_0084.mpg.torrent | 12/28/2016 11:19 PM | TORRENT File | 18 KB |
| ☐ NEW PTHC OPVA 2014.torrent | 12/23/2016 5:14 AM | TORRENT File | 3 KB |
| ☐ OMG_full-reencoded.1.torrent | 12/17/2016 5:46 AM | TORRENT File | 4 KB |
| ☐ OMG_full-reencoded.2.torrent | 1/4/2017 4:07 AM | TORRENT File | 4 KB |
| ☐ OMG_full-reencoded.torrent | 12/14/2016 5:14 AM | TORRENT File | 4 KB |
| ☐ Orgasm compilation.avi.torrent | 1/9/2017 12:10 AM | TORRENT File | 67 KB |
| ☐ pedomom.1.torrent | 12/17/2016 5:58 AM | TORRENT File | 2 KB |
| ☐ pedomom.2.torrent | 2/5/2017 4:31 AM | TORRENT File | 2 KB |
| ☐ pedomom.torrent | 12/12/2016 5:00 AM | TORRENT File | 2 KB |
| ☐ Premium lolitas.torrent | 12/23/2016 4:46 AM | TORRENT File | 9 KB |
| ☐ PTHC - Enema Clysma BDSM baby preteen.wmv.torrent | 1/9/2017 12:12 AM | TORRENT File | 11 KB |
| ☐ Pthc Pedo - 11Yo & 13Yo Girls Play With Mom-'s Pussy And Fuck Dad).avi.1.torrent | 12/28/2016 11:22 PM | TORRENT File | 43 KB |
| ☐ Pthc Pedo - 11Yo & 13Yo Girls Play With Mom-'s Pussy And Fuck Dad).avi.torrent | 12/14/2016 5:18 AM | TORRENT File | 43 KB |
| ☐ pthc_ptsc 9yo jenny sucking doggie cock and loving it email request at shortgrub09yahoo.com.AVI.1.tor | 12/28/2016 12:14 AM | TOR File | 1 KB |
| ☐ pthc_ptsc 9yo jenny sucking doggie cock and loving it email request at shortgrub09yahoo.com.AVI.tor | 12/12/2016 5:04 AM | TOR File | 1 KB |
| ☐ rado0015.mpg.torrent | 12/23/2016 4:46 AM | TORRENT File | 2 KB |
| ☐ Sarah footjob complete.mp4.torrent | 12/20/2016 3:48 AM | TORRENT File | 5 KB |
| ☐ Spermed Little Girls Mix.mpeg.1.torrent | 12/28/2016 11:28 PM | TORRENT File | 4 KB |
| ☐ Spermed Little Girls Mix.mpeg.torrent | 12/18/2016 5:19 AM | TORRENT File | 4 KB |
| ☐ test.avi.torrent | 1/9/2017 12:16 AM | TORRENT File | 1 KB |
| ☐ Toddlerboy gets BJ from Sister.mkv.torrent | 1/4/2017 4:08 AM | TORRENT File | 2 KB |
| ☐ TrueAnal.mp4.torrent | 12/23/2016 5:39 AM | TORRENT File | 2 KB |
| ☐ valya2.torrent | 12/19/2016 5:40 AM | TORRENT File | 122 KB |
| ☐ VID_20130807_205140.mp4.1.torrent | 1/9/2017 12:11 AM | TORRENT File | 3 KB |
| ☐ VID_20130807_205140.mp4.torrent | 12/20/2016 3:43 AM | TORRENT File | 3 KB |
| ☐ Vid115.wmv.torrent | 1/9/2017 12:23 AM | TORRENT File | 5 KB |

| | Name | Date modified | Type | Size |
|---|---|---|---|---|
| ☐ | webcam_loli_8_video.torrent | 1/9/2017 12:26 AM | TORRENT File | 13 KB |
| ☐ | Will Mcbride - Zeig Mal (Show Me!) - full - with pages 00 & 01.rar.torrent | 12/28/2016 11:29 PM | TORRENT File | 2 KB |
| ☐ | Жаркое лето.torrent | 1/9/2017 12:58 AM | TORRENT File | 7 KB |
| ☐ | Лена.torrent | 12/19/2016 5:34 AM | TORRENT File | 4 KB |
| ☐ | настя с братом и другом.1.torrent | 1/10/2017 5:32 AM | TORRENT File | 2 KB |
| ☐ | настя с братом и другом.torrent | 12/19/2016 5:39 AM | TORRENT File | 2 KB |