Barbara L. Hull, #011890
Attorney at Law
2601 North 16th Street
Phoenix, Arizona 85006
(602)412-5800
BarbaraHullLaw@gmail.com
Attorney for Anthony Espinosa Gonzales

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Anthony Espinosa Gonzales,<br><br>Defendant. | Case No. 2:17-cr-01311-PHX-DGC<br><br>DEFENDANT'S NOTICE OF DISCLOSURE |

Defendant Anthony Espinoza Gonzales, by and through counsel, hereby provides notice that the Affidavit of Gerhard Goodyear, a copy of which is attached, will be presented by the defense at the hearing on Defendant's Motion to Compel currently scheduled for July 8, 2019.

Respectfully submitted this 28th day of June, 2019.

_s/ Barbara L. Hull_____
Barbara L. Hull
Attorney for Mr. Gonzales

## CERTIFICATION

I hereby certify that on this date I electronically filed the attached document with the Clerk's Office using the ECF System for filing and distribution to ECF participants.

Courtesy copy provided this date to The Honorable David G. Campbell at Campbell_chambers@azd.uscourts.gov.

Copy also provided to Mr. Gonzales, Defendant.

Copy also provided to AUSA Gayle Helart.

_s/ Barbara L. Hull_____
Barbara L. Hull