Barbara L. Hull, #011890
Attorney at Law
2601 North 16th Street
Phoenix, Arizona 85006
(602)412-5800
BarbaraHullLaw@gmail.com
Attorney for Anthony Espinosa Gonzales

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Anthony Espinosa Gonzales,<br><br>　　　　Defendant. | Case No. 2:17-cr-01311-PHX-DGC<br><br>DEFENDANT'S MOTION TO PRECLUDE WITNESS, OR IN THE ALTERNATIVE TO CONTINUE HEARING<br><br>(Expedited Ruling Requested) |

Defendant Anthony Espinoza Gonzales, by and through counsel, hereby moves that this Court preclude the testimony of Robert Erdely on behalf of the government.

On May 14, 2019 [Doc. 60], this Court set the evidentiary hearing currently scheduled for July 8, 2019 at 1:00 p.m. On the eve of that hearing, after 8:00 p.m. July 2, 2019, the government provided the defense notice of its intent to call Mr. Erdely at the hearing in addition to Agent Daniels. Agent Daniels testified at the first evidentiary hearing held January 31, 2019. The government provided only a CV for Mr. Erdely.

The government has not supplied any information regarding the anticipated testimony of Mr. Erdely. Additionally, the defense understands that Mr. Erdely has testified numerous times for the government regarding this software. None of

that testimony has been provided, and for the defense to adequately prepare for cross-examination of this witness, at least prior testimony would need to be obtained and reviewed.

Pursuant to Fed. R. Crim.P., Rule 16(a)(1), the government must provide a written summary of the expert's intended testimony to include their opinions, the basis and reasons for those opinions, and the witness's qualifications.  The CV provided does not satisfy these requirements.  Furthermore, pursuant to Rule 16(a)(1)(F), the government is obligated to provide the defense the results of any tests conducted by Mr. Erdley, as it is material to the defense of this matter, and certainly necessary for effective cross-examination.

According to the commentary to Rule 702, Fed. R. Evid., "the trial court must scrutinize not only the principles and methods used by the expert, but also whether those principles and methods have been properly applied to the facts of the case. As the court noted in *In re Paoli R.R. Yard PCB Litig*., 35 F.3d 717, 745 (3d Cir. 1994), " *any* step that renders the analysis unreliable . . . renders the expert's testimony inadmissible. *This is true whether the step completely changes a reliable methodology or merely misapplies that methodology*." [Emphasis in original.] None of those methods have been disclosed.

The notice provided by the government via email at 8:02 p.m. on July 2, 2019 is not only untimely, it is inadequate and violates Mr. Gonzales' right to due process.  Particularly in light of (1) the numerous times Mr. Erdely has testified, and the number of transcripts likely available to the government, but not disclosed, but necessary for the defense to review and utilize for purposes of cross-examination, (2) the amount of time the government has known about this hearing, and (3) the fact that, upon information and belief, Mr. Erdley testified under oath in another criminal matter on June 6, 2019 that he was at the time was already involved in this case, the testimony of Mr. Erdley should be precluded.

Wherefore, the defense asks that this Court preclude the testimony of Mr. Erdley at the evidentiary hearing scheduled for July 8, 2019. Because of the late notice and holiday commencing tomorrow, for which undersigned and the defense expert have vacation plans, an expedited ruling on this matter is respectfully requested.

In the alternative, the defense asks that the Court continue the July 8th hearing for a period of at least 60 days to allow time for the defense to adequately prepare to cross-examine Mr. Erdely and to allow the defense the option to subpoena and present Mr. Brian Lynn, the person who actually created Torrential Downpour. Mr. Erdley did not create the software, Mr. Lynn did. Mr. Lynn would therefore be better qualified to answer the Court's questions.

Respectfully submitted this 3rd day of July, 2019.

_s/ Barbara L. Hull_____
Barbara L. Hull
Attorney for Mr. Gonzales

## CERTIFICATION

I hereby certify that on this date I electronically filed the attached document with the Clerk's Office using the ECF System for filing and distribution to ECF participants.

Courtesy copy provided this date to The Honorable David G. Campbell at Campbell_chambers@azd.uscourts.gov.

Copy also provided to Mr. Gonzales, Defendant.

Copy also provided to AUSA Gayle Helart.

_s/ Barbara L. Hull_____
Barbara L. Hull