MICHAEL BAILEY
United States Attorney
District of Arizona

GAYLE HELART
California State Bar No. 151861
Email: Gayle.Helart@usdoj.gov
BRETT A. DAY
Arizona State Bar No. 027236
Email: Brett.Day@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-17-01311-PHX-DGC |
| Plaintiff, | **RESPONSE TO THIS COURT'S DIRECTIVE DATED JULY 3, 2019** |
| vs. | |
| Anthony Espinosa Gonzalez, | |
| Defendant. | |

The United States of America, by and through its attorneys, hereby files this Response to this Court's directive on July 3, 2019, for the government to produce additional information regarding the proposed testimony of Detective Robert Erdely. The government expects that the focus of the hearing on August 16, 2019, will be the scope of this Court's order allowing the defense to conduct testing on the Torrential Downpour software. Specifically, the defense requests to conduct nine different test scenarios, with six of them requiring connecting to ICAC COPS database. The government agrees to the three tests that do not contemplate connecting to ICAC COPS, and a fourth if it does not depend on connecting to ICAC COPS. The government disagrees that the remaining tests should be conducted at all.

//

Detective Erdely will be providing the testimony answering the four questions that the government explained in its filing on June 24, 2019.  Specifically, Detective Erdely will explain the Torrential Downpour Suite of software, the ICAC COPS database, the difficulties of cloning or creating a simulated database, why a protective order would not be adequate in this case, and specifics about two of the tests requested by the defense.

Additionally, Detective Erdely has now prepared an affidavit which is attached to this filing as Exhibit 1; the information contained therein will be part of his testimony.   His CV is Exhibit 2.   Exhibit 3 is a written validation report of Detective Erdely and a colleague's testing of Torrential Downpour 1.33.   Additionally, he has sent the virtual machines used to conduct these tests and all associated attachments to this validation report, to the FBI Phoenix.  The written report, along with the electronic testing, can be reviewed together by Ms. Loehrs if she chooses prior to the August 16, 2019, hearing.

Third, providing notice to the defense if they should seek to obtain transcripts, is that Detective Erdely recalls having testified with respect to the Torrential Downpour software in the following three cases:  *United States v. Matthew Lee Lane*, from the Eastern District of Washington; *Commonwealth of Pennsylvania v. Brett Donas,* from Washington County, Pennsylvania (and Ms. Loehrs testified in this case as well and so she would have the case number), and *State of New Mexico v. Jeffrey Morrill*.  The government has no case numbers at hand at the time of this filing, and has no transcripts of Detective Erdely in its possession. Detective Erdely is not familiar that any transcripts were ever prepared of his testimony relating to these three cases relevant to the Torrential Downpour software at issue in this case.

Respectfully submitted this 10th day of July, 2019.

    MICHAEL BAILEY
    United States Attorney
    District of Arizona

    *s/Gayle Helart*_____
    GAYLE L. HELART
    BRETT A. DAY
    Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of July, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

Barbara Hull, Attorney for Defendant.

*s/ Denise Trimble*
Denise Trimble
U.S. Attorney's Office