Barbara L. Hull, #011890
Attorney at Law
2601 North 16th Street
Phoenix, Arizona 85006
(602)412-5800
BarbaraHullLaw@gmail.com
Attorney for Anthony Espinosa Gonzales

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. 2:17-cr-01311-PHX-DGC |
| Plaintiff, | DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE |
| vs. | |
| Anthony Espinosa Gonzales, | |
| Defendant. | |

Defendant Anthony Espinoza Gonzales, by and through counsel, hereby moves that this Court modify his conditions of release from home detention to curfew at Pretrial Service's discretion.

AUSA Gayle Helart has no objection to this request.

U.S. Pretrial Services Officer Gilbert Lara has no objection, as Mr. Gonzales has been compliant with his conditions of release.

Respectfully submitted this 1st day of August, 2019.

_s/ Barbara L. Hull_____
Barbara L. Hull
Attorney for Mr. Gonzales

## CERTIFICATION

I hereby certify that on this date I electronically filed the attached document with the Clerk's Office using the ECF System for filing and distribution to ECF participants.

Courtesy copy provided this date to The Honorable David G. Campbell at Campbell_chambers@azd.uscourts.gov.

Copy also provided to Mr. Gonzales, Defendant.

Copy also provided to AUSA Gayle Helart.

_s/ Barbara L. Hull_____
Barbara L. Hull