IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Anthony Espinosa Gonzales,<br><br>　　　　Defendant. | Case No. 2:17-cr-01311-PHX-DGC<br><br>ORDER MODIFYING CONDITIONS OF RELEASE |

　　Upon Motion of Defendant, no objection being lodged by the government, and good cause appearing therefor,

　　IT IS HEREBY ORDERED granting Defendant's Motion to Modify Conditions of Release from home detention to curfew at Pretrial Service's discretion.

　　Dated this ____ day of _____, 2019.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable David G. Campbell
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge