# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-17-01311-01-PHX-DGC |
| Plaintiff, | |
| vs. | **ORDER** |
| Anthony Espinosa Gonzales, | |
| Defendant. | |

Upon Motion of Defendant, there being no objection, and good cause appearing,

**IT IS HEREBY ORDERED** granting Defendant's Motion to Modify Conditions of Release. Doc. 73.

**IT IS FURTHER ORDERED** Defendant's conditions are modified from home detention to curfew at the Pretrial Services Officer's discretion.

The Court finds excludable delay under Title 18 U.S.C. § 3161(h)_____from_____ to_____.

Dated this 5th day of August, 2019.

David G. Campbell
Senior United States District Judge