# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-17-01311-01-PHX-DGC |
| Plaintiff, | |
| v. | **ORDER** |
| Anthony Espinosa Gonzales, | (6th Request) |
| Defendant. | |

Upon motion of Defendant and no objection by the Government, and good cause appearing,

**IT IS ORDERED** granting Defendant's Motion to Continue Trial for the reasons stated in Defendant's motion, including that defense counsel needs additional time to prepare for trial.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS FURTHER ORDERED** continuing the trial from September 10, 2019 to **December 10, 2019 at 9:00 a.m.** and continuing the pretrial motion deadline until **November 1, 2019.**

**IT IS FURTHER ORDERED** that if any subpoenas were previously issued and served in this matter, that they remain in effect and are answerable at the new trial date and the party who served the subpoena should advise the witnesses of the trial date.

**IT IS FURTHER ORDERED** that the parties shall keep the Court apprised of the possibility of settlement and should settlement be reached, the parties shall notify the Court.

The Court finds excludable delay under Title 18 U.S.C. §3161(h)(7)(A) and (B) from 9/11/19 to 12/10/19.

Dated this 5th day of August, 2019.

*David G. Campbell*

David G. Campbell
Senior United States District Judge