1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7                                 DISTRICT OF ARIZONA

8

9    United States of America,              )   Case No. 2:17-cr-01311-DGC
                                            )
10              Plaintiff,                   )
                                            )   ORDER
11         vs.                               )
                                            )
12   Anthony Espinoza Gonzales,              )
                                            )
13              Defendant.                   )
                                            )
14   _____

15         Upon Motion of Defendant Anthony Espinoza Gonzales, the government

16   having no opposition, and good cause appearing therefor;

17         IT IS HEREBY ORDERED granting Defendant's Sixth Motion to Continue

18   Trial and request for extension of time to file pretrial motions.

19         This Court specifically finds that the ends of justice served by taking this

20   action outweigh the best interest of the public and the defendants in a speedy trial.

21   This finding is based on the Court's conclusion that the failure to grant such a

22   continuance would unreasonably deny the defendants continuity of counsel and

23   would deny the attorneys for defendants the reasonable time necessary for effective

24   preparation, taking into account the exercise of due diligence.   18 U.S.C.

25   §3161(h)(7)(B)(i) and (iv).

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

IT IS FURTHER ORDERED continuing trial from current date of December 10, 2019 to _____, 2020, at 9:00 a.m. before the Hon. David G. Campbell, Courtroom 603, Sandra Day O'Connor Federal Courthouse, 401 West Washington St., Phoenix, Arizona.

IT IS HEREBY ORDERED continuing the pretrial motions deadline to _____, 20___.

IT IS FURTHER ORDERED that any subpoenas previously issued and served in this matter remain in effect and are answerable at the new trial date, and the party who served the subpoena should advise the witnesses of the new trial date.

The Court finds excludable delay under 18U.S.C. §3161(h) from December 10, 2019 to _____, 2020.

Dated this ____ day of _____, 2019.

_____
David G. Campbell
United States District Judge