Barbara L. Hull, #011890
Attorney at Law
2601 North 16th Street
Phoenix, Arizona 85006
(602)412-5800
BarbaraHullLaw@gmail.com
Attorney for Anthony Espinosa Gonzales

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Anthony Espinosa Gonzales,<br><br>　　　　Defendant. | Case No. 2:17-cr-01311-PHX-DGC<br><br>MOTION TO WITHDRAW AS COUNSEL OF RECORD; REQUEST TO APPOINT NEW COUNSEL; CERTIFICATE OF COUNSEL |

　　　　Pursuant to Fed.R.Crim.Proc., Rule 44 and LRCiv. 83.3, Barbara Hull, CJA appointed counsel for Defendant, hereby moves to withdraw from representation of Defendant in the above cause number.

　　　　Undersigned counsel is closing her private practice by the end of this month and has withdrawn from the CJA panel.  Counsel has accepted a full-time position with Maricopa County which requires that she withdraw from all other representation.

　　　　Undersigned counsel has consulted with her client about this request, and the Defendant has no objection.  His home address and contact information are on file with the Court and with Pretrial Services.

　　　　The Defendant has been previously adjudged indigent and remains so.

Undersigned counsel has contacted the Office of the Federal Public Defender and provided them with a complete list of all pending Federal cases, detailing the current status of each case and what it is anticipated will be completed within the next several weeks. The Office of the Federal Public Defender has advised that they are already engaged in the process of reaching out to find new CJA counsel who will be able to substitute in without unduly delaying the proceeding.

The testing ordered by the Court is ongoing. It is anticipated that the testing may well be completed this month. In any event, undersigned will assist in advising new counsel regarding the issues in this case.

It is expected that excludable delay under Title 18 U.S.C. §3161(h)(7)(B)(i) and (iv) may result from this motion and/or from an order based thereon.

Respectfully submitted this 3rd day of December, 2019.

    _s/ Barbara L. Hull_____
    Barbara L. Hull
    Attorney for Mr. Gonzales

CERTIFICATION

I hereby certify that on this date I electronically filed the attached document with the Clerk's Office using the ECF System for filing and distribution to ECF participants.

Courtesy copy provided this date to The Honorable David G. Campbell at Campbell_chambers@azd.uscourts.gov.

Copy also provided to Mr. Gonzales, Defendant.

Copy also provided to AUSA Gayle Helart.

_s/ Barbara L. Hull_____
Barbara L. Hull

Barbara L. Hull, #011890
Attorney at Law
2601 North 16th Street
Phoenix, Arizona 85006
(602)412-5800
BarbaraHullLaw@gmail.com
Attorney for Anthony Espinosa Gonzales

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Anthony Espinosa Gonzales,<br><br>    Defendant. | Case No. 2:17-cr-01311-PHX-DGC<br><br>CERTIFICATE OF COUNSEL |

 Barbara Hull, undersigned CJA counsel for Defendant, hereby certifies that she has notified the client of the status of the case, including the dates and times of any and all pending court dates.

 Dated this 3rd day of December, 2019

         _s/ Barbara L. Hull_____
         Barbara L. Hull
         Attorney for Anthony Gonzales

## CERTIFICATION

I hereby certify that on this date I electronically filed the attached document with the Clerk's Office using the ECF System for filing and distribution to ECF participants.

Courtesy copy provided this date to The Honorable David G. Campbell at Campbell_chambers@azd.uscourts.gov.

Copy also provided to Mr. Gonzales, Defendant.

Copy also provided to AUSA Gayle Helart.

_s/ Barbara L. Hull_____
Barbara L. Hull