IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Anthony Espinoza Gonzales,<br><br>    Defendant. | Case No. 2:17-cr-01311-DGC<br><br>ORDER |

    Upon Motion of counsel for Defendant, Barbara Hull, and good cause being shown,

    IT IS HEREBY ORDERED granting Barbara Hull's Motion to Withdraw as counsel of record for Defendant.

    IT IS FURTHER ORDERED directing the Federal Public Defender to secure new Criminal Justice Act counsel to assume representation of Defendant.

    IT IS FURTHER ORDERED that Barbara Hull shall promptly provide the file to newly appointed counsel.

Dated this ____ day of _____, 2019.

                                                _____
                                                David G. Campbell
                                                United States District Judge