**Storrs Law Firm, PLLC**
Zachary Storrs
Arizona State Bar No. 025780
1421 E. Thomas Rd.
Phoenix, Arizona 85014
Telephone (480) 231-0126
Facsimile (602) 200-8173
Zstorrs@hotmail.com

*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. CR-17-01311-PHX-DGC |
| Plaintiff, | |
| vs. | **MOTION TO CONTINUE TRIAL AND TO EXTEND TIME TO FILE PRETRIAL MOTIONS** |
| Anthony Espinosa Gonzales, | |
| Defendant. | **(Eight Request By All Counsel)** |

Defendant, Anthony Espinosa Gonzales, moves to continue the Trial currently set for Tuesday, May 12, 2020, at 9:00 a.m. in this court for a period of 60 days. Mr. Gonzales also requests that the deadline for filing pretrial motions in this case be extended.

Mr. Gonzales was indicted on October 4, 2017. On December 11, 2019, prior counsel was withdrawn and undersigned counsel was appointed to the case. Undersigned counsel has continued to review the large amount of discovery, as well as the legal and technical issues that have been presented to the Court in the series of pleadings beginning in 2018. Undersigned counsel requests a continuance to continue to review the discovery, as well as the various technical and legal issues presented in the case.

Undersigned counsel has also continued to consult with the defense experts in anticipation of disclosure of the report that they have been preparing.

Based upon these factors, a continuance is necessary and appropriate to afford the Defendant the effective assistance of counsel required by the Constitution. Should the case not be continued Defendant's ability to confer with counsel will be limited, meaning that there is a significant likelihood that a miscarriage of justice could occur. A continuance is necessary to allow Defendant reasonable time necessary to effectively prepare for trial or to otherwise resolve the case.

The Government, by Assistant United States Attorney Gayle L. Helart, has been advised of the motion and has no opposition to a continuance and extension.  This motion is brought in good faith for the reasons stated and not solely for the purpose of delay. The delay occasioned by granting the motion, and the reasons therefore, outweigh the interest of the Government, the Defendant, and the Public in a speedy trial.

EXCLUDABLE DELAY pursuant to Title 18 U.S.C.§3161(h)(7)(B)(i) and (iv) may occur as a result of this motion or from any order based thereon.

RESPECTFULLY SUBMITTED this 29th day of March, 2020.

/s Zachary Storrs
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Hon. David G. Campbell
United States Senior District Judge
401 West Washington Street
Phoenix, AZ 85003
Campbell_Chambers@azd.uscourts.gov

Gayle L. Helart
Assistant United States Attorney
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Gayle.Helart@usdoj.gov

Brett A. Day
Assistant United States Attorney
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Brett.Day@usdoj.gov


By:/s Zachary Storrs