# Exhibit A



TORRENTIAL DOWNPOUR VERSION 1.33 TESTING AND ANALYSIS

PREPARED BY   Tami Loehrs, CCFE, CHFI, EnCE, ACE
              Michele Bush, CCE, CCFE, CMFE, EnCE, ACE
              Loehrs Forensics, LLC.
              1505 North Central Avenue, Suite 111
              Phoenix, Arizona 85004
              602.313.0976 | info@LoehrsForensics.com

PREPARED FOR  Barbara Hull
              Attorney at Law
              77 East Columbus Avenue, Suite 201
              Phoenix, AZ 85012

    CASE NO   CR17-01311-001-PHX
  CASE NAME   United States v. Anthony Gonzales
       DATE   01/02/2020



**TESTING & ANALYSIS**

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **1** of **148** PAGES

## TABLE OF CONTENTS

I.   INTRODUCTION | This is provided to briefly explain the background of the case and the project overview.

II.  TEST OBJECTIVE | This section summarizes the testing objectives.

III. SCOPE | This section establishes the limitations imposed on the testing process.

IV.  TEST ENVIRONMENT | This section sets forth the testing variables, software, equipment, and persons involved.

V.   CONTROL PROCEDURE | This section identifies the policies and procedures to provide reasonable assurance of the success of the test

VI.  DETAILED TESTING STRATEGY | This section defines the approach of each step along the testing process.

VII. PASS/FAIL CRITERIA | This section sets forth the purpose of the computer forensics examination.

VIII. GLOSSARY | This contains brief descriptions of terms commonly used throughout the report.

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



**TESTING & ANALYSIS**

# I.   INTRODUCTION

### i. Background

Between December 13, 2016 and January 9, 2017, law enforcement relied upon a piece of proprietary software to identify files on the BitTorrent network and reported downloading suspected child pornography from an IP address associated with Mr. Gonzales.  The software used for that investigation was identified as Torrential Downpour.

Based on information gleaned from Torrential Downpour, law enforcement applied for and obtained a search warrant for Mr. Gonzales' residence.  On February 9, 2017, the search warrant was executed and numerous digital evidence items were seized.

Forensic examinations of Mr. Gonzales' computers by both the government and the defense revealed that the files identified by Torrential Downpour during the investigation were not located on any of the evidence items seized from Defendant's residence.  The government subsequently charged Mr. Gonzales with knowingly distributing the files identified by the Torrential Downpour software.

Counsel for Gonzales filed a Motion to Compel the Torrential Downpour software for testing and validation.

On February 29, 2019, the United States District Court for the District of Arizona granted Defendant's Motion to Compel conceding:

> [T]he defense expert [will be permitted] to examine the software at issue at a designated law enforcement facility, at a mutually convenient date and time, for as much time as is reasonably necessary for the expert to complete her examination. No copies of the software shall be made. The software shall not leave the custody of the law enforcement agency that controls it. Any proprietary information regarding the software that is disclosed to the defense expert shall not be reproduced, repeated or disseminated in any manner. Violation of [this] order shall subject the defense expert and/or defense counsel to potential sanctions by this Court.

On March 25, 2019, Loehrs Forensics prepared a Testing Protocol which outlines a series of tests to determine if the software produces accurate and reliable results in different scenarios as set forth in the Detailed Testing Strategy section of this report.

On October 7 and 8, 2019, the first phase of testing took place at the FBI in Phoenix, Arizona.  The purpose of the first phase of testing was to simulate an actual undercover investigation such as the one that identified Mr. Gonzales' IP address and gather all underlying data for analysis.  During this first phase of testing, a computer running Torrential Downpour provided by the FBI (the "Undercover Computer") connected to a computer provided by Loehrs Forensics (the "Suspect Computer") and attempted to identify and obtain various files. This phase of testing involved implementing the testing protocols set forth in the Detailed Testing Strategy section of this report.

The second phase of testing took place from October 9, 2019 through the date of this report.  The purpose of the second phase of testing was to analyze all data collected as a result of phase one. This included analyzing the forensic images of the Suspect Computer and the Undercover Computer created before and after phase one of the test, as well as all data generated by software applications used during phase one such as Torrential Downpour logs and Wireshark network packet captures. Pursuant to the Court's order that the Torrential Downpour "software shall not leave the custody of law enforcement," the analysis of the Undercover Computer was conducted at the Phoenix FBI on October 24, 2019 under the supervision of Special Agent Jimmie Daniels.

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



**TESTING & ANALYSIS**

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **3** of **148** PAGES

## ii. Project Overview

Loehrs Forensics' only knowledge of the Torrential Downpour software comes from experience on other cases involving the use of Torrential Downpour in which the creator of the software, Detective Robert Erdely, has testified, prepared affidavits and provided limited demonstrations. According to that information, Torrential Downpour is a piece of software that is part of a larger suite known as RoundUp. RoundUp is a suite of tools, including Torrential Downpour, that have been created, modified, or otherwise produced by and for law enforcement's exclusive use. The RoundUp tools are automated by a system known as Internet Crimes Against Children Children Online Protection System (ICAC COPS). ICAC COPS consists of a database accessible through a web portal by law enforcement personnel and the RoundUp suite of software applications. ICAC COPS stores metadata and descriptions of files identified by individual law enforcement officers throughout the country as containing data of investigative interest ("Files of Interest") and is used to automate the investigations conducted by the RoundUp suite of tools. ICAC COPS also stores historical data collected by the RoundUp suite of tools as a result of the automated investigations.

Torrential Downpour is one of the associated software applications in the RoundUp suite and automated by ICAC COPS. Torrential Downpour is based on publicly available BitTorrent software but has been modified by law enforcement. The differences between publicly available BitTorrent software and Torrential Downpour have been described by Detective Erdely as follows:

- While public users must first locate and download a torrent before obtaining files, ICAC COPS instructs Torrential Downpour to automatically download Files of Interest defined in the pool of torrents stored and maintained by the ICAC COPS system;

- While public users obtain pieces of the torrent from as many available seeders of that torrent on the BitTorrent network, law enforcement's software restricts the download of all pieces to a single IP address;

- While public users are encouraged to share and by default automatically upload data back to the BitTorrent network, law enforcement's software does not upload any content; and

- Law enforcement's software includes a default feature to log information about the torrent, network activity, download process, and download epilogue.

## ii. Summary of Testing

The following is a summary of conclusions from each test based on the live scenario testing of Torrential Downpour and forensic analysis of all data generated as a result.

### NON-PARSED TORRENTS

This test simulates a scenario in which the Suspect Computer contains torrents, including legal torrents and torrents of investigative interest. However, none of the torrents have been parsed or seeded, meaning no associated files have been downloaded, so the Suspect Computer is void of the content of those torrents. This test was not conducted because the government acknowledged that Torrential Downpour identifies IP addresses based on non-parsed torrents.

Although this test was not conducted, it remains an important factor in determining the overall accuracy and reliability of the Torrential Downpour software inasmuch as Torrential Downpour is identifying suspects as engaging in illegal conduct when the suspect does not have any illegal content from a non-parsed torrent.

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

## PARTIALLY PARSED TORRENTS
This test simulates a scenario in which the Suspect Computer contains a torrent and has initiated the download. However, the entire payload of the torrent has not been completely downloaded to which the Suspect Computer contains only non-contraband files of an otherwise flagged torrent of interest. This test was not conducted because the government acknowledged that Torrential Downpour identifies IP addresses based on partially parsed torrents.

Although this test was not conducted, it remains an important factor in determining the overall accuracy and reliability of the Torrential Downpour software inasmuch as Torrential Downpour is identifying suspects engaging in illegal conduct when the suspect may not have any illegal images or videos.  If a suspect begins downloading the files associated with a torrent of interest, but cancels the downloading process before obtaining any illegal files, Torrential Downpour will still identify them as a suspect engaging in illegal activity.

## DELETED TORRENT DATA
This test simulates a scenario in which the Suspect Computer contains deleted torrents including legal torrents and torrents of investigative interest and their associated data.  This test received a score of 90%, with a 10% failure rate.  The failure occurred on Test 7 when the Suspect Computer deleted the payload of a torrent and Torrential Downpour still successfully connected to the Suspect Computer and identified the suspect as being in possession of the torrent after it was deleted.

## UNSHARED TORRENT DATA
Pursuant to Section III(i)(a)(4), the fourth test simulates a scenario in which the Suspect Computer contains torrents including legal torrents and torrents of investigative interest but all of the associated data has been moved to unshared locations.

This test received a score of 60%, with a 40% failure rate.  The failures occurred on Tests 3, 4, 7 and 8. In these four tests, the data of the payload was unshared using various methods but Torrential Downpour still successfully connected to the Suspect Computer and identified the suspect as being in possession of the torrent after it was unshared.

## NON-INVESTIGATIVE TORRENTS
This test simulates a scenario in which the Suspect Computer contains torrents and associated data for content that has not been flagged by ICAC COPS as containing data of investigative interest. This test was determined by the Court to be unnecessary and immaterial for the purpose of Defendant's Motion to Compel and therefore was not conducted.

## FILES OF INTEREST
This test determines the accuracy of Torrential Downpour limiting investigations to exclusively torrents containing suspected child pornography. This test relies upon the same native list of Files of Interest relied upon by law enforcement in everyday undercover BitTorrent investigations as well as adding unique non-contraband torrents as files of interest. This test was determined by the Court to be unnecessary and immaterial for the purpose of Defendant's Motion to Compel and therefore, was not conducted.

## SINGLE SOURCE DOWNLOAD
This test determines the accuracy of Torrential Downpour limiting downloads to a sole IP address against the BitTorrent protocol. The question with this test is not whether Torrential Downpour can conduct a single source

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



download, the question is whether Torrential Downpour will obtain files from other sources when it is unable to conduct a single source download.

This test resulted in no obvious failures. Meaning, Torrential Downpour did not connect to other IP addresses to download data when the data was unavailable on the suspect computer. However, during this test Torrential Downpour was manually directed to connect only to a single IP address with no possibility of connecting to other sources or concurrently investigating different suspects. That is, the software was given no opportunity for failure. Further, the software did not run natively in an automated state as it did during the undercover investigation. Therefore, this test is incomplete and inconclusive.

## DETAILED LOGGING

This test determines the accuracy of Torrential Downpour's logging feature including, but not limited to, connection times, IP addresses, ports, torrent specifications, peer IDs, and file hashes. The original testing protocol dated March 25, 2019 and filed prior to testing proposed grading this test by scoring the accuracy of the torrent information, the suspect's acknowledgement of that torrent, and the suspect's software.

This test was designed to be scored based the accuracy of metadata including connection times, IP addresses, ports, torrent specifications, peer IDs, and file hashes. As originally proposed, this test resulted in no obvious failures in reporting the IP addresses, ports, torrent specifications and hashes.  However, it became apparent throughout the course of these tests that the originally proposed grading scale did not consider instances where information could not be confirmed and instances where the log reported successful connections and possession of files that did not exist or were not publicly available.

For example, some of the Peer IDs included in the logs could not be confirmed from the forensic evidence preserved during the testing (see TEST01-03, 06-07, 09-10). In another example, a log file was void of a connection between the Undercover Computer and the Suspect Computer (see TEST04). Most importantly, in TEST07 of DELETED TORRENT DATA and TEST03, TEST04, TEST07 and TEST08 of UNSHARED TORRENT DATA, the log files reported that the Suspect Computer "indicated that it has all files, based on pieces acknowledged" when the file was indisputably deleted or unshared.

Because the original grading scale cannot account for the log files misrepresenting information on a suspect computer and information that could not be confirmed in the testing process, this test is incomplete and inconclusive.

## RESTRICTS SHARING

This test determines the accuracy of Torrential Downpour limiting the upload rate to zero bytes when downloading torrent data during an investigation.

This test received a score of 100%. Meaning, no evidence was found that Torrential Downpour distributed data back out on the BitTorrent network. However, during this test Torrential Downpour was manually directed to connect to a single IP address. The software did not run natively in an automated state nor was it used to investigate multiple suspects concurrently. For instance, it is unknown if data downloaded from a suspect IP address may be uploaded to the ICAC COPS database for archival purposes or if data is shared to other IP addresses during connections in other simultaneous investigations. Therefore, this test is incomplete and inconclusive.

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **6** of **148** PAGES

### iii. Summary of Findings

**FUNCTIONALITY**

The overall functionality of the software was determined through Scenario Testing over a period of two days at the FBI facility in Phoenix.  During this portion of the testing it became apparent that certain restrictions with the testing environment had an impact on the test results as follows:

    a.  The Undercover Computer was manually configured to connect to one specified IP address, the Suspect Computer in this test, thereby eliminating all other potential suspects and/or IP addresses as a candidate to download from or share to. This restriction prevented the Undercover Computer from potentially downloading or sharing whole files or pieces of files from other suspects or IP addresses. In other words, the Single Source Download test could not fail because there were no other peers for the Undercover Computer to obtain or share whole files and/or pieces of files to or from. For example, the following scenarios could not be tested:

        1. Torrential Downpour is simultaneously investigating multiple suspects at multiple unique IP addresses for the same File of Interest. Will Torrential Downpour accurately isolate the activity between each suspect IP address and associate only data obtained from each IP address to the correct suspect?

        2. Torrential Downpour is investigating one IP address for a File of Interest. That suspect IP address is being used by multiple devices actively connected to the BitTorrent network with incomplete parts of the same File of Interest, unbeknownst to the software. Will Torrential Downpour accurately isolate activity from each device connected at the one suspect IP address or will it accumulate the data across all devices reporting it as apparently one suspect?

    In this regard, any test results related to the functionality of the Single Source Download and Restricting Sharing remain inconclusive.

    b.  The ICAC COPS database was not included in the Scenario Testing.  However, when forensically examining the Torrential Downpour software, we learned that essential software files including the default properties file created during the installation of Torrential Downpour refer to the ICAC COPS database. These references indicate Torrential Downpour relies on an Active Server Page file (.ASP) located on ICAC COPS server. This type of file often contains scripts that when parsed send instructions to the client. This evidences that ICAC COPS server and database is an essential component to the Torrential Downpour software. Pursuant to generally accepted industry standards, all components of the software must be included in the testing process to maintain the reliability and integrity of the test results.  In fact, in a nearly identical case *United States v. Douglas Allen Jones*, CR-18-8040, Special Agent Daniels testified during cross-examination on November 26, 2019 as follows:

        *Q. So Torrential Downpour, in order to launch the investigation you're talking about, it has to interact with this ICACCOPS database to learn about these leads?*

        *A. Only briefly. It's -- it's not doing the search function itself, but it's just gathering information from the database.*

        *Q. Without the information from the database, you can't really conduct your investigation. Fair to say?*

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

      *A. Um, for Torrential Downpour,* **yes**.

In this regard, any test results in which the ICAC COPS database is an essential component remain inconclusive.

  c.  The source code for the Torrential Downpour software was not requested for this particular test and therefore has not been reviewed or analyzed.  However, upon learning that references to the ICAC COPS database is contained within actual system files of the software, it is reasonable to assume that it must also be contained within the source code. If this is true, it would be fundamental to the testing process to analyze the source code to determine the importance of the ICAC COPS database as it relates to the overall functionality of the Torrential Downpour software.  For example, if Torrential Downpour is unable to obtain a file from the suspect, ICAC COPS could potentially intervene to obtain the file from its own database or send instructions to the Torrential Downpour software to obtain the file from other IP addresses.

## ACCURACY
For the same reasons as stated in the Functionality section above, the overall accuracy of the Torrential Downpour software remains inconclusive.  Notwithstanding these limitations, the overall accuracy of the Torrential Downpour software failed for reasons stated in the individual test results discussed under the Summary of Testing.

## RELIABILITY
For the same reasons stated in the Functionality section above, the overall accuracy of the Torrential Downpour software remains inconclusive.  Notwithstanding these limitations, the overall reliability of the Torrential Downpour software failed for reasons stated in the individual test results discussed under the Summary of Testing.

ORGANIZATION
LOEHRS FORENSICS, LLC.

DATE
January 2, 2020



## II.     TEST OBJECTIVE

The objective of this test is to determine the functionality, accuracy and reliability of the Torrential Downpour software with regard to information the software collects from the BitTorrent network and reports to law enforcement. Objective testing shall be done according to international standards for software testing under ISO/IEC/IEEE 29119 Software Testing-4: Testing Techniques, specifically, Scenario Testing and Cause Effect Testing.

### i. Functionality
This is the qualitative portion of the test which will be attained through Scenario Testing. Because the BitTorrent network is comprised of millions of unique devices and software applications, exhaustive testing of the Torrential Downpour for overall compatibility with every user on the network is unobtainable. Therefore, through the use of Scenario Testing, we will focus on the compatibility between Torrential Downpour and the independent variable that will represent the hardware and software seized from Mr. Gonzales.

### ii. Accuracy
This is the quantitative portion of the test which will be attained through Cause Effect Testing. This test is designed to determine the quantifiable accuracy of the information that Torrential Downpour collects, records and presents to law enforcement. Through Cause Effect Testing, we will simulate various input conditions (cause) and analyze the output conditions (effect). The results will be measured with a pass / fail qualifier.

### iii. Reliability
Determining the reliability of the Torrential Downpour software will be attained by calculating the percentage of pass vs. fail outcomes in each of the testing processes listed above as well as calculating the margin of error among all tests completed.

ORGANIZATION
LOEHRS FORENSICS, LLC.

DATE
January 2, 2020

**TESTING & ANALYSIS**

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **9** of **148** PAGES

## III.   SCOPE

### i. In-Scope Testing

In general, the scope of the test will include the following, which is set out in greater detail under Section VI: Detailed Testing Strategy.

a)  Determine if the software produces accurate results within a quantifiable percentage for the following scenarios:

(1)      Suspect has no torrents with no associated files;
(2)      Suspect has torrents with only some of the associated files;
(3)      Suspect has torrents and associated files that have been deleted;
(4)      Suspect has torrents and associated files that have been moved to non-shared locations; and
(5)      Suspect has torrents and/or files but no files of "investigative interest".

b) Determine if the software operates reliably with regard to the previously identified modifications, as follows:

(1)      it identifies suspects based on a predefined database of torrents previously identified by law enforcement as being of investigative interest;
(2)      it restricts downloads to a solitary candidate or IP address (fact check of the "net stat log");
(3)      it generates detailed logs of network activity between the software and the suspect (fact check of the details log); and
(4)      it does not share files.

### ii. Out-of-Scope Testing

The scope of this test does not include:

a)   Performance testing;
b)   Load testing;
c)   Examining the source code for programming defects;
d)   Repairing defects; and
e)   Ensuring it satisfies the General Principles of Software Validation.

---

ORGANIZATION

LOEHRS FORENSICS, LLC.

DATE

January 2, 2020



**TESTING & ANALYSIS**

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **10** of **148** PAGES

## IV.   TESTING ENVIRONMENT

### i. Dependent Variable 1 | Torrential Downpour
The first variable tested and measured was the Torrential Downpour software which was installed and executed from an investigative computer ("Undercover Computer"). The Undercover Computer was provided by the United State with Torrential Downpour installed and simulated the computer used by the FBI in *United States v. Anthony Gonzales.*

### Undercover Computer System Specifications
The Undercover Computer was installed with a Samsung 840 PRO Series Solid State Drive with one primary partition identified as D with a total capacity of 476.6GB with 90.8GB allocated to data.  The operating system is Windows 7 Enterprise and was installed on 04/19/11 at 03:22:58AM; registered to *user1*.  Other than the default accounts created by the Windows operating system, one user account was created for *user1*.  The time zone was set to Mountain Standard Time.

**Device Info**
| | |
|---|---|
| Interface: | SATA |
| Model: | Samsung SSD 840 PRO Series |
| Firmware revision: | DXM06B0Q |
| Serial number: | S1AXNSAF908147T |
| Capacity in bytes: | 512,110,190,592 (512.1 GB) |
| Block Size: | 512 bytes |
| Block Count: | 1,000,215,216 |

**Volume C**
| | |
|---|---|
| File System | NTFS |
| Sectors per cluster | 8 |
| Bytes per sector | 512 |
| Total Sectors | 729,088 |
| Total Capacity | 373,288,960 Bytes (356MB) |
| Total Clusters | 91,135 |
| Unallocated | 334,409,728 Bytes (318.9MB) |
| Free Clusters | 81,643 |
| Allocated | 38,879,232 Bytes (37.1MB) |
| Volume Name | System Reserved |
| Volume Offset | 2,048 |
| Drive Type | Fixed |

**Volume D**
| | |
|---|---|
| File System | NTFS |
| Sectors per cluster | 8 |
| Bytes per sector | 512 |
| Total Sectors | 999,482,032 |
| Total Capacity | 511,734,796,288 Bytes (476.6GB) |
| Total Clusters | 124,935,253 |
| Unallocated | 414,205,030,400 Bytes (385.8GB) |
| Free Clusters | 101,124,275 |
| Allocated | 97,529,765,888 Bytes (90.8GB) |

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



**TESTING & ANALYSIS**

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **11** of **148** PAGES

| | |
|---|---|
| Volume Offset | 731,136 |
| Id | S-1-5-21-2650749726-3464740165-1783582493 |
| Drive Type | Fixed |

**OS Info**

| | |
|---|---|
| Product Name: | Windows 7 Enterprise |
| Current Version: | 6.1 |
| Registered Owner: | user1 |
| Registered Organization: | |
| System Root: | C:\Windows |
| Current Build Number: | 7601 |
| Path Name: | C:\Windows |
| Product ID: | 55041-007-1402473-86473 |
| Last Service Pack: | Service Pack 1 |
| Product Key: | |
| VersionNumber: | |
| Source Path: | |
| Install Date: | 04/19/11 03:22:58AM |
| Last Shutdown Time: | 10/07/19 07:42:22AM |

**Account Info**

| | |
|---|---|
| User name: | user1 |
| Account Info | |
| Full Name: | |
| Type of User: | Local User |
| Account Description: | |
| Primary Group Number: | 513 |
| Security Identifier: | S-1-5-21-2650749726-3464740165-1783582493-1000 |
| User belongs to group: | Administrators |
| Logon Script: | |
| Profile Path: | C:\Users\user1 |
| Last Logon: | 10/07/19 07:33:58AM |
| Last Password Change: | 04/19/11 03:22:54AM |
| Last Incorrect Password Logon: | |

**TimeZone Info**

Current control set is 001
Default control set is 001
Failed control set is 000
LastKnownGood control set is 002
Standard time bias is -7:00 hours offset from GMT
StandardName:  US Mountain Standard Time
Standard time is set to change the Standard bias by 0 minutes
Standard time is set to change on Sunday of the 0th week of Unknown, at 00:00 hours.
DaylightName:  US Mountain Daylight Time
Daylight savings is set to change the Standard bias by 60 minutes.
Daylight savings time is set to change on Sunday of the 0th week of Unknown, at 00:00 hours.
Active time bias is -7:00 hours offset from GMT.

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TimeZoneKeyName: US Mountain Standard Time
The current time setting is -7:00 hours offset from GMT.
The offset must be either added or subtracted from GMT depending on the time zone location
Display: (UTC-07:00) Arizona

**Torrential Downpour**
Torrential Downpour was installed on the Undercover Computer under the Program Files folder on 10/04/19 at 07:21:26 AM. According to the program folder, Torrential Downpour is comprised of the following 19 software files.

| | |
|---|---|
| Name | RoundUp Torrential Downpour |
| Description | Folder, Not Indexed |
| Item Path | D\Program Files (x86)\RoundUp Torrential Downpour |
| Entry Modified | 10/04/19 07:21:27 AM |
| File Created | 10/04/19 07:21:26 AM |
| Last Written | 10/04/19 07:21:27 AM |

| No | Name | File Created | Last Written | MD5 Hash Value |
|---|---|---|---|---|
| 1 | RoundupBDecode.DLL | 09/10/15 01:30:48PM | 09/10/15 01:30:48PM | 0932c1b8c294ab64216f7b78673455ef |
| | This Dynamic Link Library file is proprietary to RoundUp. Due to the sensitive nature of this file, it was not exported or reviewed further. | | | |
| 2 | defaults.properties | 09/05/16 11:49:06AM | 09/05/16 11:49:06AM | c9db498199e6499a6691182f88494e27 |

This properties file defines the following settings and Universal Record Locators for fetching live information from ICAC COPS.

```
geolitecityurl=http://geolite.maxmind.com/download/geoip/database/GeoLiteCity.dat.gz
torrenturl=https://secure.ep2p.us/tips2/StreamTorrent.aspx
queryurl=https://secure.ep2p.us/tips2/Queries.aspx
opencaseurl=https://www.icaccops.com/users/startinvestigationconf.asp
geoip2url=https://secure.icaccops.com/users/download/geoip2.zip
mailpass=0eab44d47e4899d56bad74ae91388dec0a67ae5b18dcc546bd3a27f5cf5818fef1c2b7f1536132e3b81b22330750
094132e6f51ff990a10a4eefbdea14d5a811c267c740b95c53a4ef095b7e531b6598ccdae0a592ca7f77cef0cd7a4ba3e4255
0714dc979fe48015510fcf52549ead0c4463365581774b76e80cf05eeff0aab
mailhost=smtp.projectp.ca
mailport=587
mailssl=true
```

| | | | | |
|---|---|---|---|---|
| 3 | README-MaxMind.txt | 09/05/16 11:49:06AM | 09/05/16 11:49:06AM | 5aa1f89d3b6f08e18d042a84fd08c661 |

This text file sets forth the following licensing agreement reserved by MaxMind, Inc.

```
The following applies to LibGeoLite.dll and GeoLiteCity.dat,
GeoIP2-City.mmdb, GeoLiteCity-Location.csv

-------------------------------------------------------------------------------
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



LOEHRS
f o r e n s i c s

TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **13** of **148** PAGES

| No | Name | File Created | Last Written | MD5 Hash Value |
|----|------|--------------|--------------|----------------|
|    | There are two licenses, one for the C library software, and one for the databases.<br><br>SOFTWARE LICENSE (C library)<br><br>The GeoIP C Library is licensed under the LGPL.  For details see the COPYING file.<br><br>OPEN DATA LICENSE (GeoLite Country, GeoIP2-City and GeoLite City databases)<br><br>Copyright (c) 2008 MaxMind, Inc.  All Rights Reserved.<br><br>All advertising materials and documentation mentioning features or use of this database must display the following acknowledgment:<br>"This product includes GeoLite data created by MaxMind, available from http://maxmind.com/"<br><br>Redistribution and use with or without modification, are permitted provided that the following conditions are met:<br>1. Redistributions must retain the above copyright notice, this list of conditions and the following disclaimer in the documentation and/or other materials provided with the distribution.<br>2. All advertising materials and documentation mentioning features or use of this database must display the following acknowledgement:<br>"This product includes GeoLite data created by MaxMind, available from http://maxmind.com/"<br>3. "MaxMind" may not be used to endorse or promote products derived from this database without specific prior written permission.<br><br>THIS DATABASE IS PROVIDED BY MAXMIND, INC ``AS IS'' AND ANY EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE ARE DISCLAIMED. IN NO EVENT SHALL MAXMIND BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, EXEMPLARY, OR CONSEQUENTIAL DAMAGES (INCLUDING, BUT NOT LIMITED TO, PROCUREMENT OF SUBSTITUTE GOODS OR SERVICES; LOSS OF USE, DATA, OR PROFITS; OR BUSINESS INTERRUPTION) HOWEVER CAUSED AND ON ANY THEORY OF LIABILITY, WHETHER IN CONTRACT, STRICT LIABILITY, OR TORT (INCLUDING NEGLIGENCE OR OTHERWISE) ARISING IN ANY WAY OUT OF THE USE OF THIS DATABASE, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGE. | | | |
| 4 | GeoLiteCity-Location.csv | 09/05/16 11:49:06AM | 09/05/16 11:49:06AM | a37f9100d7b3b7739 ce082d0665398c9 |
|   | This spreadsheet is provided and owned by MaxMind, Inc. detailing geographical locations relied upon by Torrential Downpour to locate IP addresses. | | | |
| 5 | MaxMind.Db.DLL | 09/05/16 11:49:06AM | 09/05/16 11:49:06AM | 9a3c58a4efe0931be 3b5224e2ed14b8c |
|   | This Dynamic Link Library file contains proprietary code from MaxMind, Inc relied upon by RoundUp to geographically locate IP addresses. This file was not exported or reviewed further. | | | |
| 6 | COPYING.txt | 09/05/16 11:49:06AM | 09/05/16 11:49:06AM | b0d181292c99cf9bb 2ae9166dd3a0239 |
|   | This text file sets forth the following license agreement reserved by Free Software Foundation, Inc.:<br><br>GNU LESSER GENERAL PUBLIC LICENSE<br>Version 2.1, February 1999 | | | |

| ORGANIZATION | DATE |
|--------------|------|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



LOEHRS

f o r e n s i c s

TESTING & ANALYSIS

| No | Name | File Created | Last Written | MD5 Hash Value |
|----|------|--------------|--------------|----------------|

```
Copyright (C) 1991, 1999 Free Software Foundation, Inc.
51 Franklin Street, Fifth Floor, Boston, MA  02110-1301  USA
Everyone is permitted to copy and distribute verbatim copies
of this license document, but changing it is not allowed.

[This is the first released version of the Lesser GPL.  It also counts
 as the successor of the GNU Library Public License, version 2, hence
 the version number 2.1.]

                         Preamble

  The licenses for most software are designed to take away your
freedom to share and change it.  By contrast, the GNU General Public
Licenses are intended to guarantee your freedom to share and change
free software--to make sure the software is free for all its users.

  This license, the Lesser General Public License, applies to some
specially designated software packages--typically libraries--of the
Free Software Foundation and other authors who decide to use it.  You
can use it too, but we suggest you first think carefully about whether
this license or the ordinary General Public License is the better
strategy to use in any particular case, based on the explanations below.

  When we speak of free software, we are referring to freedom of use,
not price.  Our General Public Licenses are designed to make sure that
you have the freedom to distribute copies of free software (and charge
for this service if you wish); that you receive source code or can get
it if you want it; that you can change the software and use pieces of
it in new free programs; and that you are informed that you can do
these things.

  To protect your rights, we need to make restrictions that forbid
distributors to deny you these rights or to ask you to surrender these
rights.  These restrictions translate to certain responsibilities for
you if you distribute copies of the library or if you modify it.

  For example, if you distribute copies of the library, whether gratis
or for a fee, you must give the recipients all the rights that we gave
you.  You must make sure that they, too, receive or can get the source
code.  If you link other code with the library, you must provide
complete object files to the recipients, so that they can relink them
with the library after making changes to the library and recompiling
it.  And you must show them these terms so they know their rights.

  We protect your rights with a two-step method: (1) we copyright the
library, and (2) we offer you this license, which gives you legal
permission to copy, distribute and/or modify the library.

  To protect each distributor, we want to make it very clear that
there is no warranty for the free library.  Also, if the library is
modified by someone else and passed on, the recipients should know
that what they have is not the original version, so that the original
author's reputation will not be affected by problems that might be
introduced by others.

  Finally, software patents pose a constant threat to the existence of
any free program.  We wish to make sure that a company cannot
effectively restrict the users of a free program by obtaining a
restrictive license from a patent holder.  Therefore, we insist that
any patent license obtained for a version of the library must be
consistent with the full freedom of use specified in this license.

  Most GNU software, including some libraries, is covered by the
ordinary GNU General Public License.  This license, the GNU Lesser
General Public License, applies to certain designated libraries, and
is quite different from the ordinary General Public License.  We use
this license for certain libraries in order to permit linking those
libraries into non-free programs.

  When a program is linked with a library, whether statically or using
```

| ORGANIZATION | DATE |
|--------------|------|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



| No | Name | File Created | Last Written | MD5 Hash Value |
|----|------|--------------|--------------|----------------|

a shared library, the combination of the two is legally speaking a
combined work, a derivative of the original library.  The ordinary
General Public License therefore permits such linking only if the
entire combination fits its criteria of freedom.  The Lesser General
Public License permits more lax criteria for linking other code with
the library.

  We call this license the "Lesser" General Public License because it
does Less to protect the user's freedom than the ordinary General
Public License.  It also provides other free software developers Less
of an advantage over competing non-free programs.  These disadvantages
are the reason we use the ordinary General Public License for many
libraries.  However, the Lesser license provides advantages in certain
special circumstances.

  For example, on rare occasions, there may be a special need to
encourage the widest possible use of a certain library, so that it becomes
a de-facto standard.  To achieve this, non-free programs must be
allowed to use the library.  A more frequent case is that a free
library does the same job as widely used non-free libraries.  In this
case, there is little to gain by limiting the free library to free
software only, so we use the Lesser General Public License.

  In other cases, permission to use a particular library in non-free
programs enables a greater number of people to use a large body of
free software.  For example, permission to use the GNU C Library in
non-free programs enables many more people to use the whole GNU
operating system, as well as its variant, the GNU/Linux operating
system.

  Although the Lesser General Public License is Less protective of the
users' freedom, it does ensure that the user of a program that is
linked with the Library has the freedom and the wherewithal to run
that program using a modified version of the Library.

  The precise terms and conditions for copying, distribution and
modification follow.  Pay close attention to the difference between a
"work based on the library" and a "work that uses the library".  The
former contains code derived from the library, whereas the latter must
be combined with the library in order to run.

                 GNU LESSER GENERAL PUBLIC LICENSE
  TERMS AND CONDITIONS FOR COPYING, DISTRIBUTION AND MODIFICATION

  0. This License Agreement applies to any software library or other
program which contains a notice placed by the copyright holder or
other authorized party saying it may be distributed under the terms of
this Lesser General Public License (also called "this License").
Each licensee is addressed as "you".

  A "library" means a collection of software functions and/or data
prepared so as to be conveniently linked with application programs
(which use some of those functions and data) to form executables.

  The "Library", below, refers to any such software library or work
which has been distributed under these terms.  A "work based on the
Library" means either the Library or any derivative work under
copyright law: that is to say, a work containing the Library or a
portion of it, either verbatim or with modifications and/or translated
straightforwardly into another language.  (Hereinafter, translation is
included without limitation in the term "modification".)

  "Source code" for a work means the preferred form of the work for
making modifications to it.  For a library, complete source code means
all the source code for all modules it contains, plus any associated
interface definition files, plus the scripts used to control compilation
and installation of the library.

  Activities other than copying, distribution and modification are not
covered by this License; they are outside its scope.  The act of

ORGANIZATION
LOEHRS FORENSICS, LLC.

DATE
January 2, 2020



| No | Name | File Created | Last Written | MD5 Hash Value |
|----|------|--------------|--------------|----------------|

```
running a program using the Library is not restricted, and output from
such a program is covered only if its contents constitute a work based
on the Library (independent of the use of the Library in a tool for
writing it).  Whether that is true depends on what the Library does
and what the program that uses the Library does.

  1. You may copy and distribute verbatim copies of the Library's
complete source code as you receive it, in any medium, provided that
you conspicuously and appropriately publish on each copy an
appropriate copyright notice and disclaimer of warranty; keep intact
all the notices that refer to this License and to the absence of any
warranty; and distribute a copy of this License along with the
Library.

  You may charge a fee for the physical act of transferring a copy,
and you may at your option offer warranty protection in exchange for a
fee.

  2. You may modify your copy or copies of the Library or any portion
of it, thus forming a work based on the Library, and copy and
distribute such modifications or work under the terms of Section 1
above, provided that you also meet all of these conditions:

    a) The modified work must itself be a software library.

    b) You must cause the files modified to carry prominent notices
    stating that you changed the files and the date of any change.

    c) You must cause the whole of the work to be licensed at no
    charge to all third parties under the terms of this License.

    d) If a facility in the modified Library refers to a function or a
    table of data to be supplied by an application program that uses
    the facility, other than as an argument passed when the facility
    is invoked, then you must make a good faith effort to ensure that,
    in the event an application does not supply such function or
    table, the facility still operates, and performs whatever part of
    its purpose remains meaningful.

    (For example, a function in a library to compute square roots has
    a purpose that is entirely well-defined independent of the
    application.  Therefore, Subsection 2d requires that any
    application-supplied function or table used by this function must
    be optional: if the application does not supply it, the square
    root function must still compute square roots.)

These requirements apply to the modified work as a whole.  If
identifiable sections of that work are not derived from the Library,
and can be reasonably considered independent and separate works in
themselves, then this License, and its terms, do not apply to those
sections when you distribute them as separate works.  But when you
distribute the same sections as part of a whole which is a work based
on the Library, the distribution of the whole must be on the terms of
this License, whose permissions for other licensees extend to the
entire whole, and thus to each and every part regardless of who wrote
it.

Thus, it is not the intent of this section to claim rights or contest
your rights to work written entirely by you; rather, the intent is to
exercise the right to control the distribution of derivative or
collective works based on the Library.

In addition, mere aggregation of another work not based on the Library
with the Library (or with a work based on the Library) on a volume of
a storage or distribution medium does not bring the other work under
the scope of this License.

  3. You may opt to apply the terms of the ordinary GNU General Public
License instead of this License to a given copy of the Library.  To do
this, you must alter all the notices that refer to this License, so
```



| No | Name | File Created | Last Written | MD5 Hash Value |
|----|------|--------------|--------------|----------------|

```
that they refer to the ordinary GNU General Public License, version 2,
instead of to this License.  (If a newer version than version 2 of the
ordinary GNU General Public License has appeared, then you can specify
that version instead if you wish.)  Do not make any other change in
these notices.

  Once this change is made in a given copy, it is irreversible for
that copy, so the ordinary GNU General Public License applies to all
subsequent copies and derivative works made from that copy.

  This option is useful when you wish to copy part of the code of
the Library into a program that is not a library.

  4. You may copy and distribute the Library (or a portion or
derivative of it, under Section 2) in object code or executable form
under the terms of Sections 1 and 2 above provided that you accompany
it with the complete corresponding machine-readable source code, which
must be distributed under the terms of Sections 1 and 2 above on a
medium customarily used for software interchange.

  If distribution of object code is made by offering access to copy
from a designated place, then offering equivalent access to copy the
source code from the same place satisfies the requirement to
distribute the source code, even though third parties are not
compelled to copy the source along with the object code.

  5. A program that contains no derivative of any portion of the
Library, but is designed to work with the Library by being compiled or
linked with it, is called a "work that uses the Library".  Such a
work, in isolation, is not a derivative work of the Library, and
therefore falls outside the scope of this License.

  However, linking a "work that uses the Library" with the Library
creates an executable that is a derivative of the Library (because it
contains portions of the Library), rather than a "work that uses the
library".  The executable is therefore covered by this License.
Section 6 states terms for distribution of such executables.

  When a "work that uses the Library" uses material from a header file
that is part of the Library, the object code for the work may be a
derivative work of the Library even though the source code is not.
Whether this is true is especially significant if the work can be
linked without the Library, or if the work is itself a library.  The
threshold for this to be true is not precisely defined by law.

  If such an object file uses only numerical parameters, data
structure layouts and accessors, and small macros and small inline
functions (ten lines or less in length), then the use of the object
file is unrestricted, regardless of whether it is legally a derivative
work.  (Executables containing this object code plus portions of the
Library will still fall under Section 6.)

  Otherwise, if the work is a derivative of the Library, you may
distribute the object code for the work under the terms of Section 6.
Any executables containing that work also fall under Section 6,
whether or not they are linked directly with the Library itself.

  6. As an exception to the Sections above, you may also combine or
link a "work that uses the Library" with the Library to produce a
work containing portions of the Library, and distribute that work
under terms of your choice, provided that the terms permit
modification of the work for the customer's own use and reverse
engineering for debugging such modifications.

  You must give prominent notice with each copy of the work that the
Library is used in it and that the Library and its use are covered by
this License.  You must supply a copy of this License.  If the work
during execution displays copyright notices, you must include the
copyright notice for the Library among them, as well as a reference
directing the user to the copy of this License.  Also, you must do one
```

| ORGANIZATION | DATE |
|--------------|------|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



| No | Name | File Created | Last Written | MD5 Hash Value |
|----|------|--------------|--------------|----------------|

```
of these things:

    a) Accompany the work with the complete corresponding
    machine-readable source code for the Library including whatever
    changes were used in the work (which must be distributed under
    Sections 1 and 2 above); and, if the work is an executable linked
    with the Library, with the complete machine-readable "work that
    uses the Library", as object code and/or source code, so that the
    user can modify the Library and then relink to produce a modified
    executable containing the modified Library.  (It is understood
    that the user who changes the contents of definitions files in the
    Library will not necessarily be able to recompile the application
    to use the modified definitions.)

    b) Use a suitable shared library mechanism for linking with the
    Library.  A suitable mechanism is one that (1) uses at run time a
    copy of the library already present on the user's computer system,
    rather than copying library functions into the executable, and (2)
    will operate properly with a modified version of the library, if
    the user installs one, as long as the modified version is
    interface-compatible with the version that the work was made with.

    c) Accompany the work with a written offer, valid for at
    least three years, to give the same user the materials
    specified in Subsection 6a, above, for a charge no more
    than the cost of performing this distribution.

    d) If distribution of the work is made by offering access to copy
    from a designated place, offer equivalent access to copy the above
    specified materials from the same place.

    e) Verify that the user has already received a copy of these
    materials or that you have already sent this user a copy.

  For an executable, the required form of the "work that uses the
Library" must include any data and utility programs needed for
reproducing the executable from it.  However, as a special exception,
the materials to be distributed need not include anything that is
normally distributed (in either source or binary form) with the major
components (compiler, kernel, and so on) of the operating system on
which the executable runs, unless that component itself accompanies
the executable.

  It may happen that this requirement contradicts the license
restrictions of other proprietary libraries that do not normally
accompany the operating system.  Such a contradiction means you cannot
use both them and the Library together in an executable that you
distribute.

  7. You may place library facilities that are a work based on the
Library side-by-side in a single library together with other library
facilities not covered by this License, and distribute such a combined
library, provided that the separate distribution of the work based on
the Library and of the other library facilities is otherwise
permitted, and provided that you do these two things:

    a) Accompany the combined library with a copy of the same work
    based on the Library, uncombined with any other library
    facilities.  This must be distributed under the terms of the
    Sections above.

    b) Give prominent notice with the combined library of the fact
    that part of it is a work based on the Library, and explaining
    where to find the accompanying uncombined form of the same work.

  8. You may not copy, modify, sublicense, link with, or distribute
the Library except as expressly provided under this License.  Any
attempt otherwise to copy, modify, sublicense, link with, or
distribute the Library is void, and will automatically terminate your
rights under this License.  However, parties who have received copies,
```

| ORGANIZATION | DATE |
|--------------|------|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



| No | Name | File Created | Last Written | MD5 Hash Value |
|----|------|--------------|--------------|----------------|

or rights, from you under this License will not have their licenses
terminated so long as such parties remain in full compliance.

   9. You are not required to accept this License, since you have not
signed it.  However, nothing else grants you permission to modify or
distribute the Library or its derivative works.  These actions are
prohibited by law if you do not accept this License.  Therefore, by
modifying or distributing the Library (or any work based on the
Library), you indicate your acceptance of this License to do so, and
all its terms and conditions for copying, distributing or modifying
the Library or works based on it.

   10. Each time you redistribute the Library (or any work based on the
Library), the recipient automatically receives a license from the
original licensor to copy, distribute, link with or modify the Library
subject to these terms and conditions.  You may not impose any further
restrictions on the recipients' exercise of the rights granted herein.
You are not responsible for enforcing compliance by third parties with
this License.

   11. If, as a consequence of a court judgment or allegation of patent
infringement or for any other reason (not limited to patent issues),
conditions are imposed on you (whether by court order, agreement or
otherwise) that contradict the conditions of this License, they do not
excuse you from the conditions of this License.  If you cannot
distribute so as to satisfy simultaneously your obligations under this
License and any other pertinent obligations, then as a consequence you
may not distribute the Library at all.  For example, if a patent
license would not permit royalty-free redistribution of the Library by
all those who receive copies directly or indirectly through you, then
the only way you could satisfy both it and this License would be to
refrain entirely from distribution of the Library.

If any portion of this section is held invalid or unenforceable under any
particular circumstance, the balance of the section is intended to apply,
and the section as a whole is intended to apply in other circumstances.

It is not the purpose of this section to induce you to infringe any
patents or other property right claims or to contest validity of any
such claims; this section has the sole purpose of protecting the
integrity of the free software distribution system which is
implemented by public license practices.  Many people have made
generous contributions to the wide range of software distributed
through that system in reliance on consistent application of that
system; it is up to the author/donor to decide if he or she is willing
to distribute software through any other system and a licensee cannot
impose that choice.

This section is intended to make thoroughly clear what is believed to
be a consequence of the rest of this License.

   12. If the distribution and/or use of the Library is restricted in
certain countries either by patents or by copyrighted interfaces, the
original copyright holder who places the Library under this License may add
an explicit geographical distribution limitation excluding those countries,
so that distribution is permitted only in or among countries not thus
excluded.  In such case, this License incorporates the limitation as if
written in the body of this License.

   13. The Free Software Foundation may publish revised and/or new
versions of the Lesser General Public License from time to time.
Such new versions will be similar in spirit to the present version,
but may differ in detail to address new problems or concerns.

Each version is given a distinguishing version number.  If the Library
specifies a version number of this License which applies to it and
"any later version", you have the option of following the terms and
conditions either of that version or of any later version published by
the Free Software Foundation.  If the Library does not specify a
license version number, you may choose any version ever published by



| No | Name | File Created | Last Written | MD5 Hash Value |
|----|------|--------------|--------------|----------------|

the Free Software Foundation.

   14. If you wish to incorporate parts of the Library into other free
programs whose distribution conditions are incompatible with these,
write to the author to ask for permission.  For software which is
copyrighted by the Free Software Foundation, write to the Free
Software Foundation; we sometimes make exceptions for this.  Our
decision will be guided by the two goals of preserving the free status
of all derivatives of our free software and of promoting the sharing
and reuse of software generally.

                         NO WARRANTY

   15. BECAUSE THE LIBRARY IS LICENSED FREE OF CHARGE, THERE IS NO
WARRANTY FOR THE LIBRARY, TO THE EXTENT PERMITTED BY APPLICABLE LAW.
EXCEPT WHEN OTHERWISE STATED IN WRITING THE COPYRIGHT HOLDERS AND/OR
OTHER PARTIES PROVIDE THE LIBRARY "AS IS" WITHOUT WARRANTY OF ANY
KIND, EITHER EXPRESSED OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE
IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR
PURPOSE.  THE ENTIRE RISK AS TO THE QUALITY AND PERFORMANCE OF THE
LIBRARY IS WITH YOU.  SHOULD THE LIBRARY PROVE DEFECTIVE, YOU ASSUME
THE COST OF ALL NECESSARY SERVICING, REPAIR OR CORRECTION.

   16. IN NO EVENT UNLESS REQUIRED BY APPLICABLE LAW OR AGREED TO IN
WRITING WILL ANY COPYRIGHT HOLDER, OR ANY OTHER PARTY WHO MAY MODIFY
AND/OR REDISTRIBUTE THE LIBRARY AS PERMITTED ABOVE, BE LIABLE TO YOU
FOR DAMAGES, INCLUDING ANY GENERAL, SPECIAL, INCIDENTAL OR
CONSEQUENTIAL DAMAGES ARISING OUT OF THE USE OR INABILITY TO USE THE
LIBRARY (INCLUDING BUT NOT LIMITED TO LOSS OF DATA OR DATA BEING
RENDERED INACCURATE OR LOSSES SUSTAINED BY YOU OR THIRD PARTIES OR A
FAILURE OF THE LIBRARY TO OPERATE WITH ANY OTHER SOFTWARE), EVEN IF
SUCH HOLDER OR OTHER PARTY HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH
DAMAGES.

                    END OF TERMS AND CONDITIONS

           How to Apply These Terms to Your New Libraries

   If you develop a new library, and you want it to be of the greatest
possible use to the public, we recommend making it free software that
everyone can redistribute and change.  You can do so by permitting
redistribution under these terms (or, alternatively, under the terms of the
ordinary General Public License).

   To apply these terms, attach the following notices to the library.  It is
safest to attach them to the start of each source file to most effectively
convey the exclusion of warranty; and each file should have at least the
"copyright" line and a pointer to where the full notice is found.

    <one line to give the library's name and a brief idea of what it does.>
    Copyright (C) <year>  <name of author>

    This library is free software; you can redistribute it and/or
    modify it under the terms of the GNU Lesser General Public
    License as published by the Free Software Foundation; either
    version 2.1 of the License, or (at your option) any later version.

    This library is distributed in the hope that it will be useful,
    but WITHOUT ANY WARRANTY; without even the implied warranty of
    MERCHANTABILITY or FITNESS FOR A PARTICULAR PURPOSE.  See the GNU
    Lesser General Public License for more details.

    You should have received a copy of the GNU Lesser General Public
    License along with this library; if not, write to the Free Software
    Foundation, Inc., 51 Franklin Street, Fifth Floor, Boston, MA  02110-1301  USA

Also add information on how to contact you by electronic and paper mail.

You should also get your employer (if you work as a programmer) or your
school, if any, to sign a "copyright disclaimer" for the library, if

| ORGANIZATION | DATE |
|--------------|------|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **21** of **148** PAGES

| No | Name | File Created | Last Written | MD5 Hash Value |
|----|------|-------------|--------------|----------------|
| | necessary.  Here is a sample; alter the names:<br><br>  Yoyodyne, Inc., hereby disclaims all copyright interest in the<br>  library `Frob' (a library for tweaking knobs) written by James Random Hacker.<br><br>  &lt;signature of Ty Coon&gt;, 1 April 1990<br>  Ty Coon, President of Vice<br><br>That's all there is to it! | | | |
| 7 | TorrentialDownpour.exe | 09/05/16 11:50:20AM | 09/05/16 11:50:20AM | 542e6724d15407cca 369823cbe2cd45a |
| | This is the executable containing the proprietary source code for RoundUp Torrential Downpour. Due to the sensitive nature of this file, it was not exported or reviewed further. | | | |
| 8 | GeoLite2-City.mmdb | 09/05/16 11:50:22AM | 09/05/16 11:50:22AM | 95f8d4583aa45715e 600d399d3627a41 |
| | This database file contains location information provided by MaxMind, Inc and relied upon by RoundUp to geographically locate IP addresses. This file was not exported or reviewed further. | | | |
| 9 | LICENSE.txt | 09/05/16 11:50:22AM | 09/05/16 11:50:22AM | 78c6f5b0cdecc6685 8d1606901833929 |
| | This text file sets forth the following license agreements:<br><br>LibGeoLite.dll is released under the LGPL. It is Copyright (C)<br>MaxMind Incorporated.<br><br>MaxMind.GeoIP2.dll is released with the Apache Version 2.0 License.<br>It is Copyright (C) MaxMind Incorporated.<br><br>MaxMind.Db.dll is licensed under the Creative Commons<br>Attribution-ShareAlike 3.0 Unported License. To view a copy of this<br>license, visit http://creativecommons.org/licenses/by-sa/3.0/ or<br>send a letter to Creative Commons, 444 Castro Street, Suite 900,<br>Mountain View, California, 94041, USA.<br><br>Newtonsoft.Json.dll is Copyright (c) James Newton-King. It released<br>under the MIT License.<br><br>RestSharp.dll is released with the Apache Version 2.0 License.<br><br>Torrential Downpour and RoundupBDecode are not open source.<br>Both are Copyright (c) University of Massachusetts, Amherst. | | | |
| 10 | weightguidelines.rtf | 09/05/16 11:51:48AM | 09/05/16 11:51:48AM | 7150403dab7d0229 7438250e897e03e8 |
| | This rich text format document contains the following weighted scale:<br><br>Guidelines for weighting torrents.<br><br>  0 - Indicates that the torrent should be removed from the server.<br>  1 - Modeling / beach pictures, all clothed.<br>  2 - Modeling / beach nudes, some nudes.<br>  3 - Modeling / beach nudes, beach nudes. | | | |

| ORGANIZATION | DATE |
|--------------|------|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



| | UNITED STATES v. ANTHONY GONZALES |
| TESTING & ANALYSIS | CR17-01311-001-PHX |
| | PAGE **22** of **148** PAGES |

| No | Name | File Created | Last Written | MD5 Hash Value |
|----|------|--------------|--------------|----------------|
| | 4 - Modeling / beach nudes, some cropped with emphasis on genitals.<br>5 - Default value assigned to torrent, indicates the torrent has not been weighted.<br>6 - No penetration but displayed in a sexual manner; meets the federal definition of child pornography.<br>7 - No penetration, large volume.<br>8 - Penetration, sadism, infants or toddlers, and/or bestiality.<br>9 - Large volume of penetration, sadism, infants or toddlers, and/or bestiality. | | | |
| 11 | LibGeoLite-source.zip | 09/05/16 11:51:48AM | 09/05/16 11:51:48AM | f0f324b6f6f730a6b1a8d7babf09f855 |
| | This zip file contains location information provided by MaxMind, Inc and relied upon by RoundUp to geographically locate IP addresses. This file was not exported or reviewed further | | | |
| 12 | Newtonsoft.Json.DLL | 09/05/16 11:51:48AM | 09/05/16 11:51:48AM | abd9c387aaba000866f8ccb82313635f |
| | This Dynamic Link Library file is a popular high-performance JSON framework for .NET utilized by RoundUp. | | | |
| 13 | RestSharp.dll | 09/05/16 11:51:48AM | 09/05/16 11:51:48AM | 9a8c61802dbe935b29375ecd9ddc99bd |
| | This Dynamic Link Library file a popular web service utilized by RoundUp. | | | |
| 14 | downpour.ico | 09/05/16 11:51:48AM | 09/05/16 11:51:48AM | 03648f8001bbc6276051d6195c9a8738 |
| | This is the application graphic icon. | | | |
| 15 | GeoLiteCity.dat | 09/05/16 11:51:48AM | 09/05/16 11:51:48AM | 0cdda5292cc434259f696a4c8a15a810 |
| | This data file contains proprietary code from MaxMind, Inc relied upon by RoundUp to geographically locate IP addresses. This file was not exported or reviewed further. | | | |
| 16 | MaxMind.GeoIP2.DLL | 09/05/16 11:51:58AM | 09/05/16 11:51:58AM | 128c70c61e935fabb2e41e082395c95c |
| | This Dynamic Link Library file contains proprietary code from MaxMind, Inc relied upon by RoundUp to geographically locate IP addresses. Due to the sensitive nature of this file, it was not exported or reviewed further. | | | |
| 17 | LibGeoLite.DLL | 09/05/16 11:51:58AM | 09/05/16 11:51:58AM | 76094f6100bb17a9e5477917bbe55493 |
| | This Dynamic Link Library file contains proprietary code from MaxMind, Inc relied upon by RoundUp to geographically locate IP addresses. Due to the sensitive nature of this file, it was not exported or reviewed further. | | | |

| ORGANIZATION | DATE |
|--------------|------|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

| No | Name | File Created | Last Written | MD5 Hash Value |
|----|------|-------------|-------------|----------------|
| 18 | rupcaplib.DLL | 09/05/16 11:51:58AM | 09/05/16 11:51:58AM | bcab7d0076e2dd6be19c74c14f81566d |
| | This Dynamic Link Library file originates from an unknown source and may be proprietary to Torrential Downpour. Due to the sensitive nature of this file, it was not exported or reviewed further. | | | |
| 19 | RoundUp Torrential Downpour.lnk | 10/04/19 07:21:27AM | 10/04/19 07:21:27AM | a19b49324559146760081452c94a514f |
| | This link is a shortcut to the Torrential Downpour installer located in the following directory:<br><br>Users\user1\AppData\Roaming\Microsoft\Installer\{C26D6FDF-7E7E-41D9-A951-EE3FA939807A}\_9CBD2FF0EC6134DE67EAAC.exe | | | |

In addition, a corresponding software folder was created during the installation of RoundUp Torrential Downpour in the user's AppData Local directory on 10/04/19 at 07:21:33 AM. This directory contains the following 7 additional system files.

| | |
|---|---|
| Name | RoundUp Torrential Downpour |
| Description | Folder, Not Indexed |
| Item Path | D:\Users\user1\AppData\Local\RoundUp Torrential Downpour |
| Entry Modified | 10/04/19 07:21:58 AM |
| File Created | 10/04/19 07:21:33 AM |
| Last Written | 10/04/19 07:21:58 AM |

| No | Name | File Created | Last Written | MD5 Hash Value |
|----|------|-------------|-------------|----------------|
| 20 | GeoLiteCity.dat | 08/30/19 07:21:33AM | 08/30/19 07:21:33AM | 0cdda5292cc434259f696a4c8a15a810 |
| | This data file contains proprietary code from MaxMind, Inc relied upon by RoundUp to geographically locate IP addresses. This file was not exported or reviewed further. | | | |
| 21 | GeoIP2-City.mmdb | 08/30/19 07:21:33AM | 08/30/19 07:21:33AM | 95f8d4583aa45715e600d399d3627a41 |
| | This database file contains location information provided by MaxMind, Inc and relied upon by RoundUp to geographically locate IP addresses. This file was not exported or reviewed further. | | | |
| 22 | td.lock | 10/04/19 07:21:33AM | 10/04/19 07:21:33AM | d41d8cd98f00b204e9800998ecf8427e |
| | This is an empty marker file for the purpose of locking resources specific to this software application | | | |
| 23 | config.properties | 10/04/19 07:21:58AM | 10/04/19 07:21:58AM | 19d7a2394f261b1e46c89b2f6b5e03a4 |



TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **24** of **148** PAGES

| No | Name | File Created | Last Written | MD5 Hash Value |
|----|------|-------------|-------------|----------------|
| | This file contains the user defined configurations for the local user's installation of Torrential Downpour. This file was identified by the FBI as containing proprietary data and were not permitted to extract the data within this file. | | | |
| 24 | updategip2.properties | 10/04/19 07:21:58AM | 10/04/19 03:27:55PM | f7280b17053496eaf abc4881900f7638 |

```
#
# Do not edit this file.
#
nextupdatetime=63706134242
newsha1=@
```

| No | Name | File Created | Last Written | MD5 Hash Value |
|----|------|-------------|-------------|----------------|
| 25 | exemptions.xml | 10/04/19 07:21:58AM | 10/08/19 11:50:59 AM | f7ea3fd6300249c09 3cd9932ce46bd1d |

The XML file records a list of info hash values, IP addresses and expiration timers believed to represent "exemptions" after a torrent is successfully downloaded as to avoid duplicative content.

```
<?xml version="1.0" encoding="utf-8"?>
<!--Torrential Downpour schedule exemptions-->
<tdexemptions>
  <exemptions>
    <exemption infohash="73503623da1bc5434aef671d6fb8974752e95e72" ip="174.67.190.141" port="45682"
expires="-8586272363238255912" />
    <exemption infohash="7ad8a2b653160d8f5a9521624bfdf71d3bc82444" ip="174.67.190.141" port="45682"
expires="-8586272300732602516" />
    <exemption infohash="ee6e2e5f257ef522c028e96d67c2900b6af126a2" ip="174.67.190.141" port="45682"
expires="-8586271609716391881" />
    <exemption infohash="b316862f07bb03f99cd5e099e5fcae263dc27af3" ip="174.67.190.141" port="45682"
expires="-8586271599041142942" />
    <exemption infohash="ee6e2e5f257ef522c028e96d67c2900b6af126a2" ip="174.67.190.141" port="45682"
expires="-8586271591208414875" />
    <exemption infohash="b5a303c56a0fe7994c8480ea0087c495c2bc29be" ip="174.67.190.141" port="45682"
expires="-8586271589755114166" />
    <exemption infohash="e1eed9d6a62423ecde25aa19765293a222780fce" ip="174.67.190.141" port="45682"
expires="-8586271589052044725" />
    <exemption infohash="a812c8637adff4ac8cc2e56ce49854fff2290fad" ip="174.67.190.141" port="45682"
expires="-8586271583977850524" />
    <exemption infohash="7ad8a2b653160d8f5a9521624bfdf71d3bc82444" ip="174.67.190.141" port="45682"
expires="-8586271582731052151" />
    <exemption infohash="73503623da1bc5434aef671d6fb8974752e95e72" ip="174.67.190.141" port="45682"
expires="-8586271582258297134" />
  </exemptions>
</tdexemptions>
```

| No | Name | File Created | Last Written | MD5 Hash Value |
|----|------|-------------|-------------|----------------|
| 26 | update.properties | 10/04/19 07:21:58AM | 10/04/19 03:27:55PM | f7280b17053496eaf abc4881900f7638 |

```
#
# Do not edit this file.
#
nextupdatetime=63706134242
newsha1=@
```



TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **25** of **148** PAGES

During the live testing, the following screenshots were captured of the application's preferences:

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

## Locations

The Locations tab allows a user to select a default directory for storing data generated during investigations. No further information was provided about the functions of each Locations setting.





TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **27** of **148** PAGES

## Options

The Option tab allows a user to select and modify settings including to toggle certain features on and off. No further information was provided about the functions of each Options setting.





TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **28** of **148** PAGES

## Investigator

The Investigator tab allows the user to enter personal information and licensing. No further information was provided about the functions of each Investigator setting.





TESTING & ANALYSIS

## Advanced

The Advanced tab allows the user to designate ports, masked software version, and set parameters for downloads. No further information was provided about the functions of each Advanced setting.





**TESTING & ANALYSIS**

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **30** of **148** PAGES

## Finished

The Finished tab on the home screen summarizes all attempted connections made; however, no further information or demonstration was provided about the other tabs or options available in this screenshot.



## ii. Dependent Variable 2 | ICAC COPS

In the originally proposed Testing Protocol, the Internet Crimes Against Children Child Online Protection System ("ICAC COPS") was listed as a second variable to be tested and measured. This system is a web-based component of Torrential Downpour and its operation including retrieving information about suspects and torrents of investigative interest. This system reports historical data back to law enforcement for further investigation into identified suspects. Access to the ICAC COPS database will simulate law enforcement's undercover BitTorrent investigation by facilitating the same search capabilities relied upon in *United States v. Anthony Gonzales*.

The original protocol proposed a unique login be created by the government allowing access to the live ICAC COPS system in order to track and locate all information being reported by Torrential Downpour from the Suspect Computer, described below. At all times during the test, the login to ICAC COPS shall be monitored and controlled by the government.

In the August 27, 2019 Order filed in *United States v. Anthony Gonzales,* this variable was eliminated by reason of "The Court can find no basis for requiring the government to incur the substantial time and expense required to clone or recreate the COPS database for Defendant's investigation". In that regard, this variable was excluded from testing and no conclusions can be made regarding its functionality, accuracy, or reliability.

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



### iii. Independent Variable | Suspect Computer

The variable that underwent controlled modifications to test the effects on the dependent variable was a computer running publicly available BitTorrent file sharing software and uploading/downloading data on the BitTorrent network as an active peer ("Suspect Computer"). The Suspect Computer simulated the computer seized in *United States v. Anthony Gonzales* and an active suspect in an undercover BitTorrent investigation. This computer was provided by Loehrs Forensics and described below.

### Suspect Computer System Specifications

The Suspect Computer was installed with a Samsung 860 EVO Solid State Drive with one primary partition identified as D with a total capacity of 464.3GB with 97GB allocated to data.  The operating system is Windows 10 Pro and was installed on 06/27/19 at 11:25:56AM; registered to *user*.  Other than the default accounts created by the Windows operating system, one user account was created for *user*.  The time zone was set to Mountain Standard Time.

#### Device Info

| | |
|---|---|
| Interface: | SATA |
| Model: | Samsung SSD 860 EVO 1TB |
| Firmware revision: | RVT03B6Q |
| Serial number: | S3Z8NY0M715503K |
| Capacity in bytes: | 1,000,204,886,016 (1.0 TB) |
| Block Size: | 512 bytes |
| Block Count: | 1,953,525,168 |

#### Volume D

| | |
|---|---|
| File System | NTFS |
| Sectors per cluster | 8 |
| Bytes per sector | 512 |
| Total Sectors | 973,697,024 |
| Total Capacity | 498,532,872,192 Bytes (464.3GB) |
| Total Clusters | 121,712,127 |
| Unallocated | 394,352,480,256 Bytes (367.3GB) |
| Free Clusters | 96,277,461 |
| Allocated | 104,180,391,936 Bytes (97GB) |
| Volume Name | Windows |
| Volume Offset | 1,026,048 |
| Id | S-1-5-21-1227820535-758764100-2485059747 |
| Drive Type | Fixed |

#### OS Info

| | |
|---|---|
| Product Name: | Windows 10 Pro |
| Current Version: | 6.3 |
| Registered Owner: | User |
| Registered Organization: | |
| System Root: | C:\Windows |
| Current Build Number: | 17763 |
| Path Name: | C:\Windows |
| Product ID: | 00330-80952-25476-AA302 |
| Last Service Pack: | |

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **32** of **148** PAGES

Product Key:
Version Number:
Source Path:
Install Date:                     Thu Jun 27 18:25:56 2019 (UTC)
Last Shutdown Time:               Mon Oct  7 20:30:48 2019 (UTC)

**Account Info**
User name:                        User
Account Info:
Full Name:
Type of User:                     Local User
Account Description:
Primary Group Number:
Security Identifier:              S-1-5-21-1227820535-758764100-2485059747-1000
User belongs to group:            Administrators
Logon Script:
Profile Path:                     C:\Users\user
Last Logon:                       10/8/2019 16:20:20 UTC
Last Password Change:             10/3/2019 13:28:04 UTC
Last Incorrect Password Logon:    10/5/2019 00:21:52 UTC

**TimeZone Info**
Current control set is 001
Default control set is 001
Failed control set is 000
LastKnownGood control set is 002
Standard time bias is -7:00 hours offset from GMT
StandardName:  US Mountain Standard Time
Standard time is set to change the Standard bias by 0 minutes
Standard time is set to change on Sunday of the 0th week of Unknown, at 00:00 hours.
DaylightName:  US Mountain Daylight Time
Daylight savings is set to change the Standard bias by 60 minutes.
Daylight savings time is set to change on Sunday of the 0th week of Unknown, at 00:00 hours.
Active time bias is -7:00 hours offset from GMT.
TimeZoneKeyName: US Mountain Standard Time
The current time setting is -7:00 hours offset from GMT.
The offset must be either added or subtracted from GMT depending on the time zone location
Display:  (UTC-07:00) Arizona

**uTorrent**
uTorrent version 3.5.5 was installed on the Suspect Computer under the user's AppData Roaming directory on
10/04/19 at 05:18:40PM and used through 10/08/19 at 11:51:29AM during the course of the testing.

Name              uTorrent
Description       Folder
Full Path         D:\Users\User\AppData\Roaming\uTorrent
Entry Modified    10/08/19 11:51:29AM
File Created      10/04/19 05:18:40PM

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **33** of **148** PAGES

Last Written      10/08/19 11:51:29AM

#### iv. Control Variable | Control Computer
The Control Computer was to remain constant and unchanged throughout the testing process is a third-party BitTorrent peer connected to the network. This element was to be used to show the differences, if any, between the Undercover Computer and any other peer publicly available BitTorrent software connected to the BitTorrent network. This control variable was designed to assist in identifying unique differences between publicly available versions and law enforcement's modified versions of BitTorrent software applications. The control variable was provided by Loehrs Forensics as a virtual machine. However, due to technical complications with that machine the control was not utilized during the testing process.


#### v. Parties Involved
The following parties participated in the testing process with the following responsibilities:

a) **Counsel for Defendant**
Counsel for Gonzales was present during testing to assist in documenting, witnessing and observing testing pursuant to the Motion to Compel. This party had no contribution to the testing process unless a dispute occurred. Members representing Counsel for Defendant and present for testing were as follows:

Barbara Hull
Arizona State Bar No. 011890
Attorney at Law
77 East Columbus Street
Phoenix, Arizona 85012
602-412-5800

b) **Counsel for United States**
Counsel for the United States was present during testing to assist in documenting, witnessing and observing testing pursuant to the Motion to Compel. This party had no contribution to the testing process unless a dispute occurred. Members representing Counsel for United States and present for testing were as follows:

Gayle Helart
California State Bar No. 151861
Assistant US Attorney
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004
602-514-7500

c) **Defendant's Expert**
Experts representing Defendant were responsible for providing and controlling the Suspect Computer and the Control Computer.  No other persons had access to these items prior to or during the testing process. Once phase one of the testing completed, forensic images of these items, pursuant to Section V(iii) below, were made available for inspection and analysis by all parties in the litigation. Members representing Counsel for Defendant as experts and present for testing were as follows:

Tami Loehrs
Forensics Expert, CCFE, CHFI, EnCE, ACE

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



Loehrs Forensics
1505 North Central Avenue, Suite 111
Phoenix, Arizona 85004
602-313-0976

Michele Bush
Forensics Expert, EnCE, ACE, CCE, CCFE, CMFE
Loehrs Forensics
1505 North Central Avenue, Suite 111
Phoenix, Arizona 85004
602-313-0976

d)  Plaintiff's Expert / Torrential Downpour Expert
Experts representing the United States with appropriate knowledge of Torrential Downpour were responsible for providing the Undercover Computer. Plaintiff's expert(s) were also responsible for controlling the Torrential Downpour software during the testing process and providing access to all data collected and reported as a result.  Members representing Counsel for United States as experts and present for testing were as follows:

Jimmie Daniels
Special Agent
FBI, Phoenix Division
21711 N 7th Street
Phoenix, AZ 85024

Brian Thomas Wade
Special Agent
FBI, Washington DC Division
601 4th Street NW
Washington, DC 20535

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **35** of **148** PAGES

## V.   CONTROL PROCEDURE

Control procedures are crucial to a successful test and will assist in avoiding any situations that might impede the ability to conduct the testing or cause testing activities to be suspended.

### i. Internet Access
In order to allow access to the BitTorrent network necessary for the testing process, the testing facility at the Phoenix FBI office was said to be equipped with unrestricted Internet access without firewalls, filters or other restrictions and limitations regarding the downloading of torrents and files on the BitTorrent network. Any restrictions in this regard would have impeded the testing process and affected the test results.

### ii. IP Addresses
Unique Internet Protocol addresses (IP address) were assigned to the Undercover Computer and Suspect Computer to identify network activity for each test computer during the testing process.  Each computer identified in Section IV was assigned its own unique IP address.

    a)  Unique IP address assigned to dependent variable 1, the Undercover Computer, hereinafter referred to as "Undercover IP Address"

        IPv4 address    72.212.156.8
        IPv6 address    not assigned

    b)  Unique IP address assigned to the independent variable, the Suspect Computer, hereinafter referred to as "Suspect IP Address"

        IPv4 address    174.67.190.141
        IPv6 address    2001:579:3f00:e00:ad29:41fc:3302:846f

    c)  Unique IP address assigned to the controlled variable, the Control Computer, hereinafter referred to as "Control IP Address"

        IPv4 address    not utilized
        IPv6 address    not utilized

### iii. Torrents
Law enforcement indicated Torrential Downpour has been modified from publicly available BitTorrent software in that it is programmed to only search the network for torrents previously identified as containing suspected child pornography, known as "Files of Interest". This is likely done by directing Torrential Downpour to read data from a law enforcement-only server hosting a database of torrents identified as "Files of Interest". In that regard, a test of this software natively should yield zero positive results unless tested live with child pornography.

In order to avoid the further dissemination of child pornography, non-contraband torrents were used to direct Torrential Downpour to identify "suspect" just as it would using contraband torrents. However, rather than Torrential Downpour relying on information automatically fed by ICAC COPS, Plaintiff's Expert manually directed the software to investigate a set of predefined non-contraband torrents. The pool of torrents used for the purpose of this test are included below:

| ORGANIZATION | DATE |
| --- | --- |
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



| | UNITED STATES v. ANTHONY GONZALES |
|---|---|
| TESTING & ANALYSIS | CR17-01311-001-PHX |
| | PAGE **36** of **148** PAGES |

## Non-Contraband Torrent Pool

To ensure Torrential Downpour was able to connect to peers and download data quickly, a search for the Top 100 non-pornographic torrents on The Pirate Bay was conducted. The following torrent pool was selected for this test based on size and number of seeders:

| NCT | Name | Info Hash | Files | Size | Pieces |
|---|---|---|---|---|---|
| 001 | The 100 Best Business Books of All Time What They Say, Why They Matter, and How They Can Help You (2016) [WWRG].torrent | 7AD8A2B653160D8F5A95 21624BFDF71D3BC82444 | 3 | 19.5 MB | 313 x 64 kB |
| 002 | Despacito (feat. Daddy Yankee).mp3.torrent *Due to copyright laws, this torrent was excluded from testing.* | 7FBC58E324B539BDDA58 C15BDA3ACD26B0D5FBD1 | 1 | 8.84 MB | 567 x 16 kB |
| 003 | How to Read a Person Like a Book the language that everybody uses but nobody speaks—body language!.torrent | 73503623DA1BC5434AEF6 71D6FB8974752E95E72 | 1 | 1.15 MB | 19 x 64 kB |
| 004 | Stephen King - The Institute EPUB.torrent | EE6E2E5F257EF522C028E 96D67C2900B6AF126A2 | 2 | 4.15 MB | 67 x 64 kB |
| 005 | 20 Awesome Nature Ultra HD 4K Wallpapers 3840x2160 Px [Set 64].torrent | 6D651F45A01AFC35572C7 34C73CBF8A8F82C396F | 25 | 44.2 MB | 1417 x 32 kB |
| 006 | 101 Ready-to-Use Excel Formulas - Michael Alexander, Dick Kusleika - Mantesh.torrent | 19F52AF36C1E5D42EF8AA 5628934479B65B06F5C | 7 | 19.7 MB | 316 x 64 kB |
| 007 | Post Malone - Hollywood's Bleeding (2019) Mp3 (320kbps) [Hunter].torrent *Due to copyright laws, this torrent was excluded from testing.* | 0A10EDB6EB88FAC8A6933 A2DEA53D8104CA81DCA | 18 | 137 MB | 138 x 1 MB |
| 008 | WinRAR 5.71 FINAL + Key [www.TheWindowsForum.com].torrent | 5FCFC76584E1142826436 94E5C8283C757DD4617 | 6 | 5.81 MB | 94 x 64 kB |
| 009 | IMAGE01.jpg.torrent | DCF55A0FA114AA394DB2 E4C54C0623165CDCD607 | 1 | 105 kB | 7 x 16 kB |
| 010 | My Pictures.torrent | A097DE4A19DD05788D4B 93474BEF5199C5EF6E73 | 28 | 34.2 MB | 548 x 64 kB |
| 011 | 20191007a-Torrent of Interest.torrent | A812C8637ADFF4AC8CC2E 56CE49854FFF2290FAD | 7 | 26.1 MB | 836 x 32 kB |
| 012 | 20191007b-Torrent of Interest.torrent | B5A303C56A0FE7994C848 0EA0087C495C2BC29BE | 23 | 24.0 MB | 771 x 32 kB |
| 013 | Amazing Nature Wallpapers {Pack-220}.torrent | B316862F07BB03F99CD5E 099E5FCAE263DC27AF3 | 30 | 71.0 MB | 143 x 512 kB |
| 014 | Beautiful & Amazing Rain Wallpapers.torrent | 3B7E06EB8767A9154A3FF 44CBBAA73483C5B9512 | 30 | 35.3 MB | 71 x 512 kB |
| 015 | Beautiful Flowers Wallpapers {Pack - 141}.torrent | 54ECAFC84DB69BFCF4D30 A8AFCD637BAE1D55BFE | 30 | 53.7 MB | 108 x 512 kB |

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **37** of **148** PAGES

| NCT | Name | Info Hash | Files | Size | Pieces |
|-----|------|-----------|-------|------|--------|
| 016 | Deep Learning with Python - A Hands-on Introduction - 1E (2017) (Pdf) Gooner.torrent | E1EED9D6A62423ECDE25 AA19765293A222780FCE | 2 | 6.79 MB | 109 x 64 kB |
| 017 | kali-linux-1.0.7-i386.torrent | C179F2885583CEA6F83A9 F95A461BB1C484CB2DE | 2 | 2.92 GB | 11986 x 256 kB |
| 018 | Museum of Modern Art - Paintings.torrent | 62CF2F823E33E593E5A61 3C9FCCA358BBFE28470 | 518 | 1.49 GB | 766 x 2 MB |
| 019 | Old Maps Of The World.torrent | EC7D041E76447308A6AFF E7DA5913D100C40F043 | 109 | 861 MB | 862 x 1 MB |
| 020 | SHELL SCRIPTING IN LINUX.7z.torrent | 649CEF01A70B9B217DDC0 6D0F338CC945E949A4A | 1 | 150 MB | 603 x 256 kB |
| 021 | TTC - Physics And Our Universe How It All Works.torrent | FAFACE7059F34E4706AF5 5784587A50C1F613D5F | 61 | 779 MB | 1560 x 512 kB |

## iv. Forensic Imaging

Forensic images of the test machines identified in Section IV above is paramount in ensuring the integrity of the testing process and preserving the foundation and basis of certain test results. Prior to the commencement of any testing, all test computers were forensically imaged. Additionally, all test computers were forensically imaged again at the completion of the testing process. Once the testing process concluded, the forensic images were available to all parties for analysis. However, the forensic images of the Undercover Computer were kept in possession of the FBI and only made available on an appointment basis to Counsel for Defendant and Defendant's Experts.

## Undercover Computer

The Undercover Computer was acquired by Special Agent Daniels before the testing commenced and after the live testing concluded using TD3 1.6.0. Although the logs generated by the TD3 tool were incorrectly reported as November 4, 2016, the acquisition of this device occurred on October 8 and 9, 2019 which was confirmed by the personnel present for testing and within the forensic image itself.

| Acquisition Info | Pre-Test | Post-Test |
|------------------|----------|-----------|
| Task | Disk Image | Disk Image |
| Status | Ok | Ok |
| Created | Fri Nov  4 08:01:22 2016 | Fri Nov  4 09:41:58 2016 |
| Started | Fri Nov  4 08:01:22 2016 | Fri Nov  4 09:41:59 2016 |
| Closed | Fri Nov  4 09:20:22 2016 | Fri Nov  4 11:01:26 2016 |
| Elapsed | 1 hour 19 min | 1 hour 19 min |
| User | Jimmie John Daniels | Jimmie John Daniels |
| Case ID | <<not entered>> | <<not entered>> |
| Case Notes | <<not entered>> | <<not entered>> |
| Imager App | TD3 | TD3 |
| Imager Version | 1.6.0 | 1.6.0 |
| TD3 S/N | 000ecc01d3408a | 000ecc01d3408a |
| Acquisition MD5 | 0d40c473a483d42f2c53390c9fd92ade | d13287e878bcdca4e486ffbade861721 |
| Verification Start | Tue Oct  8 16:13:35 2019 | Wed Oct  9 15:31:43 2019 |
| Verification Finish | Tue Oct  8 17:43:35 2019 | Wed Oct  9 17:04:56 2019 |
| Verification MD5 | 0d40c473a483d42f2c53390c9fd92ade | d13287e878bcdca4e486ffbade861721 |

| ORGANIZATION | DATE |
|--------------|------|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



**TESTING & ANALYSIS**

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **38** of **148** PAGES

**Suspect Computer**

The Suspect Computer was acquired by Special Agent Daniels before the testing commenced on Monday, October 7, 2019 at 09:37:25AM and after the live testing concluded on Tuesday, October 8, 2019 at 12:05:05PM using TD3 2.1.0.2.

| Acquisition Info | Pre-Test | Post-Test |
|---|---|---|
| Task | Disk Image | Disk Image |
| Status | Cancelled | Ok |
| Created | Mon Oct  7 09:37:25 2019 | Tue Oct  8 12:02:05 2019 |
| Started | Mon Oct  7 09:37:26 2019 | Tue Oct  8 12:02:06 2019 |
| Closed | Mon Oct  7 13:33:10 2019 | Tue Oct  8 14:32:05 2019 |
| Elapsed | 3 hours 56 min | 2 hours 30 min |
| User | Jimmie John Daniels | Jimmie John Daniels |
| Case ID | <<not entered>> | <<not entered>> |
| Case Notes | <<not entered>> | <<not entered>> |
| Imager App | TD3 | TD3 |
| Imager Version | 2.1.0.2 | 2.1.0.2 |
| TD3 S/N | 000ecc11d3507e | 000ecc11d3507e |
| Acquisition MD5 | cd56831f3aa768aa72d049fd1a7c7449 | |
| Verification Start | | |
| Verification Finish | | |
| Verification MD5 | | |

**v. Documenting Network Traffic**

Each computer during the testing process will be communicating with the BitTorrent network and consequently other computers in the test.  Those communications are pertinent to the testing process and have a direct impact on the test results.  In order to document those network communications, each computer was installed with packet capture software such as Wireshark for the purpose of documenting and preserving those communications.

**vi. Audio and Video Documentation**

In order to document the entire testing process and avoid any potential disputes regarding the testing process or the test results, the entire testing process was video and audio recorded. As such, the Government provided multiple video cameras which were used and recording during the testing process, so all computers and people involved in the test were documented.

ORGANIZATION

LOEHRS FORENSICS, LLC.

DATE

January 2, 2020



TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **39** of **148** PAGES

## VI.   DETAILED TESTING PROTOCOL

### i. NON-PARSED TORRENTS

Pursuant to Section III(i)(a)(1), the first test simulates a scenario in which the Suspect Computer contains torrents, including legal torrents and torrents of investigative interest. However, none of the torrents have been parsed or seeded, meaning no associated files have been downloaded, so the Suspect Computer is void of the content of those torrents. The steps to be followed are as follows:

1. Load the Suspect Computer with torrents of investigative interest and non-investigative torrents without parsing or seeding those torrents;
2. Execute and run the publicly available BitTorrent software from the Suspect Computer;
3. Execute and run Torrential Downpour from the Undercover Computer;
4. Allow the Suspect Computer and Undercover Computer to run for at least 10 minutes and/or until at least one attempted connection is made; and
5. Search the ICAC COPS database for any investigative hits on the Suspect IP Addresses and determine if Torrential Downpour attempts to connect with the Suspect IP to download data.

According to the August 27, 2019 order filed by Senior United States District Judge David Campbell, this test was determined to be unnecessary for the purpose of Defendant's Motion to Compel because the government acknowledges that Torrential Downpour identifies IP addresses based on non-parsed torrents. Therefore, this test was not conducted.

### ii. PARTIALLY PARSED TORRENTS

Pursuant to Section III(i)(a)(2), the second test simulates a scenario in which the Suspect Computer contains torrents but the torrent data has been only been partially downloaded. The steps to be followed are as follows:

1. Load the Suspect Computer with torrents of investigative interest and non-investigative torrents without parsing or seeding those torrents;
2. Execute and run the publicly available BitTorrent software from the Suspect Computer;
3. Begin downloading at least two unique *non-contraband* torrents of investigative interest;
4. Pause one torrent download and cancel another torrent download;
5. Execute and run Torrential Downpour from the Undercover Computer;
6. Allow the Suspect Computer and Undercover Computer to run for at least 10 minutes and/or until at least one attempted connection is made; and
7. Search the ICAC COPS database for any investigative hits on the Suspect IP Addresses and determine if Torrential Downpour attempts to connect with the Suspect IP to download data.

According to the August 27, 2019 order filed by Senior United States District Judge David Campbell, this test was determined to be unnecessary for the purpose of Defendant's Motion to Compel because the government acknowledges that Torrential Downpour identifies IP addresses based on partially parsed torrents. Therefore, this test was not conducted.

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **40** of **148** PAGES

### iii. DELETED TORRENT DATA

Pursuant to Section III(i)(a)(3), the third test simulates a scenario in which the Suspect Computer contains deleted torrents including legal torrents and torrents of investigative interest and their associated data. The steps to be followed are as follows:

1. Execute and run the publicly available BitTorrent software from the Suspect Computer;
2. Begin downloading at least one *non-contraband* torrent of investigative interest and allow torrent download to complete;
3. Delete the associated torrent data from the BitTorrent software on the Suspect Computer;
4. Execute and run Torrential Downpour from the Undercover Computer;
5. Allow the Suspect Computer and Undercover Computer to run for at least 10 minutes and/or until at least one attempted connection is made; and
6. Search the ICAC COPS database for any investigative hits on the Suspect IP Addresses and determine if Torrential Downpour attempts to connect with the Suspect IP to download data.

According to the August 27, 2019 order filed by Senior United States District Judge David Campbell, this test was determined to be material to the defense, but access to ICAC COPS was not permitted and has been excluded from the testing protocol.

### TEST00 | Control Test

To confirm Torrential Downpour can connect to the Suspect Computer and identify this torrent prior to deletion and thus eliminating other reasons why Torrential Downpour may not identify the torrent, a control test to facilitate a successful connection and download the torrent was executed as follows:

1. Execute and run the publicly available BitTorrent software from the Suspect Computer;
2. Complete the download of NCT003 to the user's Downloads directory on the Suspect Computer;
3. Executed and directed Torrential Downpour from the Undercover Computer to connect to 174.67.190.141 for NCT003;
4. Torrential Downpour completed the handshake with the Suspect IP Address
5. Torrential Downpour reported the final disposition as follows:
   a. Remote client indicated that it has all files, based on pieces acknowledged
   b. 19 of 19 pieces possessed by the remote client were downloaded and written to disk
   c. All pieces in the torrent were obtained and written

| | |
|---|---|
| Name | details.txt |
| File Created | 10/07/19 02:09:15PM |
| Last Written | 10/07/19 02:09:21PM |
| Entry Modified | 10/07/19 03:39:11PM |
| Logical Size | 8,198 |
| Hash Value | 62e4f5de183387127d12996089e02071 |
| Full Path | Undercover Computer\D\InvestigateTD\US___174.67.190.141\2019-10-07_14-09-14_4\Logs\details.txt |

```
2019-10-07 14:09:15 - Torrential Downpour version 1.33
2019-10-07 14:09:15 - Started download thread at local time Monday, October 07, 2019 2:09:14 PM (GMT-07:00)
2019-10-07 14:09:15 - Started download thread at UTC Monday, October 07, 2019 9:09:14 PM
2019-10-07 14:09:15 - Remote client located at IP address 174.67.190.141, port 45682
2019-10-07 14:09:15 - Torrent info hash: 73503623da1bc5434aef671d6fb8974752e95e72
2019-10-07 14:09:15 - Torrent defines 1 file
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



# LOEHRS
# f o r e n s i c s

TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

```
2019-10-07 14:09:15 - Total file bytes: 1206192
2019-10-07 14:09:15 - Torrent has 19 pieces
2019-10-07 14:09:15 - Piece size: 65536 bytes
2019-10-07 14:09:15 - Attempting to connect to remote client
2019-10-07 14:09:15 - Connected
2019-10-07 14:09:15 - Attempting to negotiate message stream encryption with remote client
2019-10-07 14:09:15 - Encryption successfully negotiated: post-handshake messages to be sent as plain text
2019-10-07 14:09:15 - Sent encrypted handshake to client
2019-10-07 14:09:16 - Completed handshake with remote client
2019-10-07 14:09:16 - Peer id we sent to remote client: 2d4254373932302d5074d6a1678d0ecef88715ba
2019-10-07 14:09:16 - Remote client sent us a peer id of 2d5554333535572d1db13fcd665c1e9a6be9e485 (version:
-UT355W-)
2019-10-07 14:09:16 - Remote client affirmed info hash = 73503623da1bc5434aef671d6fb8974752e95e72
2019-10-07 14:09:16 - Remote client supports BitTorrent fast extensions
2019-10-07 14:09:16 - Remote client supports BitTorrent extended handshake
2019-10-07 14:09:16 - Sent extended handshake message
2019-10-07 14:09:16 - Sent have-none message
2019-10-07 14:09:16 - Received an extended handshake message
2019-10-07 14:09:16 - Extended handshake data from remote client: e=0, ipv4=174.67.190.141,
ipv6=2001:579:3f00:e00:ad29:41fc:3302:846f, complete_ago=0, m=<dictionary>, metadata_size=624, p=45682,
reqq=255, upload_only=1, v=µTorrent 3.5.5, yp=20200, yourip=72.212.156.8
2019-10-07 14:09:16 - Received version in extended handshake: µTorrent 3.5.5
2019-10-07 14:09:16 - Extended handshake from remote client lists our public IP address as: 72.212.156.8
2019-10-07 14:09:16 - Extended handshake from remote client lists remote client IPv4 address as:
174.67.190.141
2019-10-07 14:09:16 - Extended handshake from remote client lists remote client IPv6 address as:
2001:579:3f00:e00:ad29:41fc:3302:846f
2019-10-07 14:09:16 - Received a have-all message
2019-10-07 14:09:16 - Remote client acknowledges that it has all 19 pieces
2019-10-07 14:09:16 - Remote client acknowledges it has pieces 0-18, which encompasses all of file 0
2019-10-07 14:09:16 - File index 0 is named "How to Read a Person Like a Book - Gerard I. Nierenberg.pdf"
in the torrent
2019-10-07 14:09:16 - Sent interested message
2019-10-07 14:09:17 - Received an unchoke message
2019-10-07 14:09:17 - Sent 74 requests for data; pieces: 14,1,17,8,3,0,9,16,6,7,11,4,13,12,15,18,10,5,2
2019-10-07 14:09:17 - Created uninitialized file 0: How to Read a Person Like a Book the language that
everybody uses but nobody speaks—body language!\How to Read a Person Like a Book - Gerard I. Nierenberg.pdf
2019-10-07 14:09:17 - File 0 is 1206192 bytes and spans pieces 0-18
2019-10-07 14:09:17 - Piece 14 has been completely received and written into file 0
2019-10-07 14:09:17 - Piece 1 has been completely received and written into file 0
2019-10-07 14:09:17 - Piece 17 has been completely received and written into file 0
2019-10-07 14:09:18 - Piece 8 has been completely received and written into file 0
2019-10-07 14:09:18 - Piece 3 has been completely received and written into file 0
2019-10-07 14:09:19 - Piece 0 has been completely received and written into file 0
2019-10-07 14:09:19 - Piece 9 has been completely received and written into file 0
2019-10-07 14:09:19 - Piece 16 has been completely received and written into file 0
2019-10-07 14:09:19 - Piece 6 has been completely received and written into file 0
2019-10-07 14:09:20 - Piece 7 has been completely received and written into file 0
2019-10-07 14:09:20 - Piece 11 has been completely received and written into file 0
2019-10-07 14:09:20 - Piece 4 has been completely received and written into file 0
2019-10-07 14:09:20 - Piece 15 has been completely received and written into file 0
2019-10-07 14:09:20 - Piece 12 has been completely received and written into file 0
2019-10-07 14:09:20 - Piece 13 has been completely received and written into file 0
2019-10-07 14:09:21 - Piece 5 has been completely received and written into file 0
2019-10-07 14:09:21 - Piece 18 has been completely received and written into file 0
2019-10-07 14:09:21 - Piece 2 has been completely received and written into file 0
2019-10-07 14:09:21 - Piece 10 has been completely received and written into file 0
2019-10-07 14:09:21 - File 0 has been completely downloaded
2019-10-07 14:09:21 - File index 0 is named "How to Read a Person Like a Book - Gerard I. Nierenberg.pdf"
in the torrent
2019-10-07 14:09:21 - No pieces to request
2019-10-07 14:09:21 - Completed session with remote client; 19 pieces were downloaded and written
2019-10-07 14:09:21 - The complete torrent has been downloaded
2019-10-07 14:09:21 - Pieces acknowledged for all sessions combined: 0-18
2019-10-07 14:09:21 - Remote client acknowledged that it has 19 of 19 pieces
2019-10-07 14:09:21 - Remote client acknowledged that it has pieces 0-18, which encompasses all of file 0
2019-10-07 14:09:21 - File index 0 is named "How to Read a Person Like a Book - Gerard I. Nierenberg.pdf"
in the torrent
2019-10-07 14:09:21 - Remote client indicated that it has all files, based on pieces acknowledged
2019-10-07 14:09:21 - 19 of 19 pieces possessed by the remote client were downloaded and written to disk
2019-10-07 14:09:21 - All pieces in the torrent were obtained and written
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **42** of **148** PAGES

```
2019-10-07 14:09:21 - Starting validation of written pieces ...
2019-10-07 14:09:21 - Piece 0 has expected SHA1 hash: 7ebd6fafe7c7176824ed32dcaf2d29a34b9c4d6d
2019-10-07 14:09:21 - Piece 1 has expected SHA1 hash: 5ffb205e875a8006efa4351cdad54a0d6136db80
2019-10-07 14:09:21 - Piece 2 has expected SHA1 hash: 359b84a0695bcb2a007aada75932d72a68987ba6
2019-10-07 14:09:21 - Piece 3 has expected SHA1 hash: 016712d5fedeac875d80c89cbe9eed6b710cf7a6
2019-10-07 14:09:21 - Piece 4 has expected SHA1 hash: a82f6c11aee4de78e79c818e40cda25228163888
2019-10-07 14:09:21 - Piece 5 has expected SHA1 hash: 64a4df67736e4c58ccb66967449c7689d17f761b
2019-10-07 14:09:21 - Piece 6 has expected SHA1 hash: 03b9c6e74eaf0ce6d69d8e881590bbafd4f2ae60
2019-10-07 14:09:21 - Piece 7 has expected SHA1 hash: fdd68c09207ae15f02b5e5106015439acf4abcfe
2019-10-07 14:09:21 - Piece 8 has expected SHA1 hash: 57d25bced60acbad41f100a66468ee6ae2940b55
2019-10-07 14:09:21 - Piece 9 has expected SHA1 hash: 52c5508f5a5f06543738aea4ec324a5f41201974
2019-10-07 14:09:21 - Piece 10 has expected SHA1 hash: d41d1625d7963e1545aa0ab28eddb4a3c38c758a
2019-10-07 14:09:21 - Piece 11 has expected SHA1 hash: 4a17c2aa4985b4bf8c5e539fa56d3199fa87e136
2019-10-07 14:09:21 - Piece 12 has expected SHA1 hash: 9b56abfe57101375f38c826025598588eca3410c
2019-10-07 14:09:21 - Piece 13 has expected SHA1 hash: 8e8b213242157b32e400ec57d048fb9b788bf49f
2019-10-07 14:09:21 - Piece 14 has expected SHA1 hash: 644179cf15f14a0925735c826c0a1c00c0a55531
2019-10-07 14:09:21 - Piece 15 has expected SHA1 hash: e1c290a6f8dbb2506144404c5a302a6a64facaaf
2019-10-07 14:09:21 - Piece 16 has expected SHA1 hash: 1c911ec43ef9174ebd8d8d1ef0e0fb0e3e62889a
2019-10-07 14:09:21 - Piece 17 has expected SHA1 hash: a9f94e82cf1eb48dd512ecec4d3a70a9baef404d
2019-10-07 14:09:21 - Piece 18 has expected SHA1 hash: 466106cb83c43110775dc1370e5ba40a27a506d2
2019-10-07 14:09:21 - All 19 written pieces have the expected SHA1 hash
2019-10-07 14:09:21 - File 0: complete, all pieces have been written
2019-10-07 14:09:21 - Completed validation of written pieces
2019-10-07 14:09:21 - Calculating SHA1 and MD5 hashes of complete files ...
2019-10-07 14:09:21 - File 0: SHA1=dc4646ad38d58d46e4ce8da07897cd2b3b9da560,
MD5=0d3b4752f64a4ba5cb62346e5c098963
2019-10-07 14:09:21 - The download has completed
```

## TEST01 | SOFT DELETE PAYLOAD OF NCT003

The first test of Section iii simulates a scenario in which the Suspect Computer completed the download of NCT003 to the default Download's directory and upon completion subsequently deleted the payload, including the parent folder, from the Download's folder using the standard "right-click → Delete" in Windows.

1. Executed publicly available BitTorrent software from the Suspect Computer;
2. Completely downloaded NCT003 to user's Downloads directory on the Suspect Computer;
3. Soft delete the payload of NCT003 from the user's Downloads directory on the Suspect Computer by using the standard "right-click → Delete" option within Windows explorer;
4. Executed and directed Torrential Downpour from the Undercover Computer to connect to 174.67.190.141 for NCT003.
5. Torrential Downpour attempted to connect to the Suspect IP Address four times but never completed a handshake.
6. Torrential Downpour reported the final disposition as follows:
   a. No pieces acknowledged by the remote client

| Name | details.txt |
| --- | --- |
| File Created | 10/07/19 02:13:47PM |
| Last Written | 10/07/19 02:23:33PM |
| Entry Modified | 10/07/19 02:23:33PM |
| Logical Size | 1,792 |
| Hash Value | b99f1153acfdc839e7e113e187198573 |
| Full Path | Undercover Computer\D\InvestigateTD\US___174.67.190.141\2019-10-07_14-13-46_5\Logs\details.txt |

```
2019-10-07 14:13:47 - Torrential Downpour version 1.33
2019-10-07 14:13:47 - Started download thread at local time Monday, October 07, 2019 2:13:46 PM (GMT-07:00)
2019-10-07 14:13:47 - Started download thread at UTC Monday, October 07, 2019 9:13:46 PM
2019-10-07 14:13:47 - Remote client located at IP address 174.67.190.141, port 45682
```

| ORGANIZATION | DATE |
| --- | --- |
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



| | UNITED STATES v. ANTHONY GONZALES |
|---|---|
| **TESTING & ANALYSIS** | CR17-01311-001-PHX |
| | PAGE **43** of **148** PAGES |

```
2019-10-07 14:13:47 - Torrent info hash: 73503623da1bc5434aef671d6fb8974752e95e72
2019-10-07 14:13:47 - Torrent defines 1 file
2019-10-07 14:13:47 - Total file bytes: 1206192
2019-10-07 14:13:47 - Torrent has 19 pieces
2019-10-07 14:13:47 - Piece size: 65536 bytes
2019-10-07 14:13:47 - Attempting to connect to remote client
2019-10-07 14:13:47 - Connected
2019-10-07 14:13:47 - Attempting to negotiate message stream encryption with remote client
2019-10-07 14:13:47 - Remote client rejected encryption or closed the connection
2019-10-07 14:13:47 - Attempting to connect to remote client
2019-10-07 14:13:47 - Connected
2019-10-07 14:13:47 - Sent unencrypted handshake to client
2019-10-07 14:13:47 - Remote client closed the connection
2019-10-07 14:13:47 - Going to sleep for 03m:29s
2019-10-07 14:17:16 - Attempting to connect to remote client
2019-10-07 14:17:16 - Connected
2019-10-07 14:17:16 - Sent unencrypted handshake to client
2019-10-07 14:17:16 - Remote client closed the connection
2019-10-07 14:17:16 - Going to sleep for 03m:52s
2019-10-07 14:21:08 - Attempting to connect to remote client
2019-10-07 14:21:08 - Connected
2019-10-07 14:21:08 - Sent unencrypted handshake to client
2019-10-07 14:21:08 - Remote client closed the connection
2019-10-07 14:21:08 - Going to sleep for 04m:01s
2019-10-07 14:23:33 - A cancel request was detected
2019-10-07 14:23:33 - No pieces acknowledged by the remote client
```

## TEST02 | REMOVE AND DELETE DATA OF NCT003

The second test of Section iii simulates a scenario in which the Suspect Computer completed the download of NCT003 to the default Download's directory and upon completion selected the option to "Remove And → Delete Data" within the uTorrent application.

1. Executed publicly available BitTorrent software from the Suspect Computer;
2. Completely downloaded NCT003 to user's Downloads directory on the Suspect Computer;
3. Right click NCT003 within the uTorrent application and selected "Remove And → Delete Data" from the Suspect Computer;
4. Executed and directed Torrential Downpour from the Undercover Computer to connect to 174.67.190.141 for NCT003.
5. Torrential Downpour attempted to connect to the Suspect IP Address four times but never completed a handshake.
6. Torrential Downpour reported the final disposition as follows:
   a. No pieces acknowledged by the remote client

| | |
|---|---|
| Name | details.txt |
| File Created | 10/07/19 02:28:31PM |
| Last Written | 10/07/19 02:38:35PM |
| Entry Modified | 10/07/19 02:38:35PM |
| Logical Size | 1,792 |
| Hash Value | 22385387dd22ca1887445800627bbd21 |
| Full Path | Undercover Computer\D\InvestigateTD\US___174.67.190.141\2019-10-07_14-28-30_6\Logs\details.txt |

```
2019-10-07 14:28:31 - Torrential Downpour version 1.33
2019-10-07 14:28:31 - Started download thread at local time Monday, October 07, 2019 2:28:30 PM (GMT-07:00)
2019-10-07 14:28:31 - Started download thread at UTC Monday, October 07, 2019 9:28:30 PM
2019-10-07 14:28:31 - Remote client located at IP address 174.67.190.141, port 45682
2019-10-07 14:28:31 - Torrent info hash: 73503623da1bc5434aef671d6fb8974752e95e72
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



**TESTING & ANALYSIS**

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **44** of **148** PAGES

```
2019-10-07 14:28:31 - Torrent defines 1 file
2019-10-07 14:28:31 - Total file bytes: 1206192
2019-10-07 14:28:31 - Torrent has 19 pieces
2019-10-07 14:28:31 - Piece size: 65536 bytes
2019-10-07 14:28:31 - Attempting to connect to remote client
2019-10-07 14:28:31 - Connected
2019-10-07 14:28:31 - Attempting to negotiate message stream encryption with remote client
2019-10-07 14:28:32 - Remote client rejected encryption or closed the connection
2019-10-07 14:28:32 - Attempting to connect to remote client
2019-10-07 14:28:32 - Connected
2019-10-07 14:28:32 - Sent unencrypted handshake to client
2019-10-07 14:28:32 - Remote client closed the connection
2019-10-07 14:28:32 - Going to sleep for 03m:02s
2019-10-07 14:31:34 - Attempting to connect to remote client
2019-10-07 14:31:34 - Connected
2019-10-07 14:31:34 - Sent unencrypted handshake to client
2019-10-07 14:31:34 - Remote client closed the connection
2019-10-07 14:31:34 - Going to sleep for 03m:30s
2019-10-07 14:35:04 - Attempting to connect to remote client
2019-10-07 14:35:04 - Connected
2019-10-07 14:35:04 - Sent unencrypted handshake to client
2019-10-07 14:35:04 - Remote client closed the connection
2019-10-07 14:35:04 - Going to sleep for 03m:37s
2019-10-07 14:38:35 - A cancel request was detected
2019-10-07 14:38:35 - No pieces acknowledged by the remote client
```

## TEST03 | REMOVE AND DELETE TORRENT OF NCT003

The third test of Section iii simulates a scenario in which the Suspect Computer completed the download of NCT003 to the default Download's directory and upon completion selected the option to "Remove And ➔ Delete .torrent" within the uTorrent application.

1. Executed publicly available BitTorrent software from the Suspect Computer;
2. Completely downloaded NCT003 to user's Downloads directory on the Suspect Computer;
3. Right click NCT003 within the uTorrent application and selected "Remove And ➔ Delete .torrent" from the Suspect Computer;
4. Executed and directed Torrential Downpour from the Undercover Computer to connect to 174.67.190.141 for NCT003.
5. Torrential Downpour attempted to connect to the Suspect IP Address four times but never completed a handshake.
6. Torrential Downpour reported the final disposition as follows:
   a. No pieces acknowledged by the remote client

| | |
|---|---|
| Name | details.txt |
| File Created | 10/07/19 02:41:16PM |
| Last Written | 10/07/19 02:51:28PM |
| Entry Modified | 10/07/19 02:51:28PM |
| Logical Size | 1,792 |
| Hash Value | 51eec61dec4a35370aff0660023d4b0c |
| Full Path | Undercover Computer\D\InvestigateTD\US___174.67.190.141\2019-10-07_14-41-15_7\Logs\details.txt |

```
2019-10-07 14:41:16 - Torrential Downpour version 1.33
2019-10-07 14:41:16 - Started download thread at local time Monday, October 07, 2019 2:41:15 PM (GMT-07:00)
2019-10-07 14:41:16 - Started download thread at UTC Monday, October 07, 2019 9:41:15 PM
2019-10-07 14:41:16 - Remote client located at IP address 174.67.190.141, port 45682
2019-10-07 14:41:16 - Torrent info hash: 73503623da1bc5434aef671d6fb8974752e95e72
2019-10-07 14:41:16 - Torrent defines 1 file
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



**TESTING & ANALYSIS**

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **45** of **148** PAGES

```
2019-10-07 14:41:16 - Total file bytes: 1206192
2019-10-07 14:41:16 - Torrent has 19 pieces
2019-10-07 14:41:16 - Piece size: 65536 bytes
2019-10-07 14:41:16 - Attempting to connect to remote client
2019-10-07 14:41:16 - Connected
2019-10-07 14:41:16 - Attempting to negotiate message stream encryption with remote client
2019-10-07 14:41:16 - Remote client rejected encryption or closed the connection
2019-10-07 14:41:16 - Attempting to connect to remote client
2019-10-07 14:41:16 - Connected
2019-10-07 14:41:16 - Sent unencrypted handshake to client
2019-10-07 14:41:16 - Remote client closed the connection
2019-10-07 14:41:16 - Going to sleep for 03m:11s
2019-10-07 14:44:27 - Attempting to connect to remote client
2019-10-07 14:44:27 - Connected
2019-10-07 14:44:27 - Sent unencrypted handshake to client
2019-10-07 14:44:27 - Remote client closed the connection
2019-10-07 14:44:27 - Going to sleep for 03m:27s
2019-10-07 14:47:54 - Attempting to connect to remote client
2019-10-07 14:47:54 - Connected
2019-10-07 14:47:54 - Sent unencrypted handshake to client
2019-10-07 14:47:54 - Remote client closed the connection
2019-10-07 14:47:54 - Going to sleep for 03m:57s
2019-10-07 14:51:28 - A cancel request was detected
2019-10-07 14:51:28 - No pieces acknowledged by the remote client
```

**TEST04 | REMOVE AND DELETE .TORRENT + DATA OF NCT003**

The fourth test of Section iii simulates a scenario in which the Suspect Computer completed the download of NCT003 to the default Download's directory and upon completion selected the option to "Remove And → Delete .torrent + Data" within the uTorrent application.

1. Executed publicly available BitTorrent software from the Suspect Computer;
2. Completely downloaded NCT003 to user's Downloads directory on the Suspect Computer;
3. Right click NCT003 within the uTorrent application and selected "Remove And → Delete .torrent + Data" from the Suspect Computer;
4. Execute and direct Torrential Downpour from the Undercover Computer to connect to 174.67.190.141 for NCT003.
5. Torrential Downpour attempted to connect to the Suspect IP Address five times but never completed a handshake.
6. Torrential Downpour reported the final disposition as follows:
   a. No pieces acknowledged by the remote client

| | |
|---|---|
| Name | details.txt |
| File Created | 10/07/19 02:54:04PM |
| Last Written | 10/07/19 03:03:58PM |
| Entry Modified | 10/07/19 03:03:58PM |
| Logical Size | 2,130 |
| Hash Value | f6a2fdd52390d125ea62f8e50f2cd1f8 |
| Full Path | Undercover Computer\D\InvestigateTD\US___174.67.190.141\2019-10-07_14-54-03_8\Logs\details.txt |

```
2019-10-07 14:54:04 - Torrential Downpour version 1.33
2019-10-07 14:54:04 - Started download thread at local time Monday, October 07, 2019 2:54:03 PM (GMT-07:00)
2019-10-07 14:54:04 - Started download thread at UTC Monday, October 07, 2019 9:54:03 PM
2019-10-07 14:54:04 - Remote client located at IP address 174.67.190.141, port 45682
2019-10-07 14:54:04 - Torrent info hash: 73503623da1bc5434aef671d6fb8974752e95e72
2019-10-07 14:54:04 - Torrent defines 1 file
2019-10-07 14:54:04 - Total file bytes: 1206192
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



```
2019-10-07 14:54:04 - Torrent has 19 pieces
2019-10-07 14:54:04 - Piece size: 65536 bytes
2019-10-07 14:54:04 - Attempting to connect to remote client
2019-10-07 14:54:04 - Connected
2019-10-07 14:54:04 - Attempting to negotiate message stream encryption with remote client
2019-10-07 14:54:04 - Remote client rejected encryption or closed the connection
2019-10-07 14:54:04 - Attempting to connect to remote client
2019-10-07 14:54:04 - Connected
2019-10-07 14:54:04 - Sent unencrypted handshake to client
2019-10-07 14:54:04 - Remote client closed the connection
2019-10-07 14:54:04 - Going to sleep for 03m:10s
2019-10-07 14:57:14 - Attempting to connect to remote client
2019-10-07 14:57:14 - Connected
2019-10-07 14:57:14 - Sent unencrypted handshake to client
2019-10-07 14:57:14 - Remote client closed the connection
2019-10-07 14:57:14 - Going to sleep for 03m:20s
2019-10-07 15:00:34 - Attempting to connect to remote client
2019-10-07 15:00:34 - Connected
2019-10-07 15:00:34 - Sent unencrypted handshake to client
2019-10-07 15:00:34 - Remote client closed the connection
2019-10-07 15:00:34 - Going to sleep for 03m:24s
2019-10-07 15:03:58 - Attempting to connect to remote client
2019-10-07 15:03:58 - Connected
2019-10-07 15:03:58 - Sent unencrypted handshake to client
2019-10-07 15:03:58 - Remote client closed the connection
2019-10-07 15:03:58 - Remote client closed the connection 4 successive times without completing the
handshake
2019-10-07 15:03:58 - The remote client may not have the torrent
2019-10-07 15:03:58 - No pieces acknowledged by the remote client
```

## TEST05 | SOFT DELETE TORRENT OF NCT003

The fifth test of Section iii simulates a scenario in which the Suspect Computer completed the download of NCT003
to the default Download's directory and upon completion deleted the torrent file from the User's
*AppData\Roaming\uTorrent* directory using the standard "right-click ➔ Delete".

1. Executed publicly available BitTorrent software from the Suspect Computer;
2. Completely downloaded NCT003 to user's Downloads directory on the Suspect Computer;
3. Soft delete the torrent of NCT003 from the *AppData\Roaming\uTorrent* directory on the Suspect Computer
   by using the standard "right-click ➔ Delete" option within Windows explorer;
4. Execute and direct Torrential Downpour from the Undercover Computer to connect to 174.67.190.141 for
   NCT003.
5. Torrential Downpour attempted to connect to the Suspect IP Address four times but never completed a
   handshake.
6. Torrential Downpour reported the final disposition as follows:
   a. No pieces acknowledged by the remote client

| | |
|---|---|
| Name | details.txt |
| File Created | 10/07/19 03:07:59PM |
| Last Written | 10/07/19 03:18:22PM |
| Entry Modified | 10/07/19 03:18:22PM |
| Logical Size | 1,793 |
| Hash Value | 6a0e8a217b98141e63aed59964139417 |
| Full Path | Undercover Computer\D\InvestigateTD\US___174.67.190.141\2019-10-07_15-07-58_9\Logs\details.txt |

```
2019-10-07 15:07:59 - Torrential Downpour version 1.33
2019-10-07 15:07:59 - Started download thread at local time Monday, October 07, 2019 3:07:58 PM (GMT-07:00)
2019-10-07 15:07:59 - Started download thread at UTC Monday, October 07, 2019 10:07:58 PM
2019-10-07 15:07:59 - Remote client located at IP address 174.67.190.141, port 45682
```



**TESTING & ANALYSIS**

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **47** of **148** PAGES

```
2019-10-07 15:07:59 - Torrent info hash: 73503623da1bc5434aef671d6fb8974752e95e72
2019-10-07 15:07:59 - Torrent defines 1 file
2019-10-07 15:07:59 - Total file bytes: 1206192
2019-10-07 15:07:59 - Torrent has 19 pieces
2019-10-07 15:07:59 - Piece size: 65536 bytes
2019-10-07 15:07:59 - Attempting to connect to remote client
2019-10-07 15:07:59 - Connected
2019-10-07 15:07:59 - Attempting to negotiate message stream encryption with remote client
2019-10-07 15:07:59 - Remote client rejected encryption or closed the connection
2019-10-07 15:07:59 - Attempting to connect to remote client
2019-10-07 15:07:59 - Connected
2019-10-07 15:07:59 - Sent unencrypted handshake to client
2019-10-07 15:07:59 - Remote client closed the connection
2019-10-07 15:07:59 - Going to sleep for 03m:22s
2019-10-07 15:11:21 - Attempting to connect to remote client
2019-10-07 15:11:21 - Connected
2019-10-07 15:11:21 - Sent unencrypted handshake to client
2019-10-07 15:11:21 - Remote client closed the connection
2019-10-07 15:11:21 - Going to sleep for 03m:48s
2019-10-07 15:15:09 - Attempting to connect to remote client
2019-10-07 15:15:09 - Connected
2019-10-07 15:15:09 - Sent unencrypted handshake to client
2019-10-07 15:15:09 - Remote client closed the connection
2019-10-07 15:15:09 - Going to sleep for 04m:02s
2019-10-07 15:18:22 - A cancel request was detected
2019-10-07 15:18:22 - No pieces acknowledged by the remote client
```

**TEST06 | HARD DELETE TORRENT OF NCT003**
The sixth test of Section iii simulates a scenario in which the Suspect Computer completed the download of NCT003 to the default Download's directory and upon completion deleted the torrent file from the User's *AppData\Roaming\uTorrent* directory using the Windows Explorer "Permanently Delete" option.

1. Executed publicly available BitTorrent software from the Suspect Computer;
2. Completely downloaded NCT003 to user's Downloads directory on the Suspect Computer;
3. Hard delete the torrent of NCT003 from the *AppData\Roaming\uTorrent* directory on the Suspect Computer by using the "Permanently Delete" option within Windows explorer;
4. Execute and direct Torrential Downpour from the Undercover Computer to connect to 174.67.190.141 for NCT003.
5. Torrential Downpour attempted to connect to the Suspect IP Address five times but never completed a handshake.
6. Torrential Downpour reported the final disposition as follows:
   a. No pieces acknowledged by the remote client

| | |
|---|---|
| Name | details.txt |
| File Created | 10/07/19 03:22:55PM |
| Last Written | 10/07/19 03:33:18PM |
| Entry Modified | 10/07/19 03:33:18PM |
| Logical Size | 2,131 |
| Hash Value | 5065150e66d2db7b022fd762e2cdea4e |
| Full Path | Undercover Computer\D\InvestigateTD\US___174.67.190.141\2019-10-07_15-22-54_10\Logs\details.txt |

```
2019-10-07 15:22:55 - Torrential Downpour version 1.33
2019-10-07 15:22:55 - Started download thread at local time Monday, October 07, 2019 3:22:54 PM (GMT-07:00)
2019-10-07 15:22:55 - Started download thread at UTC Monday, October 07, 2019 10:22:54 PM
2019-10-07 15:22:55 - Remote client located at IP address 174.67.190.141, port 45682
2019-10-07 15:22:55 - Torrent info hash: 73503623da1bc5434aef671d6fb8974752e95e72
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



```
2019-10-07 15:22:55 - Torrent defines 1 file
2019-10-07 15:22:55 - Total file bytes: 1206192
2019-10-07 15:22:55 - Torrent has 19 pieces
2019-10-07 15:22:55 - Piece size: 65536 bytes
2019-10-07 15:22:55 - Attempting to connect to remote client
2019-10-07 15:22:55 - Connected
2019-10-07 15:22:55 - Attempting to negotiate message stream encryption with remote client
2019-10-07 15:22:55 - Remote client rejected encryption or closed the connection
2019-10-07 15:22:55 - Attempting to connect to remote client
2019-10-07 15:22:55 - Connected
2019-10-07 15:22:55 - Sent unencrypted handshake to client
2019-10-07 15:22:55 - Remote client closed the connection
2019-10-07 15:22:55 - Going to sleep for 03m:10s
2019-10-07 15:26:05 - Attempting to connect to remote client
2019-10-07 15:26:05 - Connected
2019-10-07 15:26:05 - Sent unencrypted handshake to client
2019-10-07 15:26:05 - Remote client closed the connection
2019-10-07 15:26:05 - Going to sleep for 03m:24s
2019-10-07 15:29:29 - Attempting to connect to remote client
2019-10-07 15:29:29 - Connected
2019-10-07 15:29:29 - Sent unencrypted handshake to client
2019-10-07 15:29:29 - Remote client closed the connection
2019-10-07 15:29:29 - Going to sleep for 03m:49s
2019-10-07 15:33:18 - Attempting to connect to remote client
2019-10-07 15:33:18 - Connected
2019-10-07 15:33:18 - Sent unencrypted handshake to client
2019-10-07 15:33:18 - Remote client closed the connection
2019-10-07 15:33:18 - Remote client closed the connection 4 successive times without completing the
handshake
2019-10-07 15:33:18 - The remote client may not have the torrent
2019-10-07 15:33:18 - No pieces acknowledged by the remote client
```

## TEST07 | HARD DELETE PAYLOAD OF NCT003

The seventh test of Section iii simulates a scenario in which the Suspect Computer completed the download of NCT003 to the default Download's directory and upon completion deleted the payload file and parent folder from the User's Downloads directory using the Windows Explorer "Permanently Delete" option.

1. Executed publicly available BitTorrent software from the Suspect Computer;
2. Completely downloaded NCT003 to user's Downloads directory on the Suspect Computer;
3. Hard delete the payload and associated folder of NCT003 from the Downloads directory on the Suspect Computer by using the "Permanently Delete" option within Windows explorer;
4. Execute and direct Torrential Downpour from the Undercover Computer to connect to 174.67.190.141 for NCT003.
5. Torrential Downpour completed a handshake and connected to the Suspect IP Address.
6. Torrential Downpour reported the final disposition as follows:
   a. Remote client acknowledged that it has 19 of 19 pieces
   b. Remote client acknowledged that it has pieces 0-18, which encompasses all of file 0
   c. No pieces were written

| Name | details.txt |
|---|---|
| File Created | 10/07/19 03:36:17PM |
| Last Written | 10/07/19 03:46:40PM |
| Entry Modified | 10/07/19 03:46:40PM |
| Logical Size | 4,720 |
| Hash Value | dfb6a152f0aff3b6c64afff1113f0271 |
| Full Path | Undercover Computer\D\InvestigateTD\US___174.67.190.141\2019-10-07_15-36-16_11\Logs\details.txt |

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



**LOEHRS**
f o r e n s i c s

TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **49** of **148** PAGES

```
2019-10-07 15:36:17 - Torrential Downpour version 1.33
2019-10-07 15:36:17 - Started download thread at local time Monday, October 07, 2019 3:36:16 PM (GMT-07:00)
2019-10-07 15:36:17 - Started download thread at UTC Monday, October 07, 2019 10:36:16 PM
2019-10-07 15:36:17 - Remote client located at IP address 174.67.190.141, port 45682
2019-10-07 15:36:17 - Torrent info hash: 73503623da1bc5434aef671d6fb8974752e95e72
2019-10-07 15:36:17 - Torrent defines 1 file
2019-10-07 15:36:17 - Total file bytes: 1206192
2019-10-07 15:36:17 - Torrent has 19 pieces
2019-10-07 15:36:17 - Piece size: 65536 bytes
2019-10-07 15:36:17 - Attempting to connect to remote client
2019-10-07 15:36:17 - Connected
2019-10-07 15:36:17 - Attempting to negotiate message stream encryption with remote client
2019-10-07 15:36:17 - Encryption successfully negotiated: post-handshake messages to be sent as plain text
2019-10-07 15:36:17 - Sent encrypted handshake to client
2019-10-07 15:36:17 - Completed handshake with remote client
2019-10-07 15:36:17 - Peer id we sent to remote client: 2d4254373932302d7ad33162583bd0bfe7d7cddd
2019-10-07 15:36:17 - Remote client sent us a peer id of 2d5554333535572d1db107d7cdf824525eb4808a (version:
-UT355W-)
2019-10-07 15:36:17 - Remote client affirmed info hash = 73503623da1bc5434aef671d6fb8974752e95e72
2019-10-07 15:36:17 - Remote client supports BitTorrent fast extensions
2019-10-07 15:36:17 - Remote client supports BitTorrent extended handshake
2019-10-07 15:36:17 - Sent extended handshake message
2019-10-07 15:36:17 - Sent have-none message
2019-10-07 15:36:17 - Received an extended handshake message
2019-10-07 15:36:17 - Extended handshake data from remote client: e=0, ipv4=174.67.190.141,
ipv6=2001:579:3f00:e00:ad29:41fc:3302:846f, complete ago=7, m=<dictionary>, metadata size=624, p=45682,
reqq=255, upload_only=1, v=µTorrent 3.5.5, yp=37096, yourip=72.212.156.8
2019-10-07 15:36:17 - Received version in extended handshake: µTorrent 3.5.5
2019-10-07 15:36:17 - Extended handshake from remote client lists our public IP address as: 72.212.156.8
2019-10-07 15:36:17 - Extended handshake from remote client lists remote client IPv4 address as:
174.67.190.141
2019-10-07 15:36:17 - Extended handshake from remote client lists remote client IPv6 address as:
2001:579:3f00:e00:ad29:41fc:3302:846f
2019-10-07 15:36:17 - Received a have-all message
2019-10-07 15:36:17 - Remote client acknowledges that it has all 19 pieces
2019-10-07 15:36:17 - Remote client acknowledges it has pieces 0-18, which encompasses all of file 0
2019-10-07 15:36:17 - File index 0 is named "How to Read a Person Like a Book - Gerard I. Nierenberg.pdf"
in the torrent
2019-10-07 15:36:17 - Sent interested message
2019-10-07 15:36:17 - Received an unchoke message
2019-10-07 15:36:17 - Sent 74 requests for data; pieces: 15,9,5,11,13,1,17,12,0,3,4,2,8,16,6,18,10,14,7
2019-10-07 15:36:17 - Connection to remote client has been closed
2019-10-07 15:36:17 - Completed session with remote client; 0 pieces were downloaded and written
2019-10-07 15:36:17 - Going to sleep for 02m:11s
2019-10-07 15:38:28 - Attempting to connect to remote client
2019-10-07 15:38:28 - Connected
2019-10-07 15:38:28 - Attempting to negotiate message stream encryption with remote client
2019-10-07 15:38:29 - Remote client rejected encryption or closed the connection
2019-10-07 15:38:29 - Going to sleep for 03m:01s
2019-10-07 15:41:30 - Attempting to connect to remote client
2019-10-07 15:41:30 - Connected
2019-10-07 15:41:30 - Attempting to negotiate message stream encryption with remote client
2019-10-07 15:41:30 - Remote client rejected encryption or closed the connection
2019-10-07 15:41:30 - Going to sleep for 03m:29s
2019-10-07 15:44:59 - Attempting to connect to remote client
2019-10-07 15:44:59 - Connected
2019-10-07 15:44:59 - Attempting to negotiate message stream encryption with remote client
2019-10-07 15:44:59 - Remote client rejected encryption or closed the connection
2019-10-07 15:44:59 - Going to sleep for 03m:38s
2019-10-07 15:46:40 - A cancel request was detected
2019-10-07 15:46:40 - Pieces acknowledged for all sessions combined: 0-18
2019-10-07 15:46:40 - Remote client acknowledged that it has 19 of 19 pieces
2019-10-07 15:46:40 - Remote client acknowledged that it has pieces 0-18, which encompasses all of file 0
2019-10-07 15:46:40 - File index 0 is named "How to Read a Person Like a Book - Gerard I. Nierenberg.pdf"
in the torrent
2019-10-07 15:46:40 - Remote client indicated that it has all files, based on pieces acknowledged
2019-10-07 15:46:40 - No pieces were written
2019-10-07 15:46:40 - The download has been canceled
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



| | UNITED STATES v. ANTHONY GONZALES |
|---|---|
| **TESTING & ANALYSIS** | CR17-01311-001-PHX |
| | PAGE **50** of **148** PAGES |

### TEST08 | REMOVE AND DELETE DATA NCT022

The eighth test of Section iii simulates a scenario in which the Suspect Computer begins the download of NCT022 to the default Download's directory but before completion stops the download and deletes the associated data.

1. Executed publicly available BitTorrent software from the Suspect Computer;
2. Begin download of NCT022 to user's Downloads directory on the Suspect Computer;
3. Execute and direct Torrential Downpour from the Undercover Computer to connect to 174.67.190.141 for NCT003.
4. Torrential Downpour completed a handshake and connected to the Suspect IP Address.
5. At 09:34AM, right clicked NCT022 within the uTorrent application and selected "Remove And → Delete Data" from the Suspect Computer. At that time, uTorrent reported the Suspect Computer possessed 13.7% or 548 pieces of 4,000 total pieces;
6. At 09:34AM, Torrential Downpour reported "Connection to remote client has been closed";
7. Torrential Downpour reported the final disposition as follows:
   a. Remote client acknowledged that it has 252 of 4000 pieces
   b. Remote client indicated that it has no complete files
   c. 5 of 252 pieces possessed by the remote client were downloaded and written to disk
   d. 5 of 4000 pieces defined by the torrent were downloaded and written to disk

| | |
|---|---|
| Name | details.txt |
| File Created | 10/08/19 09:32:47AM |
| Last Written | 10/08/19 09:44:36AM |
| Entry Modified | 10/08/19 09:44:36AM |
| Logical Size | 210,049 |
| Hash Value | 1388b6ccfeecd9fecbe2923f665f538a |
| Full Path | Undercover Computer\D\InvestigateTD\US___174.67.190.141\2019-10-08_09-32-46_1\Logs\details.txt |

```
2019-10-08 09:32:47 - Torrential Downpour version 1.33
2019-10-08 09:32:47 - Started download thread at local time Tuesday, October 08, 2019 9:32:46 AM (GMT-07:00)
2019-10-08 09:32:47 - Started download thread at UTC Tuesday, October 08, 2019 4:32:46 PM
2019-10-08 09:32:47 - Remote client located at IP address 174.67.190.141, port 45682
2019-10-08 09:32:47 - Torrent info hash: d540fc48eb12f2833163eed6421d449dd8f1ce1f
2019-10-08 09:32:47 - Torrent defines 1 file
2019-10-08 09:32:47 - Total file bytes: 2097152000
2019-10-08 09:32:47 - Torrent has 4000 pieces
2019-10-08 09:32:47 - Piece size: 524288 bytes
2019-10-08 09:32:47 - Attempting to connect to remote client
2019-10-08 09:32:47 - Connected
2019-10-08 09:32:47 - Attempting to negotiate message stream encryption with remote client
2019-10-08 09:32:48 - Encryption successfully negotiated: post-handshake messages to be sent as plain text
2019-10-08 09:32:48 - Sent encrypted handshake to client
2019-10-08 09:32:48 - Completed handshake with remote client
2019-10-08 09:32:48 - Peer id we sent to remote client: 2d4254373932302d7dcc2e070f62e466ecc8e236
2019-10-08 09:32:48 - Remote client sent us a peer id of 2d5554333535572d1db14ff258c9f5fcc322b3c2 (version: -UT355W-)
2019-10-08 09:32:48 - Remote client affirmed info hash = d540fc48eb12f2833163eed6421d449dd8f1ce1f
2019-10-08 09:32:48 - Remote client supports BitTorrent fast extensions
2019-10-08 09:32:48 - Remote client supports BitTorrent extended handshake
2019-10-08 09:32:48 - Sent extended handshake message
2019-10-08 09:32:48 - Sent have-none message
2019-10-08 09:32:48 - Received an extended handshake message
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |

```
2019-10-08 09:32:48 - Extended handshake data from remote client: e=0, ipv4=174.67.190.141, ipv6=2001:579:3f00:e00:ad29:41fc:3302:846f, complete_ago=0, m=<dictionary>, metadata_size=80098, p=45682, reqq=255, v=µTorrent 3.5.5, yp=35493, yourip=72.212.156.8
2019-10-08 09:32:48 - Received version in extended handshake: µTorrent 3.5.5
2019-10-08 09:32:48 - Extended handshake from remote client lists our public IP address as: 72.212.156.8
2019-10-08 09:32:48 - Extended handshake from remote client lists remote client IPv4 address as: 174.67.190.141
2019-10-08 09:32:48 - Extended handshake from remote client lists remote client IPv6 address as: 2001:579:3f00:e00:ad29:41fc:3302:846f
2019-10-08 09:32:48 - Received a bitfield message
2019-10-08 09:32:48 - Remote client acknowledges it has 90 of 4000 pieces: 28, 406, 454, 659, 665, 741, 1038, 1195, 1277, 1394, 1471, 1531, 1579, 1593, 1609, 1610, 1670, 1711, 1805, 1811, 1841, 1868, 1968, 1997, 2005, 2009, 2043, 2077, 2111, 2121, 2227, 2341, 2381, 2389, 2394, 2429, 2437, 2470, 2494, 2621, 2678, 2730, 2877, 2889, 2927, 2933, 2952, 2993, 3045, 3046, 3079, 3089, 3090, 3125, 3137, 3172, 3233, 3243, 3274, 3315, 3350, 3410, 3412, 3444, 3467, 3513, 3545, 3551, 3560, 3609, 3657, 3705, 3749, 3761, 3774, 3787, 3795, 3868, 3878, 3891, 3894, 3913, 3923, 3937, 3938, 3961, 3963, 3975, 3989, 3997
2019-10-08 09:32:48 - Sent interested message
2019-10-08 09:32:48 - Received a have message, piece = 2570
2019-10-08 09:32:48 - Remote client acknowledges that it has piece: 2570 (possesses 91 of 4000 pieces)
2019-10-08 09:32:48 - Remote client acknowledges it has 91 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 49
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 49 (possesses 92 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 92 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 2903
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 2903 (possesses 93 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 93 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 299
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 299 (possesses 94 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 94 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 2294
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 2294 (possesses 95 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 95 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 3132
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 3132 (possesses 96 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 96 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 3423
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 3423 (possesses 97 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 97 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 1848
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 1848 (possesses 98 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 98 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 2095
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 2095 (possesses 99 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 99 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 3066
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 3066 (possesses 100 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 100 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 3584
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 3584 (possesses 101 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 101 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 2921
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 2921 (possesses 102 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 102 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 2504
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 2504 (possesses 103 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 103 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 19
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 19 (possesses 104 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 104 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 2967
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 2967 (possesses 105 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 105 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 3677
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 3677 (possesses 106 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 106 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 413
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 413 (possesses 107 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 107 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 3726
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 3726 (possesses 108 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 108 of 4000 pieces: [Redacted for brevity]
```

```
2019-10-08 09:33:18 - Received a have message, piece = 139
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 139 (possesses 109 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 109 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 2172
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 2172 (possesses 110 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 110 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 3716
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 3716 (possesses 111 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 111 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 3209
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 3209 (possesses 112 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 112 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 3113
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 3113 (possesses 113 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 113 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 3688
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 3688 (possesses 114 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 114 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 32
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 32 (possesses 115 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 115 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 2902
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 2902 (possesses 116 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 116 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 3532
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 3532 (possesses 117 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 117 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 3927
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 3927 (possesses 118 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 118 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 1614
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 1614 (possesses 119 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 119 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 2479
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 2479 (possesses 120 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 120 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 3783
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 3783 (possesses 121 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 121 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 3611
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 3611 (possesses 122 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 122 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 2045
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 2045 (possesses 123 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 123 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 1950
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 1950 (possesses 124 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 124 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 3676
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 3676 (possesses 125 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 125 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 3600
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 3600 (possesses 126 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 126 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 3648
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 3648 (possesses 127 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 127 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 2117
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 2117 (possesses 128 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 128 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 2675
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 2675 (possesses 129 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 129 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 2131
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 2131 (possesses 130 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 130 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 2825
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 2825 (possesses 131 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 131 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 1620
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 1620 (possesses 132 of 4000 pieces)
```



TESTING & ANALYSIS

```
2019-10-08 09:33:18 - Remote client acknowledges it has 132 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 3134
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 3134 (possesses 133 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 133 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 562
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 562 (possesses 134 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 134 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 2268
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 2268 (possesses 135 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 135 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 3836
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 3836 (possesses 136 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 136 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 1993
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 1993 (possesses 137 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 137 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received an unchoke message
2019-10-08 09:33:18 - Sent 255 requests for data; pieces: 2952,2121,3676,1868,3315,1620,1711,3894
2019-10-08 09:33:18 - Received a have message, piece = 2285
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 2285 (possesses 138 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 138 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 3993
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 3993 (possesses 139 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 139 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:18 - Received a have message, piece = 3968
2019-10-08 09:33:18 - Remote client acknowledges that it has piece: 3968 (possesses 140 of 4000 pieces)
2019-10-08 09:33:18 - Remote client acknowledges it has 140 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:23 - Received a have message, piece = 3912
2019-10-08 09:33:23 - Remote client acknowledges that it has piece: 3912 (possesses 141 of 4000 pieces)
2019-10-08 09:33:23 - Remote client acknowledges it has 141 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:23 - Received a have message, piece = 1122
2019-10-08 09:33:23 - Remote client acknowledges that it has piece: 1122 (possesses 142 of 4000 pieces)
2019-10-08 09:33:23 - Remote client acknowledges it has 142 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:23 - Received a have message, piece = 1875
2019-10-08 09:33:23 - Remote client acknowledges that it has piece: 1875 (possesses 143 of 4000 pieces)
2019-10-08 09:33:23 - Remote client acknowledges it has 143 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:23 - Received a have message, piece = 2521
2019-10-08 09:33:23 - Remote client acknowledges that it has piece: 2521 (possesses 144 of 4000 pieces)
2019-10-08 09:33:23 - Remote client acknowledges it has 144 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:23 - Received a have message, piece = 1793
2019-10-08 09:33:23 - Remote client acknowledges that it has piece: 1793 (possesses 145 of 4000 pieces)
2019-10-08 09:33:23 - Remote client acknowledges it has 145 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:25 - Received a have message, piece = 3282
2019-10-08 09:33:25 - Remote client acknowledges that it has piece: 3282 (possesses 146 of 4000 pieces)
2019-10-08 09:33:25 - Remote client acknowledges it has 146 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:25 - Received a have message, piece = 2852
2019-10-08 09:33:25 - Remote client acknowledges that it has piece: 2852 (possesses 147 of 4000 pieces)
2019-10-08 09:33:25 - Remote client acknowledges it has 147 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:25 - Received a have message, piece = 2910
2019-10-08 09:33:25 - Remote client acknowledges that it has piece: 2910 (possesses 148 of 4000 pieces)
2019-10-08 09:33:25 - Remote client acknowledges it has 148 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:25 - Received a have message, piece = 2300
2019-10-08 09:33:25 - Remote client acknowledges that it has piece: 2300 (possesses 149 of 4000 pieces)
2019-10-08 09:33:25 - Remote client acknowledges it has 149 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:25 - Received a have message, piece = 2339
2019-10-08 09:33:25 - Remote client acknowledges that it has piece: 2339 (possesses 150 of 4000 pieces)
2019-10-08 09:33:25 - Remote client acknowledges it has 150 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:25 - Received a have message, piece = 1818
2019-10-08 09:33:25 - Remote client acknowledges that it has piece: 1818 (possesses 151 of 4000 pieces)
2019-10-08 09:33:25 - Remote client acknowledges it has 151 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:27 - Received a have message, piece = 1791
2019-10-08 09:33:27 - Remote client acknowledges that it has piece: 1791 (possesses 152 of 4000 pieces)
2019-10-08 09:33:27 - Remote client acknowledges it has 152 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:27 - Received a have message, piece = 1567
2019-10-08 09:33:27 - Remote client acknowledges that it has piece: 1567 (possesses 153 of 4000 pieces)
2019-10-08 09:33:27 - Remote client acknowledges it has 153 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:28 - Created uninitialized file 0: ubuntu-19.04-desktop-amd64.iso
2019-10-08 09:33:28 - File 0 is 2097152000 bytes and spans pieces 0-3999
2019-10-08 09:33:28 - Piece 2952 has been completely received and written into file 0
2019-10-08 09:33:28 - Received a have message, piece = 2392
2019-10-08 09:33:28 - Remote client acknowledges that it has piece: 2392 (possesses 154 of 4000 pieces)
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

```
2019-10-08 09:33:28 - Remote client acknowledges it has 154 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:33:31 - Received a have message, piece = 2920
2019-10-08 09:33:31 - Remote client acknowledges that it has piece: 2920 (possesses 155 of 4000 pieces)
2019-10-08 09:33:31 - Remote client acknowledges it has 155 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:20 - Piece 2121 has been completely received and written into file 0
2019-10-08 09:34:21 - Received a have message, piece = 3061
2019-10-08 09:34:21 - Remote client acknowledges that it has piece: 3061 (possesses 156 of 4000 pieces)
2019-10-08 09:34:21 - Remote client acknowledges it has 156 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:23 - Received a have message, piece = 3142
2019-10-08 09:34:23 - Remote client acknowledges that it has piece: 3142 (possesses 157 of 4000 pieces)
2019-10-08 09:34:23 - Remote client acknowledges it has 157 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:23 - Received a have message, piece = 499
2019-10-08 09:34:23 - Remote client acknowledges that it has piece: 499 (possesses 158 of 4000 pieces)
2019-10-08 09:34:23 - Remote client acknowledges it has 158 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:23 - Received a have message, piece = 2946
2019-10-08 09:34:23 - Remote client acknowledges that it has piece: 2946 (possesses 159 of 4000 pieces)
2019-10-08 09:34:23 - Remote client acknowledges it has 159 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:23 - Received a have message, piece = 2658
2019-10-08 09:34:23 - Remote client acknowledges that it has piece: 2658 (possesses 160 of 4000 pieces)
2019-10-08 09:34:23 - Remote client acknowledges it has 160 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:23 - Received a have message, piece = 1225
2019-10-08 09:34:23 - Remote client acknowledges that it has piece: 1225 (possesses 161 of 4000 pieces)
2019-10-08 09:34:23 - Remote client acknowledges it has 161 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:23 - Received a have message, piece = 339
2019-10-08 09:34:23 - Remote client acknowledges that it has piece: 339 (possesses 162 of 4000 pieces)
2019-10-08 09:34:23 - Remote client acknowledges it has 162 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:23 - Received a have message, piece = 207
2019-10-08 09:34:23 - Remote client acknowledges that it has piece: 207 (possesses 163 of 4000 pieces)
2019-10-08 09:34:23 - Remote client acknowledges it has 163 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:23 - Received a have message, piece = 3599
2019-10-08 09:34:23 - Remote client acknowledges that it has piece: 3599 (possesses 164 of 4000 pieces)
2019-10-08 09:34:23 - Remote client acknowledges it has 164 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:23 - Received a have message, piece = 1945
2019-10-08 09:34:23 - Remote client acknowledges that it has piece: 1945 (possesses 165 of 4000 pieces)
2019-10-08 09:34:23 - Remote client acknowledges it has 165 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:23 - Received a have message, piece = 3499
2019-10-08 09:34:23 - Remote client acknowledges that it has piece: 3499 (possesses 166 of 4000 pieces)
2019-10-08 09:34:23 - Remote client acknowledges it has 166 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:23 - Received a have message, piece = 1716
2019-10-08 09:34:23 - Remote client acknowledges that it has piece: 1716 (possesses 167 of 4000 pieces)
2019-10-08 09:34:23 - Remote client acknowledges it has 167 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:23 - Received a have message, piece = 3663
2019-10-08 09:34:23 - Remote client acknowledges that it has piece: 3663 (possesses 168 of 4000 pieces)
2019-10-08 09:34:23 - Remote client acknowledges it has 168 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:23 - Received a have message, piece = 3025
2019-10-08 09:34:23 - Remote client acknowledges that it has piece: 3025 (possesses 169 of 4000 pieces)
2019-10-08 09:34:23 - Remote client acknowledges it has 169 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:23 - Received a have message, piece = 1146
2019-10-08 09:34:23 - Remote client acknowledges that it has piece: 1146 (possesses 170 of 4000 pieces)
2019-10-08 09:34:23 - Remote client acknowledges it has 170 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:23 - Received a have message, piece = 850
2019-10-08 09:34:23 - Remote client acknowledges that it has piece: 850 (possesses 171 of 4000 pieces)
2019-10-08 09:34:23 - Remote client acknowledges it has 171 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:23 - Received a have message, piece = 263
2019-10-08 09:34:23 - Remote client acknowledges that it has piece: 263 (possesses 172 of 4000 pieces)
2019-10-08 09:34:23 - Remote client acknowledges it has 172 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:23 - Received a have message, piece = 3729
2019-10-08 09:34:23 - Remote client acknowledges that it has piece: 3729 (possesses 173 of 4000 pieces)
2019-10-08 09:34:23 - Remote client acknowledges it has 173 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:23 - Received a have message, piece = 1965
2019-10-08 09:34:23 - Remote client acknowledges that it has piece: 1965 (possesses 174 of 4000 pieces)
2019-10-08 09:34:23 - Remote client acknowledges it has 174 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:23 - Received a have message, piece = 2094
2019-10-08 09:34:23 - Remote client acknowledges that it has piece: 2094 (possesses 175 of 4000 pieces)
2019-10-08 09:34:23 - Remote client acknowledges it has 175 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:23 - Received a have message, piece = 3863
2019-10-08 09:34:23 - Remote client acknowledges that it has piece: 3863 (possesses 176 of 4000 pieces)
2019-10-08 09:34:23 - Remote client acknowledges it has 176 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:23 - Received a have message, piece = 2477
2019-10-08 09:34:23 - Remote client acknowledges that it has piece: 2477 (possesses 177 of 4000 pieces)
2019-10-08 09:34:23 - Remote client acknowledges it has 177 of 4000 pieces: [Redacted for brevity]
```

ORGANIZATION
LOEHRS FORENSICS, LLC.

DATE
January 2, 2020



```
2019-10-08 09:34:23 - Received a have message, piece = 3586
2019-10-08 09:34:23 - Remote client acknowledges that it has piece: 3586 (possesses 178 of 4000 pieces)
2019-10-08 09:34:23 - Remote client acknowledges it has 178 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:23 - Received a have message, piece = 960
2019-10-08 09:34:23 - Remote client acknowledges that it has piece: 960 (possesses 179 of 4000 pieces)
2019-10-08 09:34:23 - Remote client acknowledges it has 179 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:23 - Received a have message, piece = 1546
2019-10-08 09:34:23 - Remote client acknowledges that it has piece: 1546 (possesses 180 of 4000 pieces)
2019-10-08 09:34:23 - Remote client acknowledges it has 180 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:23 - Received a have message, piece = 2503
2019-10-08 09:34:23 - Remote client acknowledges that it has piece: 2503 (possesses 181 of 4000 pieces)
2019-10-08 09:34:23 - Remote client acknowledges it has 181 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:23 - Received a have message, piece = 1565
2019-10-08 09:34:23 - Remote client acknowledges that it has piece: 1565 (possesses 182 of 4000 pieces)
2019-10-08 09:34:23 - Remote client acknowledges it has 182 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:23 - Received a have message, piece = 693
2019-10-08 09:34:23 - Remote client acknowledges that it has piece: 693 (possesses 183 of 4000 pieces)
2019-10-08 09:34:23 - Remote client acknowledges it has 183 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:23 - Received a have message, piece = 3355
2019-10-08 09:34:23 - Remote client acknowledges that it has piece: 3355 (possesses 184 of 4000 pieces)
2019-10-08 09:34:23 - Remote client acknowledges it has 184 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:23 - Received a have message, piece = 3479
2019-10-08 09:34:23 - Remote client acknowledges that it has piece: 3479 (possesses 185 of 4000 pieces)
2019-10-08 09:34:23 - Remote client acknowledges it has 185 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:23 - Received a have message, piece = 2488
2019-10-08 09:34:23 - Remote client acknowledges that it has piece: 2488 (possesses 186 of 4000 pieces)
2019-10-08 09:34:23 - Remote client acknowledges it has 186 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:23 - Received a have message, piece = 3573
2019-10-08 09:34:23 - Remote client acknowledges that it has piece: 3573 (possesses 187 of 4000 pieces)
2019-10-08 09:34:23 - Remote client acknowledges it has 187 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:23 - Received a have message, piece = 3954
2019-10-08 09:34:23 - Remote client acknowledges that it has piece: 3954 (possesses 188 of 4000 pieces)
2019-10-08 09:34:23 - Remote client acknowledges it has 188 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 3391
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 3391 (possesses 189 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 189 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 3495
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 3495 (possesses 190 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 190 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 477
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 477 (possesses 191 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 191 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 3874
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 3874 (possesses 192 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 192 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 1279
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 1279 (possesses 193 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 193 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 1160
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 1160 (possesses 194 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 194 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 2948
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 2948 (possesses 195 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 195 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 3234
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 3234 (possesses 196 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 196 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 1745
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 1745 (possesses 197 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 197 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 1744
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 1744 (possesses 198 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 198 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 3740
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 3740 (possesses 199 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 199 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 3343
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 3343 (possesses 200 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 200 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 3374
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 3374 (possesses 201 of 4000 pieces)
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



**LOEHRS**
**f o r e n s i c s**

TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **56** of **148** PAGES

```
2019-10-08 09:34:24 - Remote client acknowledges it has 201 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 3546
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 3546 (possesses 202 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 202 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 1474
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 1474 (possesses 203 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 203 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 2959
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 2959 (possesses 204 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 204 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 1171
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 1171 (possesses 205 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 205 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 2241
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 2241 (possesses 206 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 206 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 1900
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 1900 (possesses 207 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 207 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 742
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 742 (possesses 208 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 208 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 803
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 803 (possesses 209 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 209 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 2331
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 2331 (possesses 210 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 210 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 2977
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 2977 (possesses 211 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 211 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 2018
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 2018 (possesses 212 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 212 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 3824
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 3824 (possesses 213 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 213 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 970
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 970 (possesses 214 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 214 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 2566
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 2566 (possesses 215 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 215 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 2078
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 2078 (possesses 216 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 216 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 2916
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 2916 (possesses 217 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 217 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 2256
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 2256 (possesses 218 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 218 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 3792
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 3792 (possesses 219 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 219 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 2476
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 2476 (possesses 220 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 220 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 3708
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 3708 (possesses 221 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 221 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 385
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 385 (possesses 222 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 222 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 3272
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 3272 (possesses 223 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 223 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 3088
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 3088 (possesses 224 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 224 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 2918
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



```
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 2918 (possesses 225 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 225 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 550
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 550 (possesses 226 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 226 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 1771
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 1771 (possesses 227 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 227 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 3829
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 3829 (possesses 228 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 228 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 2871
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 2871 (possesses 229 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 229 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:24 - Received a have message, piece = 1001
2019-10-08 09:34:24 - Remote client acknowledges that it has piece: 1001 (possesses 230 of 4000 pieces)
2019-10-08 09:34:24 - Remote client acknowledges it has 230 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:26 - Piece 3676 has been completely received and written into file 0
2019-10-08 09:34:31 - Received a have message, piece = 3810
2019-10-08 09:34:31 - Remote client acknowledges that it has piece: 3810 (possesses 231 of 4000 pieces)
2019-10-08 09:34:31 - Remote client acknowledges it has 231 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:31 - Received a have message, piece = 3354
2019-10-08 09:34:31 - Remote client acknowledges that it has piece: 3354 (possesses 232 of 4000 pieces)
2019-10-08 09:34:31 - Remote client acknowledges it has 232 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:31 - Received a have message, piece = 3183
2019-10-08 09:34:31 - Remote client acknowledges that it has piece: 3183 (possesses 233 of 4000 pieces)
2019-10-08 09:34:31 - Remote client acknowledges it has 233 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:31 - Received a have message, piece = 3211
2019-10-08 09:34:31 - Remote client acknowledges that it has piece: 3211 (possesses 234 of 4000 pieces)
2019-10-08 09:34:31 - Remote client acknowledges it has 234 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:31 - Received a have message, piece = 3480
2019-10-08 09:34:31 - Remote client acknowledges that it has piece: 3480 (possesses 235 of 4000 pieces)
2019-10-08 09:34:31 - Remote client acknowledges it has 235 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:31 - Received a have message, piece = 1532
2019-10-08 09:34:31 - Remote client acknowledges that it has piece: 1532 (possesses 236 of 4000 pieces)
2019-10-08 09:34:31 - Remote client acknowledges it has 236 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:31 - Received a have message, piece = 337
2019-10-08 09:34:31 - Remote client acknowledges that it has piece: 337 (possesses 237 of 4000 pieces)
2019-10-08 09:34:31 - Remote client acknowledges it has 237 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:31 - Received a have message, piece = 3943
2019-10-08 09:34:31 - Remote client acknowledges that it has piece: 3943 (possesses 238 of 4000 pieces)
2019-10-08 09:34:31 - Remote client acknowledges it has 238 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:31 - Received a have message, piece = 2291
2019-10-08 09:34:31 - Remote client acknowledges that it has piece: 2291 (possesses 239 of 4000 pieces)
2019-10-08 09:34:31 - Remote client acknowledges it has 239 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:31 - Received a have message, piece = 2075
2019-10-08 09:34:31 - Remote client acknowledges that it has piece: 2075 (possesses 240 of 4000 pieces)
2019-10-08 09:34:31 - Remote client acknowledges it has 240 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:31 - Received a have message, piece = 1455
2019-10-08 09:34:31 - Remote client acknowledges that it has piece: 1455 (possesses 241 of 4000 pieces)
2019-10-08 09:34:31 - Remote client acknowledges it has 241 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:31 - Received a have message, piece = 3195
2019-10-08 09:34:31 - Remote client acknowledges that it has piece: 3195 (possesses 242 of 4000 pieces)
2019-10-08 09:34:31 - Remote client acknowledges it has 242 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:32 - Received a have message, piece = 1823
2019-10-08 09:34:32 - Remote client acknowledges that it has piece: 1823 (possesses 243 of 4000 pieces)
2019-10-08 09:34:32 - Remote client acknowledges it has 243 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:32 - Received a have message, piece = 3721
2019-10-08 09:34:32 - Remote client acknowledges that it has piece: 3721 (possesses 244 of 4000 pieces)
2019-10-08 09:34:32 - Remote client acknowledges it has 244 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:32 - Received a have message, piece = 3144
2019-10-08 09:34:32 - Remote client acknowledges that it has piece: 3144 (possesses 245 of 4000 pieces)
2019-10-08 09:34:32 - Remote client acknowledges it has 245 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:32 - Sent 128 requests for data; pieces: 3894,2678,1546,3412,2916
2019-10-08 09:34:33 - Piece 1868 has been completely received and written into file 0
2019-10-08 09:34:33 - Received a have message, piece = 379
2019-10-08 09:34:33 - Remote client acknowledges that it has piece: 379 (possesses 246 of 4000 pieces)
2019-10-08 09:34:33 - Remote client acknowledges it has 246 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:33 - Received a have message, piece = 1382
2019-10-08 09:34:33 - Remote client acknowledges that it has piece: 1382 (possesses 247 of 4000 pieces)
2019-10-08 09:34:33 - Remote client acknowledges it has 247 of 4000 pieces: [Redacted for brevity]
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



**LOEHRS** forensics

TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **58** of **148** PAGES

```
2019-10-08 09:34:36 - Received a have message, piece = 2475
2019-10-08 09:34:36 - Remote client acknowledges that it has piece: 2475 (possesses 248 of 4000 pieces)
2019-10-08 09:34:36 - Remote client acknowledges it has 248 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:36 - Received a have message, piece = 2375
2019-10-08 09:34:36 - Remote client acknowledges that it has piece: 2375 (possesses 249 of 4000 pieces)
2019-10-08 09:34:36 - Remote client acknowledges it has 249 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:36 - Received a have message, piece = 3924
2019-10-08 09:34:36 - Remote client acknowledges that it has piece: 3924 (possesses 250 of 4000 pieces)
2019-10-08 09:34:36 - Remote client acknowledges it has 250 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:37 - Received a have message, piece = 3314
2019-10-08 09:34:37 - Remote client acknowledges that it has piece: 3314 (possesses 251 of 4000 pieces)
2019-10-08 09:34:37 - Remote client acknowledges it has 251 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:37 - Received a have message, piece = 3828
2019-10-08 09:34:37 - Remote client acknowledges that it has piece: 3828 (possesses 252 of 4000 pieces)
2019-10-08 09:34:38 - Remote client acknowledges it has 252 of 4000 pieces: [Redacted for brevity]
2019-10-08 09:34:38 - Piece 3315 has been completely received and written into file 0
2019-10-08 09:34:40 - Connection to remote client has been closed
2019-10-08 09:34:40 - Completed session with remote client; 5 pieces were downloaded and written
2019-10-08 09:34:40 - Going to sleep for 01m:31s
2019-10-08 09:36:11 - Attempting to connect to remote client
2019-10-08 09:36:11 - Connected
2019-10-08 09:36:11 - Attempting to negotiate message stream encryption with remote client
2019-10-08 09:36:11 - Remote client rejected encryption or closed the connection
2019-10-08 09:36:11 - Going to sleep for 03m:02s
2019-10-08 09:39:13 - Attempting to connect to remote client
2019-10-08 09:39:13 - Connected
2019-10-08 09:39:13 - Attempting to negotiate message stream encryption with remote client
2019-10-08 09:39:14 - Remote client rejected encryption or closed the connection
2019-10-08 09:39:14 - Going to sleep for 03m:24s
2019-10-08 09:42:38 - Attempting to connect to remote client
2019-10-08 09:42:38 - Connected
2019-10-08 09:42:38 - Attempting to negotiate message stream encryption with remote client
2019-10-08 09:42:38 - Remote client rejected encryption or closed the connection
2019-10-08 09:42:38 - Going to sleep for 03m:37s
2019-10-08 09:44:36 - A cancel request was detected
2019-10-08 09:44:36 - Pieces acknowledged for all sessions combined: 19, 28, 32, 49, 139, 207, 263, 299,
337, 339, 379, 385, 406, 413, 454, 477, 499, 550, 562, 659, 665, 693, 741, 742, 803, 850, 960, 970, 1001,
1038, 1122, 1146, 1160, 1171, 1195, 1225, 1277, 1279, 1382, 1394, 1455, 1471, 1474, 1531, 1532, 1546, 1565,
1567, 1579, 1593, 1609, 1610, 1614, 1620, 1670, 1711, 1716, 1744, 1745, 1771, 1791, 1793, 1805, 1811, 1818,
1823, 1841, 1848, 1868, 1875, 1900, 1945, 1950, 1965, 1968, 1993, 1997, 2005, 2009, 2018, 2043, 2045, 2075,
2077, 2078, 2094, 2095, 2111, 2117, 2121, 2131, 2172, 2227, 2241, 2256, 2268, 2285, 2291, 2294, 2300, 2331,
2339, 2341, 2375, 2381, 2389, 2392, 2394, 2429, 2437, 2470, 2475-2477, 2479, 2488, 2494, 2503, 2504, 2521,
2566, 2570, 2621, 2658, 2675, 2678, 2730, 2825, 2852, 2871, 2877, 2889, 2902, 2903, 2910, 2916, 2918, 2920,
2921, 2927, 2933, 2946, 2948, 2952, 2959, 2967, 2977, 2993, 3025, 3045, 3046, 3061, 3066, 3079, 3088-3090,
3113, 3125, 3132, 3134, 3137, 3142, 3144, 3172, 3183, 3195, 3209, 3211, 3233, 3234, 3243, 3272, 3274, 3282,
3314, 3315, 3343, 3350, 3354, 3355, 3374, 3391, 3410, 3412, 3423, 3444, 3467, 3479, 3480, 3495, 3499, 3513,
3532, 3545, 3546, 3551, 3560, 3573, 3584, 3586, 3599, 3600, 3609, 3611, 3648, 3657, 3663, 3676, 3677, 3688,
3705, 3708, 3716, 3721, 3726, 3729, 3740, 3749, 3761, 3774, 3783, 3787, 3792, 3795, 3810, 3824, 3828, 3829,
3836, 3863, 3868, 3874, 3878, 3891, 3894, 3912, 3913, 3923, 3924, 3927, 3937, 3938, 3943, 3954, 3961, 3963,
3968, 3975, 3989, 3993, 3997
2019-10-08 09:44:36 - Remote client acknowledged that it has 252 of 4000 pieces
2019-10-08 09:44:36 - Remote client indicated that it has no complete files
2019-10-08 09:44:36 - 5 of 252 pieces possessed by the remote client were downloaded and written to disk
2019-10-08 09:44:36 - 5 of 4000 pieces defined by the torrent were downloaded and written to disk
2019-10-08 09:44:36 - Pieces written: 1868, 2121, 2952, 3315, 3676
2019-10-08 09:44:36 - Starting validation of written pieces ...
2019-10-08 09:44:36 - Piece 1868 has expected SHA1 hash: 02c7d5101622b6c343b69fe6c91f16bdd6bfd594
2019-10-08 09:44:36 - Piece 2121 has expected SHA1 hash: 7565946fc970b039eb9c3a5241e0397fc7d988d6
2019-10-08 09:44:36 - Piece 2952 has expected SHA1 hash: 800c4a937849779aa91437cdd05858415b8fa72a
2019-10-08 09:44:36 - Piece 3315 has expected SHA1 hash: 81e3c37b5d1965b1103ad088a85793feaff293a6
2019-10-08 09:44:36 - Piece 3676 has expected SHA1 hash: cd9d6b38098859ba292a5dc72fad29513541fd65
2019-10-08 09:44:36 - All 5 written pieces have the expected SHA1 hash
2019-10-08 09:44:36 - File 0: incomplete, 2621440 of 2097152000 bytes written
2019-10-08 09:44:36 - Completed validation of written pieces
2019-10-08 09:44:36 - The download has been canceled
```

TEST09 | NOT DONE

TEST10 | NOT DONE

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **59** of **148** PAGES

## iv. UNSHARED TORRENT DATA

Pursuant to Section III(i)(a)(4), the fourth test simulates a scenario in which the Suspect Computer contains torrents including legal torrents and torrents of investigative interest but all of the associated data has been moved to unshared locations.  The steps to be followed are as follows:

1. Execute and run the publicly available BitTorrent software from the Suspect Computer;
2. Begin downloading at least one *non-contraband* torrent of investigative interest and allow torrent download to complete;
3. Move the torrent's associated data from the original download location to a different hidden location that is not associated with the BitTorrent software on the Suspect Computer;
4. Execute and run Torrential Downpour from the Undercover Computer;
5. Allow the Suspect Computer and Undercover Computer to run for at least 10 minutes and/or until at least one attempted connection is made; and
6. ~~Search the ICAC COPS database for any investigative hits on the Suspect IP Addresses and~~ determine if Torrential Downpour attempts to connect with the Suspect IP to download data.

According to the August 27, 2019 order filed by Senior United States District Judge David Campbell, this test was determined to be material to the defense, but access to ICAC COPS was not permitted and has been excluded from the testing protocol.

This modified test consisting of the above listed steps was executed 10 times and detailed below:

## TEST00 | Control Test of NCT001

To confirm Torrential Downpour can connect to the Suspect Computer and identify this torrent prior to moving to an unshared location and thus eliminating other reasons why Torrential Downpour may not identify the torrent and its payload, torrent NCT001 was loaded into uTorrent and completely downloaded to the primary user's Downloads directory.

1. Execute and run the publicly available BitTorrent software from the Suspect Computer;
2. Complete the download of NCT001 to the user's Downloads directory on the Suspect Computer;
3. Executed and directed Torrential Downpour from the Undercover Computer to connect to 174.67.190.141 for NCT001;
4. Torrential Downpour completed the handshake with the Suspect IP Address
5. Torrential Downpour reported the final disposition as follows:
   a. Remote client indicated that it has all files, based on pieces acknowledged
   b. 313 of 313 pieces possessed by the remote client were downloaded and written to disk
   c. All pieces in the torrent were obtained and written

| | |
|---|---|
| Name | summary.txt |
| File Created | 10/07/19 03:49:01PM |
| Last Written | 10/07/19 03:53:32PM |
| Entry Modified | 10/07/19 03:53:32PM |
| Logical Size | 9,857 |
| Hash Value | e7edb7038ad55ea6df550b2ceee10bfb |
| Full Path | Undercover Computer\D\InvestigateTD\US___174.67.190.141\2019-10-07_15-49-00_12\Logs\summary.txt |

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



```
2019-10-07 15:49:01 - Torrential Downpour version 1.33
2019-10-07 15:49:01 - Started download thread at local time Monday, October 07, 2019 3:49:00 PM (GMT-07:00)
2019-10-07 15:49:01 - Started download thread at UTC Monday, October 07, 2019 10:49:00 PM
2019-10-07 15:49:01 - Remote client located at IP address 174.67.190.141, port 45682
2019-10-07 15:49:01 - Torrent info hash: 7ad8a2b653160d8f5a9521624bfdf71d3bc82444
2019-10-07 15:49:01 - Torrent defines 3 files
2019-10-07 15:49:01 - Total file bytes: 20475734
2019-10-07 15:49:01 - Torrent has 313 pieces
2019-10-07 15:49:01 - Piece size: 65536 bytes
2019-10-07 15:49:01 - Disabled use of suggested names because some file paths may be too long
2019-10-07 15:52:16 - Completed handshake with remote client
2019-10-07 15:52:16 - Peer id we sent to remote client: 2d4254373932302d6c72e59e87c5b4e890bf70c6
2019-10-07 15:52:16 - Remote client sent us a peer id of 2d5554333535572d1db1f2549cbcf692877a8982 (version:
-UT355W-)
2019-10-07 15:52:16 - Remote client affirmed info hash = 7ad8a2b653160d8f5a9521624bfdf71d3bc82444
2019-10-07 15:52:16 - Received version in extended handshake: µTorrent 3.5.5
2019-10-07 15:52:16 - Extended handshake from remote client lists our public IP address as: 72.212.156.8
2019-10-07 15:52:16 - Extended handshake from remote client lists remote client IPv4 address as:
174.67.190.141
2019-10-07 15:52:16 - Extended handshake from remote client lists remote client IPv6 address as:
2001:579:3f00:e00:ad29:41fc:3302:846f
2019-10-07 15:52:16 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-07 15:52:16 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-07 15:52:16 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-07 15:52:16 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-07 15:52:16 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-07 15:52:16 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-07 15:52:16 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-07 15:52:16 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-07 15:52:16 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-07 15:52:16 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-07 15:52:16 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-07 15:52:16 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-07 15:52:16 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-07 15:52:16 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-07 15:52:16 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-07 15:52:16 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-07 15:52:16 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-07 15:52:16 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-07 15:52:16 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-07 15:52:16 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-07 15:52:16 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-07 15:52:16 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-07 15:52:16 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-07 15:52:16 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-07 15:52:16 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-07 15:52:16 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-07 15:52:16 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-07 15:52:16 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-07 15:52:16 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-07 15:52:16 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-07 15:52:16 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-07 15:52:16 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-07 15:52:16 - File index 1 is named "WorldWide Torrents.png" in the torrent
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



Case 2:17-cr-01311-DGC   Document 99-1   Filed 05/01/20   Page 63 of 150

LOEHRS forensics

TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **61** of **148** PAGES

```
2019-10-07 15:52:16 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-07 15:52:16 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-07 15:52:16 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-07 15:52:16 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-07 15:52:16 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-07 15:52:16 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-07 15:52:16 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-07 15:52:16 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-07 15:52:16 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-07 15:52:16 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-07 15:52:16 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-07 15:52:16 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-07 15:52:16 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-07 15:52:16 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-07 15:52:16 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-07 15:52:16 - File index 0 is named "The 100 Best Business Books of All Time What They Say, Why
They Matter, and How They Can Help You.epub" in the torrent
2019-10-07 15:52:16 - File index 0 is named "The 100 Best Business Books of All Time What They Say, Why
They Matter, and How They Can Help You.epub" in the torrent
2019-10-07 15:52:16 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-07 15:52:16 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-07 15:52:17 - Created uninitialized file 1: 000001.png  [ WorldWide Torrents.png ]
2019-10-07 15:52:17 - File 1 is 79417 bytes and spans pieces 311-312
2019-10-07 15:52:17 - Created uninitialized file 2: 000002.txt  [ Torrents Downloaded from
worlwidetorrents.eu.txt ]
2019-10-07 15:52:17 - File 2 is 567 bytes and encompassed by piece 312
2019-10-07 15:52:17 - File 2 has been completely downloaded
2019-10-07 15:52:17 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-07 15:52:17 - Created uninitialized file 0: 000000.epub  [ The 100 Best Business Books of All Time
What They Say, Why They Matter, and How They Can Help You.epub ]
2019-10-07 15:52:17 - File 0 is 20395750 bytes and spans pieces 0-311
2019-10-07 15:52:17 - File 1 has been completely downloaded
2019-10-07 15:52:17 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-07 15:53:32 - File 0 has been completely downloaded
2019-10-07 15:53:32 - File index 0 is named "The 100 Best Business Books of All Time What They Say, Why
They Matter, and How They Can Help You.epub" in the torrent
2019-10-07 15:53:32 - Completed session with remote client; 313 pieces were downloaded and written
2019-10-07 15:53:32 - The complete torrent has been downloaded
2019-10-07 15:53:32 - Pieces acknowledged for all sessions combined: 0-312
2019-10-07 15:53:32 - Remote client acknowledged that it has 313 of 313 pieces
2019-10-07 15:53:32 - Remote client acknowledged that it has pieces 0-311, which encompasses all of file 0
2019-10-07 15:53:32 - File index 0 is named "The 100 Best Business Books of All Time What They Say, Why
They Matter, and How They Can Help You.epub" in the torrent
2019-10-07 15:53:32 - Remote client acknowledged that it has pieces 311-312, which encompasses all of file
1
2019-10-07 15:53:32 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-07 15:53:32 - Remote client acknowledged that it has piece 312, which encompasses all of file 2
2019-10-07 15:53:32 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-07 15:53:32 - Remote client indicated that it has all files, based on pieces acknowledged
```

<mark>2019-10-07 15:53:32 - 313 of 313 pieces possessed by the remote client were downloaded and written to disk</mark>
<mark>2019-10-07 15:53:32 - All pieces in the torrent were obtained and written</mark>
<mark>2019-10-07 15:53:32 - All 313 written pieces have the expected SHA1 hash</mark>

```
2019-10-07 15:53:32 - File 0: complete, all pieces have been written
2019-10-07 15:53:32 - File 1: complete, all pieces have been written
2019-10-07 15:53:32 - File 2: complete, all pieces have been written
2019-10-07 15:53:32 - File 0: SHA1=fe32d219e3be8c3df6899c4e636e6fc27f35ecf4,
MD5=58b848ecece7990438a88c8aa0472ed4
2019-10-07 15:53:32 - File 1: SHA1=e99eeecf0a850734516cc9ee83e66461138f690d,
MD5=b94972d41e14f20d43fc0956023a6d1d
```



| | UNITED STATES v. ANTHONY GONZALES CR17-01311-001-PHX |
|---|---|
| **TESTING & ANALYSIS** | |
| | PAGE **62** of **148** PAGES |

```
2019-10-07 15:53:32 - File 2: SHA1=833a828a67a0ae00bf08339dc6bee251c9fea05a,
MD5=6207c0c4eec0d23a7f3eac7e718de78a
2019-10-07 15:53:32 - The download has completed
```

### TEST01 | MOVE NCT001 TO PROGRAM FILES FOLDER

The first test of Section iv simulates a scenario in which the Suspect Computer completed the download of NCT001 to the default Download's directory and upon completion subsequently moved the payload, including the parent folder, to a non-shared directory: the Program Files folder.

1. Executed publicly available BitTorrent software from the Suspect Computer;
2. Completely downloaded NCT001 to user's Downloads directory on the Suspect Computer;
3. Move the payload of NCT001 to the C:\Program Files folder;
4. Executed and directed Torrential Downpour from the Undercover Computer to connect to 174.67.190.141 for NCT001
5. Torrential Downpour attempted to connect to the Suspect IP Address five times but never completed a handshake;
6. Torrential Downpour reported the final disposition as follows:
   a. No pieces acknowledged by the remote client

| | |
|---|---|
| Name | details.txt |
| File Created | 10/07/19 03:55:48PM |
| Last Written | 10/07/19 04:05:43PM |
| Entry Modified | 10/07/19 04:05:43PM |
| Logical Size | 2,324 |
| Hash Value | 7b3ff9ca03ade7b5167acdd60e3ed1ea |
| Full Path | Undercover Computer\D\InvestigateTD\US___174.67.190.141\2019-10-07_15-55-47_13\Logs\details.txt |

```
2019-10-07 15:55:48 - Torrential Downpour version 1.33
2019-10-07 15:55:48 - Started download thread at local time Monday, October 07, 2019 3:55:47 PM (GMT-07:00)
2019-10-07 15:55:48 - Started download thread at UTC Monday, October 07, 2019 10:55:47 PM
2019-10-07 15:55:48 - Remote client located at IP address 174.67.190.141, port 45682
2019-10-07 15:55:48 - Torrent info hash: 7ad8a2b653160d8f5a9521624bfdf71d3bc82444
2019-10-07 15:55:48 - Torrent defines 3 files
2019-10-07 15:55:48 - Total file bytes: 20475734
2019-10-07 15:55:48 - Torrent has 313 pieces
2019-10-07 15:55:48 - Piece size: 65536 bytes
2019-10-07 15:55:48 - Disabled use of suggested names because some file paths may be too long
2019-10-07 15:55:48 - File names will be numbered rather than the actual names in the torrent
2019-10-07 15:55:48 - Attempting to connect to remote client
2019-10-07 15:55:48 - Connected
2019-10-07 15:55:48 - Attempting to negotiate message stream encryption with remote client
2019-10-07 15:55:48 - Remote client rejected encryption or closed the connection
2019-10-07 15:55:48 - Attempting to connect to remote client
2019-10-07 15:55:48 - Connected
2019-10-07 15:55:48 - Sent unencrypted handshake to client
2019-10-07 15:55:48 - Remote client closed the connection
2019-10-07 15:55:48 - Going to sleep for 03m:05s
2019-10-07 15:58:53 - Attempting to connect to remote client
2019-10-07 15:58:53 - Connected
2019-10-07 15:58:53 - Sent unencrypted handshake to client
2019-10-07 15:58:53 - Remote client closed the connection
2019-10-07 15:58:53 - Going to sleep for 03m:23s
2019-10-07 16:02:16 - Attempting to connect to remote client
2019-10-07 16:02:16 - Connected
2019-10-07 16:02:16 - Sent unencrypted handshake to client
2019-10-07 16:02:16 - Remote client closed the connection
2019-10-07 16:02:16 - Going to sleep for 03m:27s
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



```
2019-10-07 16:05:43 - Attempting to connect to remote client
2019-10-07 16:05:43 - Connected
2019-10-07 16:05:43 - Sent unencrypted handshake to client
2019-10-07 16:05:43 - Remote client closed the connection
2019-10-07 16:05:43 - Remote client closed the connection 4 successive times without completing the
handshake
2019-10-07 16:05:43 - The remote client may not have the torrent
2019-10-07 16:05:43 - No pieces acknowledged by the remote client
```

## TEST02 | MOVE NCT001 TO EXTERNAL DRIVE

The second test of Section iv simulates a scenario in which the Suspect Computer completed the download of
NCT001 to the default Download's directory and upon completion subsequently moved the payload, including the
parent folder, to a non-shared directory: a Virtual Hard Disk simulating a thumb drive.

1. Executed publicly available BitTorrent software from the Suspect Computer;
2. Completely downloaded NCT001 to user's Downloads directory on the Suspect Computer;
3. Copied the payload of NCT001 to the mounted Virtual Hard Disk located at Suspect Computer\D\Storage
   Drive.vhd;

| | |
|---|---|
| Name | Storage Drive.vhd |
| File Created | 10/06/19 02:45:54 PM |
| Last Written | 10/07/19 07:39:39 AM |
| Entry Modified | 10/07/19 07:39:39 AM |
| Logical Size | 53,687,091,712 |
| Full Path | Suspect Computer\D\Storage Drive.vhd |

4. Deleted the payload from the default Downloads directory using Windows Explorer soft delete;
5. Executed and directed Torrential Downpour from the Undercover Computer to connect to 174.67.190.141
   for NCT001
6. Torrential Downpour attempted to connect to the Suspect IP Address five times but never completed a
   handshake;
7. Torrential Downpour reported the final disposition as follows:
   a. No pieces acknowledged by the remote client

| | |
|---|---|
| Name | details.txt |
| File Created | 10/07/19 04:09:49PM |
| Last Written | 10/07/19 04:19:30PM |
| Entry Modified | 10/07/19 04:19:30PM |
| Logical Size | 1,986 |
| Hash Value | 3dd4166b4a99aeaae40d314d6d476dbf |
| Full Path | Undercover Computer\D\InvestigateTD\US___174.67.190.141\2019-10-07_16-09-48_14\Logs\details.txt |

```
2019-10-07 16:09:49 - Torrential Downpour version 1.33
2019-10-07 16:09:49 - Started download thread at local time Monday, October 07, 2019 4:09:48 PM (GMT-07:00)
2019-10-07 16:09:49 - Started download thread at UTC Monday, October 07, 2019 11:09:48 PM
2019-10-07 16:09:49 - Remote client located at IP address 174.67.190.141, port 45682
2019-10-07 16:09:49 - Torrent info hash: 7ad8a2b653160d8f5a9521624bfdf71d3bc82444
2019-10-07 16:09:49 - Torrent defines 3 files
2019-10-07 16:09:49 - Total file bytes: 20475734
2019-10-07 16:09:49 - Torrent has 313 pieces
2019-10-07 16:09:49 - Piece size: 65536 bytes
2019-10-07 16:09:49 - Disabled use of suggested names because some file paths may be too long
```

| | |
|---|---|
| ORGANIZATION | DATE |
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



**LOEHRS** f o r e n s i c s

TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **64** of **148** PAGES

```
2019-10-07 16:09:49 - File names will be numbered rather than the actual names in the torrent
2019-10-07 16:09:49 - Attempting to connect to remote client
2019-10-07 16:09:49 - Connected
2019-10-07 16:09:49 - Attempting to negotiate message stream encryption with remote client
2019-10-07 16:09:49 - Remote client rejected encryption or closed the connection
2019-10-07 16:09:49 - Attempting to connect to remote client
2019-10-07 16:09:49 - Connected
2019-10-07 16:09:49 - Sent unencrypted handshake to client
2019-10-07 16:09:49 - Remote client closed the connection
2019-10-07 16:09:49 - Going to sleep for 03m:30s
2019-10-07 16:13:19 - Attempting to connect to remote client
2019-10-07 16:13:19 - Connected
2019-10-07 16:13:19 - Sent unencrypted handshake to client
2019-10-07 16:13:19 - Remote client closed the connection
2019-10-07 16:13:19 - Going to sleep for 03m:47s
2019-10-07 16:17:06 - Attempting to connect to remote client
2019-10-07 16:17:06 - Connected
2019-10-07 16:17:06 - Sent unencrypted handshake to client
2019-10-07 16:17:06 - Remote client closed the connection
2019-10-07 16:17:06 - Going to sleep for 03m:59s
2019-10-07 16:19:30 - A cancel request was detected
2019-10-07 16:19:30 - No pieces acknowledged by the remote client
```

### TEST03 | MOVE NCT001 TO ENCRYPTED DRIVE

The third test of Section iv simulates a scenario in which the Suspect Computer completed the download of NCT001 to an encrypted volume (encrypted Virtual Hard Disk simulating a thumb drive) and upon completion subsequently ejects the encrypted volume so that it is no longer accessible.

1. Executed publicly available BitTorrent software from the Suspect Computer;
2. Completely downloaded NCT001 to decrypted volume mounted on the Suspect Computer;
3. Ejected/encrypted the volume containing the payload of NCT001 located at Suspect Computer\D\Storage Drive.vhd;

| | |
|---|---|
| Name | Encrypted Storage Drive.vhd |
| File Created | 10/07/19 04:04:52PM |
| Last Written | 10/07/19 04:21:27PM |
| Entry Modified | 10/07/19 04:21:34PM |
| Logical Size | 5,368,709,632 |
| Full Path | Suspect Computer\D\Encrypted Storage Drive.vhd |

4. Executed and directed Torrential Downpour from the Undercover Computer to connect to 174.67.190.141 for NCT001
5. Torrential Downpour completed a handshake and connected to the Suspect IP Address;
6. Torrential Downpour reported the final disposition as follows:
   a. Remote client acknowledges that it has all 313 pieces
   b. Remote client acknowledges it has pieces 0-311, which encompasses all of file 0
   c. Remote client acknowledged that it has pieces 311-312, which encompasses all of file 1
   d. Remote client acknowledged that it has piece 312, which encompasses all of file 2
   e. No pieces were written

| | |
|---|---|
| Name | details.txt |
| File Created | 10/07/19 04:22:00PM |
| Last Written | 10/07/19 04:32:26PM |
| Entry Modified | 10/07/19 04:32:26PM |
| Logical Size | 6,018 |

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



# LOEHRS
# f o r e n s i c s

TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **65** of **148** PAGES

| | |
|---|---|
| Hash Value | 9f3974440c06874f9a7eebf499b6501d |
| Full Path | Undercover Computer\D\InvestigateTD\US___174.67.190.141\2019-10-07_16-21-59_15\Logs\details.txt |

```
2019-10-07 16:22:00 - Torrential Downpour version 1.33
2019-10-07 16:22:00 - Started download thread at local time Monday, October 07, 2019 4:21:59 PM (GMT-07:00)
2019-10-07 16:22:00 - Started download thread at UTC Monday, October 07, 2019 11:21:59 PM
2019-10-07 16:22:00 - Remote client located at IP address 174.67.190.141, port 45682
2019-10-07 16:22:00 - Torrent info hash: 7ad8a2b653160d8f5a9521624bfdf71d3bc82444
2019-10-07 16:22:00 - Torrent defines 3 files
2019-10-07 16:22:00 - Total file bytes: 20475734
2019-10-07 16:22:00 - Torrent has 313 pieces
2019-10-07 16:22:00 - Piece size: 65536 bytes
2019-10-07 16:22:00 - Disabled use of suggested names because some file paths may be too long
2019-10-07 16:22:00 - File names will be numbered rather than the actual names in the torrent
2019-10-07 16:22:00 - Attempting to connect to remote client
2019-10-07 16:22:00 - Connected
2019-10-07 16:22:00 - Attempting to negotiate message stream encryption with remote client
2019-10-07 16:22:00 - Encryption successfully negotiated: post-handshake messages to be sent as plain text
2019-10-07 16:22:00 - Sent encrypted handshake to client
2019-10-07 16:22:00 - Completed handshake with remote client
2019-10-07 16:22:00 - Peer id we sent to remote client: 2d4254373932302d2c99a4f715fde3a6fe09778d
2019-10-07 16:22:00 - Remote client sent us a peer id of 2d5554333535572d1db1c316eb772308cc616810 (version:
-UT355W-)
2019-10-07 16:22:00 - Remote client affirmed info hash = 7ad8a2b653160d8f5a9521624bfdf71d3bc82444
2019-10-07 16:22:00 - Remote client supports BitTorrent fast extensions
2019-10-07 16:22:00 - Remote client supports BitTorrent extended handshake
2019-10-07 16:22:00 - Sent extended handshake message
2019-10-07 16:22:00 - Sent have-none message
2019-10-07 16:22:00 - Received an extended handshake message
2019-10-07 16:22:00 - Extended handshake data from remote client: e=0, ipv4=174.67.190.141,
ipv6=2001:579:3f00:e00:ad29:41fc:3302:846f, complete_ago=1, m=<dictionary>, metadata_size=6685, p=45682,
reqq=255, upload_only=1, v=uTorrent 3.5.5, yp=18991, yourip=72.212.156.8
2019-10-07 16:22:00 - Received version in extended handshake: µTorrent 3.5.5
2019-10-07 16:22:00 - Extended handshake from remote client lists our public IP address as: 72.212.156.8
2019-10-07 16:22:00 - Extended handshake from remote client lists remote client IPv4 address as:
174.67.190.141
2019-10-07 16:22:00 - Extended handshake from remote client lists remote client IPv6 address as:
2001:579:3f00:e00:ad29:41fc:3302:846f
2019-10-07 16:22:00 - Received a have-all message
2019-10-07 16:22:00 - Remote client acknowledges that it has all 313 pieces
2019-10-07 16:22:00 - Remote client acknowledges it has pieces 0-311, which encompasses all of file 0
2019-10-07 16:22:00 - File index 0 is named "The 100 Best Business Books of All Time What They Say, Why
They Matter, and How They Can Help You.epub" in the torrent
2019-10-07 16:22:00 - Remote client acknowledges it has pieces 311-312, which encompasses all of file 1
2019-10-07 16:22:00 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-07 16:22:00 - Remote client acknowledges it has pieces 312-312, which encompasses all of file 2
2019-10-07 16:22:00 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-07 16:22:00 - Sent interested message
2019-10-07 16:22:00 - Received an unchoke message
2019-10-07 16:22:00 - Sent 255 requests for data; pieces:
311,312,303,262,163,111,283,278,298,62,224,257,83,131,24,117,242,40,113,196,14,91,188,214,251,253,112,305,1
71,57,220,0,123,189,198,177,17,25,143,280,9,80,275,106,114,58,134,165,207,259,154,92,102,208,132,60,250,85,
10,222,309,289,103,237,150
2019-10-07 16:22:00 - Connection to remote client has been closed
2019-10-07 16:22:00 - Completed session with remote client; 0 pieces were downloaded and written
2019-10-07 16:22:00 - Going to sleep for 02m:15s
2019-10-07 16:24:15 - Attempting to connect to remote client
2019-10-07 16:24:15 - Connected
2019-10-07 16:24:15 - Attempting to negotiate message stream encryption with remote client
2019-10-07 16:24:16 - Remote client rejected encryption or closed the connection
2019-10-07 16:24:16 - Going to sleep for 03m:06s
2019-10-07 16:27:22 - Attempting to connect to remote client
2019-10-07 16:27:22 - Connected
2019-10-07 16:27:22 - Attempting to negotiate message stream encryption with remote client
2019-10-07 16:27:22 - Remote client rejected encryption or closed the connection
2019-10-07 16:27:22 - Going to sleep for 03m:23s
2019-10-07 16:30:45 - Attempting to connect to remote client
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



LOEHRS forensics

TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **66** of **148** PAGES

```
2019-10-07 16:30:45 - Connected
2019-10-07 16:30:45 - Attempting to negotiate message stream encryption with remote client
2019-10-07 16:30:45 - Remote client rejected encryption or closed the connection
2019-10-07 16:30:45 - Going to sleep for 03m:36s
2019-10-07 16:32:26 - A cancel request was detected
2019-10-07 16:32:26 - Pieces acknowledged for all sessions combined: 0-312
2019-10-07 16:32:26 - Remote client acknowledged that it has 313 of 313 pieces
2019-10-07 16:32:26 - Remote client acknowledged that it has pieces 0-311, which encompasses all of file 0
2019-10-07 16:32:26 - File index 0 is named "The 100 Best Business Books of All Time What They Say, Why
They Matter, and How They Can Help You.epub" in the torrent
2019-10-07 16:32:26 - Remote client acknowledged that it has pieces 311-312, which encompasses all of file
1
2019-10-07 16:32:26 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-07 16:32:26 - Remote client acknowledged that it has piece 312, which encompasses all of file 2
2019-10-07 16:32:26 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-07 16:32:26 - Remote client indicated that it has all files, based on pieces acknowledged
2019-10-07 16:32:26 - No pieces were written
2019-10-07 16:32:26 - The download has been canceled
```

## TEST04 | MOVE NCT001 TO NON-SHARED FOLDER

The fourth test of Section iv simulates a scenario in which the Suspect Computer completed the download of NCT001 to the default Download's directory and upon completion subsequently moved the payload, including the parent folder, to an unshared directory: the root of the user's profile.

1. Executed publicly available BitTorrent software from the Suspect Computer;
2. Completely downloaded NCT001 to user's Downloads directory on the Suspect Computer;
3. Moved the payload of NCT001, including the parent folder, to the root of the user's profile located at Suspect Computer\C\Users;
4. Executed and directed Torrential Downpour from the Undercover Computer to connect to 174.67.190.141 for NCT001
5. Torrential Downpour completed a handshake and connected to the Suspect IP Address;
6. Torrential Downpour reported the final disposition as follows:
   a. Remote client acknowledges that it has all 313 pieces
   b. Remote client acknowledges it has pieces 0-311, which encompasses all of file 0
   c. Remote client acknowledged that it has pieces 311-312, which encompasses all of file 1
   d. Remote client acknowledged that it has piece 312, which encompasses all of file 2
   e. No pieces were written

| | |
|---|---|
| Name | details.txt |
| File Created | 10/08/19 09:49:50AM |
| Last Written | 10/08/19 10:00:09AM |
| Entry Modified | 10/08/19 10:00:09AM |
| Logical Size | 6,014 |
| Hash Value | 8c01a4aed7be8c43e535c4375d1a2672 |
| Full Path | Undercover Computer\D\InvestigateTD\US___174.67.190.141\2019-10-08_09-49-49_2\Logs\details.txt |

```
2019-10-08 09:49:50 - Torrential Downpour version 1.33
2019-10-08 09:49:50 - Started download thread at local time Tuesday, October 08, 2019 9:49:49 AM (GMT-
07:00)
2019-10-08 09:49:50 - Started download thread at UTC Tuesday, October 08, 2019 4:49:49 PM
2019-10-08 09:49:50 - Remote client located at IP address 174.67.190.141, port 45682
2019-10-08 09:49:50 - Torrent info hash: 7ad8a2b653160d8f5a9521624bfdf71d3bc82444
2019-10-08 09:49:50 - Torrent defines 3 files
2019-10-08 09:49:50 - Total file bytes: 20475734
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



**LOEHRS**
**f o r e n s i c s**

TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

```
2019-10-08 09:49:50 - Torrent has 313 pieces
2019-10-08 09:49:50 - Piece size: 65536 bytes
2019-10-08 09:49:50 - Disabled use of suggested names because some file paths may be too long
2019-10-08 09:49:50 - File names will be numbered rather than the actual names in the torrent
2019-10-08 09:49:50 - Attempting to connect to remote client
2019-10-08 09:49:50 - Connected
2019-10-08 09:49:50 - Attempting to negotiate message stream encryption with remote client
2019-10-08 09:49:51 - Encryption successfully negotiated: post-handshake messages to be sent as plain text
2019-10-08 09:49:51 - Sent encrypted handshake to client
2019-10-08 09:49:51 - Completed handshake with remote client
2019-10-08 09:49:51 - Peer id we sent to remote client: 2d4254373932302d8712134230f22b729d1a9b8b
2019-10-08 09:49:51 - Remote client sent us a peer id of 2d5554333535572d1db1fd44dc788277fa1ab466 (version:
-UT355W-)
2019-10-08 09:49:51 - Remote client affirmed info hash = 7ad8a2b653160d8f5a9521624bfdf71d3bc82444
2019-10-08 09:49:51 - Remote client supports BitTorrent fast extensions
2019-10-08 09:49:51 - Remote client supports BitTorrent extended handshake
2019-10-08 09:49:51 - Sent extended handshake message
2019-10-08 09:49:51 - Sent have-none message
2019-10-08 09:49:51 - Received an extended handshake message
2019-10-08 09:49:51 - Extended handshake data from remote client: e=0, ipv4=174.67.190.141,
ipv6=2001:579:3f00:e00:ad29:41fc:3302:846f, complete_ago=0, m=<dictionary>, metadata_size=6685, p=45682,
reqq=255, upload_only=1, v=µTorrent 3.5.5, yp=38568, yourip=72.212.156.8
2019-10-08 09:49:51 - Received version in extended handshake: µTorrent 3.5.5
2019-10-08 09:49:51 - Extended handshake from remote client lists our public IP address as: 72.212.156.8
2019-10-08 09:49:51 - Extended handshake from remote client lists remote client IPv4 address as:
174.67.190.141
2019-10-08 09:49:51 - Extended handshake from remote client lists remote client IPv6 address as:
2001:579:3f00:e00:ad29:41fc:3302:846f
2019-10-08 09:49:51 - Received a have-all message
2019-10-08 09:49:51 - Remote client acknowledges that it has all 313 pieces
2019-10-08 09:49:51 - Remote client acknowledges it has pieces 0-311, which encompasses all of file 0
2019-10-08 09:49:51 - File index 0 is named "The 100 Best Business Books of All Time What They Say, Why
They Matter, and How They Can Help You.epub" in the torrent
2019-10-08 09:49:51 - Remote client acknowledges it has pieces 311-312, which encompasses all of file 1
2019-10-08 09:49:51 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-08 09:49:51 - Remote client acknowledges it has pieces 312-312, which encompasses all of file 2
2019-10-08 09:49:51 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-08 09:49:51 - Sent interested message
2019-10-08 09:49:51 - Received an unchoke message
2019-10-08 09:49:51 - Sent 255 requests for data; pieces:
312,311,196,48,206,22,241,283,18,20,131,112,87,166,56,244,5,274,308,169,141,121,203,189,234,24,286,32,82,14
6,230,129,139,43,23,137,250,135,193,28,21,49,69,290,149,243,208,25,262,142,303,261,125,66,100,64,70,7,127,1
86,53,216,207,187,103
2019-10-08 09:49:51 - Connection to remote client has been closed
2019-10-08 09:49:51 - Completed session with remote client; 0 pieces were downloaded and written
2019-10-08 09:49:51 - Going to sleep for 02m:03s
2019-10-08 09:51:54 - Attempting to connect to remote client
2019-10-08 09:51:54 - Connected
2019-10-08 09:51:54 - Attempting to negotiate message stream encryption with remote client
2019-10-08 09:51:55 - Remote client rejected encryption or closed the connection
2019-10-08 09:51:55 - Going to sleep for 03m:07s
2019-10-08 09:55:02 - Attempting to connect to remote client
2019-10-08 09:55:02 - Connected
2019-10-08 09:55:02 - Attempting to negotiate message stream encryption with remote client
2019-10-08 09:55:02 - Remote client rejected encryption or closed the connection
2019-10-08 09:55:02 - Going to sleep for 03m:17s
2019-10-08 09:58:19 - Attempting to connect to remote client
2019-10-08 09:58:19 - Connected
2019-10-08 09:58:19 - Attempting to negotiate message stream encryption with remote client
2019-10-08 09:58:19 - Remote client rejected encryption or closed the connection
2019-10-08 09:58:19 - Going to sleep for 03m:44s
2019-10-08 10:00:09 - A cancel request was detected
2019-10-08 10:00:09 - Pieces acknowledged for all sessions combined: 0-312
2019-10-08 10:00:09 - Remote client acknowledged that it has 313 of 313 pieces
2019-10-08 10:00:09 - Remote client acknowledged that it has pieces 0-311, which encompasses all of file 0
2019-10-08 10:00:09 - File index 0 is named "The 100 Best Business Books of All Time What They Say, Why
They Matter, and How They Can Help You.epub" in the torrent
2019-10-08 10:00:09 - Remote client acknowledged that it has pieces 311-312, which encompasses all of file
1
2019-10-08 10:00:09 - File index 1 is named "WorldWide Torrents.png" in the torrent
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



**TESTING & ANALYSIS**

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **68** of **148** PAGES

```
2019-10-08 10:00:09 - Remote client acknowledged that it has piece 312, which encompasses all of file 2
2019-10-08 10:00:09 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-08 10:00:09 - Remote client indicated that it has all files, based on pieces acknowledged
2019-10-08 10:00:09 - No pieces were written
2019-10-08 10:00:09 - The download has been canceled
```

### TEST05 | CHANGE THE NAME OF NCT001

The fifth test of Section iv simulates a scenario in which the Suspect Computer completed the download of NCT001 to the default Download's directory and upon completion subsequently unshared the payload by changing the name of the parent folder.

1. Executed publicly available BitTorrent software from the Suspect Computer;
2. Completely downloaded NCT001 to user's Downloads directory on the Suspect Computer;
3. Changed the name of the payload of NCT001 from their original name to numeric titles, as follows;



4. Executed and directed Torrential Downpour from the Undercover Computer to connect to 174.67.190.141 for NCT001
5. Torrential Downpour attempted to connect to the Suspect IP Address five times but never completed a handshake;
6. Torrential Downpour reported the final disposition as follows:
   a. No pieces acknowledged by the remote client

| Name | details.txt |
|---|---|
| File Created | 10/08/19 10:04:18AM |
| Last Written | 10/08/19 10:14:22AM |
| Entry Modified | 10/08/19 10:14:22AM |
| Logical Size | 1,988 |
| Hash Value | 3be578d73f28c88b282d967c281828ff |
| Full Path | Undercover Computer\D\InvestigateTD\US___174.67.190.141\2019-10-08_10-04-17_3\Logs\details.txt |

```
2019-10-08 10:04:18 - Torrential Downpour version 1.33
2019-10-08 10:04:18 - Started download thread at local time Tuesday, October 08, 2019 10:04:17 AM (GMT-07:00)
2019-10-08 10:04:18 - Started download thread at UTC Tuesday, October 08, 2019 5:04:17 PM
2019-10-08 10:04:18 - Remote client located at IP address 174.67.190.141, port 45682
2019-10-08 10:04:18 - Torrent info hash: 7ad8a2b653160d8f5a9521624bfdf71d3bc82444
2019-10-08 10:04:18 - Torrent defines 3 files
2019-10-08 10:04:18 - Total file bytes: 20475734
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



**TESTING & ANALYSIS**

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **69** of **148** PAGES

```
2019-10-08 10:04:18 - Torrent has 313 pieces
2019-10-08 10:04:18 - Piece size: 65536 bytes
2019-10-08 10:04:18 - Disabled use of suggested names because some file paths may be too long
2019-10-08 10:04:18 - File names will be numbered rather than the actual names in the torrent
2019-10-08 10:04:18 - Attempting to connect to remote client
2019-10-08 10:04:18 - Connected
2019-10-08 10:04:18 - Attempting to negotiate message stream encryption with remote client
2019-10-08 10:04:18 - Remote client rejected encryption or closed the connection
2019-10-08 10:04:18 - Attempting to connect to remote client
2019-10-08 10:04:18 - Connected
2019-10-08 10:04:18 - Sent unencrypted handshake to client
2019-10-08 10:04:18 - Remote client closed the connection
2019-10-08 10:04:18 - Going to sleep for 03m:20s
2019-10-08 10:07:38 - Attempting to connect to remote client
2019-10-08 10:07:38 - Connected
2019-10-08 10:07:38 - Sent unencrypted handshake to client
2019-10-08 10:07:38 - Remote client closed the connection
2019-10-08 10:07:38 - Going to sleep for 03m:38s
2019-10-08 10:11:16 - Attempting to connect to remote client
2019-10-08 10:11:16 - Connected
2019-10-08 10:11:16 - Sent unencrypted handshake to client
2019-10-08 10:11:16 - Remote client closed the connection
2019-10-08 10:11:16 - Going to sleep for 03m:38s
2019-10-08 10:14:22 - A cancel request was detected
2019-10-08 10:14:22 - No pieces acknowledged by the remote client
```

## TEST06 | RESTRICT ALL UPLOADS

The sixth test of Section iv simulates a scenario in which the Suspect Computer completed the download of NCT001 to the default Download's directory and upon completion subsequently unshared the payload by restricting uploads within uTorrent to the minimum rate.

1.  Executed publicly available BitTorrent software from the Suspect Computer;
2.  Completely downloaded NCT001 to user's Downloads directory on the Suspect Computer;
3.  Within uTorrent, set the following parameters limiting my uploads:
    a.  "Upload Rate" to maximum of 1KB per second and 0 upload slots per torrent;

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS



b.  Enable Transfer Cap to 1MB uploads per month





| | |
|---|---|
| **TESTING & ANALYSIS** | UNITED STATES v. ANTHONY GONZALES<br>CR17-01311-001-PHX |
| | PAGE **71** of **148** PAGES |

4.  Executed and directed Torrential Downpour from the Undercover Computer to connect to 174.67.190.141 for NCT001

5.  Torrential Downpour attempted to connect to the Suspect IP Address five times but never completed a handshake;

6.  Torrential Downpour reported the final disposition as follows; however, it should be noted the payload of this torrent was still unshared from TEST005 due to the unshared file names and was an error made during the testing process:

    a.  No pieces acknowledged by the remote client

| | |
|---|---|
| Name | details.txt |
| File Created | 10/08/19 10:18:45AM |
| Last Written | 10/08/19 10:29:25AM |
| Entry Modified | 10/08/19 10:29:25AM |
| Logical Size | 2,326 |
| Hash Value | 5a69fde5e3911e3ff8ee164624e218f8 |
| Full Path | Undercover Computer\D\InvestigateTD\US___174.67.190.141\2019-10-08_10-18-44_4\Logs\details.txt |

```
2019-10-08 10:18:45 - Torrential Downpour version 1.33
2019-10-08 10:18:45 - Started download thread at local time Tuesday, October 08, 2019 10:18:44 AM (GMT-
07:00)
2019-10-08 10:18:45 - Started download thread at UTC Tuesday, October 08, 2019 5:18:44 PM
2019-10-08 10:18:45 - Remote client located at IP address 174.67.190.141, port 45682
2019-10-08 10:18:45 - Torrent info hash: 7ad8a2b653160d8f5a9521624bfdf71d3bc82444
2019-10-08 10:18:45 - Torrent defines 3 files
2019-10-08 10:18:45 - Total file bytes: 20475734
2019-10-08 10:18:45 - Torrent has 313 pieces
2019-10-08 10:18:45 - Piece size: 65536 bytes
2019-10-08 10:18:45 - Disabled use of suggested names because some file paths may be too long
2019-10-08 10:18:45 - File names will be numbered rather than the actual names in the torrent
2019-10-08 10:18:45 - Attempting to connect to remote client
2019-10-08 10:18:45 - Connected
2019-10-08 10:18:45 - Attempting to negotiate message stream encryption with remote client
2019-10-08 10:18:45 - Remote client rejected encryption or closed the connection
2019-10-08 10:18:45 - Attempting to connect to remote client
2019-10-08 10:18:45 - Connected
2019-10-08 10:18:45 - Sent unencrypted handshake to client
2019-10-08 10:18:45 - Remote client closed the connection
2019-10-08 10:18:45 - Going to sleep for 03m:15s
2019-10-08 10:22:00 - Attempting to connect to remote client
2019-10-08 10:22:00 - Connected
2019-10-08 10:22:00 - Sent unencrypted handshake to client
2019-10-08 10:22:00 - Remote client closed the connection
2019-10-08 10:22:00 - Going to sleep for 03m:28s
2019-10-08 10:25:28 - Attempting to connect to remote client
2019-10-08 10:25:28 - Connected
2019-10-08 10:25:28 - Sent unencrypted handshake to client
2019-10-08 10:25:28 - Remote client closed the connection
2019-10-08 10:25:28 - Going to sleep for 03m:57s
2019-10-08 10:29:25 - Attempting to connect to remote client
2019-10-08 10:29:25 - Connected
2019-10-08 10:29:25 - Sent unencrypted handshake to client
2019-10-08 10:29:25 - Remote client closed the connection
2019-10-08 10:29:25 - Remote client closed the connection 4 successive times without completing the
handshake
2019-10-08 10:29:25 - The remote client may not have the torrent
2019-10-08 10:29:25 - No pieces acknowledged by the remote client
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



## TEST07 | MOVE NCT001 TO UN-SHARED SUBFOLDER

The seventh test of Section iv simulates a scenario in which the Suspect Computer completed the download of NCT001 to the default Download's directory and upon completion subsequently moved the payload, including the parent folder, to an unshared directory: a subfolder of the user's Downloads directory.

1. Executed publicly available BitTorrent software from the Suspect Computer;
2. Completely downloaded NCT001 to user's Downloads directory on the Suspect Computer;
3. Moved the payload of NCT001, including the parent folder, to a subfolder of the user's Downloads directory located at Suspect Computer\C\Users\User\Downloads\New Folder;
4. Executed and directed Torrential Downpour from the Undercover Computer to connect to 174.67.190.141 for NCT001
5. Torrential Downpour completed a handshake and connected to the Suspect IP Address;
6. Torrential Downpour reported the final disposition as follows:
   a. Remote client acknowledges that it has all 313 pieces
   b. Remote client acknowledges it has pieces 0-311, which encompasses all of file 0
   c. Remote client acknowledged that it has pieces 311-312, which encompasses all of file 1
   d. Remote client acknowledged that it has piece 312, which encompasses all of file 2
   e. No pieces were written

| | |
|---|---|
| Name | details.txt |
| File Created | 10/08/19 10:31:28AM |
| Last Written | 10/08/19 10:41:46AM |
| Entry Modified | 10/08/19 10:41:46AM |
| Logical Size | 6,019 |
| Hash Value | 9d46747f1514ce2bfdd3c6c0c1e581e8 |
| Full Path | Undercover Computer\D\InvestigateTD\US___174.67.190.141\2019-10-08_10-31-27_5\Logs\details.txt |

```
2019-10-08 10:31:28 - Torrential Downpour version 1.33
2019-10-08 10:31:28 - Started download thread at local time Tuesday, October 08, 2019 10:31:27 AM (GMT-
07:00)
2019-10-08 10:31:28 - Started download thread at UTC Tuesday, October 08, 2019 5:31:27 PM
2019-10-08 10:31:28 - Remote client located at IP address 174.67.190.141, port 45682
2019-10-08 10:31:28 - Torrent info hash: 7ad8a2b653160d8f5a9521624bfdf71d3bc82444
2019-10-08 10:31:28 - Torrent defines 3 files
2019-10-08 10:31:28 - Total file bytes: 20475734
2019-10-08 10:31:28 - Torrent has 313 pieces
2019-10-08 10:31:28 - Piece size: 65536 bytes
2019-10-08 10:31:28 - Disabled use of suggested names because some file paths may be too long
2019-10-08 10:31:28 - File names will be numbered rather than the actual names in the torrent
2019-10-08 10:31:28 - Attempting to connect to remote client
2019-10-08 10:31:28 - Connected
2019-10-08 10:31:28 - Attempting to negotiate message stream encryption with remote client
2019-10-08 10:31:28 - Encryption successfully negotiated: post-handshake messages to be sent as plain text
2019-10-08 10:31:28 - Sent encrypted handshake to client
2019-10-08 10:31:28 - Completed handshake with remote client
2019-10-08 10:31:28 - Peer id we sent to remote client: 2d4254373932302d9945faace251ace9eaef1131
2019-10-08 10:31:28 - Remote client sent us a peer id of 2d5554333535572d1db12978380abc82a39de8d8 (version:
-UT355W-)
2019-10-08 10:31:28 - Remote client affirmed info hash = 7ad8a2b653160d8f5a9521624bfdf71d3bc82444
2019-10-08 10:31:28 - Remote client supports BitTorrent fast extensions
2019-10-08 10:31:28 - Remote client supports BitTorrent extended handshake
2019-10-08 10:31:28 - Sent extended handshake message
2019-10-08 10:31:28 - Sent have-none message
2019-10-08 10:31:28 - Received an extended handshake message
2019-10-08 10:31:28 - Extended handshake data from remote client: e=0, ipv4=174.67.190.141,
ipv6=2001:579:3f00:e00:ad29:41fc:3302:846f, complete_ago=1, m=<dictionary>, metadata_size=6685, p=45682,
reqq=255, upload_only=1, v=µTorrent 3.5.5, yp=28009, yourip=72.212.156.8
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



**TESTING & ANALYSIS**

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **73** of **148** PAGES

```
2019-10-08 10:31:28 - Received version in extended handshake: µTorrent 3.5.5
2019-10-08 10:31:28 - Extended handshake from remote client lists our public IP address as: 72.212.156.8
2019-10-08 10:31:28 - Extended handshake from remote client lists remote client IPv4 address as:
174.67.190.141
2019-10-08 10:31:28 - Extended handshake from remote client lists remote client IPv6 address as:
2001:579:3f00:e00:ad29:41fc:3302:846f
2019-10-08 10:31:28 - Received a have-all message
2019-10-08 10:31:28 - Remote client acknowledges that it has all 313 pieces
2019-10-08 10:31:28 - Remote client acknowledges it has pieces 0-311, which encompasses all of file 0
2019-10-08 10:31:28 - File index 0 is named "The 100 Best Business Books of All Time What They Say, Why
They Matter, and How They Can Help You.epub" in the torrent
2019-10-08 10:31:28 - Remote client acknowledges it has pieces 311-312, which encompasses all of file 1
2019-10-08 10:31:28 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-08 10:31:28 - Remote client acknowledges it has pieces 312-312, which encompasses all of file 2
2019-10-08 10:31:28 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-08 10:31:28 - Sent interested message
2019-10-08 10:31:29 - Received an unchoke message
2019-10-08 10:31:29 - Sent 255 requests for data; pieces:
312,311,253,108,183,184,199,243,124,252,33,45,144,72,262,73,91,32,136,130,49,286,34,196,105,47,272,265,256,
31,98,168,261,305,128,226,26,102,66,101,119,254,141,204,165,274,225,306,56,275,2,296,218,145,107,308,147,58
,4,138,223,242,298,88,157
2019-10-08 10:31:29 - Connection to remote client has been closed
2019-10-08 10:31:29 - Completed session with remote client; 0 pieces were downloaded and written
2019-10-08 10:31:29 - Going to sleep for 02m:19s
2019-10-08 10:33:48 - Attempting to connect to remote client
2019-10-08 10:33:48 - Connected
2019-10-08 10:33:48 - Attempting to negotiate message stream encryption with remote client
2019-10-08 10:33:48 - Remote client rejected encryption or closed the connection
2019-10-08 10:33:48 - Going to sleep for 03m:03s
2019-10-08 10:36:51 - Attempting to connect to remote client
2019-10-08 10:36:51 - Connected
2019-10-08 10:36:51 - Attempting to negotiate message stream encryption with remote client
2019-10-08 10:36:51 - Remote client rejected encryption or closed the connection
2019-10-08 10:36:51 - Going to sleep for 03m:18s
2019-10-08 10:40:09 - Attempting to connect to remote client
2019-10-08 10:40:09 - Connected
2019-10-08 10:40:09 - Attempting to negotiate message stream encryption with remote client
2019-10-08 10:40:09 - Remote client rejected encryption or closed the connection
2019-10-08 10:40:09 - Going to sleep for 03m:39s
2019-10-08 10:41:46 - A cancel request was detected
2019-10-08 10:41:46 - Pieces acknowledged for all sessions combined: 0-312
2019-10-08 10:41:46 - Remote client acknowledged that it has 313 of 313 pieces
2019-10-08 10:41:46 - Remote client acknowledged that it has pieces 0-311, which encompasses all of file 0
2019-10-08 10:41:46 - File index 0 is named "The 100 Best Business Books of All Time What They Say, Why
They Matter, and How They Can Help You.epub" in the torrent
2019-10-08 10:41:46 - Remote client acknowledged that it has pieces 311-312, which encompasses all of file
1
2019-10-08 10:41:46 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-08 10:41:46 - Remote client acknowledged that it has piece 312, which encompasses all of file 2
2019-10-08 10:41:46 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-08 10:41:46 - Remote client indicated that it has all files, based on pieces acknowledged
2019-10-08 10:41:46 - No pieces were written
2019-10-08 10:41:46 - The download has been canceled
```

## TEST08 | DOWNLOAD NCT001 DIRECTLY TO EXTERNAL DRIVE

The eighth test of Section iv simulates a scenario in which the Suspect Computer completed the download of
NCT001 to a Virtual Hard Disk simulating a thumb drive and upon completion subsequently ejected the virtual hard
disk.

1. Executed publicly available BitTorrent software from the Suspect Computer;
2. Completely downloaded NCT001 to the mounted Virtual Hard Disk located at Suspect Computer\D\Storage
   Drive.vhd on the Suspect Computer;

Name          Storage Drive.vhd

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

TESTING & ANALYSIS

PAGE **74** of **148** PAGES

| | |
|---|---|
| File Created | 10/06/19 02:45:54 PM |
| Last Written | 10/07/19 07:39:39 AM |
| Entry Modified | 10/07/19 07:39:39 AM |
| Logical Size | 53,687,091,712 |
| Full Path | Suspect Computer\D\Storage Drive.vhd |

3. Ejected the volume representing the Storage Drive.vhd so that it is no longer accessible;
4. Executed and directed Torrential Downpour from the Undercover Computer to connect to 174.67.190.141 for NCT001
5. Torrential Downpour attempted to connect to the Suspect IP Address five times but never completed a handshake;
6. Torrential Downpour completed a handshake and connected to the Suspect IP Address;
7. Torrential Downpour reported the final disposition as follows:
   a. Remote client acknowledged that it has 313 of 313 pieces
   b. Remote client acknowledges it has pieces 0-311, which encompasses all of file 0
   c. Remote client acknowledged that it has pieces 311-312, which encompasses all of file 1
   d. Remote client acknowledged that it has piece 312, which encompasses all of file 2
   e. No pieces were written

| | |
|---|---|
| Name | details.txt |
| File Created | 10/08/19 10:44:44AM |
| Last Written | 10/08/19 10:55:19AM |
| Entry Modified | 10/08/19 10:55:19AM |
| Logical Size | 6,022 |
| Hash Value | 744ff65ee288e46561cd2c337db25c62 |
| Full Path | Undercover Computer\D\InvestigateTD\ US___174.67.190.141\2019-10-08_10-44-43_6\Logs\details.txt |

```
2019-10-08 10:44:44 - Torrential Downpour version 1.33
2019-10-08 10:44:44 - Started download thread at local time Tuesday, October 08, 2019 10:44:43 AM (GMT-07:00)
2019-10-08 10:44:44 - Started download thread at UTC Tuesday, October 08, 2019 5:44:43 PM
2019-10-08 10:44:44 - Remote client located at IP address 174.67.190.141, port 45682
2019-10-08 10:44:44 - Torrent info hash: 7ad8a2b653160d8f5a9521624bfdf71d3bc82444
2019-10-08 10:44:44 - Torrent defines 3 files
2019-10-08 10:44:44 - Total file bytes: 20475734
2019-10-08 10:44:44 - Torrent has 313 pieces
2019-10-08 10:44:44 - Piece size: 65536 bytes
2019-10-08 10:44:44 - Disabled use of suggested names because some file paths may be too long
2019-10-08 10:44:44 - File names will be numbered rather than the actual names in the torrent
2019-10-08 10:44:44 - Attempting to connect to remote client
2019-10-08 10:44:44 - Connected
2019-10-08 10:44:44 - Attempting to negotiate message stream encryption with remote client
2019-10-08 10:44:45 - Encryption successfully negotiated: post-handshake messages to be sent as plain text
2019-10-08 10:44:45 - Sent encrypted handshake to client
2019-10-08 10:44:45 - Completed handshake with remote client
2019-10-08 10:44:45 - Peer id we sent to remote client: 2d4254373932302dc4247104f4565292c75bd2a6
2019-10-08 10:44:45 - Remote client sent us a peer id of 2d5554333535572d1db1adadb5712e13674e0996 (version: -UT355W-)
2019-10-08 10:44:45 - Remote client affirmed info hash = 7ad8a2b653160d8f5a9521624bfdf71d3bc82444
2019-10-08 10:44:45 - Remote client supports BitTorrent fast extensions
2019-10-08 10:44:45 - Remote client supports BitTorrent extended handshake
2019-10-08 10:44:45 - Sent extended handshake message
2019-10-08 10:44:45 - Sent have-none message
2019-10-08 10:44:45 - Received an extended handshake message
2019-10-08 10:44:45 - Extended handshake data from remote client: e=0, ipv4=174.67.190.141,
ipv6=2001:579:3f00:e00:ad29:41fc:3302:846f, complete_ago=1, m=<dictionary>, metadata_size=6685, p=45682,
reqq=255, upload_only=1, v=µTorrent 3.5.5, yp=47239, yourip=72.212.156.8
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

TESTING & ANALYSIS

PAGE **75** of **148** PAGES

```
2019-10-08 10:44:45 - Received version in extended handshake: µTorrent 3.5.5
2019-10-08 10:44:45 - Extended handshake from remote client lists our public IP address as: 72.212.156.8
2019-10-08 10:44:45 - Extended handshake from remote client lists remote client IPv4 address as:
174.67.190.141
2019-10-08 10:44:45 - Extended handshake from remote client lists remote client IPv6 address as:
2001:579:3f00:e00:ad29:41fc:3302:846f
2019-10-08 10:44:45 - Received a have-all message
2019-10-08 10:44:45 - Remote client acknowledges that it has all 313 pieces
2019-10-08 10:44:45 - Remote client acknowledges it has pieces 0-311, which encompasses all of file 0
2019-10-08 10:44:45 - File index 0 is named "The 100 Best Business Books of All Time What They Say, Why
They Matter, and How They Can Help You.epub" in the torrent
2019-10-08 10:44:45 - Remote client acknowledges it has pieces 311-312, which encompasses all of file 1
2019-10-08 10:44:45 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-08 10:44:45 - Remote client acknowledges it has pieces 312-312, which encompasses all of file 2
2019-10-08 10:44:45 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-08 10:44:45 - Sent interested message
2019-10-08 10:44:45 - Received an unchoke message
2019-10-08 10:44:45 - Sent 255 requests for data; pieces:
312,311,199,275,57,162,278,184,301,75,111,41,18,186,79,116,13,125,270,58,81,54,188,139,149,142,214,282,14,2
68,224,290,287,155,119,135,273,218,80,169,185,266,175,276,51,193,237,179,166,216,118,72,144,19,127,96,292,6
0,126,231,260,308,168,29,161
2019-10-08 10:44:45 - Connection to remote client has been closed
2019-10-08 10:44:45 - Completed session with remote client; 0 pieces were downloaded and written
2019-10-08 10:44:45 - Going to sleep for 02m:10s
2019-10-08 10:46:55 - Attempting to connect to remote client
2019-10-08 10:46:55 - Connected
2019-10-08 10:46:55 - Attempting to negotiate message stream encryption with remote client
2019-10-08 10:46:55 - Remote client rejected encryption or closed the connection
2019-10-08 10:46:55 - Going to sleep for 03m:01s
2019-10-08 10:49:56 - Attempting to connect to remote client
2019-10-08 10:49:56 - Connected
2019-10-08 10:49:56 - Attempting to negotiate message stream encryption with remote client
2019-10-08 10:49:57 - Remote client rejected encryption or closed the connection
2019-10-08 10:49:57 - Going to sleep for 03m:16s
2019-10-08 10:53:13 - Attempting to connect to remote client
2019-10-08 10:53:13 - Connected
2019-10-08 10:53:13 - Attempting to negotiate message stream encryption with remote client
2019-10-08 10:53:13 - Remote client rejected encryption or closed the connection
2019-10-08 10:53:13 - Going to sleep for 03m:27s
2019-10-08 10:55:19 - A cancel request was detected
2019-10-08 10:55:19 - Pieces acknowledged for all sessions combined: 0-312
2019-10-08 10:55:19 - Remote client acknowledged that it has 313 of 313 pieces
2019-10-08 10:55:19 - Remote client acknowledged that it has pieces 0-311, which encompasses all of file 0
2019-10-08 10:55:19 - File index 0 is named "The 100 Best Business Books of All Time What They Say, Why
They Matter, and How They Can Help You.epub" in the torrent
2019-10-08 10:55:19 - Remote client acknowledged that it has pieces 311-312, which encompasses all of file
1
2019-10-08 10:55:19 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-08 10:55:19 - Remote client acknowledged that it has piece 312, which encompasses all of file 2
2019-10-08 10:55:19 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-08 10:55:19 - Remote client indicated that it has all files, based on pieces acknowledged
2019-10-08 10:55:19 - No pieces were written
2019-10-08 10:55:19 - The download has been canceled
```

**TEST09 | NOT DONE**

**TEST10 | NOT DONE**

**v. NON-INVESTIGATIVE TORRENTS**
Pursuant to Section III(i)(a)(5), the fifth test simulates a scenario in which the Suspect Computer contains torrents
and associated data for content that has not been flagged by ICAC as containing data of investigative interest. The
steps to be followed are as follows:

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



1. Ensure the Suspect Computer is void of any torrents or torrent data of investigative interest;
2. Execute and run the publicly available BitTorrent software from the Suspect Computer;
3. Begin downloading at least one *non-contraband* torrent, one that is not of investigative interest, and allow torrent download to complete;
4. Execute and run Torrential Downpour from the Undercover Computer;
5. Allow the Suspect Computer and Undercover Computer to run for at least 10 minutes and/or until at least one attempted connection is made; and
6. Search the ICAC COPS database for any investigative hits on the Suspect IP Addresses and determine if Torrential Downpour attempts to connect with the Suspect IP to download data.

According to the August 27, 2019 order filed by Senior United States District Judge David Campbell, this test was determined to be unnecessary and immaterial for the purpose of Defendant's Motion to Compel. Therefore, this test was not conducted.


## vi. FILES OF INTEREST

Pursuant to Section III(i)(b)(1), the sixth test determines the accuracy of Torrential Downpour limiting investigations solely to torrents suspected of containing child pornography. This test relies upon using the native list of Files of Interest relied upon by law enforcement in everyday undercover BitTorrent investigations as well as adding unique non-contraband torrents as files of interest. The steps to be followed are as follows:

1. Ensure the Suspect Computer is void of any torrents or torrent data of investigative interest;
2. Execute and run the publicly available BitTorrent software from the Suspect Computer;
3. Initiate a download of at least one *non-contraband* torrent, one that is not of investigative interest;
4. Execute and run Torrential Downpour from the Undercover Computer;
5. Continue downloading the *non-contraband* torrent and initiate a download of at least one non-contraband torrent that has been manually identified, for the purpose of this test, as a file of investigative interest;
6. Allow the Suspect Computer and Undercover Computer to run for at least 10 minutes and/or until at least one attempted connection is made; and
7. Search the ICAC COPS database for any investigative hits on the Suspect IP Addresses and determine if Torrential Downpour attempts to connect with the Suspect IP to download data.

According to the August 27, 2019 order filed by Senior United States District Judge David Campbell, this test was determined to be unnecessary and immaterial for the purpose of Defendant's Motion to Compel. Therefore, this test was not conducted.


## vii. SINGLE SOURCE DOWNLOAD

Pursuant to Section III(i)(b)(2), the seventh test determines the accuracy of Torrential Downpour limiting downloads to a sole IP address against the BitTorrent protocol. The steps to be followed are as follows:

1. Execute and run the publicly available BitTorrent software from the Suspect Computer;
2. Initiate the download of at least one non-contraband torrent of interest;
3. Execute and run Torrential Downpour from the Undercover Computer;
4. Pause all torrent downloads before the download process completes;
5. Allow the Suspect Computer and Undercover Computer to run for at least 10 minutes and/or until a connection is made; and

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **77** of **148** PAGES

6.   Review all packet captures between the Undercover Computer regarding the connection with the Suspect Computer for the identified torrent to determine if all data originates from the Suspect IP Address.

This test consisting of the above listed steps was executed 12 times due to two unsuccessful connections. All tests are detailed below:

**TEST01 | NCT001**
Torrential Downpour was directed to download NCT001 from the Suspect IP address. A successful download was completed.

**Suspect Computer**
The Suspect Computer reported 489 TCP conversations and 546 UDP conversations total. The following TCP conversation occurred between the Suspect Computer (174.67.190.141) and the Undercover Computer (72.212.156.8).

| Address A | Port A | Address B | Port B | Packets A → B | Bytes A → B | Packets B → A | Bytes B → A |
|---|---|---|---|---|---|---|---|
| 174.67.190.141 | 45682 | 72.212.156.8 | 18373 | 7368 | 21292972 | 7763 | 507888 |

**Undercover Computer**
The Undercover Computer reported one TCP conversation was captured which was between the Undercover Computer's local IP address (172.16.3.5) and the Suspect Computer (174.67.190.141).

| Address A | Port A | Address B | Port B | Packets A → B | Bytes A → B | Packets B → A | Bytes B → A |
|---|---|---|---|---|---|---|---|
| 172.16.3.5 | 49339 | 174.67.190.141 | 45682 | 7757 | 469332 | 14133 | 21325158 |

**TEST02 | NCT003**
Torrential Downpour was directed to download NCT003 from the Suspect IP address. A successful download was completed.

**Suspect Computer**
The Suspect Computer reported 187 TCP conversations and 227 UDP conversations total. The following TCP conversation occurred between the Suspect Computer (174.67.190.141) and the Undercover Computer (72.212.156.8).

| Address A | Port A | Address B | Port B | Packets A → B | Bytes A → B | Packets B → A | Bytes B → A |
|---|---|---|---|---|---|---|---|
| 174.67.190.141 | 45682 | 72.212.156.8 | 20247 | 435 | 1299277 | 521 | 36717 |

**Undercover Computer**
The Undercover Computer reported one TCP conversation was captured which was between the Undercover Computer's local IP address (172.16.3.5) and the Suspect Computer (174.67.190.141).

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **78** of **148** PAGES

| Address A | Port A | Address B | Port B | Packets A → B | Bytes A → B | Packets B → A | Bytes B → A |
|---|---|---|---|---|---|---|---|
| 172.16.3.5 | 49341 | 174.67.190.141 | 45682 | 521 | 34665 | 857 | 1258636 |

### TEST03 |NCT004
Torrential Downpour was directed to download NCT004 from the Suspect IP address. A successful download was completed.

#### Suspect Computer
The Suspect Computer reported 53 TCP conversations and 111 UDP conversations total. The following TCP conversation occurred between the Suspect Computer (174.67.190.141) and the Undercover Computer (72.212.156.8).

| Address A | Port A | Address B | Port B | Packets A → B | Bytes A → B | Packets B → A | Bytes B → A |
|---|---|---|---|---|---|---|---|
| 174.67.190.141 | 45682 | 72.212.156.8 | 37588 | 1,545 | 4612566 | 1,758 | 119161 |

#### Undercover Computer
The Undercover Computer reported one TCP conversation was captured which was between the Undercover Computer's local IP address (172.16.3.5) and the Suspect Computer (174.67.190.141).

| Address A | Port A | Address B | Port B | Packets A → B | Bytes A → B | Packets B → A | Bytes B → A |
|---|---|---|---|---|---|---|---|
| 172.16.3.5 | 49343 | 174.67.190.141 | 45682 | 1760 | 111631 | 3033 | 4553007 |

### TEST04 | NCT013
Torrential Downpour was directed to download NCT013 from the Suspect IP address. During this test, the first attempted connection was unsuccessful but the second connection completed and the data was successfully downloaded.

#### Suspect Computer
The Suspect Computer reported 4708 TCP conversations and 3755 UDP conversations total. The following seven TCP conversations occurred chronologically between the Suspect Computer (174.67.190.141) and the Undercover Computer (72.212.156.8).

| Address A | Port A | Address B | Port B | Packets A → B | Bytes A → B | Packets B → A | Bytes B → A |
|---|---|---|---|---|---|---|---|
| 174.67.190.141 | 45682 | 72.212.156.8 | 29555 | 6 | 440 | 7 | 762 |
| 174.67.190.141 | 45682 | 72.212.156.8 | 34377 | 3 | 174 | 5 | 368 |
| 174.67.190.141 | 45682 | 72.212.156.8 | 19223 | 3 | 174 | 5 | 368 |
| 174.67.190.141 | 45682 | 72.212.156.8 | 22856 | 3 | 174 | 5 | 368 |
| 72.212.156.8 | 53652 | 174.67.190.141 | 45682 | 6 | 1013 | 5 | 501 |
| 174.67.190.141 | 45682 | 72.212.156.8 | 2998 | 3 | 174 | 5 | 368 |
| 72.212.156.8 | 53328 | 174.67.190.141 | 45682 | 15270 | 988783 | 14568 | 42614895 |

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **79** of **148** PAGES

## Undercover Computer

The Undercover Computer reported the following 7 TCP conversations and 3 UDP conversations. All seven TCP conversations occurred chronologically between the Suspect Computer (174.67.190.141) and the Undercover Computer's local IP address (172.16.3.5).

| Address A | Port A | Address B | Port B | Packets A → B | Bytes A → B | Packets B → A | Bytes B → A |
|---|---|---|---|---|---|---|---|
| 172.16.3.5 | 49345 | 174.67.190.141 | 45682 | 7 | 738 | 6 | 458 |
| 172.16.3.5 | 49346 | 174.67.190.141 | 45682 | 5 | 350 | 3 | 186 |
| 172.16.3.5 | 49347 | 174.67.190.141 | 45682 | 5 | 350 | 3 | 186 |
| 172.16.3.5 | 49348 | 174.67.190.141 | 45682 | 5 | 350 | 3 | 186 |
| 172.16.3.5 | 49351 | 174.67.190.141 | 45682 | 6 | 995 | 5 | 513 |
| 172.16.3.5 | 49352 | 174.67.190.141 | 45682 | 5 | 350 | 3 | 186 |
| 172.16.3.5 | 55027 | 68.105.28.16 | 53 | 1 | 85 | 1 | 140 |
| 172.16.3.5 | 52991 | 68.105.28.16 | 53 | 1 | 85 | 1 | 140 |
| ff02::1:2 | 547 | fe80::38cd:de7d:cf5d:7806 | 546 | 0 | 0 | 21 | 3150 |
| 172.16.3.5 | 49353 | 174.67.190.141 | 45682 | 27579 | 1637687 | 51233 | 77356057 |

## TEST05 | NCT014

Torrential Downpour was directed to download NCT014 from the Suspect IP address. During this test, two attempts were made to connect the Suspect Computer (174.67.190.141) and the Undercover Computer (72.212.156.8) but both were unsuccessful.

## Suspect Computer

The Suspect Computer reported 5416 TCP conversations and 3285 UDP conversations total. The following seven TCP conversations occurred chronologically between the Suspect Computer (174.67.190.141) and the Undercover Computer (72.212.156.8).

| Address A | Port A | Address B | Port B | Packets A → B | Bytes A → B | Packets B → A | Bytes B → A |
|---|---|---|---|---|---|---|---|
| 174.67.190.141 | 45682 | 72.212.156.8 | 30500 | 0 | 0 | 3 | 198 |
| 174.67.190.141 | 45682 | 72.212.156.8 | 39077 | 5 | 768 | 7 | 977 |
| 174.67.190.141 | 45682 | 72.212.156.8 | 44559 | 0 | 0 | 3 | 198 |
| 174.67.190.141 | 45682 | 72.212.156.8 | 34740 | 0 | 0 | 3 | 198 |
| 174.67.190.141 | 45682 | 72.212.156.8 | 36030 | 0 | 0 | 3 | 198 |
| 72.212.156.8 | 56115 | 174.67.190.141 | 45682 | 0 | 0 | 3 | 198 |
| 72.212.156.8 | 51698 | 174.67.190.141 | 45682 | 0 | 0 | 3 | 198 |

## Undercover Computer

The Undercover Computer reported the following 7 TCP conversations and 2 UDP conversations. All seven TCP conversations occurred chronologically between the Suspect Computer (174.67.190.141) and the Undercover Computer's local IP address (172.16.3.5)

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **80** of **148** PAGES

| Address A | Port A | Address B | Port B | Packets A → B | Bytes A → B | Packets B → A | Bytes B → A |
|---|---|---|---|---|---|---|---|
| 172.16.3.5 | 49356 | 174.67.190.141 | 45682 | 6 | 902 | 5 | 487 |
| 172.16.3.5 | 49357 | 174.67.190.141 | 45682 | 5 | 350 | 3 | 186 |
| 172.16.3.5 | 49358 | 174.67.190.141 | 45682 | 5 | 350 | 3 | 186 |
| 172.16.3.5 | 49359 | 174.67.190.141 | 45682 | 5 | 350 | 3 | 186 |
| 172.16.3.5 | 49362 | 174.67.190.141 | 45682 | 7 | 651 | 5 | 417 |
| 172.16.3.5 | 49363 | 174.67.190.141 | 45682 | 5 | 350 | 3 | 186 |
| 172.16.3.5 | 49364 | 174.67.190.141 | 45682 | 5 | 350 | 3 | 186 |
| 172.16.3.5 | 137 | 172.16.3.15 | 137 | 3 | 276 | 0 | 0 |
| ff02::1:2 | 547 | fe80::38cd:de7d:cf5d:7806 | 546 | 0 | 0 | 7 | 1050 |

**TEST06 | NCT012**
Torrential Downpour was directed to download NCT012 from the Suspect IP address. A successful download was completed.

**Suspect Computer**
The Suspect Computer reported 183 TCP conversations and 278 UDP conversations total. The following TCP conversation occurred between the Suspect Computer (174.67.190.141) and the Undercover Computer (72.212.156.8).

| Address A | Port A | Address B | Port B | Packets A → B | Bytes A → B | Packets B → A | Bytes B → A |
|---|---|---|---|---|---|---|---|
| 174.67.190.141 | 45682 | 72.212.156.8 | 13655 | 8918 | 25925616 | 9516 | 621460 |

**Undercover Computer**
The Undercover Computer reported the following 1 TCP conversation and 2 UDP conversations. The only TCP conversation occurred between the Suspect Computer (174.67.190.141) and the Undercover Computer's local IP address (172.16.3.5).

| Address A | Port A | Address B | Port B | Packets A → B | Bytes A → B | Packets B → A | Bytes B → A |
|---|---|---|---|---|---|---|---|
| 172.16.3.5 | 49369 | 174.67.190.141 | 45682 | 9520 | 574762 | 17350 | 26216008 |
| 172.16.3.5 | 63450 | 68.105.28.16 | 53 | 1 | 85 | 1 | 140 |
| ff02::1:2 | 547 | fe80::38cd:de7d:cf5d:7806 | 546 | 0 | 0 | 2 | 300 |

**TEST07 | NCT016**
Torrential Downpour was directed to download NCT016 from the Suspect IP address. A successful download was completed.

**Suspect Computer**
The Suspect Computer reported 63 TCP conversations and 117 UDP conversations total. The following TCP conversation occurred between the Suspect Computer (174.67.190.141) and the Undercover Computer (72.212.156.8).

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **81** of **148** PAGES

| Address A | Port A | Address B | Port B | Packets A → B | Bytes A → B | Packets B → A | Bytes B → A |
|---|---|---|---|---|---|---|---|
| 174.67.190.141 | 45682 | 72.212.156.8 | 14320 | 2483 | 7303736 | 2659 | 172478 |

**Undercover Computer**

The Undercover Computer reported only one TCP conversation between the Suspect Computer (174.67.190.141) and the Undercover Computer's local IP address (172.16.3.5), as follows.

| Address A | Port A | Address B | Port B | Packets A → B | Bytes A → B | Packets B → A | Bytes B → A |
|---|---|---|---|---|---|---|---|
| 172.16.3.5 | 49371 | 174.67.190.141 | 45682 | 2662 | 159128 | 4911 | 7400300 |

**TEST08 | NCT015**

Torrential Downpour was directed to download NCT015 from the Suspect IP address. During this test, attempts were made to connect the Suspect Computer (174.67.190.141) and the Undercover Computer (72.212.156.8) but were unsuccessful.

**Suspect Computer**

The Suspect Computer reported 2634 TCP conversations and 2441 UDP conversations total. The following three TCP conversations occurred chronologically between the Suspect Computer (174.67.190.141) and the Undercover Computer (72.212.156.8).

| Address A | Port A | Address B | Port B | Packets A → B | Bytes A → B | Packets B → A | Bytes B → A |
|---|---|---|---|---|---|---|---|
| 72.212.156.8 | 55841 | 174.67.190.141 | 45682 | 6 | 935 | 5 | 508 |
| 72.212.156.8 | 62928 | 174.67.190.141 | 45682 | 5 | 368 | 3 | 174 |
| 174.67.190.141 | 45682 | 72.212.156.8 | 22586 | 3 | 174 | 5 | 368 |

**Undercover Computer**

The Undercover Computer reported the following 3 TCP conversations and 1 UDP conversations. The three TCP conversations all occurred between the Suspect Computer (174.67.190.141) and the Undercover Computer (72.212.156.8).

| Address A | Port A | Address B | Port B | Packets A → B | Bytes A → B | Packets B → A | Bytes B → A |
|---|---|---|---|---|---|---|---|
| 172.16.3.5 | 49373 | 174.67.190.141 | 45682 | 6 | 917 | 5 | 520 |
| 172.16.3.5 | 49374 | 174.67.190.141 | 45682 | 5 | 350 | 3 | 186 |
| 172.16.3.5 | 49375 | 174.67.190.141 | 45682 | 5 | 350 | 3 | 186 |
| ff02::1:2 | 547 | fe80::38cd:de7d:cf5d:7806 | 546 | 0 | 0 | 7 | 1050 |

ORGANIZATION

LOEHRS FORENSICS, LLC.

DATE

January 2, 2020



TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **82** of **148** PAGES

## TEST09 | NCT004

Torrential Downpour was directed to download NCT004 from the Suspect IP address. A successful download was completed.

### Suspect Computer

The Suspect Computer reported 135 TCP conversations and 141 UDP conversations total. The following TCP conversation occurred between the Suspect Computer (174.67.190.141) and the Undercover Computer (72.212.156.8).

| Address A | Port A | Address B | Port B | Packets A → B | Bytes A → B | Packets B → A | Bytes B → A |
|---|---|---|---|---|---|---|---|
| 174.67.190.141 | 45682 | 72.212.156.8 | 31776 | 1552 | 4687615 | 1766 | 120376 |

### Undercover Computer

The Undercover Computer reported only one TCP conversation between the Suspect Computer (174.67.190.141) and the Undercover Computer's local IP address (172.16.3.5), as follows.

| Address A | Port A | Address B | Port B | Packets A → B | Bytes A → B | Packets B → A | Bytes B → A |
|---|---|---|---|---|---|---|---|
| 172.16.3.5 | 49366 | 174.67.190.141 | 45682 | 1775 | 113784 | 3057 | 4580525 |

## TEST10 | NCT011

Torrential Downpour was directed to download NCT011 from the Suspect IP address. A successful download was completed.

### Suspect Computer

The Suspect Computer reported 357 TCP conversations and 402 UDP conversations total. The following TCP conversation occurred between the Suspect Computer (174.67.190.141) and the Undercover Computer (72.212.156.8).

| Address A | Port A | Address B | Port B | Packets A → B | Bytes A → B | Packets B → A | Bytes B → A |
|---|---|---|---|---|---|---|---|
| 174.67.190.141 | 45682 | 72.212.156.8 | 35107 | 9602 | 28161834 | 10149 | 657407 |

### Undercover Computer

The Undercover Computer reported only one TCP conversation between the Suspect Computer (174.67.190.141) and the Undercover Computer's local IP address (172.16.3.5), as follows.

| Address A | Port A | Address B | Port B | Packets A → B | Bytes A → B | Packets B → A | Bytes B → A |
|---|---|---|---|---|---|---|---|
| 172.16.3.5 | 49378 | 174.67.190.141 | 45682 | 10162 | 606287 | 18823 | 28421565 |

## TEST11 | NCT001

Torrential Downpour was directed to download NCT001 from the Suspect IP address. A successful download was completed.

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



## Suspect Computer

The Suspect Computer reported 624 TCP conversations and 747 UDP conversations total. The following TCP conversation occurred between the Suspect Computer (174.67.190.141) and the Undercover Computer (72.212.156.8).

| Address A | Port A | Address B | Port B | Packets A → B | Bytes A → B | Packets B → A | Bytes B → A |
|---|---|---|---|---|---|---|---|
| 72.212.156.8 | 60624 | 174.67.190.141 | 45682 | 7612 | 496355 | 7186 | 21009457 |

## Undercover Computer

The Undercover Computer reported only one TCP conversation between the Suspect Computer (174.67.190.141) and the Undercover Computer's local IP address (172.16.3.5), as follows.

| Address A | Port A | Address B | Port B | Packets A → B | Bytes A → B | Packets B → A | Bytes B → A |
|---|---|---|---|---|---|---|---|
| 172.16.3.5 | 49380 | 174.67.190.141 | 45682 | 7614 | 457661 | 14089 | 21254404 |

## TEST12 | NCT003

Torrential Downpour was directed to download NCT003 from the Suspect IP address. A successful download was completed.

## Suspect Computer

The Suspect Computer reported 42 TCP conversations and 57 UDP conversations total. The following TCP conversation occurred between the Suspect Computer (174.67.190.141) and the Undercover Computer (72.212.156.8).

| Address A | Port A | Address B | Port B | Packets A → B | Bytes A → B | Packets B → A | Bytes B → A |
|---|---|---|---|---|---|---|---|
| 174.67.190.141 | 45682 | 72.212.156.8 | 39622 | 302 | 1283498 | 598 | 40261 |

## Undercover Computer

The Undercover Computer reported the following 1 TCP conversation and 1 UDP conversation. The only TCP conversation occurred between the Suspect Computer (174.67.190.141) and the Undercover Computer's local IP address (172.16.3.5).

| Address A | Port A | Address B | Port B | Packets A → B | Bytes A → B | Packets B → A | Bytes B → A |
|---|---|---|---|---|---|---|---|
| 172.16.3.5 | 49382 | 174.67.190.141 | 45682 | 598 | 38719 | 850 | 1255163 |
| ff02::1:2 | 547 | fe80::38cd:de7d:cf5d:7806 | 546 | 0 | 0 | 1 | 150 |



TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **84** of **148** PAGES

## viii. DETAILED LOGGING

Pursuant to Section III(i)(b)(3), the eighth test determines the accuracy of Torrential Downpour's logging feature detailing including, but not limited to, software version, total torrent pieces, pieces reportedly possessed by a suspect, and pieces downloaded. The steps to be followed are as follows:

1.  Execute and run the publicly available BitTorrent software from the Suspect Computer;
2.  Initiate the download of at least one non-contraband torrent of interest;
3.  Execute and run Torrential Downpour from the Undercover Computer;
4.  Continue downloading non-contraband torrent of interest on the Suspect Computer;
5.  Allow the Suspect Computer and Undercover Computer to run for at least 10 minutes and/or until a connection is made; and
6.  Compare the details.txt log with the information from the Suspect Computer to determine if the total number of pieces, number of pieces possessed, software version, and pieces downloaded are accurate.

This test consisting of the above listed steps was executed 10 times and detailed below:

### TEST01 | NCT001

The following Summary.txt log was generated as a result of TEST01 for the download of NCT001:

| | |
|---|---|
| Name | summary.txt |
| File Created | 10/08/19 11:01:32AM |
| Last Written | 10/08/19 11:02:58AM |
| Entry Modified | 10/08/19 11:02:58AM |
| Logical Size | 4990 |
| Hash Value | a3493ce3c9384904c39cdd0daff5278b |
| Full Path | Undercover Computer\D\InvestigateTD\US___174.67.190.141\2019-10-08_11-01-31_7\Logs\summary.txt |

```
2019-10-08 11:01:32 - Torrential Downpour version 1.33
2019-10-08 11:01:32 - Started download thread at local time Tuesday, October 08, 2019 11:01:31 AM (GMT-
07:00)
2019-10-08 11:01:32 - Started download thread at UTC Tuesday, October 08, 2019 6:01:31 PM
2019-10-08 11:01:32 - Remote client located at IP address 174.67.190.141, port 45682
2019-10-08 11:01:32 - Torrent info hash: 7ad8a2b653160d8f5a9521624bfdf71d3bc82444
2019-10-08 11:01:32 - Torrent defines 3 files
2019-10-08 11:01:32 - Total file bytes: 20475734
2019-10-08 11:01:32 - Torrent has 313 pieces
2019-10-08 11:01:32 - Piece size: 65536 bytes
2019-10-08 11:01:32 - Disabled use of suggested names because some file paths may be too long
2019-10-08 11:01:32 - Completed handshake with remote client
2019-10-08 11:01:32 - Peer id we sent to remote client: 2d4254373932302d16a74e704e188c224e82181f
2019-10-08 11:01:32 - Remote client sent us a peer id of 2d5554333535572d1db1ad0292a0483bad7e2048 (version:
-UT355W-)
2019-10-08 11:01:32 - Remote client affirmed info hash = 7ad8a2b653160d8f5a9521624bfdf71d3bc82444
2019-10-08 11:01:32 - Received version in extended handshake: µTorrent 3.5.5
2019-10-08 11:01:32 - Extended handshake from remote client lists our public IP address as: 72.212.156.8
2019-10-08 11:01:32 - Extended handshake from remote client lists remote client IPv4 address as:
174.67.190.141
2019-10-08 11:01:32 - Extended handshake from remote client lists remote client IPv6 address as:
2001:579:3f00:e00:ad29:41fc:3302:846f
2019-10-08 11:01:32 - File index 0 is named "The 100 Best Business Books of All Time What They Say, Why
They Matter, and How They Can Help You.epub" in the torrent
2019-10-08 11:01:32 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-08 11:01:32 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-08 11:01:32 - Created uninitialized file 1: 000001.png [ WorldWide Torrents.png ]
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

TESTING & ANALYSIS

PAGE **85** of **148** PAGES

```
2019-10-08 11:01:32 - File 1 is 79417 bytes and spans pieces 311-312
2019-10-08 11:01:32 - Created uninitialized file 2: 000002.txt  [ Torrents Downloaded from
worlwidetorrents.eu.txt ]
2019-10-08 11:01:32 - File 2 is 567 bytes and encompassed by piece 312
2019-10-08 11:01:32 - File 2 has been completely downloaded
2019-10-08 11:01:32 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-08 11:01:32 - Created uninitialized file 0: 000000.epub  [ The 100 Best Business Books of All Time
What They Say, Why They Matter, and How They Can Help You.epub ]
2019-10-08 11:01:32 - File 0 is 20395750 bytes and spans pieces 0-311
2019-10-08 11:01:32 - File 1 has been completely downloaded
2019-10-08 11:01:32 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-08 11:02:58 - File 0 has been completely downloaded
2019-10-08 11:02:58 - File index 0 is named "The 100 Best Business Books of All Time What They Say, Why
They Matter, and How They Can Help You.epub" in the torrent
2019-10-08 11:02:58 - Completed session with remote client; 313 pieces were downloaded and written
2019-10-08 11:02:58 - The complete torrent has been downloaded
2019-10-08 11:02:58 - Pieces acknowledged for all sessions combined: 0-312
2019-10-08 11:02:58 - Remote client acknowledged that it has 313 of 313 pieces
2019-10-08 11:02:58 - Remote client acknowledged that it has pieces 0-311, which encompasses all of file 0
2019-10-08 11:02:58 - File index 0 is named "The 100 Best Business Books of All Time What They Say, Why
They Matter, and How They Can Help You.epub" in the torrent
2019-10-08 11:02:58 - Remote client acknowledged that it has pieces 311-312, which encompasses all of file
1
2019-10-08 11:02:58 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-08 11:02:58 - Remote client acknowledged that it has piece 312, which encompasses all of file 2
2019-10-08 11:02:58 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-08 11:02:58 - Remote client indicated that it has all files, based on pieces acknowledged
2019-10-08 11:02:58 - 313 of 313 pieces possessed by the remote client were downloaded and written to disk
2019-10-08 11:02:58 - All pieces in the torrent were obtained and written
2019-10-08 11:02:58 - All 313 written pieces have the expected SHA1 hash
2019-10-08 11:02:58 - File 0: complete, all pieces have been written
2019-10-08 11:02:58 - File 1: complete, all pieces have been written
2019-10-08 11:02:58 - File 2: complete, all pieces have been written
2019-10-08 11:02:58 - File 0: SHA1=fe32d219e3be8c3df6899c4e636e6fc27f35ecf4,
MD5=58b848ecece7990438a88c8aa0472ed4
2019-10-08 11:02:58 - File 1: SHA1=e99eeecf0a850734516cc9ee83e66461138f690d,
MD5=b94972d41e14f20d43fc0956023a6d1d
2019-10-08 11:02:58 - File 2: SHA1=833a828a67a0ae00bf08339dc6bee251c9fea05a,
MD5=6207c0c4eec0d23a7f3eac7e718de78a
2019-10-08 11:02:58 - The download has completed
```

## IP Address and Port (Yellow), Date and Time (Red/Green)

According to the packet captures of both the Undercover Computer and the Suspect Computer, the connection occurred between the Undercover Computer and the Suspect Computer at 174.67.190.141 on port 45682 from 2019-10-08 11:01:32 to 2019-10-08 11:02:58. Torrential Downpour accurately reported the IP address, ports, and the time within two seconds. However, the bytes reported by each computer do not match. This discrepancy has not been analyzed further.

| Connection | Undercover Computer | Suspect Computer |
|---|---|---|
| 001 | | |
| Server | 174.67.190.141 | 174.67.190.141 (Windows) |
| Protocol | TCP | TCP |
| Port | 45682 | 45682 |
| Bytes Sent | 1445645 | 20492576 |
| Client | 172.16.3.5 (Windows) | 72.212.156.8 (Windows) |
| Protocol | TCP | |
| Port | 49339 | 18373 |
| Bytes Sent | 21958 | 21958 |
| Session Start | 10/8/2019 11:01:32 AM | 10/8/2019 11:01:30 AM |

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **86** of **148** PAGES

| Connection | Undercover Computer | Suspect Computer |
|---|---|---|
| Session End | 10/8/2019 11:02:58 AM | 10/8/2019 11:02:56 AM |

## Torrent Specifications (Blue)

Using uTorrent version 3.5.5, the specifications of NCT001 revealed the following key information. Torrential Downpour accurately reported this information.

| NCT | Name | Info Hash | Files | Size | Pieces |
|---|---|---|---|---|---|
| 001 | The 100 Best Business Books of All Time What They Say, Why They Matter, and How They Can Help You (2016) [WWRG].torrent | 7AD8A2B653160D8F5A95 21624BFDF71D3BC82444 | 3 | 19.5 MB | 313 x 64 kB |

## Suspect Peer ID and Software Version (Orange)

Torrential Downpour accurately reported the Suspect Computer software version. All packets captured from the Suspect Computer during TEST01 were filtered for BitTorrent traffic in Wireshark using protocol field name "bittorrent" revealing 242 packets. All 242 BitTorrent packets were filtered for Peer IDs sent using protocol field name "bittorrent.peer_id" revealing 158 packets. All 158 Peer ID BitTorrent packets were filtered for the Peer ID 2d5554333535572d1db1ad0292a0483bad7e2048 sent by the Suspect Computer to the Undercover Computer using the following search expression:

```
bittorrent.peer_id == 2d:55:54:33:35:35:57:2d:1d:b1:ad:02:92:a0:48:3b:ad:7e:20:48
```

However, the search yielded zero positive packets. In fact, no BitTorrent packets were located between the Suspect Computer and the Undercover Computer.

## File Hashes (Purple)

Using HashCalc version 2.02, the payload of NCT001 was hashed using the MD5 and SHA1 algorithms. Torrential Downpour accurately reported the hash values.

| File | File Name | MD5 Hash Value | SHA1 Hash Value |
|---|---|---|---|
| 0 | The 100 Best Business Books of All Time What They Say, Why They Matter, and How They Can Help You.epub | 58b848ecece79904 38a88c8aa0472ed4 | fe32d219e3be8c3df689 9c4e636e6fc27f35ecf4 |
| 1 | WorldWide Torrents.png | 6207c0c4eec0d23a7 f3eac7e718de78a | 833a828a67a0ae00bf08 339dc6bee251c9fea05a |
| 2 | Torrents Downloaded from worlwidetorrents.eu.txt | b94972d41e14f20d 43fc0956023a6d1d | e99eeecf0a850734516cc 9ee83e66461138f690d |

## TEST02 | NCT003

The following Summary.txt log was generated as a result of TEST02 for the download of NCT003

| Name | summary.txt |
|---|---|
| File Created | 10/08/19 11:04:09AM |
| Last Written | 10/08/19 11:04:15AM |
| Entry Modified | 10/08/19 11:04:15AM |

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

| | |
|---|---|
| Logical Size | 3147 |
| Hash Value | 86cfb2acfed0d4b9087c5b6d74c07e70 |
| Full Path | Undercover Computer\D\InvestigateTD\US___174.67.190.141\2019-10-08_11-04-08_8\Logs\summary.txt |

```
2019-10-08 11:04:09 - Torrential Downpour version 1.33
2019-10-08 11:04:09 - Started download thread at local time Tuesday, October 08, 2019 11:04:08 AM (GMT-
07:00)
2019-10-08 11:04:09 - Started download thread at UTC Tuesday, October 08, 2019 6:04:08 PM
2019-10-08 11:04:09 - Remote client located at IP address 174.67.190.141, port 45682
2019-10-08 11:04:09 - Torrent info hash: 73503623da1bc5434aef671d6fb8974752e95e72
2019-10-08 11:04:09 - Torrent defines 1 file
2019-10-08 11:04:09 - Total file bytes: 1206192
2019-10-08 11:04:09 - Torrent has 19 pieces
2019-10-08 11:04:09 - Piece size: 65536 bytes
2019-10-08 11:04:10 - Completed handshake with remote client
2019-10-08 11:04:10 - Peer id we sent to remote client: 2d4254373932302de9802a6764688163572b989f
2019-10-08 11:04:10 - Remote client sent us a peer id of 2d5554333535572d1db13af70aa4231e2d4f1d26 (version:
-UT355W-)
2019-10-08 11:04:10 - Remote client affirmed info hash = 73503623da1bc5434aef671d6fb8974752e95e72
2019-10-08 11:04:10 - Received version in extended handshake: µTorrent 3.5.5
2019-10-08 11:04:10 - Extended handshake from remote client lists our public IP address as: 72.212.156.8
2019-10-08 11:04:10 - Extended handshake from remote client lists remote client IPv4 address as:
174.67.190.141
2019-10-08 11:04:10 - Extended handshake from remote client lists remote client IPv6 address as:
2001:579:3f00:e00:ad29:41fc:3302:846f
2019-10-08 11:04:10 - File index 0 is named "How to Read a Person Like a Book - Gerard I. Nierenberg.pdf"
in the torrent
2019-10-08 11:04:10 - Created uninitialized file 0: How to Read a Person Like a Book the language that
everybody uses but nobody speaks—body language!\How to Read a Person Like a Book - Gerard I. Nierenberg.pdf
2019-10-08 11:04:10 - File 0 is 1206192 bytes and spans pieces 0-18
2019-10-08 11:04:15 - File 0 has been completely downloaded
2019-10-08 11:04:15 - File index 0 is named "How to Read a Person Like a Book - Gerard I. Nierenberg.pdf"
in the torrent
2019-10-08 11:04:15 - Completed session with remote client; 19 pieces were downloaded and written
2019-10-08 11:04:15 - The complete torrent has been downloaded
2019-10-08 11:04:15 - Pieces acknowledged for all sessions combined: 0-18
2019-10-08 11:04:15 - Remote client acknowledged that it has 19 of 19 pieces
2019-10-08 11:04:15 - Remote client acknowledged that it has pieces 0-18, which encompasses all of file 0
2019-10-08 11:04:15 - File index 0 is named "How to Read a Person Like a Book - Gerard I. Nierenberg.pdf"
in the torrent
2019-10-08 11:04:15 - Remote client indicated that it has all files, based on pieces acknowledged
2019-10-08 11:04:15 - 19 of 19 pieces possessed by the remote client were downloaded and written to disk
2019-10-08 11:04:15 - All pieces in the torrent were obtained and written
2019-10-08 11:04:15 - All 19 written pieces have the expected SHA1 hash
2019-10-08 11:04:15 - File 0: complete, all pieces have been written
2019-10-08 11:04:15 - File 0: SHA1=dc4646ad38d58d46e4ce8da07897cd2b3b9da560,
MD5=0d3b4752f64a4ba5cb62346e5c098963
2019-10-08 11:04:15 - The download has completed
```

### IP Address and Port (Yellow), Date and Time (Red/Green)

According to the packet captures of both the Undercover Computer and the Suspect Computer, the connection occurred between the Undercover Computer and the Suspect Computer at 174.67.190.141 on port 45682 from 10/8/2019 11:04:09 AM to 10/8/2019 11:04:15 AM. Torrential Downpour accurately reported the IP address, ports, and the time within two seconds.

| Connection | Undercover Computer | Suspect Computer |
|---|---|---|
| 001 | | |
| Server | 174.67.190.141 | 174.67.190.141 (Windows) |
| Protocol | TCP | TCP |
| Port | 45682 | 45682 |
| Bytes Sent | 1207941 | 1207941 |

| | |
|---|---|
| ORGANIZATION | DATE |
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **88** of **148** PAGES

| Connection | Undercover Computer | Suspect Computer |
|---|---|---|
| Client | 172.16.3.5 (Windows) | 72.212.156.8 (Windows) |
| Protocol | TCP | TCP |
| Port | 49341 | 20247 |
| Bytes Sent | 1875 | 1875 |
| Session Start | 10/8/2019 11:04:09 AM | 10/8/2019 11:04:07 AM |
| Session End | 10/8/2019 11:04:15 AM | 10/8/2019 11:04:13 AM |

### Torrent Specifications (Blue)

Using uTorrent version 3.5.5, the specifications of NCT003 revealed the following key information. Torrential Downpour accurately reported this information.

| NCT | Name | Info Hash | Files | Size | Pieces |
|---|---|---|---|---|---|
| 003 | How to Read a Person Like a Book the language that everybody uses but nobody speaks—body language!.torrent | 73503623DA1BC5434AEF6 71D6FB8974752E95E72 | 1 | 1.15 MB | 19 x 64 kB |

### Suspect Peer ID and Software Version (Orange)

Torrential Downpour accurately reported the Suspect Computer software version. All packets captured from the Suspect Computer during TEST02 were filtered for BitTorrent traffic in Wireshark using protocol field name "bittorrent" revealing 31 packets. All 31 BitTorrent packets were filtered for Peer IDs sent using protocol field name "bittorrent.peer_id" revealing 25 packets. All 25 Peer ID BitTorrent packets were filtered for the Peer ID 2d5554333535572d1db13af70aa4231e2d4f1d26 sent by the Suspect Computer to the Undercover Computer using the following search expression:

```
bittorrent.peer_id == 2d:55:54:33:35:35:57:2d:1d:b1:3a:f7:0a:a4:23:1e:2d:4f:1d:26
```

However, the search yielded zero positive packets. In fact, no BitTorrent packets were located between the Suspect Computer and the Undercover Computer.

### File Hashes (Purple)

Using HashCalc version 2.02, the payload of NCT003 was hashed using the MD5 and SHA1 algorithms. Torrential Downpour accurately reported the hash values.

| File | File Name | MD5 Hash Value | SHA1 Hash Value |
|---|---|---|---|
| 0 | How to Read a Person Like a Book - Gerard I. Nierenberg.pdf | 0d3b4752f64a4ba5c b62346e5c098963 | dc4646ad38d58d46e4ce 8da07897cd2b3b9da560 |

### TEST03 | NCT004

The following Summary.txt log was generated as a result of TEST03 for the download of NCT004.

```
Name            summary.txt
File Created    10/08/19 11:04:56AM
Last Written    10/08/19 11:05:13AM
Entry Modified  10/08/19 11:05:13AM
Logical Size    3732
Hash Value      b2ee3d1c208308410ad4bab7abe7d914
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



| | UNITED STATES v. ANTHONY GONZALES<br>CR17-01311-001-PHX |
|---|---|
| TESTING & ANALYSIS | |
| | PAGE **89** of **148** PAGES |

Full Path          Undercover Computer\D\InvestigateTD\US___174.67.190.141\2019-10-08_11-04-55_9\Logs\summary.txt

2019-10-08 11:04:56 - Torrential Downpour version 1.33
2019-10-08 11:04:56 - Started download thread at local time Tuesday, October 08, 2019 11:04:55 AM (GMT-07:00)
2019-10-08 11:04:56 - Started download thread at UTC Tuesday, October 08, 2019 6:04:55 PM
2019-10-08 11:04:56 - Remote client located at IP address 174.67.190.141, port 45682
2019-10-08 11:04:56 - Torrent info hash: ee6e2e5f257ef522c028e96d67c2900b6af126a2
2019-10-08 11:04:56 - Torrent defines 2 files
2019-10-08 11:04:56 - Total file bytes: 4355288
2019-10-08 11:04:56 - Torrent has 67 pieces
2019-10-08 11:04:56 - Piece size: 65536 bytes
2019-10-08 11:04:56 - Completed handshake with remote client
2019-10-08 11:04:56 - Peer id we sent to remote client: 2d4254373932302d4fd4c513da2f7108c4f2a379
2019-10-08 11:04:56 - Remote client sent us a peer id of 2d5554333535572d1db13bd02129837fcc61beb8 (version: -UT355W-)
2019-10-08 11:04:56 - Remote client affirmed info hash = ee6e2e5f257ef522c028e96d67c2900b6af126a2
2019-10-08 11:04:56 - Received version in extended handshake: µTorrent 3.5.5
2019-10-08 11:04:56 - Extended handshake from remote client lists our public IP address as: 72.212.156.8
2019-10-08 11:04:56 - Extended handshake from remote client lists remote client IPv4 address as: 174.67.190.141
2019-10-08 11:04:56 - Extended handshake from remote client lists remote client IPv6 address as: 2001:579:3f00:e00:ad29:41fc:3302:846f
2019-10-08 11:04:56 - File index 0 is named "Institute, The.epub" in the torrent
2019-10-08 11:04:56 - File index 1 is named "Stephen King - The Institute" in the torrent
2019-10-08 11:04:57 - Created uninitialized file 0: Stephen King - The Institute EPUB\Institute, The.epub
2019-10-08 11:04:57 - File 0 is 4353882 bytes and spans pieces 0-66
2019-10-08 11:04:57 - Created uninitialized file 1: Stephen King - The Institute EPUB\Stephen King - The Institute
2019-10-08 11:04:57 - File 1 is 1406 bytes and encompassed by piece 66
2019-10-08 11:04:57 - File 1 has been completely downloaded
2019-10-08 11:04:57 - File index 1 is named "Stephen King - The Institute" in the torrent
2019-10-08 11:05:13 - File 0 has been completely downloaded
2019-10-08 11:05:13 - File index 0 is named "Institute, The.epub" in the torrent
2019-10-08 11:05:13 - Completed session with remote client; 67 pieces were downloaded and written
2019-10-08 11:05:13 - The complete torrent has been downloaded
2019-10-08 11:05:13 - Pieces acknowledged for all sessions combined: 0-66
2019-10-08 11:05:13 - Remote client acknowledged that it has 67 of 67 pieces
2019-10-08 11:05:13 - Remote client acknowledged that it has pieces 0-66, which encompasses all of file 0
2019-10-08 11:05:13 - File index 0 is named "Institute, The.epub" in the torrent
2019-10-08 11:05:13 - Remote client acknowledged that it has piece 66, which encompasses all of file 1
2019-10-08 11:05:13 - File index 1 is named "Stephen King - The Institute" in the torrent
2019-10-08 11:05:13 - Remote client indicated that it has all files, based on pieces acknowledged
2019-10-08 11:05:13 - 67 of 67 pieces possessed by the remote client were downloaded and written to disk
2019-10-08 11:05:13 - All pieces in the torrent were obtained and written
2019-10-08 11:05:13 - All 67 written pieces have the expected SHA1 hash
2019-10-08 11:05:13 - File 0: complete, all pieces have been written
2019-10-08 11:05:13 - File 1: complete, all pieces have been written
2019-10-08 11:05:13 - File 0: SHA1=3d784138ca355acb83ca4d00c9054b6cd0cfc48c, MD5=5cb516dc8d165b962f34e16e787ed497
2019-10-08 11:05:13 - File 1: SHA1=1ddcab45de0487ee30da64510894a5770dc45ecc, MD5=a00a84f5c5f071fb4ec8564388ea7fc1
2019-10-08 11:05:13 - The download has completed

## IP Address and Port (Yellow), Date and Time (Red/Green)
According to the packet captures of both the Undercover Computer and the Suspect Computer, the connection occurred between the Undercover Computer and the Suspect Computer at 174.67.190.141 on port 45682 from 10/8/2019 11:04:56 AM to 10/8/2019 11:05:13 AM. Torrential Downpour accurately reported the IP address, ports, and the time within two seconds. However, the bytes reported by each computer do not match. This discrepancy has not been analyzed further.

| Connection | Undercover Computer | Suspect Computer |
|---|---|---|
| 001 | | |

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



| | UNITED STATES v. ANTHONY GONZALES |
| TESTING & ANALYSIS | CR17-01311-001-PHX |
| | PAGE **90** of **148** PAGES |

| Connection | Undercover Computer | Suspect Computer |
|---|---|---|
| Server | 174.67.190.141 | 174.67.190.141 (Windows) |
| Protocol | TCP | TCP |
| Port | 45682 | 45682 |
| Bytes Sent | 1359893 | 4359420 |
| Client | 172.16.3.5 (Windows) | 72.212.156.8 (Windows) |
| Protocol | TCP | TCP |
| Port | 49343 | 37588 |
| Bytes Sent | 4875 | 21958 |
| Session Start | 10/8/2019 11:04:56 AM | 10/8/2019 11:04:54 AM |
| Session End | 10/8/2019 11:05:13 AM | 10/8/2019 11:05:11 AM |

### Torrent Specifications (Blue)

Using uTorrent version 3.5.5, the specifications of NCT004 revealed the following key information. Torrential Downpour accurately reported this information.

| NCT | Name | Info Hash | Files | Size | Pieces |
|---|---|---|---|---|---|
| 004 | Stephen King - The Institute EPUB.torrent | EE6E2E5F257EF522C028E 96D67C2900B6AF126A2 | 2 | 4.15 MB | 67 x 64 kB |

### Suspect Peer ID and Software Version (Orange)

Torrential Downpour accurately reported the Suspect Computer software version. All packets captured from the Suspect Computer during TEST03 were filtered for BitTorrent traffic in Wireshark using protocol field name "bittorrent" revealing 26 packets. All 26 BitTorrent packets were filtered for Peer IDs sent using protocol field name "bittorrent.peer_id" revealing 19 packets. All 19 Peer ID BitTorrent packets were filtered for the Peer ID 2d5554333535572d1db13bd02129837fcc61beb8 sent by the Suspect Computer to the Undercover Computer using the following search expression:

```
bittorrent.peer_id == 2d:55:54:33:35:35:35:57:2d:1d:b1:3b:d0:21:29:83:7f:cc:61:be:b8
```

However, the search yielded zero positive packets. In fact, no BitTorrent packets were located between the Suspect Computer and the Undercover Computer.

### File Hashes (Purple)

Using HashCalc version 2.02, the payload of NCT004 was hashed using the MD5 and SHA1 algorithms. Torrential Downpour accurately reported the hash values.

| File | File Name | MD5 Hash Value | SHA1 Hash Value |
|---|---|---|---|
| 0 | Institute, The.epub | 5cb516dc8d165b96 2f34e16e787ed497 | 3d784138ca355acb83ca 4d00c9054b6cd0cfc48c |
| 1 | Stephen King - The Institute | a00a84f5c5f071fb4e c8564388ea7fc1 | 1ddcab45de0487ee30da 64510894a5770dc45ecc |

### TEST04 | NCT013

The following Details.txt logs were generated as a result of TEST04 being executed twice in attempt to download NCT013.

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

TESTING & ANALYSIS

PAGE **91** of **148** PAGES

| Name | details.txt |
|---|---|
| File Created | 10/08/19 11:05:56AM |
| Last Written | 10/08/19 11:13:05AM |
| Entry Modified | 10/08/19 11:13:05AM |
| Logical Size | 1,800 |
| Hash Value | 3da908f462d7feca2425a20bafde4fd8 |
| Full Path | Undercover Computer\D\InvestigateTD\US___174.67.190.141\2019-10-08_11-05-55_10\Logs\details.txt |

```
2019-10-08 11:05:56 - Torrential Downpour version 1.33
2019-10-08 11:05:56 - Started download thread at local time Tuesday, October 08, 2019 11:05:55 AM (GMT-07:00)
2019-10-08 11:05:56 - Started download thread at UTC Tuesday, October 08, 2019 6:05:55 PM
2019-10-08 11:05:56 - Remote client located at IP address 174.67.190.141, port 45682
2019-10-08 11:05:56 - Torrent info hash: b316862f07bb03f99cd5e099e5fcae263dc27af3
2019-10-08 11:05:56 - Torrent defines 30 files
2019-10-08 11:05:56 - Total file bytes: 74519278
2019-10-08 11:05:56 - Torrent has 143 pieces
2019-10-08 11:05:56 - Piece size: 524288 bytes
2019-10-08 11:05:56 - Attempting to connect to remote client
2019-10-08 11:05:56 - Connected
2019-10-08 11:05:56 - Attempting to negotiate message stream encryption with remote client
2019-10-08 11:05:56 - Remote client rejected encryption or closed the connection
2019-10-08 11:05:56 - Attempting to connect to remote client
2019-10-08 11:05:56 - Connected
2019-10-08 11:05:56 - Sent unencrypted handshake to client
2019-10-08 11:05:56 - Remote client closed the connection
2019-10-08 11:05:56 - Going to sleep for 03m:11s
2019-10-08 11:09:07 - Attempting to connect to remote client
2019-10-08 11:09:07 - Connected
2019-10-08 11:09:07 - Sent unencrypted handshake to client
2019-10-08 11:09:07 - Remote client closed the connection
2019-10-08 11:09:07 - Going to sleep for 03m:32s
2019-10-08 11:12:39 - Attempting to connect to remote client
2019-10-08 11:12:39 - Connected
2019-10-08 11:12:39 - Sent unencrypted handshake to client
2019-10-08 11:12:39 - Remote client closed the connection
2019-10-08 11:12:39 - Going to sleep for 03m:49s
2019-10-08 11:13:05 - A cancel request was detected
2019-10-08 11:13:05 - No pieces acknowledged by the remote client
```

| Name | details.txt [redacted for brevity] |
|---|---|
| File Created | 10/08/19 11:13:37AM |
| Last Written | 10/08/19 11:23:01AM |
| Entry Modified | 10/08/19 11:23:01AM |
| Logical Size | 180,487 |
| Hash Value | 8a7de4279c423c523a8bffd842777773 |
| Full Path | Undercover Computer\D\InvestigateTD\US___174.67.190.141\2019-10-08_11-13-35_11\Logs\details.txt |

```
2019-10-08 11:13:37 - Torrential Downpour version 1.33
2019-10-08 11:13:37 - Started download thread at local time Tuesday, October 08, 2019 11:13:35 AM (GMT-07:00)
2019-10-08 11:13:37 - Started download thread at UTC Tuesday, October 08, 2019 6:13:35 PM
2019-10-08 11:13:37 - Remote client located at IP address 174.67.190.141, port 45682
2019-10-08 11:13:37 - Torrent info hash: b316862f07bb03f99cd5e099e5fcae263dc27af3
2019-10-08 11:13:37 - Torrent defines 30 files
2019-10-08 11:13:37 - Total file bytes: 74519278
2019-10-08 11:13:37 - Torrent has 143 pieces
2019-10-08 11:13:37 - Piece size: 524288 bytes
2019-10-08 11:13:37 - Attempting to connect to remote client
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



**LOEHRS** **forensics**

TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **92** of **148** PAGES

```
2019-10-08 11:13:37 - Connected
2019-10-08 11:13:37 - Attempting to negotiate message stream encryption with remote client
2019-10-08 11:13:37 - Remote client rejected encryption or closed the connection
2019-10-08 11:13:37 - Attempting to connect to remote client
2019-10-08 11:13:37 - Connected
2019-10-08 11:13:37 - Sent unencrypted handshake to client
2019-10-08 11:13:37 - Remote client closed the connection
2019-10-08 11:13:37 - Going to sleep for 03m:23s
2019-10-08 11:17:00 - Attempting to connect to remote client
2019-10-08 11:17:00 - Connected
2019-10-08 11:17:00 - Sent unencrypted handshake to client
2019-10-08 11:17:00 - Completed handshake with remote client
2019-10-08 11:17:00 - Peer id we sent to remote client: 2d4254373932302d2edd63567550cb5fa87f2859
2019-10-08 11:17:00 - Remote client sent us a peer id of 2d5554333535572d1db1fe0d15fd206c09dbdcca (version:
-UT355W-)
2019-10-08 11:17:00 - Remote client affirmed info hash = b316862f07bb03f99cd5e099e5fcae263dc27af3
2019-10-08 11:17:00 - Received version in extended handshake: µTorrent 3.5.5
2019-10-08 11:17:00 - Extended handshake from remote client lists our public IP address as: 72.212.156.8
2019-10-08 11:17:00 - Extended handshake from remote client lists remote client IPv4 address as:
174.67.190.141
2019-10-08 11:17:00 - Extended handshake from remote client lists remote client IPv6 address as:
2001:579:3f00:e00:ad29:41fc:3302:846f
2019-10-08 11:17:00 - File index 1 is named "Amazing Nature Wallpapers {Pack-220} (10).jpg" in the torrent
2019-10-08 11:17:00 - File index 4 is named "Amazing Nature Wallpapers {Pack-220} (13).jpg" in the torrent
2019-10-08 11:17:00 - File index 5 is named "Amazing Nature Wallpapers {Pack-220} (14).jpg" in the torrent
2019-10-08 11:17:00 - File index 6 is named "Amazing Nature Wallpapers {Pack-220} (15).jpg" in the torrent
2019-10-08 11:17:00 - File index 9 is named "Amazing Nature Wallpapers {Pack-220} (18).jpg" in the torrent
2019-10-08 11:17:00 - File index 10 is named "Amazing Nature Wallpapers {Pack-220} (19).jpg" in the torrent
2019-10-08 11:17:00 - File index 18 is named "Amazing Nature Wallpapers {Pack-220} (26).jpg" in the torrent
2019-10-08 11:17:00 - File index 19 is named "Amazing Nature Wallpapers {Pack-220} (27).jpg" in the torrent
2019-10-08 11:17:00 - File index 20 is named "Amazing Nature Wallpapers {Pack-220} (28).jpg" in the torrent
2019-10-08 11:17:00 - File index 22 is named "Amazing Nature Wallpapers {Pack-220} (3).jpg" in the torrent
2019-10-08 11:17:00 - File index 25 is named "Amazing Nature Wallpapers {Pack-220} (5).jpg" in the torrent
2019-10-08 11:17:00 - File index 26 is named "Amazing Nature Wallpapers {Pack-220} (6).jpg" in the torrent
2019-10-08 11:17:00 - File index 28 is named "Amazing Nature Wallpapers {Pack-220} (8).jpg" in the torrent
2019-10-08 11:17:00 - File index 1 is named "Amazing Nature Wallpapers {Pack-220} (10).jpg" in the torrent
2019-10-08 11:17:00 - File index 4 is named "Amazing Nature Wallpapers {Pack-220} (13).jpg" in the torrent
2019-10-08 11:17:00 - File index 5 is named "Amazing Nature Wallpapers {Pack-220} (14).jpg" in the torrent
2019-10-08 11:17:00 - File index 6 is named "Amazing Nature Wallpapers {Pack-220} (15).jpg" in the torrent
2019-10-08 11:17:00 - File index 9 is named "Amazing Nature Wallpapers {Pack-220} (18).jpg" in the torrent
2019-10-08 11:17:00 - File index 10 is named "Amazing Nature Wallpapers {Pack-220} (19).jpg" in the torrent
2019-10-08 11:17:00 - File index 18 is named "Amazing Nature Wallpapers {Pack-220} (26).jpg" in the torrent
2019-10-08 11:17:00 - File index 19 is named "Amazing Nature Wallpapers {Pack-220} (27).jpg" in the torrent
2019-10-08 11:17:00 - File index 20 is named "Amazing Nature Wallpapers {Pack-220} (28).jpg" in the torrent
2019-10-08 11:17:00 - File index 22 is named "Amazing Nature Wallpapers {Pack-220} (3).jpg" in the torrent
2019-10-08 11:17:00 - File index 25 is named "Amazing Nature Wallpapers {Pack-220} (5).jpg" in the torrent
2019-10-08 11:17:00 - File index 26 is named "Amazing Nature Wallpapers {Pack-220} (6).jpg" in the torrent
2019-10-08 11:17:00 - File index 28 is named "Amazing Nature Wallpapers {Pack-220} (8).jpg" in the torrent
2019-10-08 11:17:00 - File index 1 is named "Amazing Nature Wallpapers {Pack-220} (10).jpg" in the torrent
2019-10-08 11:17:00 - File index 4 is named "Amazing Nature Wallpapers {Pack-220} (13).jpg" in the torrent
2019-10-08 11:17:00 - File index 5 is named "Amazing Nature Wallpapers {Pack-220} (14).jpg" in the torrent
2019-10-08 11:17:00 - File index 6 is named "Amazing Nature Wallpapers {Pack-220} (15).jpg" in the torrent
2019-10-08 11:17:00 - File index 9 is named "Amazing Nature Wallpapers {Pack-220} (18).jpg" in the torrent
2019-10-08 11:17:00 - File index 10 is named "Amazing Nature Wallpapers {Pack-220} (19).jpg" in the torrent
2019-10-08 11:17:00 - File index 18 is named "Amazing Nature Wallpapers {Pack-220} (26).jpg" in the torrent
2019-10-08 11:17:00 - File index 19 is named "Amazing Nature Wallpapers {Pack-220} (27).jpg" in the torrent
2019-10-08 11:17:00 - File index 20 is named "Amazing Nature Wallpapers {Pack-220} (28).jpg" in the torrent
2019-10-08 11:17:00 - File index 22 is named "Amazing Nature Wallpapers {Pack-220} (3).jpg" in the torrent
2019-10-08 11:17:00 - File index 25 is named "Amazing Nature Wallpapers {Pack-220} (5).jpg" in the torrent
2019-10-08 11:17:00 - File index 26 is named "Amazing Nature Wallpapers {Pack-220} (6).jpg" in the torrent
2019-10-08 11:17:00 - File index 28 is named "Amazing Nature Wallpapers {Pack-220} (8).jpg" in the torrent
2019-10-08 11:17:00 - File index 16 is named "Amazing Nature Wallpapers {Pack-220} (24).jpg" in the torrent
2019-10-08 11:17:00 - File index 17 is named "Amazing Nature Wallpapers {Pack-220} (25).jpg" in the torrent
2019-10-08 11:17:00 - File index 1 is named "Amazing Nature Wallpapers {Pack-220} (10).jpg" in the torrent
2019-10-08 11:17:00 - File index 4 is named "Amazing Nature Wallpapers {Pack-220} (13).jpg" in the torrent
2019-10-08 11:17:00 - File index 5 is named "Amazing Nature Wallpapers {Pack-220} (14).jpg" in the torrent
2019-10-08 11:17:00 - File index 6 is named "Amazing Nature Wallpapers {Pack-220} (15).jpg" in the torrent
2019-10-08 11:17:00 - File index 9 is named "Amazing Nature Wallpapers {Pack-220} (18).jpg" in the torrent
2019-10-08 11:17:00 - File index 10 is named "Amazing Nature Wallpapers {Pack-220} (19).jpg" in the torrent
2019-10-08 11:17:00 - File index 16 is named "Amazing Nature Wallpapers {Pack-220} (24).jpg" in the torrent
2019-10-08 11:17:00 - File index 17 is named "Amazing Nature Wallpapers {Pack-220} (25).jpg" in the torrent
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



```
2019-10-08 11:17:00 - File index 18 is named "Amazing Nature Wallpapers {Pack-220} (26).jpg" in the torrent
2019-10-08 11:17:00 - File index 19 is named "Amazing Nature Wallpapers {Pack-220} (27).jpg" in the torrent
2019-10-08 11:17:00 - File index 20 is named "Amazing Nature Wallpapers {Pack-220} (28).jpg" in the torrent
2019-10-08 11:17:00 - File index 22 is named "Amazing Nature Wallpapers {Pack-220} (3).jpg" in the torrent
2019-10-08 11:17:00 - File index 25 is named "Amazing Nature Wallpapers {Pack-220} (5).jpg" in the torrent
2019-10-08 11:17:00 - File index 26 is named "Amazing Nature Wallpapers {Pack-220} (6).jpg" in the torrent
2019-10-08 11:17:00 - File index 28 is named "Amazing Nature Wallpapers {Pack-220} (8).jpg" in the torrent
2019-10-08 11:17:00 - File index 29 is named "Amazing Nature Wallpapers {Pack-220} (9).jpg" in the torrent
2019-10-08 11:17:00 - File index 1 is named "Amazing Nature Wallpapers {Pack-220} (10).jpg" in the torrent
2019-10-08 11:17:00 - File index 4 is named "Amazing Nature Wallpapers {Pack-220} (13).jpg" in the torrent
2019-10-08 11:17:00 - File index 5 is named "Amazing Nature Wallpapers {Pack-220} (14).jpg" in the torrent
2019-10-08 11:17:00 - File index 6 is named "Amazing Nature Wallpapers {Pack-220} (15).jpg" in the torrent
2019-10-08 11:17:00 - File index 9 is named "Amazing Nature Wallpapers {Pack-220} (18).jpg" in the torrent
2019-10-08 11:17:00 - File index 10 is named "Amazing Nature Wallpapers {Pack-220} (19).jpg" in the torrent
2019-10-08 11:17:00 - File index 16 is named "Amazing Nature Wallpapers {Pack-220} (24).jpg" in the torrent
2019-10-08 11:17:00 - File index 17 is named "Amazing Nature Wallpapers {Pack-220} (25).jpg" in the torrent
2019-10-08 11:17:00 - File index 18 is named "Amazing Nature Wallpapers {Pack-220} (26).jpg" in the torrent
2019-10-08 11:17:00 - File index 19 is named "Amazing Nature Wallpapers {Pack-220} (27).jpg" in the torrent
2019-10-08 11:17:00 - File index 20 is named "Amazing Nature Wallpapers {Pack-220} (28).jpg" in the torrent
2019-10-08 11:17:00 - File index 22 is named "Amazing Nature Wallpapers {Pack-220} (3).jpg" in the torrent
2019-10-08 11:17:00 - File index 25 is named "Amazing Nature Wallpapers {Pack-220} (5).jpg" in the torrent
2019-10-08 11:17:00 - File index 26 is named "Amazing Nature Wallpapers {Pack-220} (6).jpg" in the torrent
2019-10-08 11:17:00 - File index 28 is named "Amazing Nature Wallpapers {Pack-220} (8).jpg" in the torrent
2019-10-08 11:17:00 - File index 29 is named "Amazing Nature Wallpapers {Pack-220} (9).jpg" in the torrent
2019-10-08 11:17:00 - File index 1 is named "Amazing Nature Wallpapers {Pack-220} (10).jpg" in the torrent
2019-10-08 11:17:00 - File index 4 is named "Amazing Nature Wallpapers {Pack-220} (13).jpg" in the torrent
2019-10-08 11:17:00 - File index 5 is named "Amazing Nature Wallpapers {Pack-220} (14).jpg" in the torrent
2019-10-08 11:17:00 - File index 6 is named "Amazing Nature Wallpapers {Pack-220} (15).jpg" in the torrent
2019-10-08 11:17:00 - File index 9 is named "Amazing Nature Wallpapers {Pack-220} (18).jpg" in the torrent
2019-10-08 11:17:00 - File index 10 is named "Amazing Nature Wallpapers {Pack-220} (19).jpg" in the torrent
2019-10-08 11:17:00 - File index 16 is named "Amazing Nature Wallpapers {Pack-220} (24).jpg" in the torrent
2019-10-08 11:17:00 - File index 17 is named "Amazing Nature Wallpapers {Pack-220} (25).jpg" in the torrent
2019-10-08 11:17:00 - File index 18 is named "Amazing Nature Wallpapers {Pack-220} (26).jpg" in the torrent
2019-10-08 11:17:00 - File index 19 is named "Amazing Nature Wallpapers {Pack-220} (27).jpg" in the torrent
2019-10-08 11:17:00 - File index 20 is named "Amazing Nature Wallpapers {Pack-220} (28).jpg" in the torrent
2019-10-08 11:17:00 - File index 22 is named "Amazing Nature Wallpapers {Pack-220} (3).jpg" in the torrent
2019-10-08 11:17:00 - File index 25 is named "Amazing Nature Wallpapers {Pack-220} (5).jpg" in the torrent
2019-10-08 11:17:00 - File index 26 is named "Amazing Nature Wallpapers {Pack-220} (6).jpg" in the torrent
2019-10-08 11:17:00 - File index 28 is named "Amazing Nature Wallpapers {Pack-220} (8).jpg" in the torrent
2019-10-08 11:17:00 - File index 29 is named "Amazing Nature Wallpapers {Pack-220} (9).jpg" in the torrent
2019-10-08 11:17:00 - File index 27 is named "Amazing Nature Wallpapers {Pack-220} (7).jpg" in the torrent
2019-10-08 11:17:00 - File index 1 is named "Amazing Nature Wallpapers {Pack-220} (10).jpg" in the torrent
2019-10-08 11:17:00 - File index 4 is named "Amazing Nature Wallpapers {Pack-220} (13).jpg" in the torrent
2019-10-08 11:17:00 - File index 5 is named "Amazing Nature Wallpapers {Pack-220} (14).jpg" in the torrent
2019-10-08 11:17:00 - File index 6 is named "Amazing Nature Wallpapers {Pack-220} (15).jpg" in the torrent
2019-10-08 11:17:00 - File index 9 is named "Amazing Nature Wallpapers {Pack-220} (18).jpg" in the torrent
2019-10-08 11:17:00 - File index 10 is named "Amazing Nature Wallpapers {Pack-220} (19).jpg" in the torrent
2019-10-08 11:17:00 - File index 16 is named "Amazing Nature Wallpapers {Pack-220} (24).jpg" in the torrent
2019-10-08 11:17:00 - File index 17 is named "Amazing Nature Wallpapers {Pack-220} (25).jpg" in the torrent
2019-10-08 11:17:00 - File index 18 is named "Amazing Nature Wallpapers {Pack-220} (26).jpg" in the torrent
2019-10-08 11:17:00 - File index 19 is named "Amazing Nature Wallpapers {Pack-220} (27).jpg" in the torrent
2019-10-08 11:17:00 - File index 20 is named "Amazing Nature Wallpapers {Pack-220} (28).jpg" in the torrent
2019-10-08 11:17:00 - File index 22 is named "Amazing Nature Wallpapers {Pack-220} (3).jpg" in the torrent
2019-10-08 11:17:00 - File index 25 is named "Amazing Nature Wallpapers {Pack-220} (5).jpg" in the torrent
2019-10-08 11:17:00 - File index 26 is named "Amazing Nature Wallpapers {Pack-220} (6).jpg" in the torrent
2019-10-08 11:17:00 - File index 27 is named "Amazing Nature Wallpapers {Pack-220} (7).jpg" in the torrent
2019-10-08 11:17:00 - File index 28 is named "Amazing Nature Wallpapers {Pack-220} (8).jpg" in the torrent
2019-10-08 11:17:00 - File index 29 is named "Amazing Nature Wallpapers {Pack-220} (9).jpg" in the torrent
2019-10-08 11:17:00 - File index 12 is named "Amazing Nature Wallpapers {Pack-220} (20).jpg" in the torrent
2019-10-08 11:17:00 - File index 1 is named "Amazing Nature Wallpapers {Pack-220} (10).jpg" in the torrent
2019-10-08 11:17:00 - File index 4 is named "Amazing Nature Wallpapers {Pack-220} (13).jpg" in the torrent
2019-10-08 11:17:00 - File index 5 is named "Amazing Nature Wallpapers {Pack-220} (14).jpg" in the torrent
2019-10-08 11:17:00 - File index 6 is named "Amazing Nature Wallpapers {Pack-220} (15).jpg" in the torrent
2019-10-08 11:17:00 - File index 9 is named "Amazing Nature Wallpapers {Pack-220} (18).jpg" in the torrent
2019-10-08 11:17:00 - File index 10 is named "Amazing Nature Wallpapers {Pack-220} (19).jpg" in the torrent
2019-10-08 11:17:00 - File index 12 is named "Amazing Nature Wallpapers {Pack-220} (20).jpg" in the torrent
2019-10-08 11:17:00 - File index 16 is named "Amazing Nature Wallpapers {Pack-220} (24).jpg" in the torrent
2019-10-08 11:17:00 - File index 17 is named "Amazing Nature Wallpapers {Pack-220} (25).jpg" in the torrent
2019-10-08 11:17:00 - File index 18 is named "Amazing Nature Wallpapers {Pack-220} (26).jpg" in the torrent
2019-10-08 11:17:00 - File index 19 is named "Amazing Nature Wallpapers {Pack-220} (27).jpg" in the torrent
2019-10-08 11:17:00 - File index 20 is named "Amazing Nature Wallpapers {Pack-220} (28).jpg" in the torrent
```



```
2019-10-08 11:17:00 - File index 22 is named "Amazing Nature Wallpapers {Pack-220} (3).jpg" in the torrent
2019-10-08 11:17:00 - File index 25 is named "Amazing Nature Wallpapers {Pack-220} (5).jpg" in the torrent
2019-10-08 11:17:00 - File index 26 is named "Amazing Nature Wallpapers {Pack-220} (6).jpg" in the torrent
2019-10-08 11:17:00 - File index 27 is named "Amazing Nature Wallpapers {Pack-220} (7).jpg" in the torrent
2019-10-08 11:17:00 - File index 28 is named "Amazing Nature Wallpapers {Pack-220} (8).jpg" in the torrent
2019-10-08 11:17:00 - File index 29 is named "Amazing Nature Wallpapers {Pack-220} (9).jpg" in the torrent
2019-10-08 11:17:00 - File index 3 is named "Amazing Nature Wallpapers {Pack-220} (12).jpg" in the torrent
2019-10-08 11:17:00 - File index 1 is named "Amazing Nature Wallpapers {Pack-220} (10).jpg" in the torrent
2019-10-08 11:17:00 - File index 3 is named "Amazing Nature Wallpapers {Pack-220} (12).jpg" in the torrent
2019-10-08 11:17:00 - File index 4 is named "Amazing Nature Wallpapers {Pack-220} (13).jpg" in the torrent
2019-10-08 11:17:00 - File index 5 is named "Amazing Nature Wallpapers {Pack-220} (14).jpg" in the torrent
2019-10-08 11:17:00 - File index 6 is named "Amazing Nature Wallpapers {Pack-220} (15).jpg" in the torrent
2019-10-08 11:17:00 - File index 9 is named "Amazing Nature Wallpapers {Pack-220} (18).jpg" in the torrent
2019-10-08 11:17:00 - File index 10 is named "Amazing Nature Wallpapers {Pack-220} (19).jpg" in the torrent
2019-10-08 11:17:00 - File index 12 is named "Amazing Nature Wallpapers {Pack-220} (20).jpg" in the torrent
2019-10-08 11:17:00 - File index 16 is named "Amazing Nature Wallpapers {Pack-220} (24).jpg" in the torrent
2019-10-08 11:17:00 - File index 17 is named "Amazing Nature Wallpapers {Pack-220} (25).jpg" in the torrent
2019-10-08 11:17:00 - File index 18 is named "Amazing Nature Wallpapers {Pack-220} (26).jpg" in the torrent
2019-10-08 11:17:00 - File index 19 is named "Amazing Nature Wallpapers {Pack-220} (27).jpg" in the torrent
2019-10-08 11:17:00 - File index 20 is named "Amazing Nature Wallpapers {Pack-220} (28).jpg" in the torrent
2019-10-08 11:17:00 - File index 22 is named "Amazing Nature Wallpapers {Pack-220} (3).jpg" in the torrent
2019-10-08 11:17:00 - File index 25 is named "Amazing Nature Wallpapers {Pack-220} (5).jpg" in the torrent
2019-10-08 11:17:00 - File index 26 is named "Amazing Nature Wallpapers {Pack-220} (6).jpg" in the torrent
2019-10-08 11:17:00 - File index 27 is named "Amazing Nature Wallpapers {Pack-220} (7).jpg" in the torrent
2019-10-08 11:17:00 - File index 28 is named "Amazing Nature Wallpapers {Pack-220} (8).jpg" in the torrent
2019-10-08 11:17:00 - File index 29 is named "Amazing Nature Wallpapers {Pack-220} (9).jpg" in the torrent
2019-10-08 11:17:00 - File index 24 is named "Amazing Nature Wallpapers {Pack-220} (4).jpg" in the torrent
2019-10-08 11:17:00 - File index 1 is named "Amazing Nature Wallpapers {Pack-220} (10).jpg" in the torrent
2019-10-08 11:17:00 - File index 3 is named "Amazing Nature Wallpapers {Pack-220} (12).jpg" in the torrent
2019-10-08 11:17:00 - File index 4 is named "Amazing Nature Wallpapers {Pack-220} (13).jpg" in the torrent
2019-10-08 11:17:00 - File index 5 is named "Amazing Nature Wallpapers {Pack-220} (14).jpg" in the torrent
2019-10-08 11:17:00 - File index 6 is named "Amazing Nature Wallpapers {Pack-220} (15).jpg" in the torrent
2019-10-08 11:17:00 - File index 9 is named "Amazing Nature Wallpapers {Pack-220} (18).jpg" in the torrent
2019-10-08 11:17:00 - File index 10 is named "Amazing Nature Wallpapers {Pack-220} (19).jpg" in the torrent
2019-10-08 11:17:00 - File index 12 is named "Amazing Nature Wallpapers {Pack-220} (20).jpg" in the torrent
2019-10-08 11:17:00 - File index 16 is named "Amazing Nature Wallpapers {Pack-220} (24).jpg" in the torrent
2019-10-08 11:17:00 - File index 17 is named "Amazing Nature Wallpapers {Pack-220} (25).jpg" in the torrent
2019-10-08 11:17:00 - File index 18 is named "Amazing Nature Wallpapers {Pack-220} (26).jpg" in the torrent
2019-10-08 11:17:00 - File index 19 is named "Amazing Nature Wallpapers {Pack-220} (27).jpg" in the torrent
2019-10-08 11:17:00 - File index 20 is named "Amazing Nature Wallpapers {Pack-220} (28).jpg" in the torrent
2019-10-08 11:17:00 - File index 22 is named "Amazing Nature Wallpapers {Pack-220} (3).jpg" in the torrent
2019-10-08 11:17:00 - File index 24 is named "Amazing Nature Wallpapers {Pack-220} (4).jpg" in the torrent
2019-10-08 11:17:00 - File index 25 is named "Amazing Nature Wallpapers {Pack-220} (5).jpg" in the torrent
2019-10-08 11:17:00 - File index 26 is named "Amazing Nature Wallpapers {Pack-220} (6).jpg" in the torrent
2019-10-08 11:17:00 - File index 27 is named "Amazing Nature Wallpapers {Pack-220} (7).jpg" in the torrent
2019-10-08 11:17:00 - File index 28 is named "Amazing Nature Wallpapers {Pack-220} (8).jpg" in the torrent
2019-10-08 11:17:00 - File index 29 is named "Amazing Nature Wallpapers {Pack-220} (9).jpg" in the torrent
2019-10-08 11:17:00 - File index 1 is named "Amazing Nature Wallpapers {Pack-220} (10).jpg" in the torrent
2019-10-08 11:17:00 - File index 3 is named "Amazing Nature Wallpapers {Pack-220} (12).jpg" in the torrent
2019-10-08 11:17:00 - File index 4 is named "Amazing Nature Wallpapers {Pack-220} (13).jpg" in the torrent
2019-10-08 11:17:00 - File index 5 is named "Amazing Nature Wallpapers {Pack-220} (14).jpg" in the torrent
2019-10-08 11:17:00 - File index 6 is named "Amazing Nature Wallpapers {Pack-220} (15).jpg" in the torrent
2019-10-08 11:17:00 - File index 9 is named "Amazing Nature Wallpapers {Pack-220} (18).jpg" in the torrent
2019-10-08 11:17:00 - File index 10 is named "Amazing Nature Wallpapers {Pack-220} (19).jpg" in the torrent
2019-10-08 11:17:00 - File index 12 is named "Amazing Nature Wallpapers {Pack-220} (20).jpg" in the torrent
2019-10-08 11:17:00 - File index 16 is named "Amazing Nature Wallpapers {Pack-220} (24).jpg" in the torrent
2019-10-08 11:17:00 - File index 17 is named "Amazing Nature Wallpapers {Pack-220} (25).jpg" in the torrent
2019-10-08 11:17:00 - File index 18 is named "Amazing Nature Wallpapers {Pack-220} (26).jpg" in the torrent
2019-10-08 11:17:00 - File index 19 is named "Amazing Nature Wallpapers {Pack-220} (27).jpg" in the torrent
2019-10-08 11:17:00 - File index 20 is named "Amazing Nature Wallpapers {Pack-220} (28).jpg" in the torrent
2019-10-08 11:17:00 - File index 22 is named "Amazing Nature Wallpapers {Pack-220} (3).jpg" in the torrent
2019-10-08 11:17:00 - File index 24 is named "Amazing Nature Wallpapers {Pack-220} (4).jpg" in the torrent
2019-10-08 11:17:00 - File index 25 is named "Amazing Nature Wallpapers {Pack-220} (5).jpg" in the torrent
2019-10-08 11:17:00 - File index 26 is named "Amazing Nature Wallpapers {Pack-220} (6).jpg" in the torrent
2019-10-08 11:17:00 - File index 27 is named "Amazing Nature Wallpapers {Pack-220} (7).jpg" in the torrent
2019-10-08 11:17:00 - File index 28 is named "Amazing Nature Wallpapers {Pack-220} (8).jpg" in the torrent
2019-10-08 11:17:00 - File index 29 is named "Amazing Nature Wallpapers {Pack-220} (9).jpg" in the torrent
2019-10-08 11:17:00 - File index 15 is named "Amazing Nature Wallpapers {Pack-220} (23).jpg" in the torrent
2019-10-08 11:17:00 - File index 1 is named "Amazing Nature Wallpapers {Pack-220} (10).jpg" in the torrent
2019-10-08 11:17:00 - File index 3 is named "Amazing Nature Wallpapers {Pack-220} (12).jpg" in the torrent
2019-10-08 11:17:00 - File index 4 is named "Amazing Nature Wallpapers {Pack-220} (13).jpg" in the torrent
```



TESTING & ANALYSIS

```
2019-10-08 11:17:00 - File index 5 is named "Amazing Nature Wallpapers {Pack-220} (14).jpg" in the torrent
2019-10-08 11:17:00 - File index 6 is named "Amazing Nature Wallpapers {Pack-220} (15).jpg" in the torrent
2019-10-08 11:17:00 - File index 9 is named "Amazing Nature Wallpapers {Pack-220} (18).jpg" in the torrent
2019-10-08 11:17:00 - File index 10 is named "Amazing Nature Wallpapers {Pack-220} (19).jpg" in the torrent
2019-10-08 11:17:00 - File index 12 is named "Amazing Nature Wallpapers {Pack-220} (20).jpg" in the torrent
2019-10-08 11:17:00 - File index 15 is named "Amazing Nature Wallpapers {Pack-220} (23).jpg" in the torrent
2019-10-08 11:17:00 - File index 16 is named "Amazing Nature Wallpapers {Pack-220} (24).jpg" in the torrent
2019-10-08 11:17:00 - File index 17 is named "Amazing Nature Wallpapers {Pack-220} (25).jpg" in the torrent
2019-10-08 11:17:00 - File index 18 is named "Amazing Nature Wallpapers {Pack-220} (26).jpg" in the torrent
2019-10-08 11:17:00 - File index 19 is named "Amazing Nature Wallpapers {Pack-220} (27).jpg" in the torrent
2019-10-08 11:17:00 - File index 20 is named "Amazing Nature Wallpapers {Pack-220} (28).jpg" in the torrent
2019-10-08 11:17:00 - File index 22 is named "Amazing Nature Wallpapers {Pack-220} (3).jpg" in the torrent
2019-10-08 11:17:00 - File index 24 is named "Amazing Nature Wallpapers {Pack-220} (4).jpg" in the torrent
2019-10-08 11:17:00 - File index 25 is named "Amazing Nature Wallpapers {Pack-220} (5).jpg" in the torrent
2019-10-08 11:17:00 - File index 26 is named "Amazing Nature Wallpapers {Pack-220} (6).jpg" in the torrent
2019-10-08 11:17:00 - File index 27 is named "Amazing Nature Wallpapers {Pack-220} (7).jpg" in the torrent
2019-10-08 11:17:00 - File index 28 is named "Amazing Nature Wallpapers {Pack-220} (8).jpg" in the torrent
2019-10-08 11:17:00 - File index 29 is named "Amazing Nature Wallpapers {Pack-220} (9).jpg" in the torrent
2019-10-08 11:17:00 - File index 23 is named "Amazing Nature Wallpapers {Pack-220} (30).jpg" in the torrent
2019-10-08 11:17:00 - File index 1 is named "Amazing Nature Wallpapers {Pack-220} (10).jpg" in the torrent
2019-10-08 11:17:00 - File index 3 is named "Amazing Nature Wallpapers {Pack-220} (12).jpg" in the torrent
2019-10-08 11:17:00 - File index 4 is named "Amazing Nature Wallpapers {Pack-220} (13).jpg" in the torrent
2019-10-08 11:17:00 - File index 5 is named "Amazing Nature Wallpapers {Pack-220} (14).jpg" in the torrent
2019-10-08 11:17:00 - File index 6 is named "Amazing Nature Wallpapers {Pack-220} (15).jpg" in the torrent
2019-10-08 11:17:00 - File index 9 is named "Amazing Nature Wallpapers {Pack-220} (18).jpg" in the torrent
2019-10-08 11:17:00 - File index 10 is named "Amazing Nature Wallpapers {Pack-220} (19).jpg" in the torrent
2019-10-08 11:17:00 - File index 12 is named "Amazing Nature Wallpapers {Pack-220} (20).jpg" in the torrent
2019-10-08 11:17:00 - File index 15 is named "Amazing Nature Wallpapers {Pack-220} (23).jpg" in the torrent
2019-10-08 11:17:00 - File index 16 is named "Amazing Nature Wallpapers {Pack-220} (24).jpg" in the torrent
2019-10-08 11:17:00 - File index 17 is named "Amazing Nature Wallpapers {Pack-220} (25).jpg" in the torrent
2019-10-08 11:17:00 - File index 18 is named "Amazing Nature Wallpapers {Pack-220} (26).jpg" in the torrent
2019-10-08 11:17:00 - File index 19 is named "Amazing Nature Wallpapers {Pack-220} (27).jpg" in the torrent
2019-10-08 11:17:00 - File index 20 is named "Amazing Nature Wallpapers {Pack-220} (28).jpg" in the torrent
2019-10-08 11:17:00 - File index 22 is named "Amazing Nature Wallpapers {Pack-220} (3).jpg" in the torrent
2019-10-08 11:17:00 - File index 23 is named "Amazing Nature Wallpapers {Pack-220} (30).jpg" in the torrent
2019-10-08 11:17:00 - File index 24 is named "Amazing Nature Wallpapers {Pack-220} (4).jpg" in the torrent
2019-10-08 11:17:00 - File index 25 is named "Amazing Nature Wallpapers {Pack-220} (5).jpg" in the torrent
2019-10-08 11:17:00 - File index 26 is named "Amazing Nature Wallpapers {Pack-220} (6).jpg" in the torrent
2019-10-08 11:17:00 - File index 27 is named "Amazing Nature Wallpapers {Pack-220} (7).jpg" in the torrent
2019-10-08 11:17:00 - File index 28 is named "Amazing Nature Wallpapers {Pack-220} (8).jpg" in the torrent
2019-10-08 11:17:00 - File index 29 is named "Amazing Nature Wallpapers {Pack-220} (9).jpg" in the torrent
2019-10-08 11:17:00 - File index 1 is named "Amazing Nature Wallpapers {Pack-220} (10).jpg" in the torrent
2019-10-08 11:17:00 - File index 3 is named "Amazing Nature Wallpapers {Pack-220} (12).jpg" in the torrent
2019-10-08 11:17:00 - File index 4 is named "Amazing Nature Wallpapers {Pack-220} (13).jpg" in the torrent
2019-10-08 11:17:00 - File index 5 is named "Amazing Nature Wallpapers {Pack-220} (14).jpg" in the torrent
2019-10-08 11:17:00 - File index 6 is named "Amazing Nature Wallpapers {Pack-220} (15).jpg" in the torrent
2019-10-08 11:17:00 - File index 9 is named "Amazing Nature Wallpapers {Pack-220} (18).jpg" in the torrent
2019-10-08 11:17:00 - File index 10 is named "Amazing Nature Wallpapers {Pack-220} (19).jpg" in the torrent
2019-10-08 11:17:00 - File index 12 is named "Amazing Nature Wallpapers {Pack-220} (20).jpg" in the torrent
2019-10-08 11:17:00 - File index 15 is named "Amazing Nature Wallpapers {Pack-220} (23).jpg" in the torrent
2019-10-08 11:17:00 - File index 16 is named "Amazing Nature Wallpapers {Pack-220} (24).jpg" in the torrent
2019-10-08 11:17:00 - File index 17 is named "Amazing Nature Wallpapers {Pack-220} (25).jpg" in the torrent
2019-10-08 11:17:00 - File index 18 is named "Amazing Nature Wallpapers {Pack-220} (26).jpg" in the torrent
2019-10-08 11:17:00 - File index 19 is named "Amazing Nature Wallpapers {Pack-220} (27).jpg" in the torrent
2019-10-08 11:17:00 - File index 20 is named "Amazing Nature Wallpapers {Pack-220} (28).jpg" in the torrent
2019-10-08 11:17:00 - File index 22 is named "Amazing Nature Wallpapers {Pack-220} (3).jpg" in the torrent
2019-10-08 11:17:00 - File index 23 is named "Amazing Nature Wallpapers {Pack-220} (30).jpg" in the torrent
2019-10-08 11:17:00 - File index 24 is named "Amazing Nature Wallpapers {Pack-220} (4).jpg" in the torrent
2019-10-08 11:17:00 - File index 25 is named "Amazing Nature Wallpapers {Pack-220} (5).jpg" in the torrent
2019-10-08 11:17:00 - File index 26 is named "Amazing Nature Wallpapers {Pack-220} (6).jpg" in the torrent
2019-10-08 11:17:00 - File index 27 is named "Amazing Nature Wallpapers {Pack-220} (7).jpg" in the torrent
2019-10-08 11:17:00 - File index 28 is named "Amazing Nature Wallpapers {Pack-220} (8).jpg" in the torrent
2019-10-08 11:17:00 - File index 29 is named "Amazing Nature Wallpapers {Pack-220} (9).jpg" in the torrent
2019-10-08 11:17:00 - File index 1 is named "Amazing Nature Wallpapers {Pack-220} (10).jpg" in the torrent
2019-10-08 11:17:00 - File index 3 is named "Amazing Nature Wallpapers {Pack-220} (12).jpg" in the torrent
2019-10-08 11:17:00 - File index 4 is named "Amazing Nature Wallpapers {Pack-220} (13).jpg" in the torrent
2019-10-08 11:17:00 - File index 5 is named "Amazing Nature Wallpapers {Pack-220} (14).jpg" in the torrent
2019-10-08 11:17:00 - File index 6 is named "Amazing Nature Wallpapers {Pack-220} (15).jpg" in the torrent
2019-10-08 11:17:00 - File index 9 is named "Amazing Nature Wallpapers {Pack-220} (18).jpg" in the torrent
2019-10-08 11:17:00 - File index 10 is named "Amazing Nature Wallpapers {Pack-220} (19).jpg" in the torrent
2019-10-08 11:17:00 - File index 12 is named "Amazing Nature Wallpapers {Pack-220} (20).jpg" in the torrent
```



```
2019-10-08 11:17:00 - File index 15 is named "Amazing Nature Wallpapers {Pack-220} (23).jpg" in the torrent
2019-10-08 11:17:00 - File index 16 is named "Amazing Nature Wallpapers {Pack-220} (24).jpg" in the torrent
2019-10-08 11:17:00 - File index 17 is named "Amazing Nature Wallpapers {Pack-220} (25).jpg" in the torrent
2019-10-08 11:17:00 - File index 18 is named "Amazing Nature Wallpapers {Pack-220} (26).jpg" in the torrent
2019-10-08 11:17:00 - File index 19 is named "Amazing Nature Wallpapers {Pack-220} (27).jpg" in the torrent
2019-10-08 11:17:00 - File index 20 is named "Amazing Nature Wallpapers {Pack-220} (28).jpg" in the torrent
2019-10-08 11:17:00 - File index 22 is named "Amazing Nature Wallpapers {Pack-220} (3).jpg" in the torrent
2019-10-08 11:17:00 - File index 23 is named "Amazing Nature Wallpapers {Pack-220} (30).jpg" in the torrent
2019-10-08 11:17:00 - File index 24 is named "Amazing Nature Wallpapers {Pack-220} (4).jpg" in the torrent
2019-10-08 11:17:00 - File index 25 is named "Amazing Nature Wallpapers {Pack-220} (5).jpg" in the torrent
2019-10-08 11:17:00 - File index 26 is named "Amazing Nature Wallpapers {Pack-220} (6).jpg" in the torrent
2019-10-08 11:17:00 - File index 27 is named "Amazing Nature Wallpapers {Pack-220} (7).jpg" in the torrent
2019-10-08 11:17:00 - File index 28 is named "Amazing Nature Wallpapers {Pack-220} (8).jpg" in the torrent
2019-10-08 11:17:00 - File index 29 is named "Amazing Nature Wallpapers {Pack-220} (9).jpg" in the torrent
2019-10-08 11:17:00 - File index 0 is named "Amazing Nature Wallpapers {Pack-220} (1).jpg" in the torrent
2019-10-08 11:17:00 - File index 0 is named "Amazing Nature Wallpapers {Pack-220} (1).jpg" in the torrent
2019-10-08 11:17:00 - File index 1 is named "Amazing Nature Wallpapers {Pack-220} (10).jpg" in the torrent
2019-10-08 11:17:00 - File index 3 is named "Amazing Nature Wallpapers {Pack-220} (12).jpg" in the torrent
2019-10-08 11:17:00 - File index 4 is named "Amazing Nature Wallpapers {Pack-220} (13).jpg" in the torrent
2019-10-08 11:17:00 - File index 5 is named "Amazing Nature Wallpapers {Pack-220} (14).jpg" in the torrent
2019-10-08 11:17:00 - File index 6 is named "Amazing Nature Wallpapers {Pack-220} (15).jpg" in the torrent
2019-10-08 11:17:00 - File index 9 is named "Amazing Nature Wallpapers {Pack-220} (18).jpg" in the torrent
2019-10-08 11:17:00 - File index 10 is named "Amazing Nature Wallpapers {Pack-220} (19).jpg" in the torrent
2019-10-08 11:17:00 - File index 12 is named "Amazing Nature Wallpapers {Pack-220} (20).jpg" in the torrent
2019-10-08 11:17:00 - File index 15 is named "Amazing Nature Wallpapers {Pack-220} (23).jpg" in the torrent
2019-10-08 11:17:00 - File index 16 is named "Amazing Nature Wallpapers {Pack-220} (24).jpg" in the torrent
2019-10-08 11:17:00 - File index 17 is named "Amazing Nature Wallpapers {Pack-220} (25).jpg" in the torrent
2019-10-08 11:17:00 - File index 18 is named "Amazing Nature Wallpapers {Pack-220} (26).jpg" in the torrent
2019-10-08 11:17:00 - File index 19 is named "Amazing Nature Wallpapers {Pack-220} (27).jpg" in the torrent
2019-10-08 11:17:00 - File index 20 is named "Amazing Nature Wallpapers {Pack-220} (28).jpg" in the torrent
2019-10-08 11:17:00 - File index 22 is named "Amazing Nature Wallpapers {Pack-220} (3).jpg" in the torrent
2019-10-08 11:17:00 - File index 23 is named "Amazing Nature Wallpapers {Pack-220} (30).jpg" in the torrent
2019-10-08 11:17:00 - File index 24 is named "Amazing Nature Wallpapers {Pack-220} (4).jpg" in the torrent
2019-10-08 11:17:00 - File index 25 is named "Amazing Nature Wallpapers {Pack-220} (5).jpg" in the torrent
2019-10-08 11:17:00 - File index 26 is named "Amazing Nature Wallpapers {Pack-220} (6).jpg" in the torrent
2019-10-08 11:17:00 - File index 27 is named "Amazing Nature Wallpapers {Pack-220} (7).jpg" in the torrent
2019-10-08 11:17:00 - File index 28 is named "Amazing Nature Wallpapers {Pack-220} (8).jpg" in the torrent
2019-10-08 11:17:00 - File index 29 is named "Amazing Nature Wallpapers {Pack-220} (9).jpg" in the torrent
2019-10-08 11:17:00 - File index 14 is named "Amazing Nature Wallpapers {Pack-220} (22).jpg" in the torrent
2019-10-08 11:17:00 - File index 0 is named "Amazing Nature Wallpapers {Pack-220} (1).jpg" in the torrent
2019-10-08 11:17:00 - File index 1 is named "Amazing Nature Wallpapers {Pack-220} (10).jpg" in the torrent
2019-10-08 11:17:00 - File index 3 is named "Amazing Nature Wallpapers {Pack-220} (12).jpg" in the torrent
2019-10-08 11:17:00 - File index 4 is named "Amazing Nature Wallpapers {Pack-220} (13).jpg" in the torrent
2019-10-08 11:17:00 - File index 5 is named "Amazing Nature Wallpapers {Pack-220} (14).jpg" in the torrent
2019-10-08 11:17:00 - File index 6 is named "Amazing Nature Wallpapers {Pack-220} (15).jpg" in the torrent
2019-10-08 11:17:00 - File index 9 is named "Amazing Nature Wallpapers {Pack-220} (18).jpg" in the torrent
2019-10-08 11:17:00 - File index 10 is named "Amazing Nature Wallpapers {Pack-220} (19).jpg" in the torrent
2019-10-08 11:17:00 - File index 12 is named "Amazing Nature Wallpapers {Pack-220} (20).jpg" in the torrent
2019-10-08 11:17:00 - File index 14 is named "Amazing Nature Wallpapers {Pack-220} (22).jpg" in the torrent
2019-10-08 11:17:00 - File index 15 is named "Amazing Nature Wallpapers {Pack-220} (23).jpg" in the torrent
2019-10-08 11:17:00 - File index 16 is named "Amazing Nature Wallpapers {Pack-220} (24).jpg" in the torrent
2019-10-08 11:17:00 - File index 17 is named "Amazing Nature Wallpapers {Pack-220} (25).jpg" in the torrent
2019-10-08 11:17:00 - File index 18 is named "Amazing Nature Wallpapers {Pack-220} (26).jpg" in the torrent
2019-10-08 11:17:00 - File index 19 is named "Amazing Nature Wallpapers {Pack-220} (27).jpg" in the torrent
2019-10-08 11:17:00 - File index 20 is named "Amazing Nature Wallpapers {Pack-220} (28).jpg" in the torrent
2019-10-08 11:17:00 - File index 22 is named "Amazing Nature Wallpapers {Pack-220} (3).jpg" in the torrent
2019-10-08 11:17:00 - File index 23 is named "Amazing Nature Wallpapers {Pack-220} (30).jpg" in the torrent
2019-10-08 11:17:00 - File index 24 is named "Amazing Nature Wallpapers {Pack-220} (4).jpg" in the torrent
2019-10-08 11:17:00 - File index 25 is named "Amazing Nature Wallpapers {Pack-220} (5).jpg" in the torrent
2019-10-08 11:17:00 - File index 26 is named "Amazing Nature Wallpapers {Pack-220} (6).jpg" in the torrent
2019-10-08 11:17:00 - File index 27 is named "Amazing Nature Wallpapers {Pack-220} (7).jpg" in the torrent
2019-10-08 11:17:00 - File index 28 is named "Amazing Nature Wallpapers {Pack-220} (8).jpg" in the torrent
2019-10-08 11:17:00 - File index 29 is named "Amazing Nature Wallpapers {Pack-220} (9).jpg" in the torrent
2019-10-08 11:17:00 - File index 7 is named "Amazing Nature Wallpapers {Pack-220} (16).jpg" in the torrent
2019-10-08 11:17:00 - File index 0 is named "Amazing Nature Wallpapers {Pack-220} (1).jpg" in the torrent
2019-10-08 11:17:00 - File index 1 is named "Amazing Nature Wallpapers {Pack-220} (10).jpg" in the torrent
2019-10-08 11:17:00 - File index 3 is named "Amazing Nature Wallpapers {Pack-220} (12).jpg" in the torrent
2019-10-08 11:17:00 - File index 4 is named "Amazing Nature Wallpapers {Pack-220} (13).jpg" in the torrent
2019-10-08 11:17:00 - File index 5 is named "Amazing Nature Wallpapers {Pack-220} (14).jpg" in the torrent
2019-10-08 11:17:00 - File index 6 is named "Amazing Nature Wallpapers {Pack-220} (15).jpg" in the torrent
2019-10-08 11:17:00 - File index 7 is named "Amazing Nature Wallpapers {Pack-220} (16).jpg" in the torrent
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



```
2019-10-08 11:17:00 - File index 9 is named "Amazing Nature Wallpapers {Pack-220} (18).jpg" in the torrent
2019-10-08 11:17:00 - File index 10 is named "Amazing Nature Wallpapers {Pack-220} (19).jpg" in the torrent
2019-10-08 11:17:00 - File index 12 is named "Amazing Nature Wallpapers {Pack-220} (20).jpg" in the torrent
2019-10-08 11:17:00 - File index 14 is named "Amazing Nature Wallpapers {Pack-220} (22).jpg" in the torrent
2019-10-08 11:17:00 - File index 15 is named "Amazing Nature Wallpapers {Pack-220} (23).jpg" in the torrent
2019-10-08 11:17:00 - File index 16 is named "Amazing Nature Wallpapers {Pack-220} (24).jpg" in the torrent
2019-10-08 11:17:00 - File index 17 is named "Amazing Nature Wallpapers {Pack-220} (25).jpg" in the torrent
2019-10-08 11:17:00 - File index 18 is named "Amazing Nature Wallpapers {Pack-220} (26).jpg" in the torrent
2019-10-08 11:17:00 - File index 19 is named "Amazing Nature Wallpapers {Pack-220} (27).jpg" in the torrent
2019-10-08 11:17:00 - File index 20 is named "Amazing Nature Wallpapers {Pack-220} (28).jpg" in the torrent
2019-10-08 11:17:00 - File index 22 is named "Amazing Nature Wallpapers {Pack-220} (3).jpg" in the torrent
2019-10-08 11:17:00 - File index 23 is named "Amazing Nature Wallpapers {Pack-220} (30).jpg" in the torrent
2019-10-08 11:17:00 - File index 24 is named "Amazing Nature Wallpapers {Pack-220} (4).jpg" in the torrent
2019-10-08 11:17:00 - File index 25 is named "Amazing Nature Wallpapers {Pack-220} (5).jpg" in the torrent
2019-10-08 11:17:00 - File index 26 is named "Amazing Nature Wallpapers {Pack-220} (6).jpg" in the torrent
2019-10-08 11:17:00 - File index 27 is named "Amazing Nature Wallpapers {Pack-220} (7).jpg" in the torrent
2019-10-08 11:17:00 - File index 28 is named "Amazing Nature Wallpapers {Pack-220} (8).jpg" in the torrent
2019-10-08 11:17:00 - File index 29 is named "Amazing Nature Wallpapers {Pack-220} (9).jpg" in the torrent
2019-10-08 11:17:00 - File index 0 is named "Amazing Nature Wallpapers {Pack-220} (1).jpg" in the torrent
2019-10-08 11:17:00 - File index 1 is named "Amazing Nature Wallpapers {Pack-220} (10).jpg" in the torrent
2019-10-08 11:17:00 - File index 3 is named "Amazing Nature Wallpapers {Pack-220} (12).jpg" in the torrent
2019-10-08 11:17:00 - File index 4 is named "Amazing Nature Wallpapers {Pack-220} (13).jpg" in the torrent
2019-10-08 11:17:00 - File index 5 is named "Amazing Nature Wallpapers {Pack-220} (14).jpg" in the torrent
2019-10-08 11:17:00 - File index 6 is named "Amazing Nature Wallpapers {Pack-220} (15).jpg" in the torrent
2019-10-08 11:17:00 - File index 7 is named "Amazing Nature Wallpapers {Pack-220} (16).jpg" in the torrent
2019-10-08 11:17:00 - File index 9 is named "Amazing Nature Wallpapers {Pack-220} (18).jpg" in the torrent
2019-10-08 11:17:00 - File index 10 is named "Amazing Nature Wallpapers {Pack-220} (19).jpg" in the torrent
2019-10-08 11:17:00 - File index 12 is named "Amazing Nature Wallpapers {Pack-220} (20).jpg" in the torrent
2019-10-08 11:17:00 - File index 14 is named "Amazing Nature Wallpapers {Pack-220} (22).jpg" in the torrent
2019-10-08 11:17:00 - File index 15 is named "Amazing Nature Wallpapers {Pack-220} (23).jpg" in the torrent
2019-10-08 11:17:00 - File index 16 is named "Amazing Nature Wallpapers {Pack-220} (24).jpg" in the torrent
2019-10-08 11:17:00 - File index 17 is named "Amazing Nature Wallpapers {Pack-220} (25).jpg" in the torrent
2019-10-08 11:17:00 - File index 18 is named "Amazing Nature Wallpapers {Pack-220} (26).jpg" in the torrent
2019-10-08 11:17:00 - File index 19 is named "Amazing Nature Wallpapers {Pack-220} (27).jpg" in the torrent
2019-10-08 11:17:00 - File index 20 is named "Amazing Nature Wallpapers {Pack-220} (28).jpg" in the torrent
2019-10-08 11:17:00 - File index 22 is named "Amazing Nature Wallpapers {Pack-220} (3).jpg" in the torrent
2019-10-08 11:17:00 - File index 23 is named "Amazing Nature Wallpapers {Pack-220} (30).jpg" in the torrent
2019-10-08 11:17:00 - File index 24 is named "Amazing Nature Wallpapers {Pack-220} (4).jpg" in the torrent
2019-10-08 11:17:00 - File index 25 is named "Amazing Nature Wallpapers {Pack-220} (5).jpg" in the torrent
2019-10-08 11:17:00 - File index 26 is named "Amazing Nature Wallpapers {Pack-220} (6).jpg" in the torrent
2019-10-08 11:17:00 - File index 27 is named "Amazing Nature Wallpapers {Pack-220} (7).jpg" in the torrent
2019-10-08 11:17:00 - File index 28 is named "Amazing Nature Wallpapers {Pack-220} (8).jpg" in the torrent
2019-10-08 11:17:00 - File index 29 is named "Amazing Nature Wallpapers {Pack-220} (9).jpg" in the torrent
2019-10-08 11:17:00 - File index 11 is named "Amazing Nature Wallpapers {Pack-220} (2).jpg" in the torrent
2019-10-08 11:17:00 - File index 0 is named "Amazing Nature Wallpapers {Pack-220} (1).jpg" in the torrent
2019-10-08 11:17:00 - File index 1 is named "Amazing Nature Wallpapers {Pack-220} (10).jpg" in the torrent
2019-10-08 11:17:00 - File index 3 is named "Amazing Nature Wallpapers {Pack-220} (12).jpg" in the torrent
2019-10-08 11:17:00 - File index 4 is named "Amazing Nature Wallpapers {Pack-220} (13).jpg" in the torrent
2019-10-08 11:17:00 - File index 5 is named "Amazing Nature Wallpapers {Pack-220} (14).jpg" in the torrent
2019-10-08 11:17:00 - File index 6 is named "Amazing Nature Wallpapers {Pack-220} (15).jpg" in the torrent
2019-10-08 11:17:00 - File index 7 is named "Amazing Nature Wallpapers {Pack-220} (16).jpg" in the torrent
2019-10-08 11:17:00 - File index 9 is named "Amazing Nature Wallpapers {Pack-220} (18).jpg" in the torrent
2019-10-08 11:17:00 - File index 10 is named "Amazing Nature Wallpapers {Pack-220} (19).jpg" in the torrent
2019-10-08 11:17:00 - File index 11 is named "Amazing Nature Wallpapers {Pack-220} (2).jpg" in the torrent
2019-10-08 11:17:00 - File index 12 is named "Amazing Nature Wallpapers {Pack-220} (20).jpg" in the torrent
2019-10-08 11:17:00 - File index 14 is named "Amazing Nature Wallpapers {Pack-220} (22).jpg" in the torrent
2019-10-08 11:17:00 - File index 15 is named "Amazing Nature Wallpapers {Pack-220} (23).jpg" in the torrent
2019-10-08 11:17:00 - File index 16 is named "Amazing Nature Wallpapers {Pack-220} (24).jpg" in the torrent
2019-10-08 11:17:00 - File index 17 is named "Amazing Nature Wallpapers {Pack-220} (25).jpg" in the torrent
2019-10-08 11:17:00 - File index 18 is named "Amazing Nature Wallpapers {Pack-220} (26).jpg" in the torrent
2019-10-08 11:17:00 - File index 19 is named "Amazing Nature Wallpapers {Pack-220} (27).jpg" in the torrent
2019-10-08 11:17:00 - File index 20 is named "Amazing Nature Wallpapers {Pack-220} (28).jpg" in the torrent
2019-10-08 11:17:00 - File index 22 is named "Amazing Nature Wallpapers {Pack-220} (3).jpg" in the torrent
2019-10-08 11:17:00 - File index 23 is named "Amazing Nature Wallpapers {Pack-220} (30).jpg" in the torrent
2019-10-08 11:17:00 - File index 24 is named "Amazing Nature Wallpapers {Pack-220} (4).jpg" in the torrent
2019-10-08 11:17:00 - File index 25 is named "Amazing Nature Wallpapers {Pack-220} (5).jpg" in the torrent
2019-10-08 11:17:00 - File index 26 is named "Amazing Nature Wallpapers {Pack-220} (6).jpg" in the torrent
2019-10-08 11:17:00 - File index 27 is named "Amazing Nature Wallpapers {Pack-220} (7).jpg" in the torrent
2019-10-08 11:17:00 - File index 28 is named "Amazing Nature Wallpapers {Pack-220} (8).jpg" in the torrent
2019-10-08 11:17:00 - File index 29 is named "Amazing Nature Wallpapers {Pack-220} (9).jpg" in the torrent
2019-10-08 11:17:00 - File index 13 is named "Amazing Nature Wallpapers {Pack-220} (21).jpg" in the torrent
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



LOEHRS
f o r e n s i c s

TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **98** of **148** PAGES

```
2019-10-08 11:17:00 - File index 0 is named "Amazing Nature Wallpapers {Pack-220} (1).jpg" in the torrent
2019-10-08 11:17:00 - File index 1 is named "Amazing Nature Wallpapers {Pack-220} (10).jpg" in the torrent
2019-10-08 11:17:00 - File index 3 is named "Amazing Nature Wallpapers {Pack-220} (12).jpg" in the torrent
2019-10-08 11:17:00 - File index 4 is named "Amazing Nature Wallpapers {Pack-220} (13).jpg" in the torrent
2019-10-08 11:17:00 - File index 5 is named "Amazing Nature Wallpapers {Pack-220} (14).jpg" in the torrent
2019-10-08 11:17:00 - File index 6 is named "Amazing Nature Wallpapers {Pack-220} (15).jpg" in the torrent
2019-10-08 11:17:00 - File index 7 is named "Amazing Nature Wallpapers {Pack-220} (16).jpg" in the torrent
2019-10-08 11:17:00 - File index 9 is named "Amazing Nature Wallpapers {Pack-220} (18).jpg" in the torrent
2019-10-08 11:17:00 - File index 10 is named "Amazing Nature Wallpapers {Pack-220} (19).jpg" in the torrent
2019-10-08 11:17:00 - File index 11 is named "Amazing Nature Wallpapers {Pack-220} (2).jpg" in the torrent
2019-10-08 11:17:00 - File index 12 is named "Amazing Nature Wallpapers {Pack-220} (20).jpg" in the torrent
2019-10-08 11:17:00 - File index 13 is named "Amazing Nature Wallpapers {Pack-220} (21).jpg" in the torrent
2019-10-08 11:17:00 - File index 14 is named "Amazing Nature Wallpapers {Pack-220} (22).jpg" in the torrent
2019-10-08 11:17:00 - File index 15 is named "Amazing Nature Wallpapers {Pack-220} (23).jpg" in the torrent
2019-10-08 11:17:00 - File index 16 is named "Amazing Nature Wallpapers {Pack-220} (24).jpg" in the torrent
2019-10-08 11:17:00 - File index 17 is named "Amazing Nature Wallpapers {Pack-220} (25).jpg" in the torrent
2019-10-08 11:17:00 - File index 18 is named "Amazing Nature Wallpapers {Pack-220} (26).jpg" in the torrent
2019-10-08 11:17:00 - File index 19 is named "Amazing Nature Wallpapers {Pack-220} (27).jpg" in the torrent
2019-10-08 11:17:00 - File index 20 is named "Amazing Nature Wallpapers {Pack-220} (28).jpg" in the torrent
2019-10-08 11:17:00 - File index 22 is named "Amazing Nature Wallpapers {Pack-220} (3).jpg" in the torrent
2019-10-08 11:17:00 - File index 23 is named "Amazing Nature Wallpapers {Pack-220} (30).jpg" in the torrent
2019-10-08 11:17:00 - File index 24 is named "Amazing Nature Wallpapers {Pack-220} (4).jpg" in the torrent
2019-10-08 11:17:00 - File index 25 is named "Amazing Nature Wallpapers {Pack-220} (5).jpg" in the torrent
2019-10-08 11:17:00 - File index 26 is named "Amazing Nature Wallpapers {Pack-220} (6).jpg" in the torrent
2019-10-08 11:17:00 - File index 27 is named "Amazing Nature Wallpapers {Pack-220} (7).jpg" in the torrent
2019-10-08 11:17:00 - File index 28 is named "Amazing Nature Wallpapers {Pack-220} (8).jpg" in the torrent
2019-10-08 11:17:00 - File index 29 is named "Amazing Nature Wallpapers {Pack-220} (9).jpg" in the torrent
2019-10-08 11:17:00 - File index 0 is named "Amazing Nature Wallpapers {Pack-220} (1).jpg" in the torrent
2019-10-08 11:17:00 - File index 1 is named "Amazing Nature Wallpapers {Pack-220} (10).jpg" in the torrent
2019-10-08 11:17:00 - File index 3 is named "Amazing Nature Wallpapers {Pack-220} (12).jpg" in the torrent
2019-10-08 11:17:00 - File index 4 is named "Amazing Nature Wallpapers {Pack-220} (13).jpg" in the torrent
2019-10-08 11:17:00 - File index 5 is named "Amazing Nature Wallpapers {Pack-220} (14).jpg" in the torrent
2019-10-08 11:17:00 - File index 6 is named "Amazing Nature Wallpapers {Pack-220} (15).jpg" in the torrent
2019-10-08 11:17:00 - File index 7 is named "Amazing Nature Wallpapers {Pack-220} (16).jpg" in the torrent
2019-10-08 11:17:00 - File index 9 is named "Amazing Nature Wallpapers {Pack-220} (18).jpg" in the torrent
2019-10-08 11:17:00 - File index 10 is named "Amazing Nature Wallpapers {Pack-220} (19).jpg" in the torrent
2019-10-08 11:17:00 - File index 11 is named "Amazing Nature Wallpapers {Pack-220} (2).jpg" in the torrent
2019-10-08 11:17:00 - File index 12 is named "Amazing Nature Wallpapers {Pack-220} (20).jpg" in the torrent
2019-10-08 11:17:00 - File index 13 is named "Amazing Nature Wallpapers {Pack-220} (21).jpg" in the torrent
2019-10-08 11:17:00 - File index 14 is named "Amazing Nature Wallpapers {Pack-220} (22).jpg" in the torrent
2019-10-08 11:17:00 - File index 15 is named "Amazing Nature Wallpapers {Pack-220} (23).jpg" in the torrent
2019-10-08 11:17:00 - File index 16 is named "Amazing Nature Wallpapers {Pack-220} (24).jpg" in the torrent
2019-10-08 11:17:00 - File index 17 is named "Amazing Nature Wallpapers {Pack-220} (25).jpg" in the torrent
2019-10-08 11:17:00 - File index 18 is named "Amazing Nature Wallpapers {Pack-220} (26).jpg" in the torrent
2019-10-08 11:17:00 - File index 19 is named "Amazing Nature Wallpapers {Pack-220} (27).jpg" in the torrent
2019-10-08 11:17:00 - File index 20 is named "Amazing Nature Wallpapers {Pack-220} (28).jpg" in the torrent
2019-10-08 11:17:00 - File index 22 is named "Amazing Nature Wallpapers {Pack-220} (3).jpg" in the torrent
2019-10-08 11:17:00 - File index 23 is named "Amazing Nature Wallpapers {Pack-220} (30).jpg" in the torrent
2019-10-08 11:17:00 - File index 24 is named "Amazing Nature Wallpapers {Pack-220} (4).jpg" in the torrent
2019-10-08 11:17:00 - File index 25 is named "Amazing Nature Wallpapers {Pack-220} (5).jpg" in the torrent
2019-10-08 11:17:00 - File index 26 is named "Amazing Nature Wallpapers {Pack-220} (6).jpg" in the torrent
2019-10-08 11:17:00 - File index 27 is named "Amazing Nature Wallpapers {Pack-220} (7).jpg" in the torrent
2019-10-08 11:17:00 - File index 28 is named "Amazing Nature Wallpapers {Pack-220} (8).jpg" in the torrent
2019-10-08 11:17:00 - File index 29 is named "Amazing Nature Wallpapers {Pack-220} (9).jpg" in the torrent
2019-10-08 11:17:00 - File index 8 is named "Amazing Nature Wallpapers {Pack-220} (17).jpg" in the torrent
2019-10-08 11:17:00 - File index 0 is named "Amazing Nature Wallpapers {Pack-220} (1).jpg" in the torrent
2019-10-08 11:17:00 - File index 1 is named "Amazing Nature Wallpapers {Pack-220} (10).jpg" in the torrent
2019-10-08 11:17:00 - File index 3 is named "Amazing Nature Wallpapers {Pack-220} (12).jpg" in the torrent
2019-10-08 11:17:00 - File index 4 is named "Amazing Nature Wallpapers {Pack-220} (13).jpg" in the torrent
2019-10-08 11:17:00 - File index 5 is named "Amazing Nature Wallpapers {Pack-220} (14).jpg" in the torrent
2019-10-08 11:17:00 - File index 6 is named "Amazing Nature Wallpapers {Pack-220} (15).jpg" in the torrent
2019-10-08 11:17:00 - File index 7 is named "Amazing Nature Wallpapers {Pack-220} (16).jpg" in the torrent
2019-10-08 11:17:00 - File index 8 is named "Amazing Nature Wallpapers {Pack-220} (17).jpg" in the torrent
2019-10-08 11:17:00 - File index 9 is named "Amazing Nature Wallpapers {Pack-220} (18).jpg" in the torrent
2019-10-08 11:17:00 - File index 10 is named "Amazing Nature Wallpapers {Pack-220} (19).jpg" in the torrent
2019-10-08 11:17:00 - File index 11 is named "Amazing Nature Wallpapers {Pack-220} (2).jpg" in the torrent
2019-10-08 11:17:00 - File index 12 is named "Amazing Nature Wallpapers {Pack-220} (20).jpg" in the torrent
2019-10-08 11:17:00 - File index 13 is named "Amazing Nature Wallpapers {Pack-220} (21).jpg" in the torrent
2019-10-08 11:17:00 - File index 14 is named "Amazing Nature Wallpapers {Pack-220} (22).jpg" in the torrent
2019-10-08 11:17:00 - File index 15 is named "Amazing Nature Wallpapers {Pack-220} (23).jpg" in the torrent
2019-10-08 11:17:00 - File index 16 is named "Amazing Nature Wallpapers {Pack-220} (24).jpg" in the torrent
```



```
2019-10-08 11:17:00 - File index 17 is named "Amazing Nature Wallpapers {Pack-220} (25).jpg" in the torrent
2019-10-08 11:17:00 - File index 18 is named "Amazing Nature Wallpapers {Pack-220} (26).jpg" in the torrent
2019-10-08 11:17:00 - File index 19 is named "Amazing Nature Wallpapers {Pack-220} (27).jpg" in the torrent
2019-10-08 11:17:00 - File index 20 is named "Amazing Nature Wallpapers {Pack-220} (28).jpg" in the torrent
2019-10-08 11:17:00 - File index 22 is named "Amazing Nature Wallpapers {Pack-220} (3).jpg" in the torrent
2019-10-08 11:17:00 - File index 23 is named "Amazing Nature Wallpapers {Pack-220} (30).jpg" in the torrent
2019-10-08 11:17:00 - File index 24 is named "Amazing Nature Wallpapers {Pack-220} (4).jpg" in the torrent
2019-10-08 11:17:00 - File index 25 is named "Amazing Nature Wallpapers {Pack-220} (5).jpg" in the torrent
2019-10-08 11:17:00 - File index 26 is named "Amazing Nature Wallpapers {Pack-220} (6).jpg" in the torrent
2019-10-08 11:17:00 - File index 27 is named "Amazing Nature Wallpapers {Pack-220} (7).jpg" in the torrent
2019-10-08 11:17:00 - File index 28 is named "Amazing Nature Wallpapers {Pack-220} (8).jpg" in the torrent
2019-10-08 11:17:00 - File index 29 is named "Amazing Nature Wallpapers {Pack-220} (9).jpg" in the torrent
2019-10-08 11:17:00 - File index 21 is named "Amazing Nature Wallpapers {Pack-220} (29).jpg" in the torrent
2019-10-08 11:17:00 - File index 0 is named "Amazing Nature Wallpapers {Pack-220} (1).jpg" in the torrent
2019-10-08 11:17:00 - File index 1 is named "Amazing Nature Wallpapers {Pack-220} (10).jpg" in the torrent
2019-10-08 11:17:00 - File index 3 is named "Amazing Nature Wallpapers {Pack-220} (12).jpg" in the torrent
2019-10-08 11:17:00 - File index 4 is named "Amazing Nature Wallpapers {Pack-220} (13).jpg" in the torrent
2019-10-08 11:17:00 - File index 5 is named "Amazing Nature Wallpapers {Pack-220} (14).jpg" in the torrent
2019-10-08 11:17:00 - File index 6 is named "Amazing Nature Wallpapers {Pack-220} (15).jpg" in the torrent
2019-10-08 11:17:00 - File index 7 is named "Amazing Nature Wallpapers {Pack-220} (16).jpg" in the torrent
2019-10-08 11:17:00 - File index 8 is named "Amazing Nature Wallpapers {Pack-220} (17).jpg" in the torrent
2019-10-08 11:17:00 - File index 9 is named "Amazing Nature Wallpapers {Pack-220} (18).jpg" in the torrent
2019-10-08 11:17:00 - File index 10 is named "Amazing Nature Wallpapers {Pack-220} (19).jpg" in the torrent
2019-10-08 11:17:00 - File index 11 is named "Amazing Nature Wallpapers {Pack-220} (2).jpg" in the torrent
2019-10-08 11:17:00 - File index 12 is named "Amazing Nature Wallpapers {Pack-220} (20).jpg" in the torrent
2019-10-08 11:17:00 - File index 13 is named "Amazing Nature Wallpapers {Pack-220} (21).jpg" in the torrent
2019-10-08 11:17:00 - File index 14 is named "Amazing Nature Wallpapers {Pack-220} (22).jpg" in the torrent
2019-10-08 11:17:00 - File index 15 is named "Amazing Nature Wallpapers {Pack-220} (23).jpg" in the torrent
2019-10-08 11:17:00 - File index 16 is named "Amazing Nature Wallpapers {Pack-220} (24).jpg" in the torrent
2019-10-08 11:17:00 - File index 17 is named "Amazing Nature Wallpapers {Pack-220} (25).jpg" in the torrent
2019-10-08 11:17:00 - File index 18 is named "Amazing Nature Wallpapers {Pack-220} (26).jpg" in the torrent
2019-10-08 11:17:00 - File index 19 is named "Amazing Nature Wallpapers {Pack-220} (27).jpg" in the torrent
2019-10-08 11:17:00 - File index 20 is named "Amazing Nature Wallpapers {Pack-220} (28).jpg" in the torrent
2019-10-08 11:17:00 - File index 21 is named "Amazing Nature Wallpapers {Pack-220} (29).jpg" in the torrent
2019-10-08 11:17:00 - File index 22 is named "Amazing Nature Wallpapers {Pack-220} (3).jpg" in the torrent
2019-10-08 11:17:00 - File index 23 is named "Amazing Nature Wallpapers {Pack-220} (30).jpg" in the torrent
2019-10-08 11:17:00 - File index 24 is named "Amazing Nature Wallpapers {Pack-220} (4).jpg" in the torrent
2019-10-08 11:17:00 - File index 25 is named "Amazing Nature Wallpapers {Pack-220} (5).jpg" in the torrent
2019-10-08 11:17:00 - File index 26 is named "Amazing Nature Wallpapers {Pack-220} (6).jpg" in the torrent
2019-10-08 11:17:00 - File index 27 is named "Amazing Nature Wallpapers {Pack-220} (7).jpg" in the torrent
2019-10-08 11:17:00 - File index 28 is named "Amazing Nature Wallpapers {Pack-220} (8).jpg" in the torrent
2019-10-08 11:17:00 - File index 29 is named "Amazing Nature Wallpapers {Pack-220} (9).jpg" in the torrent
2019-10-08 11:17:00 - File index 2 is named "Amazing Nature Wallpapers {Pack-220} (11).jpg" in the torrent
2019-10-08 11:17:00 - File index 0 is named "Amazing Nature Wallpapers {Pack-220} (1).jpg" in the torrent
2019-10-08 11:17:00 - File index 1 is named "Amazing Nature Wallpapers {Pack-220} (10).jpg" in the torrent
2019-10-08 11:17:00 - File index 2 is named "Amazing Nature Wallpapers {Pack-220} (11).jpg" in the torrent
2019-10-08 11:17:00 - File index 3 is named "Amazing Nature Wallpapers {Pack-220} (12).jpg" in the torrent
2019-10-08 11:17:00 - File index 4 is named "Amazing Nature Wallpapers {Pack-220} (13).jpg" in the torrent
2019-10-08 11:17:00 - File index 5 is named "Amazing Nature Wallpapers {Pack-220} (14).jpg" in the torrent
2019-10-08 11:17:00 - File index 6 is named "Amazing Nature Wallpapers {Pack-220} (15).jpg" in the torrent
2019-10-08 11:17:00 - File index 7 is named "Amazing Nature Wallpapers {Pack-220} (16).jpg" in the torrent
2019-10-08 11:17:00 - File index 8 is named "Amazing Nature Wallpapers {Pack-220} (17).jpg" in the torrent
2019-10-08 11:17:00 - File index 9 is named "Amazing Nature Wallpapers {Pack-220} (18).jpg" in the torrent
2019-10-08 11:17:00 - File index 10 is named "Amazing Nature Wallpapers {Pack-220} (19).jpg" in the torrent
2019-10-08 11:17:00 - File index 11 is named "Amazing Nature Wallpapers {Pack-220} (2).jpg" in the torrent
2019-10-08 11:17:00 - File index 12 is named "Amazing Nature Wallpapers {Pack-220} (20).jpg" in the torrent
2019-10-08 11:17:00 - File index 13 is named "Amazing Nature Wallpapers {Pack-220} (21).jpg" in the torrent
2019-10-08 11:17:00 - File index 14 is named "Amazing Nature Wallpapers {Pack-220} (22).jpg" in the torrent
2019-10-08 11:17:00 - File index 15 is named "Amazing Nature Wallpapers {Pack-220} (23).jpg" in the torrent
2019-10-08 11:17:00 - File index 16 is named "Amazing Nature Wallpapers {Pack-220} (24).jpg" in the torrent
2019-10-08 11:17:00 - File index 17 is named "Amazing Nature Wallpapers {Pack-220} (25).jpg" in the torrent
2019-10-08 11:17:00 - File index 18 is named "Amazing Nature Wallpapers {Pack-220} (26).jpg" in the torrent
2019-10-08 11:17:00 - File index 19 is named "Amazing Nature Wallpapers {Pack-220} (27).jpg" in the torrent
2019-10-08 11:17:00 - File index 20 is named "Amazing Nature Wallpapers {Pack-220} (28).jpg" in the torrent
2019-10-08 11:17:00 - File index 21 is named "Amazing Nature Wallpapers {Pack-220} (29).jpg" in the torrent
2019-10-08 11:17:00 - File index 22 is named "Amazing Nature Wallpapers {Pack-220} (3).jpg" in the torrent
2019-10-08 11:17:00 - File index 23 is named "Amazing Nature Wallpapers {Pack-220} (30).jpg" in the torrent
2019-10-08 11:17:00 - File index 24 is named "Amazing Nature Wallpapers {Pack-220} (4).jpg" in the torrent
2019-10-08 11:17:00 - File index 25 is named "Amazing Nature Wallpapers {Pack-220} (5).jpg" in the torrent
2019-10-08 11:17:00 - File index 26 is named "Amazing Nature Wallpapers {Pack-220} (6).jpg" in the torrent
2019-10-08 11:17:00 - File index 27 is named "Amazing Nature Wallpapers {Pack-220} (7).jpg" in the torrent
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



```
2019-10-08 11:17:00 - File index 28 is named "Amazing Nature Wallpapers {Pack-220} (8).jpg" in the torrent
2019-10-08 11:17:00 - File index 29 is named "Amazing Nature Wallpapers {Pack-220} (9).jpg" in the torrent
2019-10-08 11:17:06 - Created uninitialized file 24: Amazing Nature Wallpapers {Pack-220}\Amazing Nature
Wallpapers {Pack-220} (4).jpg
2019-10-08 11:17:06 - File 24 is 1153537 bytes and spans pieces 120-122
2019-10-08 11:17:06 - Created uninitialized file 25: Amazing Nature Wallpapers {Pack-220}\Amazing Nature
Wallpapers {Pack-220} (5).jpg
2019-10-08 11:17:06 - File 25 is 919925 bytes and spans pieces 122-124
2019-10-08 11:17:14 - Created uninitialized file 26: Amazing Nature Wallpapers {Pack-220}\Amazing Nature
Wallpapers {Pack-220} (6).jpg
2019-10-08 11:17:14 - File 26 is 273005 bytes and encompassed by piece 124
2019-10-08 11:17:14 - Created uninitialized file 27: Amazing Nature Wallpapers {Pack-220}\Amazing Nature
Wallpapers {Pack-220} (7).jpg
2019-10-08 11:17:14 - File 27 is 2568536 bytes and spans pieces 124-129
2019-10-08 11:17:14 - File 25 has been completely downloaded
2019-10-08 11:17:14 - File index 25 is named "Amazing Nature Wallpapers {Pack-220} (5).jpg" in the torrent
2019-10-08 11:17:14 - File 26 has been completely downloaded
2019-10-08 11:17:14 - File index 26 is named "Amazing Nature Wallpapers {Pack-220} (6).jpg" in the torrent
2019-10-08 11:17:17 - Created uninitialized file 28: Amazing Nature Wallpapers {Pack-220}\Amazing Nature
Wallpapers {Pack-220} (8).jpg
2019-10-08 11:17:17 - File 28 is 794181 bytes and spans pieces 129-131
2019-10-08 11:17:20 - Created uninitialized file 29: Amazing Nature Wallpapers {Pack-220}\Amazing Nature
Wallpapers {Pack-220} (9).jpg
2019-10-08 11:17:20 - File 29 is 5623480 bytes and spans pieces 131-142
2019-10-08 11:17:22 - File 28 has been completely downloaded
2019-10-08 11:17:22 - File index 28 is named "Amazing Nature Wallpapers {Pack-220} (8).jpg" in the torrent
2019-10-08 11:17:25 - Created uninitialized file 17: Amazing Nature Wallpapers {Pack-220}\Amazing Nature
Wallpapers {Pack-220} (25).jpg
2019-10-08 11:17:25 - File 17 is 773238 bytes and spans pieces 89-91
2019-10-08 11:17:25 - Created uninitialized file 18: Amazing Nature Wallpapers {Pack-220}\Amazing Nature
Wallpapers {Pack-220} (26).jpg
2019-10-08 11:17:25 - File 18 is 2592274 bytes and spans pieces 91-96
2019-10-08 11:17:27 - Created uninitialized file 16: Amazing Nature Wallpapers {Pack-220}\Amazing Nature
Wallpapers {Pack-220} (24).jpg
2019-10-08 11:17:27 - File 16 is 732499 bytes and spans pieces 88-89
2019-10-08 11:17:30 - File 17 has been completely downloaded
2019-10-08 11:17:30 - File index 17 is named "Amazing Nature Wallpapers {Pack-220} (25).jpg" in the torrent
2019-10-08 11:17:35 - Created uninitialized file 0: Amazing Nature Wallpapers {Pack-220}\Amazing Nature
Wallpapers {Pack-220} (1).jpg
2019-10-08 11:17:35 - File 0 is 3975520 bytes and spans pieces 0-7
2019-10-08 11:17:35 - Created uninitialized file 1: Amazing Nature Wallpapers {Pack-220}\Amazing Nature
Wallpapers {Pack-220} (10).jpg
2019-10-08 11:17:35 - File 1 is 919484 bytes and spans pieces 7-9
2019-10-08 11:17:42 - Created uninitialized file 2: Amazing Nature Wallpapers {Pack-220}\Amazing Nature
Wallpapers {Pack-220} (11).jpg
2019-10-08 11:17:42 - File 2 is 2277372 bytes and spans pieces 9-13
2019-10-08 11:17:42 - File 1 has been completely downloaded
2019-10-08 11:17:42 - File index 1 is named "Amazing Nature Wallpapers {Pack-220} (10).jpg" in the torrent
2019-10-08 11:17:46 - Created uninitialized file 23: Amazing Nature Wallpapers {Pack-220}\Amazing Nature
Wallpapers {Pack-220} (30).jpg
2019-10-08 11:17:46 - File 23 is 4878184 bytes and spans pieces 111-120
2019-10-08 11:17:50 - File 24 has been completely downloaded
2019-10-08 11:17:50 - File index 24 is named "Amazing Nature Wallpapers {Pack-220} (4).jpg" in the torrent
2019-10-08 11:17:54 - Created uninitialized file 15: Amazing Nature Wallpapers {Pack-220}\Amazing Nature
Wallpapers {Pack-220} (23).jpg
2019-10-08 11:17:54 - File 15 is 2020825 bytes and spans pieces 84-88
2019-10-08 11:17:54 - File 16 has been completely downloaded
2019-10-08 11:17:54 - File index 16 is named "Amazing Nature Wallpapers {Pack-220} (24).jpg" in the torrent
2019-10-08 11:17:58 - Created uninitialized file 5: Amazing Nature Wallpapers {Pack-220}\Amazing Nature
Wallpapers {Pack-220} (14).jpg
2019-10-08 11:17:58 - File 5 is 1860050 bytes and spans pieces 20-24
2019-10-08 11:17:58 - Created uninitialized file 6: Amazing Nature Wallpapers {Pack-220}\Amazing Nature
Wallpapers {Pack-220} (15).jpg
2019-10-08 11:17:58 - File 6 is 738838 bytes and spans pieces 24-25
2019-10-08 11:18:03 - Created uninitialized file 7: Amazing Nature Wallpapers {Pack-220}\Amazing Nature
Wallpapers {Pack-220} (16).jpg
2019-10-08 11:18:03 - File 7 is 3396876 bytes and spans pieces 25-31
2019-10-08 11:18:03 - File 6 has been completely downloaded
2019-10-08 11:18:03 - File index 6 is named "Amazing Nature Wallpapers {Pack-220} (15).jpg" in the torrent
2019-10-08 11:18:06 - Created uninitialized file 9: Amazing Nature Wallpapers {Pack-220}\Amazing Nature
Wallpapers {Pack-220} (18).jpg
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



```
2019-10-08 11:18:06 - File 9 is 266387 bytes and spans pieces 42-43
2019-10-08 11:18:06 - Created uninitialized file 10: Amazing Nature Wallpapers {Pack-220}\Amazing Nature
Wallpapers {Pack-220} (19).jpg
2019-10-08 11:18:06 - File 10 is 280735 bytes and encompassed by piece 43
2019-10-08 11:18:06 - Created uninitialized file 11: Amazing Nature Wallpapers {Pack-220}\Amazing Nature
Wallpapers {Pack-220} (2).jpg
2019-10-08 11:18:06 - File 11 is 3502906 bytes and spans pieces 43-50
2019-10-08 11:18:06 - File 10 has been completely downloaded
2019-10-08 11:18:06 - File index 10 is named "Amazing Nature Wallpapers {Pack-220} (19).jpg" in the torrent
2019-10-08 11:18:10 - Created uninitialized file 8: Amazing Nature Wallpapers {Pack-220}\Amazing Nature
Wallpapers {Pack-220} (17).jpg
2019-10-08 11:18:10 - File 8 is 5575237 bytes and spans pieces 31-42
2019-10-08 11:18:10 - File 9 has been completely downloaded
2019-10-08 11:18:10 - File index 9 is named "Amazing Nature Wallpapers {Pack-220} (18).jpg" in the torrent
2019-10-08 11:18:30 - File 0 has been completely downloaded
2019-10-08 11:18:30 - File index 0 is named "Amazing Nature Wallpapers {Pack-220} (1).jpg" in the torrent
2019-10-08 11:18:38 - File 27 has been completely downloaded
2019-10-08 11:18:38 - File index 27 is named "Amazing Nature Wallpapers {Pack-220} (7).jpg" in the torrent
2019-10-08 11:18:51 - Created uninitialized file 22: Amazing Nature Wallpapers {Pack-220}\Amazing Nature
Wallpapers {Pack-220} (3).jpg
2019-10-08 11:18:51 - File 22 is 1677875 bytes and spans pieces 108-111
2019-10-08 11:19:00 - File 23 has been completely downloaded
2019-10-08 11:19:00 - File index 23 is named "Amazing Nature Wallpapers {Pack-220} (30).jpg" in the torrent
2019-10-08 11:19:11 - Created uninitialized file 3: Amazing Nature Wallpapers {Pack-220}\Amazing Nature
Wallpapers {Pack-220} (12).jpg
2019-10-08 11:19:11 - File 3 is 1634796 bytes and spans pieces 13-16
2019-10-08 11:19:11 - File 2 has been completely downloaded
2019-10-08 11:19:11 - File index 2 is named "Amazing Nature Wallpapers {Pack-220} (11).jpg" in the torrent
2019-10-08 11:19:13 - Created uninitialized file 20: Amazing Nature Wallpapers {Pack-220}\Amazing Nature
Wallpapers {Pack-220} (28).jpg
2019-10-08 11:19:13 - File 20 is 2357775 bytes and spans pieces 100-104
2019-10-08 11:19:13 - Created uninitialized file 21: Amazing Nature Wallpapers {Pack-220}\Amazing Nature
Wallpapers {Pack-220} (29).jpg
2019-10-08 11:19:13 - File 21 is 1624361 bytes and spans pieces 104-108
2019-10-08 11:19:23 - File 21 has been completely downloaded
2019-10-08 11:19:23 - File index 21 is named "Amazing Nature Wallpapers {Pack-220} (29).jpg" in the torrent
2019-10-08 11:19:29 - Created uninitialized file 4: Amazing Nature Wallpapers {Pack-220}\Amazing Nature
Wallpapers {Pack-220} (13).jpg
2019-10-08 11:19:29 - File 4 is 1958373 bytes and spans pieces 16-20
2019-10-08 11:19:35 - File 5 has been completely downloaded
2019-10-08 11:19:35 - File index 5 is named "Amazing Nature Wallpapers {Pack-220} (14).jpg" in the torrent
2019-10-08 11:19:51 - File 7 has been completely downloaded
2019-10-08 11:19:51 - File index 7 is named "Amazing Nature Wallpapers {Pack-220} (16).jpg" in the torrent
2019-10-08 11:19:59 - Created uninitialized file 19: Amazing Nature Wallpapers {Pack-220}\Amazing Nature
Wallpapers {Pack-220} (27).jpg
2019-10-08 11:19:59 - File 19 is 2237505 bytes and spans pieces 96-100
2019-10-08 11:20:04 - File 18 has been completely downloaded
2019-10-08 11:20:04 - File index 18 is named "Amazing Nature Wallpapers {Pack-220} (26).jpg" in the torrent
2019-10-08 11:20:11 - File 3 has been completely downloaded
2019-10-08 11:20:11 - File index 3 is named "Amazing Nature Wallpapers {Pack-220} (12).jpg" in the torrent
2019-10-08 11:20:35 - File 29 has been completely downloaded
2019-10-08 11:20:35 - File index 29 is named "Amazing Nature Wallpapers {Pack-220} (9).jpg" in the torrent
2019-10-08 11:20:40 - File 22 has been completely downloaded
2019-10-08 11:20:40 - File index 22 is named "Amazing Nature Wallpapers {Pack-220} (3).jpg" in the torrent
2019-10-08 11:20:42 - Created uninitialized file 12: Amazing Nature Wallpapers {Pack-220}\Amazing Nature
Wallpapers {Pack-220} (20).jpg
2019-10-08 11:20:42 - File 12 is 7085245 bytes and spans pieces 50-63
2019-10-08 11:20:55 - File 11 has been completely downloaded
2019-10-08 11:20:55 - File index 11 is named "Amazing Nature Wallpapers {Pack-220} (2).jpg" in the torrent
2019-10-08 11:21:04 - Created uninitialized file 14: Amazing Nature Wallpapers {Pack-220}\Amazing Nature
Wallpapers {Pack-220} (22).jpg
2019-10-08 11:21:04 - File 14 is 5744892 bytes and spans pieces 73-84
2019-10-08 11:21:04 - File 15 has been completely downloaded
2019-10-08 11:21:04 - File index 15 is named "Amazing Nature Wallpapers {Pack-220} (23).jpg" in the torrent
2019-10-08 11:21:10 - File 4 has been completely downloaded
2019-10-08 11:21:10 - File index 4 is named "Amazing Nature Wallpapers {Pack-220} (13).jpg" in the torrent
2019-10-08 11:21:13 - Created uninitialized file 13: Amazing Nature Wallpapers {Pack-220}\Amazing Nature
Wallpapers {Pack-220} (21).jpg
2019-10-08 11:21:13 - File 13 is 5075367 bytes and spans pieces 63-73
2019-10-08 11:21:35 - File 14 has been completely downloaded
2019-10-08 11:21:35 - File index 14 is named "Amazing Nature Wallpapers {Pack-220} (22).jpg" in the torrent
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

```
2019-10-08 11:21:59 - File 8 has been completely downloaded
2019-10-08 11:21:59 - File index 8 is named "Amazing Nature Wallpapers {Pack-220} (17).jpg" in the torrent
2019-10-08 11:22:08 - File 19 has been completely downloaded
2019-10-08 11:22:08 - File index 19 is named "Amazing Nature Wallpapers {Pack-220} (27).jpg" in the torrent
2019-10-08 11:22:15 - File 20 has been completely downloaded
2019-10-08 11:22:15 - File index 20 is named "Amazing Nature Wallpapers {Pack-220} (28).jpg" in the torrent
2019-10-08 11:22:41 - File 12 has been completely downloaded
2019-10-08 11:22:41 - File index 12 is named "Amazing Nature Wallpapers {Pack-220} (20).jpg" in the torrent
2019-10-08 11:23:00 - File 13 has been completely downloaded
2019-10-08 11:23:00 - File index 13 is named "Amazing Nature Wallpapers {Pack-220} (21).jpg" in the torrent
2019-10-08 11:23:00 - Completed session with remote client; 143 pieces were downloaded and written
2019-10-08 11:23:00 - The complete torrent has been downloaded
2019-10-08 11:23:00 - Pieces acknowledged for all sessions combined: 0-142
2019-10-08 11:23:00 - Remote client acknowledged that it has 143 of 143 pieces
2019-10-08 11:23:00 - Remote client acknowledged that it has pieces 0-7, which encompasses all of file 0
2019-10-08 11:23:00 - File index 0 is named "Amazing Nature Wallpapers {Pack-220} (1).jpg" in the torrent
2019-10-08 11:23:00 - Remote client acknowledged that it has pieces 7-9, which encompasses all of file 1
2019-10-08 11:23:00 - File index 1 is named "Amazing Nature Wallpapers {Pack-220} (10).jpg" in the torrent
2019-10-08 11:23:00 - Remote client acknowledged that it has pieces 9-13, which encompasses all of file 2
2019-10-08 11:23:00 - File index 2 is named "Amazing Nature Wallpapers {Pack-220} (11).jpg" in the torrent
2019-10-08 11:23:00 - Remote client acknowledged that it has pieces 13-16, which encompasses all of file 3
2019-10-08 11:23:00 - File index 3 is named "Amazing Nature Wallpapers {Pack-220} (12).jpg" in the torrent
2019-10-08 11:23:00 - Remote client acknowledged that it has pieces 16-20, which encompasses all of file 4
2019-10-08 11:23:00 - File index 4 is named "Amazing Nature Wallpapers {Pack-220} (13).jpg" in the torrent
2019-10-08 11:23:00 - Remote client acknowledged that it has pieces 20-24, which encompasses all of file 5
2019-10-08 11:23:00 - File index 5 is named "Amazing Nature Wallpapers {Pack-220} (14).jpg" in the torrent
2019-10-08 11:23:00 - Remote client acknowledged that it has pieces 24-25, which encompasses all of file 6
2019-10-08 11:23:00 - File index 6 is named "Amazing Nature Wallpapers {Pack-220} (15).jpg" in the torrent
2019-10-08 11:23:00 - Remote client acknowledged that it has pieces 25-31, which encompasses all of file 7
2019-10-08 11:23:00 - File index 7 is named "Amazing Nature Wallpapers {Pack-220} (16).jpg" in the torrent
2019-10-08 11:23:00 - Remote client acknowledged that it has pieces 31-42, which encompasses all of file 8
2019-10-08 11:23:00 - File index 8 is named "Amazing Nature Wallpapers {Pack-220} (17).jpg" in the torrent
2019-10-08 11:23:00 - Remote client acknowledged that it has pieces 42-43, which encompasses all of file 9
2019-10-08 11:23:00 - File index 9 is named "Amazing Nature Wallpapers {Pack-220} (18).jpg" in the torrent
2019-10-08 11:23:00 - Remote client acknowledged that it has piece 43, which encompasses all of file 10
2019-10-08 11:23:00 - File index 10 is named "Amazing Nature Wallpapers {Pack-220} (19).jpg" in the torrent
2019-10-08 11:23:00 - Remote client acknowledged that it has pieces 43-50, which encompasses all of file 11
2019-10-08 11:23:00 - File index 11 is named "Amazing Nature Wallpapers {Pack-220} (2).jpg" in the torrent
2019-10-08 11:23:00 - Remote client acknowledged that it has pieces 50-63, which encompasses all of file 12
2019-10-08 11:23:00 - File index 12 is named "Amazing Nature Wallpapers {Pack-220} (20).jpg" in the torrent
2019-10-08 11:23:00 - Remote client acknowledged that it has pieces 63-73, which encompasses all of file 13
2019-10-08 11:23:00 - File index 13 is named "Amazing Nature Wallpapers {Pack-220} (21).jpg" in the torrent
2019-10-08 11:23:00 - Remote client acknowledged that it has pieces 73-84, which encompasses all of file 14
2019-10-08 11:23:00 - File index 14 is named "Amazing Nature Wallpapers {Pack-220} (22).jpg" in the torrent
2019-10-08 11:23:00 - Remote client acknowledged that it has pieces 84-88, which encompasses all of file 15
2019-10-08 11:23:00 - File index 15 is named "Amazing Nature Wallpapers {Pack-220} (23).jpg" in the torrent
2019-10-08 11:23:00 - Remote client acknowledged that it has pieces 88-89, which encompasses all of file 16
2019-10-08 11:23:00 - File index 16 is named "Amazing Nature Wallpapers {Pack-220} (24).jpg" in the torrent
2019-10-08 11:23:00 - Remote client acknowledged that it has pieces 89-91, which encompasses all of file 17
2019-10-08 11:23:00 - File index 17 is named "Amazing Nature Wallpapers {Pack-220} (25).jpg" in the torrent
2019-10-08 11:23:00 - File index 18 is named "Amazing Nature Wallpapers {Pack-220} (26).jpg" in the torrent
2019-10-08 11:23:00 - Remote client acknowledged that it has pieces 91-96, which encompasses all of file 18
2019-10-08 11:23:00 - Remote client acknowledged that it has pieces 96-100, which encompasses all of file
19
2019-10-08 11:23:00 - File index 19 is named "Amazing Nature Wallpapers {Pack-220} (27).jpg" in the torrent
2019-10-08 11:23:00 - Remote client acknowledged that it has pieces 100-104, which encompasses all of file
20
2019-10-08 11:23:00 - File index 20 is named "Amazing Nature Wallpapers {Pack-220} (28).jpg" in the torrent
2019-10-08 11:23:00 - Remote client acknowledged that it has pieces 104-108, which encompasses all of file
21
2019-10-08 11:23:00 - File index 21 is named "Amazing Nature Wallpapers {Pack-220} (29).jpg" in the torrent
2019-10-08 11:23:00 - Remote client acknowledged that it has pieces 108-111, which encompasses all of file
22
2019-10-08 11:23:00 - File index 22 is named "Amazing Nature Wallpapers {Pack-220} (3).jpg" in the torrent
2019-10-08 11:23:00 - Remote client acknowledged that it has pieces 111-120, which encompasses all of file
23
2019-10-08 11:23:00 - File index 23 is named "Amazing Nature Wallpapers {Pack-220} (30).jpg" in the torrent
2019-10-08 11:23:00 - Remote client acknowledged that it has pieces 120-122, which encompasses all of file
24
2019-10-08 11:23:00 - File index 24 is named "Amazing Nature Wallpapers {Pack-220} (4).jpg" in the torrent
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



```
2019-10-08 11:23:00 - Remote client acknowledged that it has pieces 122-124, which encompasses all of file
25
2019-10-08 11:23:00 - File index 25 is named "Amazing Nature Wallpapers {Pack-220} (5).jpg" in the torrent
2019-10-08 11:23:00 - Remote client acknowledged that it has piece 124, which encompasses all of file 26
2019-10-08 11:23:00 - File index 26 is named "Amazing Nature Wallpapers {Pack-220} (6).jpg" in the torrent
2019-10-08 11:23:00 - Remote client acknowledged that it has pieces 124-129, which encompasses all of file
27
2019-10-08 11:23:00 - File index 27 is named "Amazing Nature Wallpapers {Pack-220} (7).jpg" in the torrent
2019-10-08 11:23:00 - Remote client acknowledged that it has pieces 129-131, which encompasses all of file
28
2019-10-08 11:23:00 - File index 28 is named "Amazing Nature Wallpapers {Pack-220} (8).jpg" in the torrent
2019-10-08 11:23:00 - Remote client acknowledged that it has pieces 131-142, which encompasses all of file
29
2019-10-08 11:23:00 - File index 29 is named "Amazing Nature Wallpapers {Pack-220} (9).jpg" in the torrent
2019-10-08 11:23:00 - Remote client indicated that it has all files, based on pieces acknowledged
2019-10-08 11:23:00 - 143 of 143 pieces possessed by the remote client were downloaded and written to disk
2019-10-08 11:23:00 - All pieces in the torrent were obtained and written
2019-10-08 11:23:01 - All 143 written pieces have the expected SHA1 hash
2019-10-08 11:23:01 - File 0: complete, all pieces have been written
2019-10-08 11:23:01 - File 1: complete, all pieces have been written
2019-10-08 11:23:01 - File 2: complete, all pieces have been written
2019-10-08 11:23:01 - File 3: complete, all pieces have been written
2019-10-08 11:23:01 - File 4: complete, all pieces have been written
2019-10-08 11:23:01 - File 5: complete, all pieces have been written
2019-10-08 11:23:01 - File 6: complete, all pieces have been written
2019-10-08 11:23:01 - File 7: complete, all pieces have been written
2019-10-08 11:23:01 - File 8: complete, all pieces have been written
2019-10-08 11:23:01 - File 9: complete, all pieces have been written
2019-10-08 11:23:01 - File 10: complete, all pieces have been written
2019-10-08 11:23:01 - File 11: complete, all pieces have been written
2019-10-08 11:23:01 - File 12: complete, all pieces have been written
2019-10-08 11:23:01 - File 13: complete, all pieces have been written
2019-10-08 11:23:01 - File 14: complete, all pieces have been written
2019-10-08 11:23:01 - File 15: complete, all pieces have been written
2019-10-08 11:23:01 - File 16: complete, all pieces have been written
2019-10-08 11:23:01 - File 17: complete, all pieces have been written
2019-10-08 11:23:01 - File 18: complete, all pieces have been written
2019-10-08 11:23:01 - File 19: complete, all pieces have been written
2019-10-08 11:23:01 - File 20: complete, all pieces have been written
2019-10-08 11:23:01 - File 21: complete, all pieces have been written
2019-10-08 11:23:01 - File 22: complete, all pieces have been written
2019-10-08 11:23:01 - File 23: complete, all pieces have been written
2019-10-08 11:23:01 - File 24: complete, all pieces have been written
2019-10-08 11:23:01 - File 25: complete, all pieces have been written
2019-10-08 11:23:01 - File 26: complete, all pieces have been written
2019-10-08 11:23:01 - File 27: complete, all pieces have been written
2019-10-08 11:23:01 - File 28: complete, all pieces have been written
2019-10-08 11:23:01 - File 29: complete, all pieces have been written
2019-10-08 11:23:01 - File 0: SHA1=1e44f69584835fce125d2a83aa854b5ed3d30a9a,
MD5=d86614b6bea9f1fe9765e8b759b6eac5
2019-10-08 11:23:01 - File 1: SHA1=040c6466a37509d292a409cbce7ca801cdf919f6,
MD5=dd99f0b38ca6c734d83585fa72075e95
2019-10-08 11:23:01 - File 2: SHA1=a9052b5152e6be66ed6d590101a710c4569f8da7,
MD5=897ffccf4820cea4b65c8003298bedf1
2019-10-08 11:23:01 - File 3: SHA1=4fcf610f1ddeefa26d9f1d9d748ce469b534d669,
MD5=0036d5565da4c6907b605a7ab33dc903
2019-10-08 11:23:01 - File 4: SHA1=f7d87c4d58786329f33ef3b27e151e2d18a1d3d9,
MD5=ebca3926049b60925f436c974c7de3ee
2019-10-08 11:23:01 - File 5: SHA1=0a148a9d34478419640694c7d47fdf79b33f941e,
MD5=a0a6c6b9bee37c796f3f758359cb5e1b
2019-10-08 11:23:01 - File 6: SHA1=f475b15ac2f09059eccf9ba35efbe65e76770b3f,
MD5=3bac7b4ea49801125a72edfdb19c7a6c
2019-10-08 11:23:01 - File 7: SHA1=7b44b057578b32f033f3383e48d93546382f6744,
MD5=7b6a807edef0345dc08a4d0e8123ce00
2019-10-08 11:23:01 - File 8: SHA1=335be7b0ad30d232b238189e2f87b541a762f076,
MD5=2e6cfb50d94cbbf68778c5fe3bf6ce91
2019-10-08 11:23:01 - File 9: SHA1=24b1576f9566899f7bcb9f959d0e77905d7673e2,
MD5=f43addc7686879de69595109c9920b0d
2019-10-08 11:23:01 - File 10: SHA1=7a98751985798c8a104ef2c9cbf6945fdb497eee,
MD5=65559901eea9210bac75bbfb3e489f93
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



```
2019-10-08 11:23:01 - File 11: SHA1=875b3477287cd3b7ee8badfb95300c02d033d9e4,
MD5=dd96df2cc5d48f7fae4b625dce5ab6e6
2019-10-08 11:23:01 - File 12: SHA1=f51467bc3a0aaeee70e94dd791a48d530df1c321,
MD5=d6ba559dbfed219c74fbca765495fba6
2019-10-08 11:23:01 - File 13: SHA1=68e9679f5b6d2da942593446431c1cf64d19d814,
MD5=e9765382b09d51723b3a6301e710ca4a
2019-10-08 11:23:01 - File 14: SHA1=46417ffabd8e0df05133ed7262a561e69bd819a2,
MD5=55c65043e5b5bb53a0808719a75c23bc
2019-10-08 11:23:01 - File 15: SHA1=76f865398db4ffd28c844c0083d0042704311aba,
MD5=b53a4b2b578b597e2bebf40185b79104
2019-10-08 11:23:01 - File 16: SHA1=9d1c27a3c7e9ecdb6bd8df418becd9a1afea149c,
MD5=b8cfffe1bedb1d6756506181865b5f9d
2019-10-08 11:23:01 - File 17: SHA1=fd4a54ea0a1a8f713bb1b4711f3198424978285d,
MD5=286682ad38adfc304842e4e33ea5afaf
2019-10-08 11:23:01 - File 18: SHA1=bf6cb6b6e83e811b4b7f2bb731bd95e3919d3d03,
MD5=145637d649124ed35193639fec8a16be
2019-10-08 11:23:01 - File 19: SHA1=1b49402911e7fa062e2f63d3fa0fa1f4b22a170e,
MD5=0c74a33dd650cbb1274b92d8e168839a
2019-10-08 11:23:01 - File 20: SHA1=83d79b87028de2fb71be757190426f995853f4a0,
MD5=9302f9a404de2e8224a48e25b7ef4c84
2019-10-08 11:23:01 - File 21: SHA1=56ab8e8334cfcecd3c8790a36af6c506d7d24cfd,
MD5=0ae73ab3f1f6a72597cb183af84365f5
2019-10-08 11:23:01 - File 22: SHA1=82011ce3241bacb8ccc43e89bc5a0bcf6bb682b9,
MD5=8da6a29dbec18fd516fb0b6cb1f0b071
2019-10-08 11:23:01 - File 23: SHA1=7c5f123c432adb7c38f11ad6f53bf068a1e1a3bb,
MD5=70cf81e233a831b4a3615da77a9a1afe
2019-10-08 11:23:01 - File 24: SHA1=b1b318fe2f0672645d3cff6d2ffd6e1e0ebeb670,
MD5=3b8c8669f4ed05b6623c2520be586810
2019-10-08 11:23:01 - File 25: SHA1=4204c42e6be506027d627bda2ccb903bf4a2030a,
MD5=c0692319e4d190eab63e3673d4ea7d1d
2019-10-08 11:23:01 - File 26: SHA1=6444ffeef667ffc6b5a370aa6b7ebf30b8486bee,
MD5=863c3497a28c50a02c33de55cb1938fc
2019-10-08 11:23:01 - File 27: SHA1=3425d3907a29722e89a8986c111f7995057e592a,
MD5=101b9dc8e56691715879dc5045ee8912
2019-10-08 11:23:01 - File 28: SHA1=9305d8ddfb72671d8aa5db7154c4261366c9878d,
MD5=e331b4adffea55fc1aec795c1c790bfb
2019-10-08 11:23:01 - File 29: SHA1=5cc3ee2c2b27ca9ea786b40f99390e899c7b987d,
MD5=a5d9462e08d12caf011367ccf403f6f9
2019-10-08 11:23:01 - The download has completed
```

## IP Address and Port (Yellow), Date and Time (Red/Green)

According to the packet captures of both the Undercover Computer and the Suspect Computer, seven attempted connections occurred between the Undercover Computer and the Suspect Computer at 174.67.190.141 on port 45682 from 10/8/2019 11:05:56 AM to 10/8/2019 11:23:00 AM. Torrential Downpour accurately reported the IP address, ports, and the time within two seconds for six of the seven attempted connections. However, one of the unsuccessful attempted connections was not included in the details.txt logs and is unaccounted for (identified in red below). This missing attempted connection is especially significant because bytes were exchanged between both computers.

| Connection | Undercover Computer | Suspect Computer |
|---|---|---|
| 001 | | |
| Server | 174.67.190.141 (Windows) | 174.67.190.141 (Windows) |
| Protocol | TCP | TCP |
| Port | 45682 | 45682 |
| Bytes Sent | 104 | 104 |
| Client | 172.16.3.5 (Windows) | 72.212.156.8 (Windows) |
| Protocol | TCP | TCP |
| Port | 49345 | 29555 |
| Bytes Sent | 348 | 348 |
| Session Start | 10/8/2019 11:05:56 AM | 10/8/2019 11:05:54 AM |



TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **105** of **148** PAGES

| Connection | Undercover Computer | Suspect Computer |
|---|---|---|
| Session End | 10/8/2019 11:05:56 AM | 10/8/2019 11:05:54 AM |
| 002 | | |
| Server | 174.67.190.141 (Windows) | 174.67.190.141 (Windows) |
| Protocol | TCP | TCP |
| Port | 45682 | 45682 |
| Bytes Sent | 0 | 0 |
| Client | 172.16.3.5 (Windows) | 72.212.156.8 (Windows) |
| Protocol | TCP | TCP |
| Port | 49346 | 34377 |
| Bytes Sent | 68 | 68 |
| Session Start | 10/8/2019 11:05:56 AM | 10/8/2019 11:05:54 AM |
| Session End | 10/8/2019 11:05:56 AM | 10/8/2019 11:05:54 AM |
| 003 | | |
| Server | 174.67.190.141 (Windows) | 174.67.190.141 (Windows) |
| Protocol | TCP | TCP |
| Port | 45682 | 45682 |
| Bytes Sent | 0 | 0 |
| Client | 172.16.3.5 (Windows) | 72.212.156.8 (Windows) |
| Protocol | TCP | TCP |
| Port | 49347 | 19223 |
| Bytes Sent | 68 | 68 |
| Session Start | 10/8/2019 11:09:07 AM | 10/8/2019 11:09:05 AM |
| Session End | 10/8/2019 11:09:07 AM | 10/8/2019 11:09:05 AM |
| 004 | | |
| Server | 174.67.190.141 (Windows) | 174.67.190.141 (Windows) |
| Protocol | TCP | TCP |
| Port | 45682 | 45682 |
| Bytes Sent | 0 | 0 |
| Client | 172.16.3.5 (Windows) | 72.212.156.8 (Windows) |
| Protocol | TCP | TCP |
| Port | 49348 | 22856 |
| Bytes Sent | 68 | 68 |
| Session Start | 10/8/2019 11:12:39 AM | 10/8/2019 11:12:37 AM |
| Session End | 10/8/2019 11:12:39 AM | 10/8/2019 11:12:37 AM |
| 005 | | |
| Server | 174.67.190.141 (Windows) | 174.67.190.141 (Windows) |
| Protocol | TCP | TCP |
| Port | 45682 | 45682 |
| Bytes Sent | 219 | 219 |
| Client | 172.16.3.5 (Windows) | 72.212.156.8 (Windows) |
| Protocol | TCP | TCP |
| Port | 49351 | 53652 |
| Bytes Sent | 659 | 659 |
| Session Start | 10/8/2019 11:13:37 AM | 10/8/2019 11:13:34 AM |
| Session End | 10/8/2019 11:13:37 AM | 10/8/2019 11:13:35 AM |

ORGANIZATION
LOEHRS FORENSICS, LLC.

DATE
January 2, 2020



LOEHRS
f o r e n s i c s

TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **106** of **148** PAGES

| Connection | Undercover Computer | Suspect Computer |
|---|---|---|
| 006 | | |
| Server | 174.67.190.141 (Windows) | 174.67.190.141 (Windows) |
| Protocol | TCP | TCP |
| Port | 45682 | 45682 |
| Bytes Sent | 0 | 0 |
| Client | 172.16.3.5 (Windows) | 72.212.156.8 (Windows) |
| Protocol | TCP | TCP |
| Port | 49352 | 2998 |
| Bytes Sent | 68 | 68 |
| Session Start | 10/8/2019 11:13:37 AM | 10/8/2019 11:13:35 AM |
| Session End | 10/8/2019 11:13:37 AM | 10/8/2019 11:13:35 AM |
| 007 | | |
| Server | 174.67.190.141 (Windows) | 174.67.190.141 (Windows) |
| Protocol | TCP | TCP |
| Port | 45682 | 45682 |
| Bytes Sent | 74579069 | 74579069 |
| Client | 172.16.3.5 (Windows) | 72.212.156.8 (Windows) |
| Protocol | TCP | TCP |
| Port | 49353 | 53328 |
| Bytes Sent | 77453 | 77453 |
| Session Start | 10/8/2019 11:17:00 AM | 10/8/2019 11:16:58 AM |
| Session End | 10/8/2019 11:23:00 AM | 10/8/2019 11:22:58 AM |

## Torrent Specifications (Blue)

Using uTorrent version 3.5.5, the specifications of NCT013 revealed the following key information. Torrential Downpour accurately reported this information.

| NCT | Name | Info Hash | Files | Size | Pieces |
|---|---|---|---|---|---|
| 013 | Amazing Nature Wallpapers {Pack-220}.torrent | B316862F07BB03F99CD5E099E5FCAE263DC27AF3 | 30 | 71.0 MB | 143 x 512 kB |

## Suspect Peer ID and Software Version (Orange)

Torrential Downpour accurately reported the Suspect Computer software version. All packets captured from the Suspect Computer during TEST03 were filtered for BitTorrent traffic in Wireshark using protocol field name "bittorrent" revealing 16,409 packets. All 16,409 BitTorrent packets were filtered for Peer IDs sent using protocol field name "bittorrent.peer_id" revealing 1,495 packets. All 1,495 Peer ID BitTorrent packets were filtered for the Peer ID 2d5554333535572d1db1fe0d15fd206c09dbdcca sent by the Suspect Computer to the Undercover Computer using the following search expression:

```
bittorrent.peer_id == 2d:55:54:33:35:35:35:57:2d:1d:b1:fe:0d:15:fd:20:6c:09:db:dc:ca
```

The search yielded one positive packet consistent with the seventh successful connection on 10/8/2019 at 11:16:58 AM, as follows:

No.            117989

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



**LOEHRS** forensics

TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **107** of **148** PAGES

| | |
|---|---|
| Time | 2019-10-08 11:16:58.055705 |
| Source | 174.67.190.141 |
| Destination | 72.212.156.8 |
| Protocol | BitTorrent |
| Length | 149 |
| Info | Handshake |

```
Frame 117989: 149 bytes on wire (1192 bits), 149 bytes captured (1192 bits)
Ethernet II, Src: HewlettP_a3:0d:c0 (74:46:a0:a3:0d:c0), Dst: Cisco_90:b8:19 (00:87:31:90:b8:19)
Internet Protocol Version 4, Src: 174.67.190.141, Dst: 72.212.156.8
Transmission Control Protocol, Src Port: 45682, Dst Port: 53328, Seq: 1, Ack: 69, Len: 95
BitTorrent
    Protocol Name Length: 19
    Protocol Name: BitTorrent protocol
    Reserved Extension Bytes: 0000000000100005
    SHA1 Hash of info dictionary: b316862f07bb03f99cd5e099e5fcae263dc27af3
    Peer ID: 2d5554333535572d1db1fe0d15fd206c09dbdcca
```

## File Hashes (Purple)

Using HashCalc version 2.02, the payload of NCT013 was hashed using the MD5 and SHA1 algorithms. Torrential Downpour accurately reported the hash values.

| File | File Name | MD5 Hash Value | SHA1 Hash Value |
|---|---|---|---|
| 0 | Amazing Nature Wallpapers {Pack-220} (1).jpg | d86614b6bea9f1fe9765e8b759b6eac5 | 1e44f69584835fce125d2a83aa854b5ed3d30a9a |
| 1 | Amazing Nature Wallpapers {Pack-220} (10).jpg | dd99f0b38ca6c734d83585fa72075e95 | 040c6466a37509d292a409cbce7ca801cdf919f6 |
| 2 | Amazing Nature Wallpapers {Pack-220} (11).jpg | 897ffccf4820cea4b65c8003298bedf1 | a9052b5152e6be66ed6d590101a710c4569f8da7 |
| 3 | Amazing Nature Wallpapers {Pack-220} (12).jpg | 0036d5565da4c6907b605a7ab33dc903 | 4fcf610f1ddeefa26d9f1d9d748ce469b534d669 |
| 4 | Amazing Nature Wallpapers {Pack-220} (13).jpg | ebca3926049b60925f436c974c7de3ee | f7d87c4d58786329f33ef3b27e151e2d18a1d3d9 |
| 5 | Amazing Nature Wallpapers {Pack-220} (14).jpg | a0a6c6b9bee37c796f3f758359cb5e1b | 0a148a9d344784196406994c7d47fdf79b33f941e |
| 6 | Amazing Nature Wallpapers {Pack-220} (15).jpg | 3bac7b4ea4980112 5a72edfdb19c7a6c | f475b15ac2f09059eccf9ba35efbe65e76770b3f |
| 7 | Amazing Nature Wallpapers {Pack-220} (16).jpg | 7b6a807edef0345dc08a4d0e8123ce00 | 7b44b057578b32f033f3383e48d93546382f6744 |
| 8 | Amazing Nature Wallpapers {Pack-220} (17).jpg | 2e6cfb50d94cbbf68778c5fe3bf6ce91 | 335be7b0ad30d232b238189e2f87b541a762f076 |
| 9 | Amazing Nature Wallpapers {Pack-220} (18).jpg | f43addc7686879de69595109c9920b0d | 24b1576f9566899f7bcb9f959d0e77905d7673e2 |
| 10 | Amazing Nature Wallpapers {Pack-220} (19).jpg | 65559901eea9210bac75bbfb3e489f93 | 7a98751985798c8a104ef2c9cbf6945fdb497eee |
| 11 | Amazing Nature Wallpapers {Pack-220} (2).jpg | dd96df2cc5d48f7fae4b625dce5ab6e6 | 875b3477287cd3b7ee8badfb95300c02d033d9e4 |
| 12 | Amazing Nature Wallpapers {Pack-220} (13).jpg | d6ba559dbfed219c74fbca765495fba6 | f51467bc3a0aaeee70e94dd791a48d530df1c321 |
| 13 | Amazing Nature Wallpapers {Pack-220} (21).jpg | e9765382b09d51723b3a6301e710ca4a | 68e9679f5b6d2da94259 3446431c1cf64d19d814 |

| | |
|---|---|
| ORGANIZATION | DATE |
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **108** of **148** PAGES

| File | File Name | MD5 Hash Value | SHA1 Hash Value |
|------|-----------|----------------|-----------------|
| 14 | Amazing Nature Wallpapers {Pack-220} (22).jpg | 55c65043e5b5bb53a0808719a75c23bc | 46417ffabd8e0df05133ed7262a561e69bd819a2 |
| 15 | Amazing Nature Wallpapers {Pack-220} (23).jpg | b53a4b2b578b597e2bebf40185b79104 | 76f865398db4ffd28c844c0083d0042704311aba |
| 16 | Amazing Nature Wallpapers {Pack-220} (24).jpg | b8cfffe1bedb1d6756506181865b5f9d | 9d1c27a3c7e9ecdb6bd8df418becd9a1afea149c |
| 17 | Amazing Nature Wallpapers {Pack-220} (25).jpg | 286682ad38adfc304842e4e33ea5afaf | fd4a54ea0a1a8f713bb1b4711f3198424978285d |
| 18 | Amazing Nature Wallpapers {Pack-220} (26).jpg | 145637d649124ed35193639fec8a16be | bf6cb6b6e83e811b4b7f2bb731bd95e3919d3d03 |
| 19 | Amazing Nature Wallpapers {Pack-220} (27).jpg | 0c74a33dd650cbb1274b92d8e168839a | 1b49402911e7fa062e2f63d3fa0fa1f4b22a170e |
| 20 | Amazing Nature Wallpapers {Pack-220} (28).jpg | 9302f9a404de2e8224a48e25b7ef4c84 | 83d79b87028de2fb71be757190426f995853f4a0 |
| 21 | Amazing Nature Wallpapers {Pack-220} (29).jpg | 0ae73ab3f1f6a72597cb183af84365f5 | 56ab8e8334cfcecd3c8790a36af6c506d7d24cfd |
| 22 | Amazing Nature Wallpapers {Pack-220} (3).jpg | 8da6a29dbec18fd516fb0b6cb1f0b071 | 82011ce3241bacb8ccc43e89bc5a0bcf6bb682b9 |
| 23 | Amazing Nature Wallpapers {Pack-220} (30).jpg | 70cf81e233a831b4a3615da77a9a1afe | 7c5f123c432adb7c38f11ad6f53bf068a1e1a3bb |
| 24 | Amazing Nature Wallpapers {Pack-220} (4).jpg | 3b8c8669f4ed05b6623c2520be586810 | b1b318fe2f0672645d3cff6d2ffd6e1e0ebeb670 |
| 25 | Amazing Nature Wallpapers {Pack-220} (5).jpg | c0692319e4d190eab63e3673d4ea7d1d | 4204c42e6be506027d627bda2ccb903bf4a2030a |
| 26 | Amazing Nature Wallpapers {Pack-220} (6).jpg | 863c3497a28c50a02c33de55cb1938fc | 6444ffeef667ffc6b5a370aa6b7ebf30b8486bee |
| 27 | Amazing Nature Wallpapers {Pack-220} (7).jpg | 101b9dc8e5669171587ad c5045ee8912 | 3425d3907a29722e89a8986c111f7995057e592a |
| 28 | Amazing Nature Wallpapers {Pack-220} (8).jpg | e331b4adffea55fc1aec795c1c790bfb | 9305d8ddfb72671d8aa5db7154c4261366c9878d |
| 29 | Amazing Nature Wallpapers {Pack-220} (9).jpg | a5d9462e08d12caf011367ccf403f6f9 | 5cc3ee2c2b27ca9ea786b40f99390e899c7b987d |

**TEST05 | NCT014**
The following Details.txt logs were generated as a result of TEST05 being executed twice in attempt to download NCT014.

| | |
|---|---|
| Name | details.txt |
| File Created | 10/08/19 11:24:08AM |
| Last Written | 10/08/19 11:30:30AM |
| Entry Modified | 10/08/19 11:30:30AM |
| Logical Size | 1,799 |
| Hash Value | d76dd8d944e6a84291b91b33a72bff7f |
| Full Path | Undercover Computer\D\InvestigateTD\US___174.67.190.141\2019-10-08_11-24-07_12\Logs\details.txt |

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

```
2019-10-08 11:24:08 - Torrential Downpour version 1.33
2019-10-08 11:24:08 - Started download thread at local time Tuesday, October 08, 2019 11:24:07 AM (GMT-
07:00)
2019-10-08 11:24:08 - Started download thread at UTC Tuesday, October 08, 2019 6:24:07 PM
2019-10-08 11:24:08 - Remote client located at IP address 174.67.190.141, port 45682
2019-10-08 11:24:08 - Torrent info hash: 3b7e06eb8767a9154a3ff44cbbaa73483c5b9512
2019-10-08 11:24:08 - Torrent defines 30 files
2019-10-08 11:24:08 - Total file bytes: 37030983
2019-10-08 11:24:08 - Torrent has 71 pieces
2019-10-08 11:24:08 - Piece size: 524288 bytes
2019-10-08 11:24:08 - Attempting to connect to remote client
2019-10-08 11:24:08 - Connected
2019-10-08 11:24:08 - Attempting to negotiate message stream encryption with remote client
2019-10-08 11:24:08 - Remote client rejected encryption or closed the connection
2019-10-08 11:24:08 - Attempting to connect to remote client
2019-10-08 11:24:08 - Connected
2019-10-08 11:24:08 - Sent unencrypted handshake to client
2019-10-08 11:24:08 - Remote client closed the connection
2019-10-08 11:24:08 - Going to sleep for 03m:00s
2019-10-08 11:27:08 - Attempting to connect to remote client
2019-10-08 11:27:08 - Connected
2019-10-08 11:27:08 - Sent unencrypted handshake to client
2019-10-08 11:27:08 - Remote client closed the connection
2019-10-08 11:27:08 - Going to sleep for 03m:12s
2019-10-08 11:30:20 - Attempting to connect to remote client
2019-10-08 11:30:20 - Connected
2019-10-08 11:30:20 - Sent unencrypted handshake to client
2019-10-08 11:30:20 - Remote client closed the connection
2019-10-08 11:30:20 - Going to sleep for 03m:31s
2019-10-08 11:30:30 - A cancel request was detected
2019-10-08 11:30:30 - No pieces acknowledged by the remote client
```

| | |
|---|---|
| Name | details.txt |
| File Created | 10/08/19 11:31:06AM |
| Last Written | 10/08/19 11:34:39AM |
| Entry Modified | 10/08/19 11:34:39AM |
| Logical Size | 1,535 |
| Hash Value | 609c37c3d7f3665000c2923f96cc15e4 |
| Full Path | Undercover Computer\D\InvestigateTD\ US___174.67.190.141\2019-10-08_11-31-05_1\Logs\details.txt |

```
2019-10-08 11:31:06 - Torrential Downpour version 1.33
2019-10-08 11:31:06 - Started download thread at local time Tuesday, October 08, 2019 11:31:05 AM (GMT-
07:00)
2019-10-08 11:31:06 - Started download thread at UTC Tuesday, October 08, 2019 6:31:05 PM
2019-10-08 11:31:06 - Remote client located at IP address 174.67.190.141, port 45682
2019-10-08 11:31:06 - Torrent info hash: 3b7e06eb8767a9154a3ff44cbbaa73483c5b9512
2019-10-08 11:31:06 - Torrent defines 30 files
2019-10-08 11:31:06 - Total file bytes: 37030983
2019-10-08 11:31:06 - Torrent has 71 pieces
2019-10-08 11:31:06 - Piece size: 524288 bytes
2019-10-08 11:31:06 - Attempting to connect to remote client
2019-10-08 11:31:06 - Connected
2019-10-08 11:31:06 - Attempting to negotiate message stream encryption with remote client
2019-10-08 11:31:06 - Remote client rejected encryption or closed the connection
2019-10-08 11:31:06 - Attempting to connect to remote client
2019-10-08 11:31:06 - Connected
2019-10-08 11:31:06 - Sent unencrypted handshake to client
2019-10-08 11:31:06 - Remote client closed the connection
2019-10-08 11:31:06 - Going to sleep for 03m:09s
2019-10-08 11:34:15 - Attempting to connect to remote client
2019-10-08 11:34:15 - Connected
2019-10-08 11:34:15 - Sent unencrypted handshake to client
2019-10-08 11:34:15 - Remote client closed the connection
2019-10-08 11:34:15 - Going to sleep for 03m:23s
2019-10-08 11:34:39 - A cancel request was detected
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



```
2019-10-08 11:34:39 - No pieces acknowledged by the remote client
```

**IP Address and Port (Yellow), Date and Time (Red/Green)**

According to the packet captures of both the Undercover Computer and the Suspect Computer, seven attempted connections occurred between the Undercover Computer and the Suspect Computer at 174.67.190.141 on port 45682 from 2019-10-08 11:24:08 to 2019-10-08 11:34:39. Torrential Downpour accurately reported the IP address, ports, and the time within two seconds for all seven of the attempted connections.

| Connection | Undercover Computer | Suspect Computer |
|---|---|---|
| 001 | | |
| Server | 174.67.190.141 (Windows) | 174.67.190.141 (Windows) |
| Protocol | TCP | TCP |
| Port | 45682 | 45682 |
| Bytes Sent | 193 | 193 |
| Client | 172.16.3.5 (Windows) | 72.212.156.8 (Windows) |
| Protocol | TCP | TCP |
| Port | 49356 | 44599 |
| Bytes Sent | 566 | 566 |
| Session Start | 10/8/2019 11:24:08 AM | 10/8/2019 11:24:06 AM |
| Session End | 10/8/2019 11:24:08 AM | 10/8/2019 11:24:06 AM |
| 002 | | |
| Server | 174.67.190.141 (Windows) | 174.67.190.141 (Windows) |
| Protocol | TCP | TCP |
| Port | 45682 | 45682 |
| Bytes Sent | 0 | 0 |
| Client | 172.16.3.5 (Windows) | 72.212.156.8 (Windows) |
| Protocol | TCP | TCP |
| Port | 49357 | 30500 |
| Bytes Sent | 68 | 68 |
| Session Start | 10/8/2019 11:24:08 AM | 10/8/2019 11:24:06 AM |
| Session End | 10/8/2019 11:24:08 AM | 10/8/2019 11:24:06 AM |
| 003 | | |
| Server | 174.67.190.141 (Windows) | 174.67.190.141 (Windows) |
| Protocol | TCP | TCP |
| Port | 45682 | 45682 |
| Bytes Sent | 0 | 0 |
| Client | 172.16.3.5 (Windows) | 72.212.156.8 (Windows) |
| Protocol | TCP | TCP |
| Port | 49358 | 56115 |
| Bytes Sent | 68 | 68 |
| Session Start | 10/8/2019 11:27:08 AM | 10/8/2019 11:27:06 AM |
| Session End | 10/8/2019 11:27:08 AM | 10/8/2019 11:27:06 AM |
| 004 | | |
| Server | 174.67.190.141 (Windows) | 174.67.190.141 (Windows) |
| Protocol | TCP | TCP |
| Port | 45682 | 45682 |
| Bytes Sent | 0 | 0 |

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



**TESTING & ANALYSIS**

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **111** of **148** PAGES

| Connection | Undercover Computer | Suspect Computer |
|---|---|---|
| Client | 172.16.3.5 (Windows) | 72.212.156.8 (Windows) |
| Protocol | TCP | TCP |
| Port | 49359 | 34740 |
| Bytes Sent | 68 | 68 |
| Session Start | 10/8/2019 11:30:20 AM | 10/8/2019 11:30:18 AM |
| Session End | 10/8/2019 11:30:20 AM | 10/8/2019 11:30:18 AM |
| 005 | | |
| Server | 174.67.190.141 (Windows) | 174.67.190.141 (Windows) |
| Protocol | TCP | TCP |
| Port | 45682 | 45682 |
| Bytes Sent | 123 | 123 |
| Client | 172.16.3.5 (Windows) | 72.212.156.8 (Windows) |
| Protocol | TCP | TCP |
| Port | 49362 | 51698 |
| Bytes Sent | 261 | 261 |
| Session Start | 10/8/2019 11:31:06 AM | 10/8/2019 11:31:04 AM |
| Session End | 10/8/2019 11:31:06 AM | 10/8/2019 11:31:04 AM |
| 006 | | |
| Server | 174.67.190.141 (Windows) | 174.67.190.141 (Windows) |
| Protocol | TCP | TCP |
| Port | 45682 | 45682 |
| Bytes Sent | 0 | 0 |
| Client | 172.16.3.5 (Windows) | 72.212.156.8 (Windows) |
| Protocol | TCP | TCP |
| Port | 49363 | 36030 |
| Bytes Sent | 68 | 68 |
| Session Start | 10/8/2019 11:31:06 AM | 10/8/2019 11:31:04 AM |
| Session End | 10/8/2019 11:31:06 AM | 10/8/2019 11:31:04 AM |
| 007 | | |
| Server | 174.67.190.141 (Windows) | 174.67.190.141 (Windows) |
| Protocol | TCP | TCP |
| Port | 45682 | 45682 |
| Bytes Sent | 0 | 0 |
| Client | 172.16.3.5 (Windows) | 72.212.156.8 (Windows) |
| Protocol | TCP | TCP |
| Port | 49364 | 39077 |
| Bytes Sent | 68 | 68 |
| Session Start | 10/8/2019 11:34:15 AM | 10/8/2019 11:34:13 AM |
| Session End | 10/8/2019 11:34:15 AM | 10/8/2019 11:34:13 AM |

## Torrent Specifications (Blue)

Using uTorrent version 3.5.5, the specifications of NCT014 revealed the following key information. Torrential Downpour accurately reported this information.

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



**LOEHRS** forensics    TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **112** of **148** PAGES

| NCT | Name | Info Hash | Files | Size | Pieces |
|-----|------|-----------|-------|------|--------|
| 014 | Beautiful & Amazing Rain Wallpapers.torrent | 3B7E06EB8767A9154A3FF 44CBBAA73483C5B9512 | 30 | 35.3 MB | 71 x 512 kB |

**Suspect Peer ID and Software Version (Orange)**

No Peer ID was reported because no extended handshake was completed between the Undercover Computer and Suspect Computer.

**File Hashes (Purple)**

No files were downloaded during this test.

**TEST06 | NCT012**

The following Summary.txt log was generated as a result of TEST06 for the download of NCT012.

| | |
|---|---|
| Name | summary.txt |
| File Created | 10/08/19 11:36:47AM |
| Last Written | 10/08/19 11:38:29AM |
| Entry Modified | 10/08/19 11:38:29AM |
| Logical Size | 19,449 |
| Hash Value | 48a71461e1fa065c634ff0535108a864 |
| Full Path | Undercover Computer\D\InvestigateTD\US___174.67.190.141\2019-10-08_11-36-46_3\Logs\summary.txt |

```
2019-10-08 11:36:47 - Torrential Downpour version 1.33
2019-10-08 11:36:47 - Started download thread at local time Tuesday, October 08, 2019 11:36:46 AM (GMT-07:00)
2019-10-08 11:36:47 - Started download thread at UTC Tuesday, October 08, 2019 6:36:46 PM
2019-10-08 11:36:47 - Remote client located at IP address 174.67.190.141, port 45682
2019-10-08 11:36:47 - Torrent info hash: b5a303c56a0fe7994c8480ea0087c495c2bc29be
2019-10-08 11:36:47 - Torrent defines 23 files
2019-10-08 11:36:47 - Total file bytes: 25247971
2019-10-08 11:36:47 - Torrent has 771 pieces
2019-10-08 11:36:47 - Piece size: 32768 bytes
2019-10-08 11:36:47 - Completed handshake with remote client
2019-10-08 11:36:47 - Peer id we sent to remote client: 2d6c74304434302d6dd1b9e746c889ea64f2f210
2019-10-08 11:36:47 - Remote client sent us a peer id of 2d5554333535572d1db1f496756bf89ea77c76bd (version: -UT355W-)
2019-10-08 11:36:47 - Remote client affirmed info hash = b5a303c56a0fe7994c8480ea0087c495c2bc29be
2019-10-08 11:36:47 - Received version in extended handshake: µTorrent 3.5.5
2019-10-08 11:36:47 - Extended handshake from remote client lists our public IP address as: 72.212.156.8
2019-10-08 11:36:47 - Extended handshake from remote client lists remote client IPv4 address as: 174.67.190.141
2019-10-08 11:36:47 - Extended handshake from remote client lists remote client IPv6 address as: 2001:579:3f00:e00:ad29:41fc:3302:846f
2019-10-08 11:36:47 - File index 0 is named "Boris.jpg" in the torrent
2019-10-08 11:36:47 - File index 1 is named "IMG_8559.JPG" in the torrent
2019-10-08 11:36:47 - File index 2 is named "IMG_8146.JPG" in the torrent
2019-10-08 11:36:47 - File index 3 is named "IMG_8184.JPG" in the torrent
2019-10-08 11:36:47 - File index 4 is named "IMG_8819.JPG" in the torrent
2019-10-08 11:36:47 - File index 5 is named "IMG_9168.JPG" in the torrent
2019-10-08 11:36:47 - File index 6 is named "IMG_8899.JPG" in the torrent
2019-10-08 11:36:47 - File index 7 is named "IMG_6718.JPG" in the torrent
2019-10-08 11:36:47 - File index 8 is named "IMG_8320.JPG" in the torrent
2019-10-08 11:36:47 - File index 9 is named "IMG_8165.JPG" in the torrent
2019-10-08 11:36:47 - File index 10 is named "IMG_0962.JPG" in the torrent
2019-10-08 11:36:47 - File index 11 is named "IMG_0253.JPG" in the torrent
2019-10-08 11:36:47 - File index 12 is named "IMG_8107.JPG" in the torrent
2019-10-08 11:36:47 - File index 13 is named "IMG_8108 - Copy.JPG" in the torrent
2019-10-08 11:36:47 - File index 14 is named "IMG_8108.JPG" in the torrent
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



```
2019-10-08 11:36:47 - File index 15 is named "IMG_9151.JPG" in the torrent
2019-10-08 11:36:47 - File index 16 is named "IMG_8297.PNG" in the torrent
2019-10-08 11:36:47 - File index 17 is named "IMG_8894.JPG" in the torrent
2019-10-08 11:36:47 - File index 18 is named "IMG_9371.JPG" in the torrent
2019-10-08 11:36:47 - File index 19 is named "IMG_0879.JPG" in the torrent
2019-10-08 11:36:47 - File index 20 is named "IMG_0898.JPG" in the torrent
2019-10-08 11:36:47 - File index 21 is named "IMG_0507.JPG" in the torrent
2019-10-08 11:36:47 - File index 22 is named "IMG_7989.JPG" in the torrent
2019-10-08 11:36:49 - Created uninitialized file 7: 20191007b-Torrent of Interest\IMG_6718.JPG
2019-10-08 11:36:49 - File 7 is 295149 bytes and spans pieces 46-55
2019-10-08 11:36:50 - Created uninitialized file 8: 20191007b-Torrent of Interest\IMG_8320.JPG
2019-10-08 11:36:50 - File 8 is 332221 bytes and spans pieces 55-65
2019-10-08 11:36:50 - Created uninitialized file 6: 20191007b-Torrent of Interest\IMG_8899.JPG
2019-10-08 11:36:50 - File 6 is 272359 bytes and spans pieces 38-46
2019-10-08 11:36:50 - File 7 has been completely downloaded
2019-10-08 11:36:50 - File index 7 is named "IMG_6718.JPG" in the torrent
2019-10-08 11:36:51 - Created uninitialized file 10: 20191007b-Torrent of Interest\IMG_0962.JPG
2019-10-08 11:36:51 - File 10 is 499132 bytes and spans pieces 76-92
2019-10-08 11:36:51 - Created uninitialized file 9: 20191007b-Torrent of Interest\IMG_8165.JPG
2019-10-08 11:36:51 - File 9 is 367092 bytes and spans pieces 65-76
2019-10-08 11:36:52 - Created uninitialized file 11: 20191007b-Torrent of Interest\IMG_0253.JPG
2019-10-08 11:36:52 - File 11 is 1144807 bytes and spans pieces 92-126
2019-10-08 11:36:53 - File 10 has been completely downloaded
2019-10-08 11:36:53 - File index 10 is named "IMG_0962.JPG" in the torrent
2019-10-08 11:36:53 - Created uninitialized file 0: 20191007b-Torrent of Interest\Boris.jpg
2019-10-08 11:36:53 - File 0 is 108760 bytes and spans pieces 0-3
2019-10-08 11:36:53 - Created uninitialized file 1: 20191007b-Torrent of Interest\IMG_8559.JPG
2019-10-08 11:36:53 - File 1 is 161382 bytes and spans pieces 3-8
2019-10-08 11:36:53 - Created uninitialized file 4: 20191007b-Torrent of Interest\IMG_8819.JPG
2019-10-08 11:36:53 - File 4 is 260676 bytes and spans pieces 21-29
2019-10-08 11:36:53 - File 0 has been completely downloaded
2019-10-08 11:36:53 - File index 0 is named "Boris.jpg" in the torrent
2019-10-08 11:36:54 - Created uninitialized file 3: 20191007b-Torrent of Interest\IMG_8184.JPG
2019-10-08 11:36:54 - File 3 is 230269 bytes and spans pieces 14-21
2019-10-08 11:36:54 - Created uninitialized file 5: 20191007b-Torrent of Interest\IMG_9168.JPG
2019-10-08 11:36:54 - File 5 is 267678 bytes and spans pieces 29-38
2019-10-08 11:36:54 - File 4 has been completely downloaded
2019-10-08 11:36:54 - File index 4 is named "IMG_8819.JPG" in the torrent
2019-10-08 11:36:55 - File 5 has been completely downloaded
2019-10-08 11:36:55 - File index 5 is named "IMG_9168.JPG" in the torrent
2019-10-08 11:36:56 - Created uninitialized file 2: 20191007b-Torrent of Interest\IMG_8146.JPG
2019-10-08 11:36:56 - File 2 is 220053 bytes and spans pieces 8-14
2019-10-08 11:36:57 - File 6 has been completely downloaded
2019-10-08 11:36:57 - File index 6 is named "IMG_8899.JPG" in the torrent
2019-10-08 11:36:57 - File 2 has been completely downloaded
2019-10-08 11:36:57 - File index 2 is named "IMG_8146.JPG" in the torrent
2019-10-08 11:36:59 - File 1 has been completely downloaded
2019-10-08 11:36:59 - File index 1 is named "IMG_8559.JPG" in the torrent
2019-10-08 11:36:59 - File 3 has been completely downloaded
2019-10-08 11:36:59 - File index 3 is named "IMG_8184.JPG" in the torrent
2019-10-08 11:37:02 - File 9 has been completely downloaded
2019-10-08 11:37:02 - File index 9 is named "IMG_8165.JPG" in the torrent
2019-10-08 11:37:03 - File 8 has been completely downloaded
2019-10-08 11:37:03 - File index 8 is named "IMG_8320.JPG" in the torrent
2019-10-08 11:37:06 - Created uninitialized file 12: 20191007b-Torrent of Interest\IMG_8107.JPG
2019-10-08 11:37:06 - File 12 is 1437915 bytes and spans pieces 126-170
2019-10-08 11:37:08 - File 11 has been completely downloaded
2019-10-08 11:37:08 - File index 11 is named "IMG_0253.JPG" in the torrent
2019-10-08 11:37:09 - Created uninitialized file 13: 20191007b-Torrent of Interest\IMG_8108 - Copy.JPG
2019-10-08 11:37:09 - File 13 is 1500847 bytes and spans pieces 170-216
2019-10-08 11:37:13 - File 12 has been completely downloaded
2019-10-08 11:37:13 - File index 12 is named "IMG_8107.JPG" in the torrent
2019-10-08 11:37:14 - Created uninitialized file 16: 20191007b-Torrent of Interest\IMG_8297.PNG
2019-10-08 11:37:14 - File 16 is 1787129 bytes and spans pieces 311-366
2019-10-08 11:37:18 - Created uninitialized file 17: 20191007b-Torrent of Interest\IMG_8894.JPG
2019-10-08 11:37:18 - File 17 is 1839863 bytes and spans pieces 366-422
2019-10-08 11:37:19 - Created uninitialized file 15: 20191007b-Torrent of Interest\IMG_9151.JPG
2019-10-08 11:37:19 - File 15 is 1618165 bytes and spans pieces 262-311
2019-10-08 11:37:21 - File 16 has been completely downloaded
2019-10-08 11:37:21 - File index 16 is named "IMG_8297.PNG" in the torrent
2019-10-08 11:37:27 - Created uninitialized file 18: 20191007b-Torrent of Interest\IMG_9371.JPG
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



**TESTING & ANALYSIS**

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **114** of **148** PAGES

```
2019-10-08 11:37:27 - File 18 is 1893010 bytes and spans pieces 422-480
2019-10-08 11:37:28 - File 17 has been completely downloaded
2019-10-08 11:37:28 - File index 17 is named "IMG_8894.JPG" in the torrent
2019-10-08 11:37:33 - Created uninitialized file 14: 20191007b-Torrent of Interest\IMG_8108.JPG
2019-10-08 11:37:33 - File 14 is 1500847 bytes and spans pieces 216-262
2019-10-08 11:37:34 - Created uninitialized file 19: 20191007b-Torrent of Interest\IMG_0879.JPG
2019-10-08 11:37:34 - File 19 is 1905484 bytes and spans pieces 480-538
2019-10-08 11:37:35 - File 13 has been completely downloaded
2019-10-08 11:37:35 - File index 13 is named "IMG_8108 - Copy.JPG" in the torrent
2019-10-08 11:37:35 - Created uninitialized file 20: 20191007b-Torrent of Interest\IMG_0898.JPG
2019-10-08 11:37:35 - File 20 is 1933715 bytes and spans pieces 538-597
2019-10-08 11:37:41 - Created uninitialized file 22: 20191007b-Torrent of Interest\IMG_7989.JPG
2019-10-08 11:37:41 - File 22 is 3193554 bytes and spans pieces 673-770
2019-10-08 11:37:42 - File 19 has been completely downloaded
2019-10-08 11:37:42 - File index 19 is named "IMG_0879.JPG" in the torrent
2019-10-08 11:37:45 - Created uninitialized file 21: 20191007b-Torrent of Interest\IMG_0507.JPG
2019-10-08 11:37:45 - File 21 is 2477864 bytes and spans pieces 597-673
2019-10-08 11:37:54 - File 22 has been completely downloaded
2019-10-08 11:37:54 - File index 22 is named "IMG_7989.JPG" in the torrent
2019-10-08 11:37:59 - File 14 has been completely downloaded
2019-10-08 11:37:59 - File index 14 is named "IMG_8108.JPG" in the torrent
2019-10-08 11:38:08 - File 21 has been completely downloaded
2019-10-08 11:38:08 - File index 21 is named "IMG_0507.JPG" in the torrent
2019-10-08 11:38:15 - File 15 has been completely downloaded
2019-10-08 11:38:15 - File index 15 is named "IMG_9151.JPG" in the torrent
2019-10-08 11:38:23 - File 20 has been completely downloaded
2019-10-08 11:38:23 - File index 20 is named "IMG_0898.JPG" in the torrent
2019-10-08 11:38:29 - File 18 has been completely downloaded
2019-10-08 11:38:29 - File index 18 is named "IMG_9371.JPG" in the torrent
2019-10-08 11:38:29 - Completed session with remote client; 771 pieces were downloaded and written
2019-10-08 11:38:29 - The complete torrent has been downloaded
2019-10-08 11:38:29 - Pieces acknowledged for all sessions combined: 0-770
2019-10-08 11:38:29 - Remote client acknowledged that it has 771 of 771 pieces
2019-10-08 11:38:29 - Remote client acknowledged that it has pieces 0-3, which encompasses all of file 0
2019-10-08 11:38:29 - File index 0 is named "Boris.jpg" in the torrent
2019-10-08 11:38:29 - Remote client acknowledged that it has pieces 3-8, which encompasses all of file 1
2019-10-08 11:38:29 - File index 1 is named "IMG_8559.JPG" in the torrent
2019-10-08 11:38:29 - Remote client acknowledged that it has pieces 8-14, which encompasses all of file 2
2019-10-08 11:38:29 - File index 2 is named "IMG_8146.JPG" in the torrent
2019-10-08 11:38:29 - Remote client acknowledged that it has pieces 14-21, which encompasses all of file 3
2019-10-08 11:38:29 - File index 3 is named "IMG_8184.JPG" in the torrent
2019-10-08 11:38:29 - Remote client acknowledged that it has pieces 21-29, which encompasses all of file 4
2019-10-08 11:38:29 - File index 4 is named "IMG_8819.JPG" in the torrent
2019-10-08 11:38:29 - Remote client acknowledged that it has pieces 29-38, which encompasses all of file 5
2019-10-08 11:38:29 - File index 5 is named "IMG_9168.JPG" in the torrent
2019-10-08 11:38:29 - Remote client acknowledged that it has pieces 38-46, which encompasses all of file 6
2019-10-08 11:38:29 - File index 6 is named "IMG_8899.JPG" in the torrent
2019-10-08 11:38:29 - Remote client acknowledged that it has pieces 46-55, which encompasses all of file 7
2019-10-08 11:38:29 - File index 7 is named "IMG_6718.JPG" in the torrent
2019-10-08 11:38:29 - Remote client acknowledged that it has pieces 55-65, which encompasses all of file 8
2019-10-08 11:38:29 - File index 8 is named "IMG_8320.JPG" in the torrent
2019-10-08 11:38:29 - Remote client acknowledged that it has pieces 65-76, which encompasses all of file 9
2019-10-08 11:38:29 - File index 9 is named "IMG_8165.JPG" in the torrent
2019-10-08 11:38:29 - Remote client acknowledged that it has pieces 76-92, which encompasses all of file 10
2019-10-08 11:38:29 - File index 10 is named "IMG_0962.JPG" in the torrent
2019-10-08 11:38:29 - Remote client acknowledged that it has pieces 92-126, which encompasses all of file 11
2019-10-08 11:38:29 - File index 11 is named "IMG_0253.JPG" in the torrent
2019-10-08 11:38:29 - Remote client acknowledged that it has pieces 126-170, which encompasses all of file 12
2019-10-08 11:38:29 - File index 12 is named "IMG_8107.JPG" in the torrent
2019-10-08 11:38:29 - Remote client acknowledged that it has pieces 170-216, which encompasses all of file 13
2019-10-08 11:38:29 - File index 13 is named "IMG_8108 - Copy.JPG" in the torrent
2019-10-08 11:38:29 - Remote client acknowledged that it has pieces 216-262, which encompasses all of file 14
2019-10-08 11:38:29 - File index 14 is named "IMG_8108.JPG" in the torrent
2019-10-08 11:38:29 - Remote client acknowledged that it has pieces 262-311, which encompasses all of file 15
2019-10-08 11:38:29 - File index 15 is named "IMG_9151.JPG" in the torrent
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



**LOEHRS**
f o r e n s i c s

TESTING & ANALYSIS

```
2019-10-08 11:38:29 - Remote client acknowledged that it has pieces 311-366, which encompasses all of file
16
2019-10-08 11:38:29 - File index 16 is named "IMG_8297.PNG" in the torrent
2019-10-08 11:38:29 - Remote client acknowledged that it has pieces 366-422, which encompasses all of file
17
2019-10-08 11:38:29 - File index 17 is named "IMG_8894.JPG" in the torrent
2019-10-08 11:38:29 - Remote client acknowledged that it has pieces 422-480, which encompasses all of file
18
2019-10-08 11:38:29 - File index 18 is named "IMG_9371.JPG" in the torrent
2019-10-08 11:38:29 - Remote client acknowledged that it has pieces 480-538, which encompasses all of file
19
2019-10-08 11:38:29 - File index 19 is named "IMG_0879.JPG" in the torrent
2019-10-08 11:38:29 - Remote client acknowledged that it has pieces 538-597, which encompasses all of file
20
2019-10-08 11:38:29 - File index 20 is named "IMG_0898.JPG" in the torrent
2019-10-08 11:38:29 - Remote client acknowledged that it has pieces 597-673, which encompasses all of file
21
2019-10-08 11:38:29 - File index 21 is named "IMG_0507.JPG" in the torrent
2019-10-08 11:38:29 - Remote client acknowledged that it has pieces 673-770, which encompasses all of file
22
2019-10-08 11:38:29 - File index 22 is named "IMG_7989.JPG" in the torrent
2019-10-08 11:38:29 - Remote client indicated that it has all files, based on pieces acknowledged
2019-10-08 11:38:29 - 771 of 771 pieces possessed by the remote client were downloaded and written to disk
2019-10-08 11:38:29 - All pieces in the torrent were obtained and written
2019-10-08 11:38:29 - All 771 written pieces have the expected SHA1 hash
2019-10-08 11:38:29 - File 0: complete, all pieces have been written
2019-10-08 11:38:29 - File 1: complete, all pieces have been written
2019-10-08 11:38:29 - File 2: complete, all pieces have been written
2019-10-08 11:38:29 - File 3: complete, all pieces have been written
2019-10-08 11:38:29 - File 4: complete, all pieces have been written
2019-10-08 11:38:29 - File 5: complete, all pieces have been written
2019-10-08 11:38:29 - File 6: complete, all pieces have been written
2019-10-08 11:38:29 - File 7: complete, all pieces have been written
2019-10-08 11:38:29 - File 8: complete, all pieces have been written
2019-10-08 11:38:29 - File 9: complete, all pieces have been written
2019-10-08 11:38:29 - File 10: complete, all pieces have been written
2019-10-08 11:38:29 - File 11: complete, all pieces have been written
2019-10-08 11:38:29 - File 12: complete, all pieces have been written
2019-10-08 11:38:29 - File 13: complete, all pieces have been written
2019-10-08 11:38:29 - File 14: complete, all pieces have been written
2019-10-08 11:38:29 - File 15: complete, all pieces have been written
2019-10-08 11:38:29 - File 16: complete, all pieces have been written
2019-10-08 11:38:29 - File 17: complete, all pieces have been written
2019-10-08 11:38:29 - File 18: complete, all pieces have been written
2019-10-08 11:38:29 - File 19: complete, all pieces have been written
2019-10-08 11:38:29 - File 20: complete, all pieces have been written
2019-10-08 11:38:29 - File 21: complete, all pieces have been written
2019-10-08 11:38:29 - File 22: complete, all pieces have been written
2019-10-08 11:38:29 - File 0: SHA1=120c901843fa78a5345ee10c38c1ed8749d5efeb,
MD5=46e6201f80c199bad3b76f84962ba671
2019-10-08 11:38:29 - File 1: SHA1=b10f248f75b4c406f41a3ba33b07424fc9a7585e,
MD5=9c4042a82f7b738923293064095561fb
2019-10-08 11:38:29 - File 2: SHA1=0682d722a702fcd0cf344e8ed466e3572f429957,
MD5=04ed73e5a8384920b60a2afe2483f4b0
2019-10-08 11:38:29 - File 3: SHA1=f4c71898821a6edaa6d289b224c93734fa095d3f,
MD5=15aa351ac34cd43db88bad9c10309d38
2019-10-08 11:38:29 - File 4: SHA1=8eb12f500f801792c55e529624d4102ecd194811,
MD5=7210bfe06294a034c13ba9e60440ef42
2019-10-08 11:38:29 - File 5: SHA1=5a09b686ab86560136588f807278648a60cfd564,
MD5=a493e4b639a406abbf994b1c106185c9
2019-10-08 11:38:29 - File 6: SHA1=8071c7c8701e47b8ac0c4d4f7daea0473a4cb11d,
MD5=fef414057a35e6083cd2fa06d9b9a82f
2019-10-08 11:38:29 - File 7: SHA1=780fb7249930c7c665a9fe4b042d8c818fa7606e,
MD5=2d32c064d31beb3efedf75a1b8369b51
2019-10-08 11:38:29 - File 8: SHA1=b44c06f6e3fe1846230a6890a8b65754bafb2643,
MD5=045e3529026520f4346793fe8b19d2f9
2019-10-08 11:38:29 - File 9: SHA1=a92f9465793c98ab4ab3c550bc7f2b4dadc7d26d,
MD5=f5321a0718f59c283ae98b623b7e7017
2019-10-08 11:38:29 - File 10: SHA1=32536f3169e2e2b27b1f7daaa5e46fb02d6ebcc9,
MD5=5434599d77a27c26dba93b0c73b205b0
```



UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

TESTING & ANALYSIS

PAGE **116** of **148** PAGES

```
2019-10-08 11:38:29 - File 11: SHA1=90638eae757d3e108b1136d472ac786bf18189d4,
MD5=eaf75206fc9ebbd42156bf3de0a885bf
2019-10-08 11:38:29 - File 12: SHA1=079b09e98ec77b283f25d0eacf7dbb07412e0516,
MD5=8e15f31ae3b8b6eaf12e0c5ae251e76e
2019-10-08 11:38:29 - File 13: SHA1=14612a2ea1a36c1ea70e0bab4d95f966f31a24a0,
MD5=b03bd84d60c836dc378cf9a82e977ab4
2019-10-08 11:38:29 - File 14: SHA1=14612a2ea1a36c1ea70e0bab4d95f966f31a24a0,
MD5=b03bd84d60c836dc378cf9a82e977ab4
2019-10-08 11:38:29 - File 15: SHA1=c1369dad131036d0e314bc2d03493989d521d2a0,
MD5=80c2726f6a37ed2e1ab1c54f2b1c4480
2019-10-08 11:38:29 - File 16: SHA1=8448425010a5b31b6fd2047160f9bc004024181e,
MD5=bb83ad9e91c815e680550f048b63cae3
2019-10-08 11:38:29 - File 17: SHA1=e755210028ff1797ed85600acae58cf252d62db2,
MD5=4b259ae3fd1278fe989f918ac067fc65
2019-10-08 11:38:29 - File 18: SHA1=f4cd7baa2ec18273aac0e2b2c8d1bd56e602ed8e,
MD5=237131db3c71af550b086949f296baf5
2019-10-08 11:38:29 - File 19: SHA1=d4f34704f804388ec3fd8791d1646d75f8b18464,
MD5=37e4b87fb5d92d7712aa5baddf0748b9
2019-10-08 11:38:29 - File 20: SHA1=822f8db2affd32fd458dc613abf095d6974e4535,
MD5=774a820f9bf3232a38a9d71402dff43c
2019-10-08 11:38:29 - File 21: SHA1=e23202743eda9ed073c006b91e9f59be400fd595,
MD5=a49f24441a84cfa107fbe717ba44dc92
2019-10-08 11:38:29 - File 22: SHA1=7e5b1bcfce120494a15700be8cf5eac4ea24acbd,
MD5=c91584b61b8bf9d832bfd7deb441363d
2019-10-08 11:38:29 - The download has completed
```

## IP Address and Port (Yellow), Date and Time (Red/Green)

According to the packet captures of both the Undercover Computer and the Suspect Computer, the connection occurred between the Undercover Computer and the Suspect Computer at 174.67.190.141 on port 45682 from 10/8/2019 11:36:47 AM to 10/8/2019 11:38:29 AM. Torrential Downpour accurately reported the IP address, ports, and the time within two seconds. However, the bytes reported by each computer do not match. This discrepancy has not been analyzed further.

| Connection | Undercover Computer | Suspect Computer |
|---|---|---|
| 001 | | |
| Server | 174.67.190.141 | 174.67.190.141 (Windows) |
| Protocol | TCP | TCP |
| Port | 45682 | 45682 |
| Bytes Sent | 7883853 | 25268767 |
| Client | 172.16.3.5 (Windows) | 72.212.156.8 (Windows) |
| Protocol | TCP | TCP |
| Port | 49369 | 13655 |
| Bytes Sent | 26606 | 26606 |
| Session Start | 10/8/2019 11:36:47 AM | 10/8/2019 11:36:45 AM |
| Session End | 10/8/2019 11:38:29 AM | 10/8/2019 11:38:27 AM |

## Torrent Specifications (Blue)

Using uTorrent version 3.5.5, the specifications of NCT012 revealed the following key information. Torrential Downpour accurately reported this information.

| NCT | Name | Info Hash | Files | Size | Pieces |
|---|---|---|---|---|---|
| 012 | 20191007b-Torrent of Interest.torrent | B5A303C56A0FE7994C848 0EA0087C495C2BC29BE | 23 | 24.0 MB | 771 x 32 kB |

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



## Suspect Peer ID and Software Version (Orange)

Torrential Downpour accurately reported the Suspect Computer software version. All packets captured from the Suspect Computer during TEST06 were filtered for BitTorrent traffic in Wireshark using protocol field name "bittorrent" revealing 161 packets. All 161 BitTorrent packets were filtered for Peer IDs sent using protocol field name "bittorrent.peer_id" revealing 86 packets. All 86 Peer ID BitTorrent packets were filtered for the Peer ID 2d5554333535572d1db1f496756bf89ea77c76bd sent by the Suspect Computer to the Undercover Computer using the following search expression:

```
bittorrent.peer_id == 2d:55:54:33:35:35:57:2d:1d:b1:f4:96:75:6b:f8:9e:a7:7c:76:bd
```

However, the search yielded zero positive packets. In fact, no BitTorrent packets were located between the Suspect Computer and the Undercover Computer.

## File Hashes (Purple)

Using HashCalc version 2.02, the payload of NCT012 was hashed using the MD5 and SHA1 algorithms. Torrential Downpour accurately reported the hash values.

| File | File Name | MD5 Hash Value | SHA1 Hash Value |
|---|---|---|---|
| 0 | Boris.jpg | 46e6201f80c199bad3b76f84962ba671 | 120c901843fa78a5345ee10c38c1ed8749d5efeb |
| 1 | IMG_8559.JPG | 9c4042a82f7b738923293064095561fb | b10f248f75b4c406f41a3ba33b07424fc9a7585e |
| 2 | IMG_8146.JPG | 04ed73e5a8384920b60a2afe2483f4b0 | 0682d722a702fcd0cf344e8ed466e3572f429957 |
| 3 | IMG_8184.JPG | 15aa351ac34cd43db88bad9c10309d38 | f4c71898821a6edaa6d289b224c93734fa095d3f |
| 4 | IMG_8819.JPG | 7210bfe06294a034c13ba9e60440ef42 | 8eb12f500f801792c55e529624d4102ecd194811 |
| 5 | IMG_9168.JPG | a493e4b639a406abbf994b1c106185c9 | 5a09b686ab8656013658 8f807278648a60cfd564 |
| 6 | IMG_8899.JPG | fef414057a35e6083cd2fa06d9b9a82f | 8071c7c8701e47b8ac0c4d4f7daea0473a4cb11d |
| 7 | IMG_6718.JPG | 2d32c064d31beb3efedf75a1b8369b51 | 780fb7249930c7c665a9fe4b042d8c818fa7606e |
| 8 | IMG_8320.JPG | 045e3529026520f4346793fe8b19d2f9 | b44c06f6e3fe1846230a6890a8b65754bafb2643 |
| 9 | IMG_8165.JPG | f5321a0718f59c283ae98b623b7e7017 | a92f9465793c98ab4ab3c550bc7f2b4dadc7d26d |
| 10 | IMG_0962.JPG | 5434599d77a27c26dba93b0c73b205b0 | 32536f3169e2e2b27b1f7daaa5e46fb02d6ebcc9 |
| 11 | IMG_0253.JPG | eaf75206fc9ebbd42156bf3de0a885bf | 90638eae757d3e108b1136d472ac786bf18189d4 |
| 12 | IMG_8107.JPG | 8e15f31ae3b8b6eaf12e0c5ae251e76e | 079b09e98ec77b283f25d0eacf7dbb07412e0516 |
| 13 | IMG_8108 - Copy.JPG | b03bd84d60c836dc378cf9a82e977ab4 | 14612a2ea1a36c1ea70e0bab4d95f966f31a24a0 |



**UNITED STATES v. ANTHONY GONZALES**
**CR17-01311-001-PHX**

TESTING & ANALYSIS

PAGE **118** of **148** PAGES

| File | File Name | MD5 Hash Value | SHA1 Hash Value |
|------|-----------|----------------|-----------------|
| 14 | IMG_8108.JPG | b03bd84d60c836dc 378cf9a82e977ab4 | 14612a2ea1a36c1ea70e 0bab4d95f966f31a24a0 |
| 15 | IMG_9151.JPG | 80c2726f6a37ed2e1 ab1c54f2b1c4480 | c1369dad131036d0e314 bc2d03493989d521d2a0 |
| 16 | IMG_8297.PNG | bb83ad9e91c815e6 80550f048b63cae3 | 8448425010a5b31b6fd2 047160f9bc004024181e |
| 17 | IMG_8894.JPG | 4b259ae3fd1278fe9 89f918ac067fc65 | e755210028ff1797ed85 600acae58cf252d62db2 |
| 18 | IMG_9371.JPG | 237131db3c71af550 b086949f296baf5 | f4cd7baa2ec18273aac0e 2b2c8d1bd56e602ed8e |
| 19 | IMG_0879.JPG | 37e4b87fb5d92d77 12aa5baddf0748b9 | d4f34704f804388ec3fd8 791d1646d75f8b18464 |
| 20 | IMG_0898.JPG | 774a820f9bf3232a3 8a9d71402dff43c | 822f8db2affd32fd458dc 613abf095d6974e4535 |
| 21 | IMG_0507.JPG | a49f24441a84cfa10 7fbe717ba44dc92 | e23202743eda9ed073c0 06b91e9f59be400fd595 |
| 22 | IMG_7989.JPG | c91584b61b8bf9d83 2bfd7deb441363d | 7e5b1bcfce120494a157 00be8cf5eac4ea24acbd |

## TEST07 | NCT016

The following Summary.txt log was generated as a result of TEST07 for the download of NCT016.

| | |
|--|--|
| Name | summary.txt |
| File Created | 10/08/19 11:39:12AM |
| Last Written | 10/08/19 11:39:40AM |
| Entry Modified | 10/08/19 11:39:40AM |
| Logical Size | 4,125 |
| Hash Value | 208589e5b4991c4bc34bf328958b9a58 |
| Full Path | Undercover Computer\D\InvestigateTD\US___174.67.190.141\2019-10-08_11-39-11_4\Logs\summary.txt |

```
2019-10-08 11:39:12 - Torrential Downpour version 1.33
2019-10-08 11:39:12 - Started download thread at local time Tuesday, October 08, 2019 11:39:11 AM (GMT-07:00)
2019-10-08 11:39:12 - Started download thread at UTC Tuesday, October 08, 2019 6:39:11 PM
2019-10-08 11:39:12 - Remote client located at IP address 174.67.190.141, port 45682
2019-10-08 11:39:12 - Torrent info hash: e1eed9d6a62423ecde25aa19765293a222780fce
2019-10-08 11:39:12 - Torrent defines 2 files
2019-10-08 11:39:12 - Total file bytes: 7128438
2019-10-08 11:39:12 - Torrent has 109 pieces
2019-10-08 11:39:12 - Piece size: 65536 bytes
2019-10-08 11:39:12 - Completed handshake with remote client
2019-10-08 11:39:12 - Peer id we sent to remote client: 2d6c74304434302d531af18a9b6cc2050aad68ac
2019-10-08 11:39:12 - Remote client sent us a peer id of 2d5554333535572d1db1e3dc2a634af3ee5f1669 (version: -UT355W-)
2019-10-08 11:39:12 - Remote client affirmed info hash = e1eed9d6a62423ecde25aa19765293a222780fce
2019-10-08 11:39:12 - Received version in extended handshake: µTorrent 3.5.5
2019-10-08 11:39:12 - Extended handshake from remote client lists our public IP address as: 72.212.156.8
2019-10-08 11:39:12 - Extended handshake from remote client lists remote client IPv4 address as: 174.67.190.141
2019-10-08 11:39:12 - Extended handshake from remote client lists remote client IPv6 address as: 2001:579:3f00:e00:ad29:41fc:3302:846f
```

| | |
|--|--|
| ORGANIZATION | DATE |
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



```
2019-10-08 11:39:12 - File index 0 is named "Deep Learning with Python - A Hands-on Introduction - 1E
(2017).pdf" in the torrent
2019-10-08 11:39:12 - File index 1 is named "Torrent Downloaded From Katcr.co - Kickasstorrents.txt" in the
torrent
2019-10-08 11:39:13 - Created uninitialized file 0: Deep Learning with Python - A Hands-on Introduction -
1E (2017) (Pdf) Gooner\Deep Learning with Python - A Hands-on Introduction - 1E (2017).pdf
2019-10-08 11:39:13 - File 0 is 7128328 bytes and spans pieces 0-108
2019-10-08 11:39:16 - Created uninitialized file 1: Deep Learning with Python - A Hands-on Introduction -
1E (2017) (Pdf) Gooner\Torrent Downloaded From Katcr.co - Kickasstorrents.txt
2019-10-08 11:39:16 - File 1 is 110 bytes and encompassed by piece 108
2019-10-08 11:39:16 - File 1 has been completely downloaded
2019-10-08 11:39:16 - File index 1 is named "Torrent Downloaded From Katcr.co - Kickasstorrents.txt" in the
torrent
2019-10-08 11:39:40 - File 0 has been completely downloaded
2019-10-08 11:39:40 - File index 0 is named "Deep Learning with Python - A Hands-on Introduction - 1E
(2017).pdf" in the torrent
2019-10-08 11:39:40 - Completed session with remote client; 109 pieces were downloaded and written
2019-10-08 11:39:40 - The complete torrent has been downloaded
2019-10-08 11:39:40 - Pieces acknowledged for all sessions combined: 0-108
2019-10-08 11:39:40 - Remote client acknowledged that it has 109 of 109 pieces
2019-10-08 11:39:40 - Remote client acknowledged that it has pieces 0-108, which encompasses all of file 0
2019-10-08 11:39:40 - File index 0 is named "Deep Learning with Python - A Hands-on Introduction - 1E
(2017).pdf" in the torrent
2019-10-08 11:39:40 - Remote client acknowledged that it has piece 108, which encompasses all of file 1
2019-10-08 11:39:40 - File index 1 is named "Torrent Downloaded From Katcr.co - Kickasstorrents.txt" in the
torrent
2019-10-08 11:39:40 - Remote client indicated that it has all files, based on pieces acknowledged
2019-10-08 11:39:40 - 109 of 109 pieces possessed by the remote client were downloaded and written to disk
2019-10-08 11:39:40 - All pieces in the torrent were obtained and written
2019-10-08 11:39:40 - All 109 written pieces have the expected SHA1 hash
2019-10-08 11:39:40 - File 0: complete, all pieces have been written
2019-10-08 11:39:40 - File 1: complete, all pieces have been written
2019-10-08 11:39:40 - File 0: SHA1=4fe22dd869bfb5f1137d2148442c7432d07e56bb,
MD5=3cc8f6b894bdccf68ab0b8f53dfd8613
2019-10-08 11:39:40 - File 1: SHA1=4dad47bcf6893bf623043976a0dae487c2d26a25,
MD5=67ceee7fd81cfaee533fb3cbd5d915ec
2019-10-08 11:39:40 - The download has completed
```

## IP Address and Port (Yellow), Date and Time (Red/Green)

According to the packet captures of both the Undercover Computer and the Suspect Computer, the connection
occurred between the Undercover Computer and the Suspect Computer at 174.67.190.141 on port 45682 from
10/8/2019 11:39:12 AM to 10/8/2019 11:39:40 AM. Torrential Downpour accurately reported the IP address, ports,
and the time within two seconds.

| Connection | Undercover Computer | Suspect Computer |
|---|---|---|
| 001 | | |
| Server | 174.67.190.141 | 174.67.190.141 (Windows) |
| Protocol | TCP | TCP |
| Port | 45682 | 45682 |
| Bytes Sent | 7135051 | 7135051 |
| Client | 172.16.3.5 (Windows) | 72.212.156.8 (Windows) |
| Protocol | TCP | TCP |
| Port | 49371 | 14320 |
| Bytes Sent | 8176 | 8176 |
| Session Start | 10/8/2019 11:39:12 AM | 10/8/2019 11:39:10 AM |
| Session End | 10/8/2019 11:39:40 AM | 10/8/2019 11:39:38 AM |

## Torrent Specifications (Blue)

Using uTorrent version 3.5.5, the specifications of NCT016 revealed the following key information. Torrential
Downpour accurately reported this information.

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



| | UNITED STATES v. ANTHONY GONZALES |
|---|---|
| **TESTING & ANALYSIS** | CR17-01311-001-PHX |
| | **PAGE 120 of 148** PAGES |

| NCT | Name | Info Hash | Files | Size | Pieces |
|---|---|---|---|---|---|
| 016 | Deep Learning with Python - A Hands-on Introduction - 1E (2017) (Pdf) Gooner.torrent | E1EED9D6A62423ECDE25 AA19765293A222780FCE | 2 | 6.79 MB | 109 x 64 kB |

### Suspect Peer ID and Software Version (Orange)

Torrential Downpour accurately reported the Suspect Computer software version. All packets captured from the Suspect Computer during TEST07 were filtered for BitTorrent traffic in Wireshark using protocol field name "bittorrent" revealing 56 packets. All 56 BitTorrent packets were filtered for Peer IDs sent using protocol field name "bittorrent.peer_id" revealing 39 packets. All 39 Peer ID BitTorrent packets were filtered for the Peer ID 2d5554333535572d1db1e3dc2a634af3ee5f1669 sent by the Suspect Computer to the Undercover Computer using the following search expression:

```
bittorrent.peer_id == 2d:55:54:33:35:35:35:57:2d:1d:b1:e3:dc:2a:63:4a:f3:ee:5f:16:69
```

However, the search yielded zero positive packets. In fact, no BitTorrent packets were located between the Suspect Computer and the Undercover Computer.

### File Hashes (Purple)

Using HashCalc version 2.02, the payload of NCT016 was hashed using the MD5 and SHA1 algorithms. Torrential Downpour accurately reported the hash values.

| File | File Name | MD5 Hash Value | SHA1 Hash Value |
|---|---|---|---|
| 0 | Deep Learning with Python - A Hands-on Introduction - 1E (2017).pdf | 3cc8f6b894bdccf68a b0b8f53dfd8613 | 4fe22dd869bfb5f1137d2 148442c7432d07e56bb |
| 1 | Torrent Downloaded From Katcr.co - Kickasstorrents.txt | 67ceee7fd81cfaee5 33fb3cbd5d915ec | 4dad47bcf6893bf62304 3976a0dae487c2d26a25 |

### TEST08 | NCT015

The following Details.txt log was generated as a result of TEST08 being executed once in attempt to download NCT015.

| | |
|---|---|
| Name | details.txt |
| File Created | 10/08/19 11:40:28AM |
| Last Written | 10/08/19 11:44:47AM |
| Entry Modified | 10/08/19 11:44:47AM |
| Logical Size | 1,536 |
| Hash Value | 04cc06d636abee238d234a2e980a9a6d |
| Full Path | Undercover Computer\D\InvestigateTD\US___174.67.190.141\2019-10-08_11-40-27_5\Logs\details.txt |

```
2019-10-08 11:40:28 - Torrential Downpour version 1.33
2019-10-08 11:40:28 - Started download thread at local time Tuesday, October 08, 2019 11:40:27 AM (GMT-07:00)
2019-10-08 11:40:28 - Started download thread at UTC Tuesday, October 08, 2019 6:40:27 PM
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



```
2019-10-08 11:40:28 - Remote client located at IP address 174.67.190.141, port 45682
2019-10-08 11:40:28 - Torrent info hash: 54ecafc84db69bfcf4d30a8afcd637bae1d55bfe
2019-10-08 11:40:28 - Torrent defines 30 files
2019-10-08 11:40:28 - Total file bytes: 56340020
2019-10-08 11:40:28 - Torrent has 108 pieces
2019-10-08 11:40:28 - Piece size: 524288 bytes
2019-10-08 11:40:28 - Attempting to connect to remote client
2019-10-08 11:40:28 - Connected
2019-10-08 11:40:28 - Attempting to negotiate message stream encryption with remote client
2019-10-08 11:40:29 - Remote client rejected encryption or closed the connection
2019-10-08 11:40:29 - Attempting to connect to remote client
2019-10-08 11:40:29 - Connected
2019-10-08 11:40:29 - Sent unencrypted handshake to client
2019-10-08 11:40:29 - Remote client closed the connection
2019-10-08 11:40:29 - Going to sleep for 03m:08s
2019-10-08 11:43:37 - Attempting to connect to remote client
2019-10-08 11:43:37 - Connected
2019-10-08 11:43:37 - Sent unencrypted handshake to client
2019-10-08 11:43:37 - Remote client closed the connection
2019-10-08 11:43:37 - Going to sleep for 03m:24s
2019-10-08 11:44:47 - A cancel request was detected
2019-10-08 11:44:47 - No pieces acknowledged by the remote client
```

**IP Address and Port (Yellow), Date and Time (Red/Green)**
According to the packet captures of both the Undercover Computer and the Suspect Computer, the connection occurred between the Undercover Computer and the Suspect Computer at 174.67.190.141 on port 45682 from 10/8/2019 11:40:28 AM to 10/8/2019 11:43:37 AM. Torrential Downpour accurately reported the IP address, ports, and the time within two seconds.

| Connection | Undercover Computer | Suspect Computer |
|---|---|---|
| 001 | | |
| Server | 174.67.190.141 | 174.67.190.141 (Windows) |
| Protocol | TCP | TCP |
| Port | 45682 | 45682 |
| Bytes Sent | 226 | 226 |
| Client | 172.16.3.5 (Windows) | 72.212.156.8 (Windows) |
| Protocol | TCP | TCP |
| Port | 49375 | 55841 |
| Bytes Sent | 581 | 581 |
| Session Start | 10/8/2019 11:40:28 AM | 10/8/2019 11:40:26 AM |
| Session End | 10/8/2019 11:40:29 AM | 10/8/2019 11:40:26 AM |
| 002 | | |
| Server | 174.67.190.141 | 174.67.190.141 (Windows) |
| Protocol | TCP | TCP |
| Port | 45682 | 45682 |
| Bytes Sent | 0 | 0 |
| Client | 172.16.3.5 (Windows) | 72.212.156.8 (Windows) |
| Protocol | TCP | TCP |
| Port | 49374 | 62928 |
| Bytes Sent | 68 | 68 |
| Session Start | 10/8/2019 11:40:29 AM | 10/8/2019 11:40:26 AM |
| Session End | 10/8/2019 11:40:29 AM | 10/8/2019 11:40:26 AM |
| 003 | | |
| Server | 174.67.190.141 | 174.67.190.141 (Windows) |

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



| | UNITED STATES v. ANTHONY GONZALES CR17-01311-001-PHX |
|---|---|
| TESTING & ANALYSIS | PAGE **122** of **148** PAGES |

| Connection | Undercover Computer | Suspect Computer |
|---|---|---|
| Protocol | TCP | TCP |
| Port | 45682 | 45682 |
| Bytes Sent | 0 | 0 |
| Client | 172.16.3.5 (Windows) | 72.212.156.8 (Windows) |
| Protocol | TCP | TCP |
| Port | 49375 | 22586 |
| Bytes Sent | 68 | 68 |
| Session Start | 10/8/2019 11:43:37 AM | 10/8/2019 11:43:34 AM |
| Session End | 10/8/2019 11:43:37 AM | 10/8/2019 11:43:34 AM |

### Torrent Specifications (Blue)

Using uTorrent version 3.5.5, the specifications of NCT015 revealed the following key information. Torrential Downpour accurately reported this information.

| NCT | Name | Info Hash | Files | Size | Pieces |
|---|---|---|---|---|---|
| 015 | Beautiful Flowers Wallpapers {Pack - 141}.torrent | 54ECAFC84DB69BFCF4D30 A8AFCD637BAE1D55BFE | 30 | 53.7 MB | 108 x 512 kB |

### Suspect Peer ID and Software Version (Orange)

No Peer ID was reported because no extended handshake was completed between the Undercover Computer and Suspect Computer.

### File Hashes (Purple)

No files were downloaded during this test.

### TEST09 | NCT004

The following Summary.txt log was generated as a result of TEST09 for the download of NCT004.

| | |
|---|---|
| Name | summary.txt |
| File Created | 10/08/19 11:35:45AM |
| Last Written | 10/08/19 11:36:04AM |
| Entry Modified | 10/08/19 11:36:04AM |
| Logical Size | 3,732 |
| Hash Value | 931a25e295da99ac222eec5e296b82b2 |
| Full Path | Undercover Computer\D\InvestigateTD\US___174.67.190.141\2019-10-08_11-35-44_2\Logs\summary.txt |

```
2019-10-08 11:35:45 - Torrential Downpour version 1.33
2019-10-08 11:35:45 - Started download thread at local time Tuesday, October 08, 2019 11:35:44 AM (GMT-07:00)
2019-10-08 11:35:45 - Started download thread at UTC Tuesday, October 08, 2019 6:35:44 PM
2019-10-08 11:35:45 - Remote client located at IP address 174.67.190.141, port 45682
2019-10-08 11:35:45 - Torrent info hash: ee6e2e5f257ef522c028e96d67c2900b6af126a2
2019-10-08 11:35:45 - Torrent defines 2 files
2019-10-08 11:35:45 - Total file bytes: 4355288
2019-10-08 11:35:45 - Torrent has 67 pieces
2019-10-08 11:35:45 - Piece size: 65536 bytes
2019-10-08 11:35:45 - Completed handshake with remote client
2019-10-08 11:35:45 - Peer id we sent to remote client: 2d6c74304434302d6b2bec0b830e9df8b7f0f417
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



```
2019-10-08 11:35:45 - Remote client sent us a peer id of 2d5554333535572d1db155832f65741f72cc23ee (version:
-UT355W-)
2019-10-08 11:35:45 - Remote client affirmed info hash = ee6e2e5f257ef522c028e96d67c2900b6af126a2
2019-10-08 11:35:45 - Received version in extended handshake: µTorrent 3.5.5
2019-10-08 11:35:45 - Extended handshake from remote client lists our public IP address as: 72.212.156.8
2019-10-08 11:35:45 - Extended handshake from remote client lists remote client IPv4 address as:
174.67.190.141
2019-10-08 11:35:45 - Extended handshake from remote client lists remote client IPv6 address as:
2001:579:3f00:e00:ad29:41fc:3302:846f
2019-10-08 11:35:45 - File index 0 is named "Institute, The.epub" in the torrent
2019-10-08 11:35:45 - File index 1 is named "Stephen King - The Institute" in the torrent
2019-10-08 11:35:46 - Created uninitialized file 0: Stephen King - The Institute EPUB\Institute, The.epub
2019-10-08 11:35:46 - File 0 is 4353882 bytes and spans pieces 0-66
2019-10-08 11:35:47 - Created uninitialized file 1: Stephen King - The Institute EPUB\Stephen King - The
Institute
2019-10-08 11:35:47 - File 1 is 1406 bytes and encompassed by piece 66
2019-10-08 11:35:47 - File 1 has been completely downloaded
2019-10-08 11:35:47 - File index 1 is named "Stephen King - The Institute" in the torrent
2019-10-08 11:36:04 - File 0 has been completely downloaded
2019-10-08 11:36:04 - File index 0 is named "Institute, The.epub" in the torrent
2019-10-08 11:36:04 - Completed session with remote client; 67 pieces were downloaded and written
2019-10-08 11:36:04 - The complete torrent has been downloaded
2019-10-08 11:36:04 - Pieces acknowledged for all sessions combined: 0-66
2019-10-08 11:36:04 - Remote client acknowledged that it has 67 of 67 pieces
2019-10-08 11:36:04 - Remote client acknowledged that it has pieces 0-66, which encompasses all of file 0
2019-10-08 11:36:04 - File index 0 is named "Institute, The.epub" in the torrent
2019-10-08 11:36:04 - Remote client acknowledged that it has piece 66, which encompasses all of file 1
2019-10-08 11:36:04 - File index 1 is named "Stephen King - The Institute" in the torrent
2019-10-08 11:36:04 - Remote client indicated that it has all files, based on pieces acknowledged
2019-10-08 11:36:04 - 67 of 67 pieces possessed by the remote client were downloaded and written to disk
2019-10-08 11:36:04 - All pieces in the torrent were obtained and written
2019-10-08 11:36:04 - All 67 written pieces have the expected SHA1 hash
2019-10-08 11:36:04 - File 0: complete, all pieces have been written
2019-10-08 11:36:04 - File 1: complete, all pieces have been written
2019-10-08 11:36:04 - File 0: SHA1=3d784138ca355acb83ca4d00c9054b6cd0cfc48c,
MD5=5cb516dc8d165b962f34e16e787ed497
2019-10-08 11:36:04 - File 1: SHA1=1ddcab45de0487ee30da64510894a5770dc45ecc,
MD5=a00a84f5c5f071fb4ec8564388ea7fc1
2019-10-08 11:36:04 - The download has completed
```

### IP Address and Port (Yellow), Date and Time (Red/Green)

According to the packet captures of both the Undercover Computer and the Suspect Computer, the connection occurred between the Undercover Computer and the Suspect Computer at 174.67.190.141 on port 45682 from 2019-10-08 11:35:45 to 2019-10-08 11:36:04. Torrential Downpour accurately reported the IP address, ports, and the time within two seconds. However, the bytes reported by each computer do not match. This discrepancy has not been analyzed further.

| Connection | Undercover Computer | Suspect Computer |
|---|---|---|
| 001 | | |
| Server | 174.67.190.141 | 72.212.156.8 |
| Protocol | TCP | TCP |
| Port | 45682 | 31776 |
| Bytes Sent | 1449811 | 4522 |
| Client | 172.16.3.5 (Windows) | 174.67.190.141 (Windows) |
| Protocol | TCP | TCP |
| Port | 49366 | 45682 |
| Bytes Sent | 5046 | 4358751 |
| Session Start | 10/8/2019 11:35:45 AM | 10/8/2019 11:35:44 AM |
| Session End | 10/8/2019 11:36:04 AM | 10/8/2019 11:36:02 AM |



| | UNITED STATES v. ANTHONY GONZALES |
|---|---|
| **TESTING & ANALYSIS** | CR17-01311-001-PHX |
| | PAGE **124** of **148** PAGES |

## Torrent Specifications (Blue)

Using uTorrent version 3.5.5, the specifications of NCT004 revealed the following key information. Torrential Downpour accurately reported this information.

| NCT | Name | Info Hash | Files | Size | Pieces |
|---|---|---|---|---|---|
| 004 | Stephen King - The Institute EPUB.torrent | EE6E2E5F257EF522C028E 96D67C2900B6AF126A | 2 | 4.15 MB | 67 x 64 kB |

## Suspect Peer ID and Software Version (Orange)

Torrential Downpour accurately reported the Suspect Computer software version. All packets captured from the Suspect Computer during TEST09 were filtered for BitTorrent traffic in Wireshark using protocol field name "bittorrent" revealing 25 packets. All 25 BitTorrent packets were filtered for Peer IDs sent using protocol field name "bittorrent.peer_id" revealing 21 packets. All 21 Peer ID BitTorrent packets were filtered for the Peer ID 2d5554333535572d1db155832f65741f72cc23ee sent by the Suspect Computer to the Undercover Computer using the following search expression:

```
bittorrent.peer_id == 2d:55:54:33:35:35:57:2d:1d:b1:55:83:2f:65:74:1f:72:cc:23:ee
```

However, the search yielded zero positive packets. In fact, no BitTorrent packets were located between the Suspect Computer and the Undercover Computer.

## File Hashes (Purple)

Using HashCalc version 2.02, the payload of NCT004 was hashed using the MD5 and SHA1 algorithms. Torrential Downpour accurately reported the hash values.

| File | File Name | MD5 Hash Value | SHA1 Hash Value |
|---|---|---|---|
| 0 | Institute, The.epub | 5cb516dc8d165b96 2f34e16e787ed497 | 3d784138ca355acb83ca 4d00c9054b6cd0cfc48c |
| 1 | Stephen King - The Institute | a00a84f5c5f071fb4e c8564388ea7fc1 | 1ddcab45de0487ee30da 64510894a5770dc45ecc |

## TEST10 | NCT011

The following Summary.txt log was generated as a result of TEST10 for the download of NCT011.

| | |
|---|---|
| Name | summary.txt |
| File Created | 10/08/19 11:46:24AM |
| Last Written | 10/08/19 11:48:07AM |
| Entry Modified | 10/08/19 11:48:07AM |
| Logical Size | 7,394 |
| Hash Value | a660de5ef62d56a17c36124cbf3f3370 |
| Full Path | Undercover Computer\D\InvestigateTD\US___174.67.190.141\2019-10-08_11-46-23_6\Logs\summary.txt |

```
2019-10-08 11:46:24 - Torrential Downpour version 1.33
2019-10-08 11:46:24 - Started download thread at local time Tuesday, October 08, 2019 11:46:23 AM (GMT-07:00)
2019-10-08 11:46:24 - Started download thread at UTC Tuesday, October 08, 2019 6:46:23 PM
2019-10-08 11:46:24 - Remote client located at IP address 174.67.190.141, port 45682
2019-10-08 11:46:24 - Torrent info hash: a812c8637adff4ac8cc2e56ce49854fff2290fad
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **125** of **148** PAGES

```
2019-10-08 11:46:24 - Torrent defines 7 files
2019-10-08 11:46:24 - Total file bytes: 27377106
2019-10-08 11:46:24 - Torrent has 836 pieces
2019-10-08 11:46:24 - Piece size: 32768 bytes
2019-10-08 11:46:25 - Completed handshake with remote client
2019-10-08 11:46:25 - Peer id we sent to remote client: 2d6c74304434302d92f8a751ea41a8c95b469ab3
2019-10-08 11:46:25 - Remote client sent us a peer id of 2d5554333535572d1db14391fb92ab38e27bdd63 (version:
-UT355W-)
2019-10-08 11:46:25 - Remote client affirmed info hash = a812c8637adff4ac8cc2e56ce49854fff2290fad
2019-10-08 11:46:25 - Received version in extended handshake: µTorrent 3.5.5
2019-10-08 11:46:25 - Extended handshake from remote client lists our public IP address as: 72.212.156.8
2019-10-08 11:46:25 - Extended handshake from remote client lists remote client IPv4 address as:
174.67.190.141
2019-10-08 11:46:25 - Extended handshake from remote client lists remote client IPv6 address as:
2001:579:3f00:e00:ad29:41fc:3302:846f
2019-10-08 11:46:25 - File index 0 is named "IMG_4506.JPG" in the torrent
2019-10-08 11:46:25 - File index 1 is named "IMG_4516.JPG" in the torrent
2019-10-08 11:46:25 - File index 2 is named "IMG_4515.JPG" in the torrent
2019-10-08 11:46:25 - File index 3 is named "IMG_4508.JPG" in the torrent
2019-10-08 11:46:25 - File index 4 is named "IMG_4509.JPG" in the torrent
2019-10-08 11:46:25 - File index 5 is named "IMG_4510.JPG" in the torrent
2019-10-08 11:46:25 - File index 6 is named "IMG_4511.JPG" in the torrent
2019-10-08 11:46:26 - Created uninitialized file 4: 20191007a-Torrent of Interest\IMG_4509.JPG
2019-10-08 11:46:26 - File 4 is 4042614 bytes and spans pieces 460-584
2019-10-08 11:46:38 - Created uninitialized file 5: 20191007a-Torrent of Interest\IMG_4510.JPG
2019-10-08 11:46:38 - File 5 is 4087307 bytes and spans pieces 584-708
2019-10-08 11:46:38 - Created uninitialized file 3: 20191007a-Torrent of Interest\IMG_4508.JPG
2019-10-08 11:46:38 - File 3 is 3985057 bytes and spans pieces 339-460
2019-10-08 11:46:41 - File 4 has been completely downloaded
2019-10-08 11:46:41 - File index 4 is named "IMG_4509.JPG" in the torrent
2019-10-08 11:46:41 - Created uninitialized file 0: 20191007a-Torrent of Interest\IMG_4506.JPG
2019-10-08 11:46:41 - File 0 is 3463249 bytes and spans pieces 0-105
2019-10-08 11:46:51 - Created uninitialized file 1: 20191007a-Torrent of Interest\IMG_4516.JPG
2019-10-08 11:46:51 - File 1 is 3788123 bytes and spans pieces 105-221
2019-10-08 11:46:54 - File 0 has been completely downloaded
2019-10-08 11:46:54 - File index 0 is named "IMG_4506.JPG" in the torrent
2019-10-08 11:47:06 - Created uninitialized file 2: 20191007a-Torrent of Interest\IMG_4515.JPG
2019-10-08 11:47:06 - File 2 is 3858712 bytes and spans pieces 221-339
2019-10-08 11:47:08 - File 3 has been completely downloaded
2019-10-08 11:47:08 - File index 3 is named "IMG_4508.JPG" in the torrent
2019-10-08 11:47:22 - File 1 has been completely downloaded
2019-10-08 11:47:22 - File index 1 is named "IMG_4516.JPG" in the torrent
2019-10-08 11:47:23 - Created uninitialized file 6: 20191007a-Torrent of Interest\IMG_4511.JPG
2019-10-08 11:47:23 - File 6 is 4152044 bytes and spans pieces 708-835
2019-10-08 11:47:38 - File 5 has been completely downloaded
2019-10-08 11:47:38 - File index 5 is named "IMG_4510.JPG" in the torrent
2019-10-08 11:47:52 - File 2 has been completely downloaded
2019-10-08 11:47:52 - File index 2 is named "IMG_4515.JPG" in the torrent
2019-10-08 11:48:07 - File 6 has been completely downloaded
2019-10-08 11:48:07 - File index 6 is named "IMG_4511.JPG" in the torrent
2019-10-08 11:48:07 - Completed session with remote client; 836 pieces were downloaded and written
2019-10-08 11:48:07 - The complete torrent has been downloaded
2019-10-08 11:48:07 - Pieces acknowledged for all sessions combined: 0-835
2019-10-08 11:48:07 - Remote client acknowledged that it has 836 of 836 pieces
2019-10-08 11:48:07 - Remote client acknowledged that it has pieces 0-105, which encompasses all of file 0
2019-10-08 11:48:07 - File index 0 is named "IMG_4506.JPG" in the torrent
2019-10-08 11:48:07 - Remote client acknowledged that it has pieces 105-221, which encompasses all of file
1
2019-10-08 11:48:07 - File index 1 is named "IMG_4516.JPG" in the torrent
2019-10-08 11:48:07 - Remote client acknowledged that it has pieces 221-339, which encompasses all of file
2
2019-10-08 11:48:07 - File index 2 is named "IMG_4515.JPG" in the torrent
2019-10-08 11:48:07 - Remote client acknowledged that it has pieces 339-460, which encompasses all of file
3
2019-10-08 11:48:07 - File index 3 is named "IMG_4508.JPG" in the torrent
2019-10-08 11:48:07 - Remote client acknowledged that it has pieces 460-584, which encompasses all of file
4
2019-10-08 11:48:07 - File index 4 is named "IMG_4509.JPG" in the torrent
2019-10-08 11:48:07 - Remote client acknowledged that it has pieces 584-708, which encompasses all of file
5
2019-10-08 11:48:07 - File index 5 is named "IMG_4510.JPG" in the torrent
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



```
2019-10-08 11:48:07 - Remote client acknowledged that it has pieces 708-835, which encompasses all of file
6
2019-10-08 11:48:07 - File index 6 is named "IMG_4511.JPG" in the torrent
2019-10-08 11:48:07 - Remote client indicated that it has all files, based on pieces acknowledged
2019-10-08 11:48:07 - 836 of 836 pieces possessed by the remote client were downloaded and written to disk
2019-10-08 11:48:07 - All pieces in the torrent were obtained and written
2019-10-08 11:48:07 - All 836 written pieces have the expected SHA1 hash
2019-10-08 11:48:07 - File 0: complete, all pieces have been written
2019-10-08 11:48:07 - File 1: complete, all pieces have been written
2019-10-08 11:48:07 - File 2: complete, all pieces have been written
2019-10-08 11:48:07 - File 3: complete, all pieces have been written
2019-10-08 11:48:07 - File 4: complete, all pieces have been written
2019-10-08 11:48:07 - File 5: complete, all pieces have been written
2019-10-08 11:48:07 - File 6: complete, all pieces have been written
2019-10-08 11:48:07 - File 0: SHA1=eca6a49f29cfd002ff61f9c11d87cd9c53637fca,
MD5=d8a80b3682f5d7a124a5cd78faca8a43
2019-10-08 11:48:07 - File 1: SHA1=15976cb4ff72711a78878e962d5ef5b121aa1530,
MD5=25f10e105eab5581e42de208984833c6
2019-10-08 11:48:07 - File 2: SHA1=db88fcdc74286c8ed8618a9b398ec02168f937cb,
MD5=59e697c0fee0d007ad940c160d1d6028
2019-10-08 11:48:07 - File 3: SHA1=244302265866c8e6245dc43f9d7dcc2989116c5a,
MD5=484107423426129b66884b7ca1a214a2
2019-10-08 11:48:07 - File 4: SHA1=84f6745590e721024ec19a0852144b7fe0a03099,
MD5=b56cbce095eaff359ca6ca4b2d409f1e
2019-10-08 11:48:07 - File 5: SHA1=903c1c9690491f02d04c18f0549d05d985ff0cd1,
MD5=e1133974be8ad10da5a20b8270b1f6ad
2019-10-08 11:48:07 - File 6: SHA1=658973094cce0d2ab72c06c42c3a66b4dce58afa,
MD5=4d930bd956f9c58c022db949bd03abc1
2019-10-08 11:48:07 - The download has completed
```

## IP Address and Port (Yellow), Date and Time (Red/Green)

According to the packet captures of both the Undercover Computer and the Suspect Computer, the connection occurred between the Undercover Computer and the Suspect Computer at 174.67.190.141 on port 45682 from 10/8/2019 11:46:24 AM to 10/8/2019 11:48:07 AM. Torrential Downpour accurately reported the IP address, ports, and the time within two seconds.

| Connection | Undercover Computer | Suspect Computer |
|---|---|---|
| 001 | | |
| Server | 174.67.190.141 | 174.67.190.141 (Windows) |
| Protocol | TCP | TCP |
| Port | 45682 | 45682 |
| Bytes Sent | 1400132 | 27399718 |
| Client | 172.16.3.5 (Windows) | 72.212.156.8 (Windows) |
| Protocol | TCP | TCP |
| Port | 49378 | 35107 |
| Bytes Sent | 28931 | 28931 |
| Session Start | 10/8/2019 11:46:24 AM | 10/8/2019 11:46:22 AM |
| Session End | 10/8/2019 11:48:07 AM | 10/8/2019 11:48:05 AM |

## Torrent Specifications (Blue)

Using uTorrent version 3.5.5, the specifications of NCT011 revealed the following key information. Torrential Downpour accurately reported this information.

| NCT | Name | Info Hash | Files | Size | Pieces |
|---|---|---|---|---|---|
| 011 | 20191007a-Torrent of Interest.torrent | A812C8637ADFF4AC8CC2E 56CE49854FFF2290FAD | 7 | 26.1 MB | 836 x 32 kB |

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



## Suspect Peer ID and Software Version (Orange)

Torrential Downpour accurately reported the Suspect Computer software version. All packets captured from the Suspect Computer during TEST10 were filtered for BitTorrent traffic in Wireshark using protocol field name "bittorrent" revealing 114 packets. All 114 BitTorrent packets were filtered for Peer IDs sent using protocol field name "bittorrent.peer_id" revealing 82 packets. All 82 Peer ID BitTorrent packets were filtered for the Peer ID 2d5554333535572d1db14391fb92ab38e27bdd63 sent by the Suspect Computer to the Undercover Computer using the following search expression:

```
bittorrent.peer_id == 2d:55:54:33:35:35:57:2d:1d:b1:43:91:fb:92:ab:38:e2:7b:dd:63
```

However, the search yielded zero positive packets. In fact, no BitTorrent packets were located between the Suspect Computer and the Undercover Computer.

## File Hashes (Purple)

Using HashCalc version 2.02, the payload of NCT011 was hashed using the MD5 and SHA1 algorithms. Torrential Downpour accurately reported the hash values.

| File | File Name | MD5 Hash Value | SHA1 Hash Value |
|---|---|---|---|
| 0 | IMG_4506.JPG | d8a80b3682f5d7a124a5cd78faca8a43 | eca6a49f29cfd002ff61f9c11d87cd9c53637fca |
| 1 | IMG_4516.JPG | 25f10e105eab5581e42de208984833c6 | 15976cb4ff72711a78878e962d5ef5b121aa1530 |
| 2 | IMG_4515.JPG | 59e697c0fee0d007ad940c160d1d6028 | db88fcdc74286c8ed8618a9b398ec02168f937cb |
| 3 | IMG_4508.JPG | 484107423426129b66884b7ca1a214a2 | 244302265866c8e6245dc43f9d7dcc2989116c5a |
| 4 | IMG_4509.JPG | b56cbce095eaff359ca6ca4b2d409f1e | 84f6745590e721024ec19a0852144b7fe0a03099 |
| 5 | IMG_4510.JPG | e1133974be8ad10da5a20b8270b1f6ad | 903c1c9690491f02d04c18f0549d05d985ff0cd1 |
| 6 | IMG_4511.JPG | 4d930bd956f9c58c022db949bd03abc1 | 658973094cce0d2ab72c06c42c3a66b4dce58afa |

## TEST11 | NCT001

The following Summary.txt log was generated as a result of TEST11 for the download of NCT001.

```
Name          summary.txt
File Created  10/08/19 11:48:50AM
Last Written  10/08/19 11:50:12AM
Entry Modified 10/08/19 11:50:12AM
Logical Sieze  4,990
Hash Value    60f15d7a39a509b9406078d6d22b29af
Full Path     Undercover Computer\D\InvestigateTD\US___174.67.190.141\2019-10-08_11-48-
              49_7\Logs\summary.txt
```

2019-10-08 11:48:50 - Torrential Downpour version 1.33
2019-10-08 11:48:50 - Started download thread at local time Tuesday, October 08, 2019 11:48:49 AM (GMT-07:00)



**LOEHRS**
**f o r e n s i c s**

TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **128** of **148** PAGES

```
2019-10-08 11:48:50 - Started download thread at UTC Tuesday, October 08, 2019 6:48:49 PM
2019-10-08 11:48:50 - Remote client located at IP address 174.67.190.141, port 45682
2019-10-08 11:48:50 - Torrent info hash: 7ad8a2b653160d8f5a9521624bfdf71d3bc82444
2019-10-08 11:48:50 - Torrent defines 3 files
2019-10-08 11:48:50 - Total file bytes: 20475734
2019-10-08 11:48:50 - Torrent has 313 pieces
2019-10-08 11:48:50 - Piece size: 65536 bytes
2019-10-08 11:48:50 - Disabled use of suggested names because some file paths may be too long
2019-10-08 11:48:50 - Completed handshake with remote client
2019-10-08 11:48:50 - Peer id we sent to remote client: 2d6c74304434302d403d89d8a73e8a3366ffb609
2019-10-08 11:48:50 - Remote client sent us a peer id of 2d5554333535572d1db1049296f94e95482e314a (version:
-UT355W-)
2019-10-08 11:48:50 - Remote client affirmed info hash = 7ad8a2b653160d8f5a9521624bfdf71d3bc82444
2019-10-08 11:48:50 - Received version in extended handshake: µTorrent 3.5.5
2019-10-08 11:48:50 - Extended handshake from remote client lists our public IP address as: 72.212.156.8
2019-10-08 11:48:50 - Extended handshake from remote client lists remote client IPv4 address as:
174.67.190.141
2019-10-08 11:48:50 - Extended handshake from remote client lists remote client IPv6 address as:
2001:579:3f00:e00:ad29:41fc:3302:846f
2019-10-08 11:48:50 - File index 0 is named "The 100 Best Business Books of All Time What They Say, Why
They Matter, and How They Can Help You.epub" in the torrent
2019-10-08 11:48:50 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-08 11:48:50 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-08 11:48:51 - Created uninitialized file 0: 000000.epub  [ The 100 Best Business Books of All Time
What They Say, Why They Matter, and How They Can Help You.epub ]
2019-10-08 11:48:51 - File 0 is 20395750 bytes and spans pieces 0-311
2019-10-08 11:48:51 - Created uninitialized file 1: 000001.png  [ WorldWide Torrents.png ]
2019-10-08 11:48:51 - File 1 is 79417 bytes and spans pieces 311-312
2019-10-08 11:48:51 - Created uninitialized file 2: 000002.txt  [ Torrents Downloaded from
worlwidetorrents.eu.txt ]
2019-10-08 11:48:51 - File 2 is 567 bytes and encompassed by piece 312
2019-10-08 11:48:51 - File 1 has been completely downloaded
2019-10-08 11:48:51 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-08 11:48:51 - File 2 has been completely downloaded
2019-10-08 11:48:51 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-08 11:50:12 - File 0 has been completely downloaded
2019-10-08 11:50:12 - File index 0 is named "The 100 Best Business Books of All Time What They Say, Why
They Matter, and How They Can Help You.epub" in the torrent
2019-10-08 11:50:12 - Completed session with remote client; 313 pieces were downloaded and written
2019-10-08 11:50:12 - The complete torrent has been downloaded
2019-10-08 11:50:12 - Pieces acknowledged for all sessions combined: 0-312
2019-10-08 11:50:12 - Remote client acknowledged that it has 313 of 313 pieces
2019-10-08 11:50:12 - Remote client acknowledged that it has pieces 0-311, which encompasses all of file 0
2019-10-08 11:50:12 - File index 0 is named "The 100 Best Business Books of All Time What They Say, Why
They Matter, and How They Can Help You.epub" in the torrent
2019-10-08 11:50:12 - Remote client acknowledged that it has pieces 311-312, which encompasses all of file
1
2019-10-08 11:50:12 - File index 1 is named "WorldWide Torrents.png" in the torrent
2019-10-08 11:50:12 - Remote client acknowledged that it has piece 312, which encompasses all of file 2
2019-10-08 11:50:12 - File index 2 is named "Torrents Downloaded from worlwidetorrents.eu.txt" in the
torrent
2019-10-08 11:50:12 - Remote client indicated that it has all files, based on pieces acknowledged
2019-10-08 11:50:12 - 313 of 313 pieces possessed by the remote client were downloaded and written to disk
2019-10-08 11:50:12 - All pieces in the torrent were obtained and written
2019-10-08 11:50:12 - All 313 written pieces have the expected SHA1 hash
2019-10-08 11:50:12 - File 0: complete, all pieces have been written
2019-10-08 11:50:12 - File 1: complete, all pieces have been written
2019-10-08 11:50:12 - File 2: complete, all pieces have been written
2019-10-08 11:50:12 - File 0: SHA1=fe32d219e3be8c3df6899c4e636e6fc27f35ecf4,
MD5=58b848ecece7990438a88c8aa0472ed4
2019-10-08 11:50:12 - File 1: SHA1=e99eeecf0a850734516cc9ee83e66461138f690d,
MD5=b94972d41e14f20d43fc0956023a6d1d
2019-10-08 11:50:12 - File 2: SHA1=833a828a67a0ae00bf08339dc6bee251c9fea05a,
MD5=6207c0c4eec0d23a7f3eac7e718de78a
2019-10-08 11:50:12 - The download has completed
```

IP Address and Port (Yellow), Date and Time (Red/Green)

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



According to the packet captures of both the Undercover Computer and the Suspect Computer, the connection occurred between the Undercover Computer and the Suspect Computer at 174.67.190.141 on port 45682 from 10/8/2019 11:48:50 AM to 10/8/2019 11:50:12 AM. Torrential Downpour accurately reported the IP address, ports, and the time within two seconds.

| Connection | Undercover Computer | Suspect Computer |
|---|---|---|
| 001 | | |
| Server | 174.67.190.141 | 174.67.190.141 (Windows) |
| Protocol | TCP | TCP |
| Port | 45682 | 45682 |
| Bytes Sent | 1310048 | 20492921 |
| Client | 172.16.3.5 (Windows) | 72.212.156.8 (Windows) |
| Protocol | TCP | TCP |
| Port | 49380 | 60624 |
| Bytes Sent | 21817 | 21817 |
| Session Start | 10/8/2019 11:48:50 AM | 10/8/2019 11:48:48 AM |
| Session End | 10/8/2019 11:50:12 AM | 10/8/2019 11:50:10 AM |

### Torrent Specifications (Blue)

Using uTorrent version 3.5.5, the specifications of NCT001 revealed the following key information. Torrential Downpour accurately reported this information.

| NCT | Name | Info Hash | Files | Size | Pieces |
|---|---|---|---|---|---|
| 001 | The 100 Best Business Books of All Time What They Say, Why They Matter, and How They Can Help You (2016) [WWRG].torrent | 7AD8A2B653160D8F5A95 21624BFDF71D3BC82444 | 3 | 19.5 MB | 313 x 64 kB |

### Suspect Peer ID and Software Version (Orange)

Torrential Downpour accurately reported the Suspect Computer software version. All packets captured from the Suspect Computer during TEST11 were filtered for BitTorrent traffic in Wireshark using protocol field name "bittorrent" revealing 96 packets. All 96 BitTorrent packets were filtered for Peer IDs sent using protocol field name "bittorrent.peer_id" revealing 65 packets. All 65 Peer ID BitTorrent packets were filtered for the Peer ID 2d5554333535572d1db1049296f94e95482e314a sent by the Suspect Computer to the Undercover Computer using the following search expression:

```
bittorrent.peer_id == 2d:55:54:33:35:35:35:57:2d:1d:b1:04:92:96:f9:4e:95:48:2e:31:4a
```

However, the search yielded zero positive packets. In fact, no BitTorrent packets were located between the Suspect Computer and the Undercover Computer.

### File Hashes (Purple)

Using HashCalc version 2.02, the payload of NCT001 was hashed using the MD5 and SHA1 algorithms. Torrential Downpour accurately reported the hash values.

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



LOEHRS
f o r e n s i c s

TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **130** of **148** PAGES

| File | File Name | MD5 Hash Value | SHA1 Hash Value |
|------|-----------|----------------|-----------------|
| 0 | The 100 Best Business Books of All Time What They Say, Why They Matter, and How They Can Help You.epub | 58b848ecece79904 38a88c8aa0472ed4 | fe32d219e3be8c3df689 9c4e636e6fc27f35ecf4 |
| 1 | WorldWide Torrents.png | 6207c0c4eec0d23a7 f3eac7e718de78a | 833a828a67a0ae00bf08 339dc6bee251c9fea05a |
| 2 | Torrents Downloaded from worlwidetorrents.eu.txt | b94972d41e14f20d 43fc0956023a6d1d | e99eeecf0a850734516cc 9ee83e66461138f690d |

**TEST12 | NCT003**
The following Summary.txt log was generated as a result of TEST12 for the download of NCT003.

| | |
|---|---|
| Name | summary.txt |
| File Created | 10/08/19 11:50:54AM |
| Last Written | 10/08/19 11:50:59AM |
| Entry Modified | 10/08/19 11:50:59AM |
| Logical Size | 3,147 |
| Hash Value | 02be9c51208f6a1bf7a6ef8208d0dc0b |
| Full Path | Undercover Computer\D\InvestigateTD\US___174.67.190.141\2019-10-08_11-50-53_8\Logs\summary.txt |

```
2019-10-08 11:50:54 - Torrential Downpour version 1.33
2019-10-08 11:50:54 - Started download thread at local time Tuesday, October 08, 2019 11:50:53 AM (GMT-07:00)
2019-10-08 11:50:54 - Started download thread at UTC Tuesday, October 08, 2019 6:50:53 PM
2019-10-08 11:50:54 - Remote client located at IP address 174.67.190.141, port 45682
2019-10-08 11:50:54 - Torrent info hash: 73503623da1bc5434aef671d6fb8974752e95e72
2019-10-08 11:50:54 - Torrent defines 1 file
2019-10-08 11:50:54 - Total file bytes: 1206192
2019-10-08 11:50:54 - Torrent has 19 pieces
2019-10-08 11:50:54 - Piece size: 65536 bytes
2019-10-08 11:50:54 - Completed handshake with remote client
2019-10-08 11:50:54 - Peer id we sent to remote client: 2d6c74304434302d4582cce5ff1ad18ef36b88ba
2019-10-08 11:50:54 - Remote client sent us a peer id of 2d5554333535572d1db184528188629b641cdd94 (version: -UT355W-)
2019-10-08 11:50:54 - Remote client affirmed info hash = 73503623da1bc5434aef671d6fb8974752e95e72
2019-10-08 11:50:54 - Received version in extended handshake: µTorrent 3.5.5
2019-10-08 11:50:54 - Extended handshake from remote client lists our public IP address as: 72.212.156.8
2019-10-08 11:50:54 - Extended handshake from remote client lists remote client IPv4 address as: 174.67.190.141
2019-10-08 11:50:54 - Extended handshake from remote client lists remote client IPv6 address as: 2001:579:3f00:e00:ad29:41fc:3302:846f
2019-10-08 11:50:54 - File index 0 is named "How to Read a Person Like a Book - Gerard I. Nierenberg.pdf" in the torrent
2019-10-08 11:50:55 - Created uninitialized file 0: How to Read a Person Like a Book the language that everybody uses but nobody speaks-body language!\How to Read a Person Like a Book - Gerard I. Nierenberg.pdf
2019-10-08 11:50:55 - File 0 is 1206192 bytes and spans pieces 0-18
2019-10-08 11:50:59 - File 0 has been completely downloaded
2019-10-08 11:50:59 - File index 0 is named "How to Read a Person Like a Book - Gerard I. Nierenberg.pdf" in the torrent
2019-10-08 11:50:59 - Completed session with remote client; 19 pieces were downloaded and written
2019-10-08 11:50:59 - The complete torrent has been downloaded
2019-10-08 11:50:59 - Pieces acknowledged for all sessions combined: 0-18
2019-10-08 11:50:59 - Remote client acknowledged that it has 19 of 19 pieces
2019-10-08 11:50:59 - Remote client acknowledged that it has pieces 0-18, which encompasses all of file 0
2019-10-08 11:50:59 - File index 0 is named "How to Read a Person Like a Book - Gerard I. Nierenberg.pdf" in the torrent
2019-10-08 11:50:59 - Remote client indicated that it has all files, based on pieces acknowledged
2019-10-08 11:50:59 - 19 of 19 pieces possessed by the remote client were downloaded and written to disk
```

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



**TESTING & ANALYSIS**

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **131** of **148** PAGES

```
2019-10-08 11:50:59 - All pieces in the torrent were obtained and written
2019-10-08 11:50:59 - All 19 written pieces have the expected SHA1 hash
2019-10-08 11:50:59 - File 0: complete, all pieces have been written
2019-10-08 11:50:59 - File 0: SHA1=dc4646ad38d58d46e4ce8da07897cd2b3b9da560,
MD5=0d3b4752f64a4ba5cb62346e5c098963
2019-10-08 11:50:59 - The download has completed
```

## IP Address and Port (Yellow), Date and Time (Red/Green)

According to the packet captures of both the Undercover Computer and the Suspect Computer, the connection occurred between the Undercover Computer and the Suspect Computer at 174.67.190.141 on port 45682 from 10/8/2019 11:50:54 AM to 10/8/2019 11:50:59 AM. Torrential Downpour accurately reported the IP address, ports, and the time within two seconds.

| Connection | Undercover Computer | Suspect Computer |
|---|---|---|
| 001 | | |
| Server | 174.67.190.141 | 174.67.190.141 (Windows) |
| Protocol | TCP | TCP |
| Port | 45682 | 45682 |
| Bytes Sent | 1208103 | 1208103 |
| Client | 172.16.3.5 (Windows) | 72.212.156.8 (Windows) |
| Protocol | TCP | TCP |
| Port | 49382 | 39622 |
| Bytes Sent | 1923 | 1923 |
| Session Start | 10/8/2019 11:50:54 AM | 10/8/2019 11:50:52 AM |
| Session End | 10/8/2019 11:50:59 AM | 10/8/2019 11:50:57 AM |

## Torrent Specifications (Blue)

Using uTorrent version 3.5.5, the specifications of NCT003 revealed the following key information. Torrential Downpour accurately reported this information.

| NCT | Name | Info Hash | Files | Size | Pieces |
|---|---|---|---|---|---|
| 003 | How to Read a Person Like a Book the language that everybody uses but nobody speaks—body language!.torrent | 73503623DA1BC5434AEF6 71D6FB8974752E95E72 | 1 | 1.15 MB | 19 x 64 kB |

## Suspect Peer ID and Software Version (Orange)

Torrential Downpour accurately reported the Suspect Computer software version. All packets captured from the Suspect Computer during TEST12 were filtered for BitTorrent traffic in Wireshark using protocol field name "bittorrent" revealing 15 packets. All 15 BitTorrent packets were filtered for Peer IDs sent using protocol field name "bittorrent.peer_id" revealing 12 packets. All 12 Peer ID BitTorrent packets were filtered for the Peer ID 2d5554333535572d1db184528188629b641cdd94 sent by the Suspect Computer to the Undercover Computer using the following search expression:

```
bittorrent.peer_id == 2d:55:54:33:35:35:57:2d:1d:b1:84:52:81:88:62:9b:64:1c:dd:94
```

However, the search yielded zero positive packets. In fact, no BitTorrent packets were located between the Suspect Computer and the Undercover Computer.

## File Hashes (Purple)

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **132** of **148** PAGES

Using HashCalc version 2.02, the payload of NCT003 was hashed using the MD5 and SHA1 algorithms. Torrential Downpour accurately reported the hash values.

| File | File Name | MD5 Hash Value | SHA1 Hash Value |
|------|-----------|----------------|-----------------|
| 0 | How to Read a Person Like a Book - Gerard I. Nierenberg.pdf | 0d3b4752f64a4ba5c b62346e5c098963 | dc4646ad38d58d46e4ce 8da07897cd2b3b9da560 |

### ix. RESTRICTS SHARING

Pursuant to Section III(i)(b)(4), the ninth test determines the accuracy of Torrential Downpour limiting the upload rate to zero bytes when downloading torrent data during the course of an investigation. The steps to be followed are as follows:

1. Execute and run Torrential Downpour natively from the Undercover Computer;
2. Allow the Undercover Computer to run until a connection is made and data is downloaded; and
3. Isolate all packet captures from the Undercover Computer to outgoing sessions to confirm torrent data is not being uploaded.

This test consisting of the above listed steps was executed 10 times and detailed below:

### TEST01 | NCT001

An analysis of the network activity from the Undercover Computer revealed a total of 21,894 packets captured which is summarized as follows:

1. 35% (7,757 packets) represents outgoing traffic from the Undercover Computer
2. All traffic represents one conversation: the Suspect Computer IP Address
3. No outgoing BitTorrent packets captured



### TEST02 | NCT003

An analysis of the network activity from the Undercover Computer revealed a total of 1,380 packets captured which is summarized as follows:

1. 38% (521 packets) represents outgoing traffic from the Undercover Computer

| ORGANIZATION | DATE |
|--------------|------|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



2.   All traffic represents one conversation: the Suspect Computer IP Address
3.   No outgoing BitTorrent packets captured



### TEST03 | NCT004

An analysis of the network activity from the Undercover Computer revealed a total of 4,793 packets captured which is summarized as follows:

1.   37% (1760 packets) represents outgoing traffic from the Undercover Computer
2.   All traffic represents one conversation: the Suspect Computer IP Address
3.   No outgoing BitTorrent packets captured



### TEST04 | NCT013

An analysis of the network activity from the Undercover Computer revealed a total of 78,901 packets captured which is summarized as follows:

1.   35% (27614 packets) represents outgoing traffic from the Undercover Computer
2.   All traffic represents two conversations:
     a.   the Suspect Computer IP Address
     b.   68.105.28.16 (2 packets exchanged)

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

3. 44 outgoing BitTorrent packets captured, all sent to Suspect Computer IP Address



| Time | Source | Destination | Protocol | Length | Info |
|------|--------|-------------|----------|--------|------|
| 10/08/19 11:05:57AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 122 | Handshake |
| 10/08/19 11:09:08AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 122 | Handshake |
| 10/08/19 11:12:40AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 122 | Handshake |
| 10/08/19 11:13:37AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 122 | Handshake |
| 10/08/19 11:17:00AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 122 | Handshake |
| 10/08/19 11:17:00AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 96 | Extended |
| 10/08/19 11:17:00AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 59 | Continuation data |
| 10/08/19 11:17:00AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 59 | Interested |
| 10/08/19 11:17:01AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2974 | Request, Piece.... |
| 10/08/19 11:17:01AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 1469 | Request, Piece.... |
| 10/08/19 11:17:17AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2230 | Request, Piece.... |
| 10/08/19 11:17:27AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2230 | Request, Piece.... |
| 10/08/19 11:17:41AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2230 | Request, Piece.... |
| 10/08/19 11:17:58AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2230 | Request, Piece.... |
| 10/08/19 11:18:13AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2230 | Request, Piece.... |
| 10/08/19 11:18:26AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2230 | Request, Piece.... |
| 10/08/19 11:18:34AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2230 | Request, Piece.... |
| 10/08/19 11:18:43AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2230 | Request, Piece.... |
| 10/08/19 11:18:53AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2230 | Request, Piece.... |
| 10/08/19 11:19:04AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2230 | Request, Piece.... |
| 10/08/19 11:19:14AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2230 | Request, Piece.... |
| 10/08/19 11:19:24AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2230 | Request, Piece.... |
| 10/08/19 11:19:35AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2230 | Request, Piece.... |
| 10/08/19 11:19:45AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2230 | Request, Piece.... |
| 10/08/19 11:19:56AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2230 | Request, Piece.... |

| ORGANIZATION | DATE |
|--------------|------|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



**TESTING & ANALYSIS**

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **135** of **148** PAGES

| Time | Source | Destination | Protocol | Length | Info |
|---|---|---|---|---|---|
| 10/08/19 11:20:06AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2230 | Request, Piece.... |
| 10/08/19 11:20:16AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2230 | Request, Piece.... |
| 10/08/19 11:20:24AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2230 | Request, Piece.... |
| 10/08/19 11:20:34AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2230 | Request, Piece.... |
| 10/08/19 11:20:44AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2230 | Request, Piece.... |
| 10/08/19 11:20:52AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2230 | Request, Piece.... |
| 10/08/19 11:21:01AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2230 | Request, Piece.... |
| 10/08/19 11:21:10AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2230 | Request, Piece.... |
| 10/08/19 11:21:18AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2230 | Request, Piece.... |
| 10/08/19 11:21:28AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2230 | Request, Piece.... |
| 10/08/19 11:21:38AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2230 | Request, Piece.... |
| 10/08/19 11:21:48AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2230 | Request, Piece.... |
| 10/08/19 11:21:57AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2230 | Request, Piece.... |
| 10/08/19 11:22:06AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2230 | Request, Piece.... |
| 10/08/19 11:22:14AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2230 | Request, Piece.... |
| 10/08/19 11:22:23AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2230 | Request, Piece.... |
| 10/08/19 11:22:31AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2230 | Request, Piece.... |
| 10/08/19 11:22:39AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 2230 | Request, Piece.... |
| 10/08/19 11:22:47AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 1244 | Request, Piece.... |

**TEST05 | NCT014**

An analysis of the network activity from the Undercover Computer revealed a total of 81 packets captured which is summarized as follows:

4.   62% (41 packets) represents outgoing traffic from the Undercover Computer
5.   All traffic represents one conversations: the Suspect Computer IP Address
6.   5 outgoing BitTorrent packets captured



| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **136** of **148** PAGES

| Time | Source | Destination | Protocol | Length | Info |
|---|---|---|---|---|---|
| 10/08/19 11:24:09AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 122 | Handshake |
| 10/08/19 11:27:09AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 122 | Handshake |
| 10/08/19 11:30:21AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 122 | Handshake |
| 10/08/19 11:31:07AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 122 | Handshake |
| 10/08/19 11:34:16AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 122 | Handshake |

**TEST06 | NCT012**

An analysis of the network activity from the Undercover Computer revealed a total of 26,874 packets captured which is summarized as follows:

1.   35% (9521 packets) represents outgoing traffic from the Undercover Computer
2.   All traffic represents two conversations:
     a.   the Suspect Computer IP Address
     b.   68.105.28.16 (2 packets exchanged)
3.   No outgoing BitTorrent packets captured, all sent to Suspect Computer IP Address



**TEST07 | NCT016**

An analysis of the network activity from the Undercover Computer revealed a total of 7,573 packets captured which is summarized as follows:

1.   35% (2662 packets) represents outgoing traffic from the Undercover Computer
2.   All traffic represents one conversation: the Suspect Computer IP Address
3.   No outgoing BitTorrent packets captured

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **137** of **148** PAGES



**TEST08 | NCT015**

An analysis of the network activity from the Undercover Computer revealed a total of 36 packets captured which is summarized as follows:

1. 59% (16 packets) represents outgoing traffic from the Undercover Computer
2. All traffic represents one conversation: the Suspect Computer IP Address
3. 2 outgoing BitTorrent packets captured



| Time | Source | Destination | Protocol | Length | Info |
|------|--------|-------------|----------|--------|------|
| 10/08/19 11:40:29AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 122 | Handshake |
| 10/08/19 11:43:37AM | 172.16.3.5 | 174.67.190.141 | BitTorrent | 122 | Handshake |

**TEST09 | NCT004**

An analysis of the network activity from the Undercover Computer revealed a total of 4,834 packets captured which is summarized as follows:

1. 37% (1775 packets) represents outgoing traffic from the Undercover Computer
2. All traffic represents one conversation: the Suspect Computer IP Address
3. No outgoing BitTorrent packets captured

| ORGANIZATION | DATE |
|--------------|------|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |





### TEST10 | NCT011

An analysis of the network activity from the Undercover Computer revealed a total of 28,987 packets captured which is summarized as follows:

1. 35% (10162 packets) represents outgoing traffic from the Undercover Computer
2. All traffic represents one conversation: the Suspect Computer IP Address
3. No outgoing BitTorrent packets captured



### TEST11 | NCT001

An analysis of the network activity from the Undercover Computer revealed a total of 21,703 packets captured which is summarized as follows:

1. 35% (7614 packets) represents outgoing traffic from the Undercover Computer
2. All traffic represents one conversation: the Suspect Computer IP Address
3. No outgoing BitTorrent packets captured

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS



## TEST12 | NCT003

An analysis of the network activity from the Undercover Computer revealed a total of 1,449 packets captured which is summarized as follows:

1. 41% (598 packets) represents outgoing traffic from the Undercover Computer
2. All traffic represents one conversation: the Suspect Computer IP Address
3. No outgoing BitTorrent packets captured



| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **140** of **148** PAGES

## VII.    PASS/FAIL CRITERIA

### i. NON-PARSED TORRENTS
This test is measured as pass or fail based on Torrential Downpour's ability to connect to the Suspect Computer containing torrents without having any of its associated content. The scoring chart is as follows:

| Attempted Connections | Point Offset | Score |
|---|---|---|
| 0 | 0 | 100/100 |
| ≥1 | -100 | 0/100 |

If Torrential Downpour never attempts to connect to the Suspect Computer within the 10-minute testing interval, then it will receive a score of 100 percent (pass). If Torrential Downpour attempts to connect to the Suspect Computer one or more times within the 10-minute testing interval, then it will receive a score of zero percent (fail).

However, this test was not conducted.

### ii. PARTIALLY PARSED TORRENTS
This test cannot be measured by a simple pass fail. Rather, the pieces known to be possessed by the Suspect Computer are divided by the pieces reportedly acknowledged by Torrential Downpour and reflected in its logs.  A percentage will then be calculated based on the number of pieces possessed divided by the number of pieces acknowledged.  The scoring chart is as follows:

$$\frac{\text{Pieces Possessed}}{\text{Pieces Acknowledged}} \times 100 = \#\#\%$$

If Torrential Downpour reports the same number of pieces acknowledged by the suspect that is actually possessed by the Suspect Computer, the software will receive a passing score of 100%. Anything other than 100% is a fail.

However, this test was not conducted.

### iii. DELETED TORRENT DATA
This test is measured as a pass or fail based on Torrential Downpour's ability to connect to the Suspect Computer and download the designated deleted torrent of interest. The scoring chart is as follows:

| Completed Connections | Point Offset | Score |
|---|---|---|
| 0 | -0 | 100/100 |
| ≥1 | -10 | 0/100 |

If Torrential Downpour never completed a connection to the Suspect Computer and download the deleted torrent within the 10-minute testing interval, then it will receive a score of 100 percent (pass). If Torrential Downpour completes a connection to the Suspect Computer, meaning it logs a connection, at least once to download the deleted torrent of interest within the 10-minute testing interval, then it will receive a score of zero percent (fail).

This test was executed eight times and the average of all eight trials will determine the final pass/fail score. The following chart summarizes the results of the tests which resulted in a score of 90%. Meaning, Torrential Downpour fails, on average, 10% of the time.

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

TESTING & ANALYSIS

PAGE **141** of **148** PAGES

| Test No | Completed Connection | Score | Disposition |
|---------|---------------------|-------|-------------|
| TEST01 | 0 | 100 | PASS |
| TEST02 | 0 | 100 | PASS |
| TEST03 | 0 | 100 | PASS |
| TEST04 | 0 | 100 | PASS |
| TEST05 | 0 | 100 | PASS |
| TEST06 | 0 | 100 | PASS |
| TEST07 | 1 | 90 | FAIL |
| TEST08 | 0 | 90 | PASS |
| TEST09 | N/A | N/A | N/A |
| TEST10 | N/A | N/A | N/A |

### iv. UNSHARED TORRENT DATA

This is a two-tiered test that is measured to determine if Torrential Downpour 1) identifies the Suspect Computer as being associated with unshared torrent files/data and 2) downloads the unshared torrent data.

The first tier of this test will be measured as pass/fail based on whether Torrential Downpour identifies a torrent with non-shared data from the Suspect Computer. The scoring chart is as follows:

| Identifies Torrent | Point Offset | Score |
|--------------------|--------------|-------|
| 0 | -0 | 100/100 |
| ≥1 | -10 | 0/100 |

This test was executed eight times and the average of all eight trials will determine the final pass/fail score. The following chart summarizes the results of the tests which resulted in a score of 60%. Meaning, Torrential Downpour fails, on average, 40% of the time.

| Test No | Completed Connection | Score | Disposition |
|---------|---------------------|-------|-------------|
| TEST01 | 0 | 100 | PASS |
| TEST02 | 0 | 100 | PASS |
| TEST03 | 1 | 90 | FAIL |
| TEST04 | 1 | 80 | FAIL |
| TEST05 | 0 | 80 | PASS |
| TEST06 | 0 | 80 | PASS |
| TEST07 | 1 | 70 | FAIL |
| TEST08 | 1 | 60 | FAIL |
| TEST09 | N/A | N/A | N/A |
| TEST10 | N/A | N/A | N/A |

The second tier of this test is dependent upon whether Torrential Downpour fails on the first tier. If Torrential Downpour attempts to connect to the Suspect as a result of non-shared data, and then proceeds to download that non-shared data, the scoring will be applied based on the percentage of data downloaded. The scoring chart is as follows:

| Attempted Connections | Point Offset | Score |
|-----------------------|--------------|-------|
| 0 | -0 | 100/100 |
| 1 | -10 | 90/100 |

| ORGANIZATION | DATE |
|--------------|------|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **142** of **148** PAGES

Out of the eight total tests, four of the tests completed a connection with the Suspect Computer. The following chart summarizes the results of the four tests which resulted in a score of 100%. Meaning, Torrential Downpour never downloaded data from the Suspect Computer.

| Test No | Downloaded Data | Score | Disposition |
|---------|-----------------|-------|-------------|
| TEST01 | 0 | 100 | PASS |
| TEST02 | 0 | 100 | PASS |
| TEST03 | 0 | 100 | PASS |
| TEST04 | 0 | 100 | PASS |
| TEST05 | 0 | 80 | PASS |
| TEST06 | 0 | 80 | PASS |
| TEST07 | 0 | 100 | PASS |
| TEST08 | 0 | 100 | PASS |
| TEST09 | N/A | N/A | N/A |
| TEST10 | N/A | N/A | N/A |

### v. NON-INVESTIGATIVE TORRENTS

This test is measured as a pass or fail based on whether Torrential Downpour identifies and downloads any torrents that have not been defined as torrents of interest in this test. The scoring chart is as follows:

| Attempted Connections | Point Offset | Score |
|-----------------------|--------------|-------|
| 0 | -0 | 100/100 |
| ≥1 | -100 | 0/100 |

If Torrential Downpour never attempts to download a non-investigative torrent from the Suspect Computer within the 10-minute testing interval, then it will receive a score of 100 percent (pass). If Torrential Downpour identifies a non-investigative torrent from the Suspect IP Address and attempts to connect to the Suspect Computer one or more times within the 10-minute testing interval, then it will receive a score of zero percent (fail).

However, this test was not conducted.

### vi. FILES OF INTEREST

This test is measured as a pass or fail based on whether Torrential Downpour identifies and downloads any torrents that have not been defined as torrents of interest in this test. The scoring chart is as follows:

| Attempted Connections | Point Offset | Score |
|-----------------------|--------------|-------|
| 0 | -0 | 100/100 |
| ≥1 | -100 | 0/100 |

If Torrential Downpour never attempts to download a non-investigative torrent from the Suspect Computer within the 10-minute testing interval, then it will receive a score of 100 percent (pass). If Torrential Downpour identifies a non-investigative torrent from the Suspect IP Address and attempts to connect to the Suspect Computer one or more times within the 10-minute testing interval, then it will receive a score of zero percent (fail).

However, this test was not conducted.

| ORGANIZATION | DATE |
|--------------|------|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **143** of **148** PAGES

### vii. SINGLE SOURCE DOWNLOAD

This test is measured as a pass or fail based on whether Torrential Downpour downloads any torrent data from an IP address other than the Suspect IP Address during the download. The scoring chart is as follows:

| IP Address Sources | Point Offset | Score |
|---|---|---|
| 0 (Suspect IP Address) | -0 | 100/100 |
| ≥1 (Unknown IP Addresses) | -10 | 0/100 |

This test was executed twelve times and the average of all twelve trials will determine the final pass/fail score. The following chart summarizes the results of the tests which resulted in a score of 100%. Meaning, Torrential Downpour did not connect to other IP addresses to download data. However, during this test Torrential Downpour was manually directed to a connect to a single IP address. The software did not run natively in an automated state nor was it used to investigate suspects concurrently. Therefore, this test is incomplete and inconclusive.

| Test No | Unknown IP Addresses | Point Offset | Score | Disposition |
|---|---|---|---|---|
| TEST01 | 0 | -0 | 100 | PASS |
| TEST02 | 0 | | 100 | PASS |
| TEST03 | 0 | | 100 | PASS |
| TEST04 | 0* | | 100 | PASS |
| TEST05 | 0* | | 100 | PASS |
| TEST06 | 0* | | 100 | PASS |
| TEST07 | 0 | | 100 | PASS |
| TEST08 | 0* | | 100 | PASS |
| TEST09 | 0 | | 100 | PASS |
| TEST10 | 0 | | 100 | PASS |
| TEST11 | 0 | | 100 | PASS |
| TEST12 | 0* | | 100 | PASS |

*Some tests showed the Undercover Computer connected to IP addresses other than the Suspect IP Address; however, an exception was made for at least one of the following reasons:

1. The bytes exchanged were minimal
2. The IP address was internal

### viii. DETAILED LOGGING

This test is measured as a pass or fail based on whether Torrential Downpour accurately logs details from the Suspect Computer. The scoring chart has been modified from the originally proposed scoring chart to identify the accuracy of connection times, IP addresses, ports, torrent specifications, peer IDs, file hashes.

| | | | | |
|---|---|---|---|---|
| Date and Time Reported | = | Date and Time Occurred | = 100%, ≠0% |
| Suspect IP Address Reported | = | Suspect IP Address | = 100%, ≠0% |
| Ports Reported | = | Suspect Computer Port | = 100%, ≠0% |
| Torrent Specifications Reported | = | Torrent Specifications | = 100%, ≠0% |
| Suspect Peer ID Reported | = | Suspect Peer ID | = 100%, ≠0% |
| Hashes Reported | = | File Hash Values | = 100%, ≠0% |

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



| | UNITED STATES v. ANTHONY GONZALES CR17-01311-001-PHX |
|---|---|
| TESTING & ANALYSIS | |
| | PAGE **144** of **148** PAGES |

This test was executed twelve times and the average of all twelve trials will determine the final pass/fail score.

| Test No | Date/Time | IP Address | Ports | Torrent | Peer ID | Hashes |
|---|---|---|---|---|---|---|
| TEST01 | 100 | 100 | 100 | 100 | 0* | 100 |
| TEST02 | 100 | 100 | 100 | 100 | 0* | 100 |
| TEST03 | 100 | 100 | 100 | 100 | 0* | 100 |
| TEST04 | 0** | 100 | 100 | 100 | 100 | 100 |
| TEST05 | 100 | 100 | 100 | - | - | 100 |
| TEST06 | 100 | 100 | 100 | 100 | 0* | 100 |
| TEST07 | 100 | 100 | 100 | 100 | 0* | 100 |
| TEST08 | 100 | 100 | 100 | - | - | 100 |
| TEST09 | 100 | 100 | 100 | 100 | 0* | 100 |
| TEST10 | 100 | 100 | 100 | 100 | 0* | 100 |
| TEST11 | 100 | 100 | 100 | 100 | 0* | 100 |
| TEST12 | 100 | 100 | 100 | 100 | 0* | 100 |

*The Peer ID is included within the BitTorrent packets exchanged between peers. These packets were not located within the network captures and could not be confirmed.

**A connection reported within the packet captures was not reported within the log files based upon the dates and times within two seconds.

### ix. RESTRICTS SHARING

This test will be measured as a pass or fail based on whether Torrential Downpour uploads data back to the BitTorrent network. The scoring chart has been modified from the originally proposed scoring chart to confirm no bytes were uploaded on the BitTorrent network to IP addresses other than the Suspect IP Address:

| IP Address Sources | Value | Point Offset | Score |
|---|---|---|---|
| 0 (Suspect IP Address) | x100 | -0 | 100/100 |
| ≥1 (Unknown IP Addresses) | x100 | -10 | 0/100 |

If Torrential Downpour uploads zero bytes of torrent data to other IP addresses within the 10-minute testing interval while downloading data from BitTorrent network, then it will receive a score of 100 percent (pass). If Torrential Downpour uploads more than zero bytes of torrent data within the 10-minute testing interval, then it will receive a score of zero percent (fail).

This test was administered twelve times and the average of all twelve trials will determine the final pass/fail score.

| Test No | Unknown IP Addresses | Score | Disposition |
|---|---|---|---|
| TEST01 | 0 | 100 | PASS |
| TEST02 | 0 | 100 | PASS |
| TEST03 | 0 | 100 | PASS |
| TEST04 | 0* | 100 | PASS |
| TEST05 | 0* | 100 | PASS |
| TEST06 | 0* | 100 | PASS |
| TEST07 | 0 | 100 | PASS |

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **145** of **148** PAGES

| Test No | Unknown IP Addresses | Score | Disposition |
|---------|---------------------|-------|-------------|
| TEST08 | 0 | 100 | PASS |
| TEST09 | 0 | 100 | PASS |
| TEST10 | 0 | 100 | PASS |
| TEST11 | 0 | 100 | PASS |
| TEST12 | 0 | 100 | PASS |

*Some tests showed the Undercover Computer connected to IP addresses other than the Suspect IP Address; however, an exception was made for at least one of the following reasons:

1. The bytes exchanged were minimal
2. The IP address was internal



TESTING & ANALYSIS

## VIII.   GLOSSARY OF TERMS

ALLOCATED SPACE | Allocated, or used, space is the area of a hard disk that holds files that are recognized by the operating system. This recognition is accomplished via a file allocation table of some type.  Different types of operating systems use different types of allocation tables to keep track of files.

COMPUTER | Computer is defined by the Government as "an electronic, magnetic, optical, electrochemical, or other high-speed data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device." See 18 U.S.C. § 1030(e)(1).

COMPRESSED FILE | A compressed refers to a file or group of files that have been reduced in size through a compression algorithm to save disk space and keep related files together. Compressed files commonly use extensions .zip, .rar, .pk and .7z. The act of compressing a file will make it unreadable to most programs until the file is uncompressed using compression software.

FILES OF INTEREST | Files that have been identified as containing data of investigative interest. For the purpose of this test, these that Torrential Downpour has been directed to search the BitTorrent network and download from suspects.

GB | A Gigabyte (GB) is a unit of computer memory or storage capacity equal to 1,073,741,824, or roughly one billion, bytes or characters.   One gigabyte of storage space is the equivalent of 360,000 double-spaced pages of text. Hard disks capable of storing two-hundred and fifty gigabytes of data are now commonplace in desktop computers. Such storage devices could contain the equivalent of 90 million pages of data.

HARDWARE | Computer hardware consists of all equipment which can receive, capture, collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, or similar computer impulses or data. Computer hardware includes any data-processing devices (including central processing units, internal and peripheral storage devices such as fixed disks, external hard drives, floppy disk drives and diskettes, and other memory storage devices), peripheral input/output devices (including keyboards, printers, video display monitors, and related  communications devices such as cables and connections), as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (including physical keys and locks).

HASH VALUE | A hash value refers to the product of a mathematical algorithm generated using each byte within a data set, such as a file or group of files, to produce a unique alphanumeric value that is representative of that data. A hash value is often used to locate and identify the precise data from which the value was generated.

INTERNET SERVICE PROVIDERS (ISPs) | ISPs are commercial organizations, which provide individuals and businesses access to the Internet. ISPs provide a range of functions for their customers including access to the Internet, web hosting, e-mail, remote storage and co-location of computers and other communications equipment. ISPs can offer various means to access the Internet, including telephone-based dial-up, broadband based access via a digital subscriber line (DSL) or cable television, dedicated circuits, or satellite-based subscription. ISPs typically charge a fee based upon the type of connection and volume of data, called bandwidth that the connection supports. Many ISPs assign each subscriber an account name such as a user name or screen name, an e-mail address, and an e-mail mailbox and the subscriber typically creates a password for the account. By using a computer equipped with a telephone or cable modem, the subscriber can establish communication with an ISP over a telephone line or through a cable system, and can access the Internet by using his or her account name and password.

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

INTERNET PROTOCOL ADDRESS | IP address refers to a unique number used by a computer to access the Internet. IP addresses can be dynamic, meaning that the Internet Service Provider (ISP) assigns a different unique number to a computer every time it accesses the Internet. IP addresses might also be static, if an ISP assigns a user's computer a particular IP address which is used each time the computer accesses the Internet.

LOG FILES | Log files are informational and historical records automatically produced by computer software to document electronic events that occur on electronic devices. Software can record a wide range of events including remote access, file transfers, logon/logoff times, and system errors. Logs are often named based on the types of information they contain. For example, web logs contain specific information about when a website was accessed by remote computers; access logs list specific information about when a computer was accessed from a remote location; and file transfer logs list detailed information concerning files that are remotely transferred.

METADATA | Metadata can be described simply as "data about data", or as a hidden level of information embedded in a file and maintained by the application that created the file.  For example, Microsoft Word documents contain metadata showing the author of the file, the author's company, the number of file revisions, total editing time, and its own set of created, accessed and written dates.  Most digital cameras save images with metadata embedded in the file showing the make and model of the camera, the date and time the photograph was taken, and the values of many of the  camera's settings, such as exposure, flash, focal length, etc.

NON-CONTRABAND | Data that does not contain or depict suspected child pornography.

OPERATING SYSTEM (OS) | An OS is set of software programs used by a computer to manage its own resources, such as recognizing input from the keyboard, sending output to the display screen, keeping track of files and directories on the disk, and controlling peripheral device~ such as disk drives and printers. Examples of operating systems are Windows 98, Windows XP, Mac OSX, Linux, and Unix.   The OS is the core of the computer's operation, and application programs such as word processors run on top of it.

PEER-TO-PEER (P2P) | P2P allows a sharing and delivery of user specified files among groups of people who are logged on to a file-sharing network.  Napster was the first mainstream P2P software that enabled large scale file sharing.  P2P networks are used to share multimedia files, such as music and movies. Typically, users place files they want to share with others in a  'shared" folder on their computer.  To access a P2P network you need to download, install and run a P2P tool  (P2P client software) . *The P2P software allows users to search for the types and names of files they are interested in downloading.  Examples of current, popular P2P software are Kazaa and Grokster (FastTrack network), Limewire and BearShare (Gnutella network), eDonkey and Overnet (eDonkey/Overnet network), and BitTorrent (BitTorrent network).

SOFTWARE | Computer software is digital information which can be interpreted by a computer and any of its related components to direct the way they work. Computer software is stored in electronic, magnetic or other digital form. It commonly includes programs to run operating systems, applications and utilities.

TORRENT | A "torrent" is a text file proprietary to the BitTorrent network that contains instructions for torrent software on how to download a file or sets of files on the BitTorrent network. Torrent files are text files that do not contain any media content such as images or videos but rather an index containing information about the files associated with that torrent including but not limited to, names of the files instructed to download, the torrent author, the date the author of the torrent created the file, the number of files the torrent is set to download, the URLs tracking the torrent activity and the info hash of the set of data associated with the torrent.

| ORGANIZATION | DATE |
|---|---|
| LOEHRS FORENSICS, LLC. | January 2, 2020 |



TESTING & ANALYSIS

UNITED STATES v. ANTHONY GONZALES
CR17-01311-001-PHX

PAGE **148** of **148** PAGES

TORRENTS OF INTEREST | Torrents that have been identified as being associated with files of investigative interest. For the purpose of this test, these torrents are relied upon by Torrential Downpour to search the BitTorrent network and download from suspects.

UNIFORM RESOURCE LOCATOR (URL) | URL is the unique address for a file that is accessible on the Internet. For example, a common way to get to a website is to enter the URL of the website's home page file in the web browser's address line. Additionally, any file within that website can be specified with a URL. The URL contains the name of the protocol to be used to access the file resource, a domain name that identifies a specific computer on the Internet, and a pathname, a hierarchical description that specifies the location of a file in that computer.

ORGANIZATION
LOEHRS FORENSICS, LLC.

DATE
January 2, 2020