# Exhibit B



FEDERAL BUREAU OF INVESTIGATION

Date of entry    10/16/2019

On October 7-8, 2019, Tami Loehrs (Loehrs) and Michele Bush (Bush) of Loehrs Forensics as well as defense attorney Barbara Hull (Hull) visited the FBI Phoenix Division building located at 21711 North 7th Street, Phoenix, Arizona, 85024, to conduct testing of Torrential Downpour version 1.33. Also present for the testing was Special Agent Jimmie John Daniels, Assistant United States Attorney Gayle Helart and the writer. Torrential Downpour version 1.33 (Torrential Downpour) was tested pursuant to court order number CR17-01311-001-PHX-DGC in the United States District Court for the District of Arizona. The tests ordered were tests iii., iv., vii., viii. and ix. as defined by Loehrs Forensics Testing Protocol for Torrential Downpour.

Loehrs and Bush were allowed to bring a desktop computer, multiple laptops, and cameras into the testing room. When Loehrs and Bush observed the FBI recording equipment, they elected not to use their cameras and requested a copy of the recordings.

Prior to the beginning of testing, all three devices; the Torrential Downpour computer, the Subject computer, and the Control virtual machine were forensically imaged using Tableau TD3s. Due to the size of the hard drive in the Subject computer, a Samsung SSD hard drive, 1 TB, model: MZ-76E1T0, SN: S3Z8NY0M715503K, was used and the image ran until about 1:15 p.m. During this time, Loehrs, Bush, and Hull left the building with the recording of the room still on-going. At approximately 1:20 p.m., the verification of the imaging of the Subject computer was canceled and all hard drives were returned into their respective devices.

Loehrs and Bush were unable to successfully load the Control virtual machine and that part of the testing was forgone and would be recreated at a later date by Loehrs and Bush.

As each test was completed, both the Torrential Downpour computer and the

---

Investigation on  10/07/2019   at   Phoenix, Arizona, United States (In Person)

File #  305A-PX-2125742                                          Date drafted   10/15/2019

by  Brian Thomas Wade

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

305A-PX-2125742

Continuation of FD-302 of  (U) Observations Made During Torrential Downpour Version 1.33 Testing  , On  10/07/2019  , Page  2 of 14

subject computer ran Wireshark packet capture software. Each packet capture session was saved locally to each machine. The writer did not review any information associated with the packet capture software. All tests conducted below were allowed to run for a duration of 10 minutes or until the download was finished.

During testing, the writer operated the computer that was running Torrential Downpour and visually observed the actions and reactions of the software to various tests as described in detail below. Loehrs Forensics provided all torrent files that were used during testing.

### iii. Testing Protocol - Deleted Torrent Data

Pursuant to Section III(i)(a)(3), the third test simulates a scenario in which the suspect computer contains deleted torrents including legal torrents and torrents of investigative interest and their associated data. The steps to be followed are as follows:
1. Execute and run the publicly available BitTorrent software from the Suspect Computer;
2. Begin downloading at least one non-contraband torrent of investigative interest and allow torrent download to complete;
3. Delete the associated torrent data from the BitTorrent software on the Suspect Computer;
4. Execute and run Torrential Downpour from the Undercover Computer;
5. Allow the Suspect Computer and Undercover Computer to run for at least 10 minutes and/or until at least one attempted connection is made; and

6. Determine if Torrential Downpour attempts to connect with the Suspect IP to download data.

This test of the above listed steps should be executed 10 times.

### TEST00 | Control Test
To confirm Torrential Downpour could connect to the Suspect Computer and identify the torrent prior to deletion and thus eliminating other reasons why Torrential Downpour may not identify the torrent, Bush loaded Torrent NCT003 with info hash 73503623DA1BC5434AEF671D6FB8974752E95E72 into uTorrent and completely downloaded it to the primary user's downloads directory on the suspect computer.

FD-302a (Rev. 5-8-10)  Case 2:17-cr-01311-DGC   Document 99-2   Filed 05/01/20   Page 4 of 15

305A-PX-2125742

Continuation of FD-302 of  (U) Observations Made During Torrential Downpour Version 1.33 Testing , On 10/07/2019 , Page 3 of 14

During this test the writer entered the infohash of NCT003 as defined above, as well as, the IP address and port number of the suspect computer into Torrential Downpour. The writer observed Torrential Downpour successfully connect to the suspect computer and download NCT003 from the suspect computer. In this test, Torrential Downpour operated as anticipated.

### TEST01 | NCT003

During this test, Bush utilized uTorrent to download NCT003. Bush subsequently deleted the payload from the default downloads directory of the suspect computer into the recycle bin where it remained.

The writer entered the infohash of NCT003 as defined above, as well as, the IP address and port number of the suspect computer into Torrential Downpour. The writer observed Torrential Downpour attempt to communicate with the suspect computer. When the payload had been deleted, Torrential Downpour was unable to download the payload from the suspect computer. In this test, Torrential Downpour operated as anticipated.

### TEST02 | NCT003

During this test, Bush utilized uTorrent to download NCT003. Bush subsequently removed and deleted data from within uTorrent.

The writer entered the infohash of NCT003 as defined above, as well as, the IP address and port number of the suspect computer into Torrential Downpour. The writer observed Torrential Downpour attempt to communicate with the suspect computer. When the data had been removed and deleted from within uTorrent, Torrential Downpour was unable to download the payload from the suspect computer. In this test, Torrential Downpour operated as anticipated.

### TEST03 | NCT003

During this test, Bush utilized uTorrent to download NCT003. Bush subsequently removed and deleted the torrent from within uTorrent.

The writer entered the infohash of NCT003 as defined above, as well as, the IP address and port number of the suspect computer into Torrential Downpour. The writer observed Torrential Downpour attempt to communicate with the suspect computer. When the torrent had been removed and deleted from within uTorrent, Torrential Downpour was unable to download the payload from the suspect computer. In this test, Torrential Downpour operated as anticipated.

305A-PX-2125742

Continuation of FD-302 of  (U) Observations Made During Torrential Downpour Version 1.33 Testing  , On 10/07/2019 , Page 4 of 14

**TEST04 | NCT003**
During this test, Bush utilized uTorrent to download NCT003. Bush subsequently removed and deleted the torrent and data from within uTorrent.

The writer entered the infohash of NCT003 as defined above, as well as, the IP address and port number of the suspect computer into Torrential Downpour. The writer observed Torrential Downpour attempt to communicate with the suspect computer. When the torrent and data had been removed and deleted from within uTorrent, Torrential Downpour was unable to download the payload from the suspect computer. In this test, Torrential Downpour operated as anticipated.

**TEST05 | NCT003**
During this test, Bush utilized uTorrent to download NCT003. Bush then navigated to the appdata\roaming\uTorrent directory and manually deleted the torrent by right clicking the mouse and pressing delete.

The writer entered the infohash of NCT003 as defined above, as well as, the IP address and port number of the suspect computer into Torrential Downpour. The writer observed Torrential Downpour attempt to communicate with the suspect computer. When the torrent had been manually deleted from appdata\roaming\uTorrent by right clicking the mouse and pressing delete, Torrential Downpour was unable to download the payload from the suspect computer. In this test, Torrential Downpour operated as anticipated.

**TEST06 | NCT003**
During this test, Bush utilized uTorrent to download NCT003. Bush then manually deleted the torrent within uTorrent by right clicking the mouse and pressing the remove button. Bush then manually deleted the torrent from the appdata folder by selecting the torrent and pressing the shift and delete keys on the keyboard.

The writer entered the infohash of NCT003 as defined above, as well as, the IP address and port number of the suspect computer into Torrential Downpour. The writer observed Torrential Downpour attempt to communicate with the suspect computer. When the torrent had been manually deleted within uTorrent and subsequently deleted from the appdata folder by selecting the torrent and pressing the shift and delete keys on the keyboard, Torrential Downpour

305A-PX-2125742

Continuation of FD-302 of  (U) Observations Made During Torrential Downpour Version 1.33 Testing  , On 10/07/2019 , Page 5 of 14

was unable to download the payload from the suspect computer. In this test, Torrential Downpour operated as anticipated.

### TEST07 | NCT003
During this test, Bush utilized uTorrent to download NCT003. Bush then navigated to the folder that the payload resided in. Once it was located, Bush then manually deleted the payload folder and file by selecting the payload folder and pressing the shift and delete keys on the keyboard.

The writer entered the infohash of NCT003 as defined above, as well as, the IP address and port number of the suspect computer into Torrential Downpour. The writer observed Torrential Downpour attempt to communicate with the suspect computer. When the payload and file had been manually deleted by selecting the payload folder and file and pressing the shift and delete keys on the keyboard, Torrential Downpour was unable to download the payload from the suspect computer. In this test, Torrential Downpour operated as anticipated.

### TEST08 | NCT022
During this test, Bush utilized uTorrent to download NCT022 with info hash d540fc48eb12f2833163eed6421d449dd8f1ce1f.

The writer then entered the infohash of NCT022 as defined above, as well as, the IP address and port number of the suspect computer into Torrential Downpour. The writer observed Torrential Downpour communicate with the suspect computer and began downloading the payload from the suspect computer. Torrential Downpour received 5 pieces of the payload.

At that point, Bush deleted data of NCT022 in uTorrent on the suspect computer during the download process.

Immediately after Bush deleted the data of NCT022 on the suspect computer, the writer observed the download of NCT022 on Torrential Downpour ceased to continue. When the data of NCT022 was deleted in uTorrent, Torrential Downpour was unable to continue to download the payload from the suspect computer. In this test, Torrential Downpour operated as anticipated.

Tests 9 and 10 were not performed due to Loehrs Forensics determining that all methods of deletion had been exhausted.

```
                    305A-PX-2125742
                       (U) Observations Made During Torrential
Continuation of FD-302 of  Downpour Version 1.33 Testing           , On  10/07/2019  , Page  6 of 14
```

### iv. Testing Protocol - Unshared Torrent Data

Pursuant to Section III(i)(a)(4), the fourth test simulates a scenario in which the Suspect Computer contains torrents including legal torrents and torrents of investigative interest but all of the associated data has been moved to unshared locations. The steps to be followed are as follows:
1. Execute and run the publicly available BitTorrent software from the Suspect Computer;
2. Begin downloading at least one non-contraband torrent of investigative interest and allow torrent download to complete;
3. Move the torrent's associated data from the original download location to a different hidden location that is not associated with the BitTorrent software on the Suspect Computer;
4. Execute and run Torrential Downpour from the Undercover Computer;
5. Allow the Suspect Computer and Undercover Computer to run for at least 10 minutes and/or until at least one attempted connection is made; and
6. Determine if Torrential Downpour attempts to connect with the Suspect IP to download data.

For the following tests Torrential Downpour was executed and directed to download NCT001 with info hash 7ad8a2b653160d8f5a9521624bfdf71d3bc82444.

### TEST01 | NCT001
During this test, Bush utilized uTorrent to download NCT001. Bush then navigated to the folder that contained the torrent's associated data. Once it was located, Bush then moved the torrent's associated data from it's downloaded location to the program files directory.

The writer entered the infohash of NCT001 as defined above, as well as, the IP address and port number of the suspect computer into Torrential Downpour. The writer observed Torrential Downpour attempt to communicate with the suspect computer. When the torrent's associated data had been moved from it's downloaded location to the program files directory, Torrential Downpour was unable to download the payload from the suspect computer. In this test, Torrential Downpour operated as anticipated.

### TEST02 | NCT001
During this test, Bush utilized uTorrent to download NCT001. Bush then

Case 2:17-cr-01311-DGC   Document 99-2   Filed 05/01/20   Page 8 of 15

FD-302a (Rev. 5-8-10)

305A-PX-2125742

Continuation of FD-302 of (U) Observations Made During Torrential Downpour Version 1.33 Testing, On 10/07/2019, Page 7 of 14

navigated to the folder that contained the torrent's associated data. Once it was located, Bush then copied the torrent's associated data from it's downloaded location to a virtual hard disk and deleted the torrent's associated data from its original location.

The writer entered the infohash of NCT001 as defined above, as well as, the IP address and port number of the suspect computer into Torrential Downpour. The writer observed Torrential Downpour attempt to communicate with the suspect computer. When the torrent's associated data had been copied from it's downloaded location to a virtual hard disk and deleted from it's original location, Torrential Downpour was unable to download the payload from the suspect computer. In this test, Torrential Downpour operated as anticipated.

**TEST03 | NCT001**
During this test, Bush utilized uTorrent to download NCT001. Bush then navigated to the folder that contained the torrent's associated data. Once it was located, Bush then moved the torrent's associated data from it's downloaded location to an encrypted storage container with a password. The password was ███████████.

The writer entered the infohash of NCT001 as defined above, as well as, the IP address and port number of the suspect computer into Torrential Downpour. The writer observed Torrential Downpour attempt to communicate with the suspect computer. When the torrent's associated data had been moved from it's downloaded location to an encrypted storage container, Torrential Downpour was unable to download the payload from the suspect computer. In this test, Torrential Downpour operated as anticipated.

**TEST04 | NCT001**
During this test, Bush utilized uTorrent to download NCT001. Bush then navigated to the folder that contained the torrent's associated data. Once it was located, Bush then moved the torrent's associated data from it's downloaded location to the user root directory.

The writer entered the infohash of NCT001 as defined above, as well as, the IP address and port number of the suspect computer into Torrential Downpour. The writer observed Torrential Downpour attempt to communicate with the

FD-302a (Rev. 5-8-10)   Case 2:17-cr-01311-DGC   Document 99-2   Filed 05/01/20   Page 9 of 15

305A-PX-2125742

Continuation of FD-302 of  (U) Observations Made During Torrential Downpour Version 1.33 Testing  , On 10/07/2019 , Page 8 of 14

suspect computer. When the torrent's associated data had been moved from it's downloaded location to the user root directory, Torrential Downpour was unable to download the payload from the suspect computer. In this test, Torrential Downpour operated as anticipated.

### TEST05 | NCT001
During this test, Bush utilized uTorrent to download NCT001. Bush then navigated to the folder that contained the torrent's associated data. Once it was located, Bush then changed the name of a file that was associated with torrent's associated data.

The writer entered the infohash of NCT001 as defined above, as well as, the IP address and port number of the suspect computer into Torrential Downpour. The writer observed Torrential Downpour attempt to communicate with the suspect computer. When the name of a file that was associated with the torrent's associated data had been changed, Torrential Downpour was unable to download the payload from the suspect computer. In this test, Torrential Downpour operated as anticipated.

### TEST06 | NCT001
During this test, Bush utilized uTorrent to download NCT001. Bush then navigated to the uTorrent settings menu and restricted the uploads to the minimum setting available in uTorrent.

The writer entered the infohash of NCT001 as defined above, as well as, the IP address and port number of the suspect computer into Torrential Downpour. The writer observed Torrential Downpour attempt to communicate with the suspect computer. When the uTorrent upload setting was restricted to the minimum setting available in uTorrent, Torrential Downpour was unable to download the payload from the suspect computer. In this test, Torrential Downpour operated as anticipated.

### TEST07 | NCT001
During this test, Bush utilized uTorrent to download NCT001. Bush then navigated to the folder that contained the torrent's associated data. Once it was located, Bush then moved the torrent's associated data from it's downloaded location to a subfolder in the downloads directory.

The writer entered the infohash of NCT001 as defined above, as well as, the

305A-PX-2125742

Continuation of FD-302 of  (U) Observations Made During Torrential Downpour Version 1.33 Testing  , On 10/07/2019 , Page 9 of 14

IP address and port number of the suspect computer into Torrential Downpour. The writer observed Torrential Downpour attempt to communicate with the suspect computer. When the torrent's associated data had been moved from it's downloaded location to a subfolder in the downloads directory, Torrential Downpour was unable to download the payload from the suspect computer. In this test, Torrential Downpour operated as anticipated.

**TEST08 | NCT001**
During this test, Bush utilized uTorrent to download NCT001 directly to a virtual hard disk.

The writer entered the infohash of NCT001 as defined above, as well as, the IP address and port number of the suspect computer into Torrential Downpour. The writer observed Torrential Downpour attempt to communicate with the suspect computer. When the torrent's associated data had been downloaded directly to a virtual hard disk, Torrential Downpour was unable to download the payload from the suspect computer. In this test, Torrential Downpour operated as anticipated.

Tests 9 and 10 were not performed due to Loehrs Forensics determining that all methods of unsharing had been exhausted.

**vii. Testing Protocol - Single Source Download**

Pursuant to Section III(i)(b)(2), the seventh test determines the accuracy of Torrential Downpour limiting downloads to a sole IP address against the BitTorrent protocol. The steps to be followed are as follows:
1. Execute and run the publicly available BitTorrent software from the Suspect Computer;
2. Initiate the download of at least one non-contraband torrent of interest;
3. Execute and run Torrential Downpour from the Undercover Computer;
4. Pause all torrent downloads before the download process completes;
5. Allow the Suspect Computer and Undercover Computer to run for at least 10 minutes and/or until a connection is made; and
6. Review all packet captures between the Undercover Computer regarding the connection with the Suspect Computer for the identified torrent to determine if all data originates from the Suspect IP Address.

**viii. Testing Protocol - Detailed Logging**

FD-302a (Rev. 5-8-10)    Case 2:17-cr-01311-DGC   Document 99-2   Filed 05/01/20   Page 11 of 15

305A-PX-2125742

Continuation of FD-302 of  (U) Observations Made During Torrential Downpour Version 1.33 Testing  , On  10/07/2019  , Page  10 of 14

Pursuant to Section III(i)(b)(3), the eighth test determines the accuracy of Torrential Downpour's logging feature detailing including, but not limited to, software version, total torrent pieces, pieces reportedly possessed by a suspect, and pieces downloaded. The steps to be followed are as follows:
1. Execute and run the publicly available BitTorrent software from the Suspect Computer;
2. Initiate the download of at least one non-contraband torrent of interest;
3. Execute and run Torrential Downpour from the Undercover Computer;
4. Continue downloading non-contraband torrent of interest on the Suspect Computer;
5. Allow the Suspect Computer and Undercover Computer to run for at least 10 minutes and/or until a connection is made; and
6. Compare the details.txt log with the information from the Suspect Computer to determine if the total number of pieces, number of pieces possessed, software version, and pieces downloaded are accurate.

### ix. Testing Protocol - Restricts Sharing

Pursuant to Section III(i)(b)(4), the ninth test determines the accuracy of Torrential Downpour limiting the upload rate to zero bytes when downloading torrent data during the course of an investigation. The steps to be followed are as follows:
1. Execute and run Torrential Downpour natively from the Undercover Computer;
2. Allow the Undercover Computer to run until a connection is made and data is downloaded; and
3. Isolate all packet captures from the Undercover Computer to the BitTorrent network to confirm torrent data is not being uploaded.

### Tests vii., viii., ix. Combined

While having discussions about testing Protocols vii., viii., and ix. listed above, it was decided to have all three protocols combined into one set of ten torrent file downloads.  While completing the last battery of testing, the Torrential Downpour computer was unable to make a connection regarding two torrent files the Subject computer was sharing.  Due to not downloading these two torrent files, two additional torrent files were downloaded so that Loehrs and Bush would have ten instances of complete downloads by the

FD-302a (Rev. 5-8-10)     Case 2:17-cr-01311-DGC   Document 99-2   Filed 05/01/20   Page 12 of 15

305A-PX-2125742

Continuation of FD-302 of  (U) Observations Made During Torrential Downpour Version 1.33 Testing  , On  10/07/2019  , Page  11 of 14

Torrential Downpour computer from the subject computer to analyze. The testing consisted of the above listed protocols for tests vii., viii. and ix. and was executed 10 times as detailed below.

**TEST01 | NCT001**

During this test, Bush utilized uTorrent to download NCT001 with info hash 7ad8a2b653160d8f5a9521624bfdf71d3bc82444.

During this test the writer entered the infohash of NCT001 as defined above, as well as, the IP address and port number of the suspect computer into Torrential Downpour. The writer observed Torrential Downpour successfully connect to the suspect computer and download NCT001 from the suspect computer. In this test, Torrential Downpour operated as anticipated.

**TEST02 | NCT003**

During this test, Bush utilized uTorrent to download NCT003 with info hash 73503623da1bc5434aef671d6fb8974752e95e72.

During this test the writer entered the infohash of NCT003 as defined above, as well as, the IP address and port number of the suspect computer into Torrential Downpour. The writer observed Torrential Downpour successfully connect to the suspect computer and download NCT003 from the suspect computer. In this test, Torrential Downpour operated as anticipated.

**TEST03 | NCT004**

During this test, Bush utilized uTorrent to download NCT004 with info hash ee6e2e5f257ef522c028e96d67c2900b6af126a2.

During this test the writer entered the infohash of NCT004 as defined above, as well as, the IP address and port number of the suspect computer into Torrential Downpour. The writer observed Torrential Downpour successfully connect to the suspect computer and download NCT004 from the suspect computer. In this test, Torrential Downpour operated as anticipated.

**TEST04 | NCT013**

During this test, Bush utilized uTorrent to download NCT013 with info hash

FD-302a (Rev. 5-8-10)  Case 2:17-cr-01311-DGC   Document 99-2   Filed 05/01/20   Page 13 of 15

305A-PX-2125742

Continuation of FD-302 of (U) Observations Made During Torrential Downpour Version 1.33 Testing , On 10/07/2019 , Page 12 of 14

b316862f07bb03f99cd5e099e5fcae263dc27af3.

During this test the writer entered the infohash of NCT013 as defined above, as well as, the IP address and port number of the suspect computer into Torrential Downpour. The writer observed Torrential Downpour successfully connect to the suspect computer and download NCT013 from the suspect computer. In this test, Torrential Downpour operated as anticipated.

**TEST05 | NCT014** – did not connect

During this test, Bush utilized uTorrent to download NCT014 with info hash 3b7e06eb8767a9154a3ff44cbbaa73483c5b9512.

During this test the writer entered the infohash of NCT014 as defined above, as well as, the IP address and port number of the suspect computer into Torrential Downpour. The writer observed Torrential Downpour attempt to communicate with the suspect computer, however, Torrential Downpour did not download any pieces of the payload. In this test, it was unknown why Torrential Downpour did not download any pieces of the payload.

**TEST06 | NCT012**

During this test, Bush utilized uTorrent to download NCT012 with info hash b5a303c56a0fe7994c8480ea0087c495c2bc29be.

During this test the writer entered the infohash of NCT012 as defined above, as well as, the IP address and port number of the suspect computer into Torrential Downpour. The writer observed Torrential Downpour successfully connect to the suspect computer and download NCT012 from the suspect computer. In this test, Torrential Downpour operated as anticipated.

**TEST07 | NCT016**

During this test, Bush utilized uTorrent to download NCT016 with info hash e1eed9d6a62423ecde25aa19765293a222780fce.

During this test the writer entered the infohash of NCT016 as defined above, as well as, the IP address and port number of the suspect computer into Torrential Downpour. The writer observed Torrential Downpour successfully connect to the suspect computer and download NCT016 from the suspect

```
305A-PX-2125742
```

Continuation of FD-302 of (U) Observations Made During Torrential Downpour Version 1.33 Testing, On 10/07/2019, Page 13 of 14

computer. In this test, Torrential Downpour operated as anticipated.

**TEST08 | NCT015** – did not connect

During this test, Bush utilized uTorrent to download NCT015 with info hash 54ecafc84db69bfcf4d30a8afcd637bae1d55bfe.

During this test the writer entered the infohash of NCT015 as defined above, as well as, the IP address and port number of the suspect computer into Torrential Downpour. The writer observed Torrential Downpour attempt to communicate with the suspect computer, however, Torrential Downpour did not download any pieces of the payload. In this test, it was unknown why Torrential Downpour did not download any pieces of the payload.

**TEST09 | NCT004**

During this test, Bush utilized uTorrent to download NCT004 with info hash ee6e2e5f257ef522c028e96d67c2900b6af126a2.

During this test the writer entered the infohash of NCT004 as defined above, as well as, the IP address and port number of the suspect computer into Torrential Downpour. The writer observed Torrential Downpour successfully connect to the suspect computer and download NCT004 from the suspect computer. In this test, Torrential Downpour operated as anticipated.

**TEST10 | NCT011**

During this test, Bush utilized uTorrent to download NCT011 with info hash a812c8637adff4ac8cc2e56ce49854fff2290fad.

During this test the writer entered the infohash of NCT011 as defined above, as well as, the IP address and port number of the suspect computer into Torrential Downpour. The writer observed Torrential Downpour successfully connect to the suspect computer and download NCT011 from the suspect computer. In this test, Torrential Downpour operated as anticipated.

**TEST11| NCT001**

During this test, Bush utilized uTorrent to download NCT001 with info hash 7ad8a2b653160d8f5a9521624bfdf71d3bc82444.

305A-PX-2125742

Continuation of FD-302 of (U) Observations Made During Torrential Downpour Version 1.33 Testing , On 10/07/2019 , Page 14 of 14

During this test the writer entered the infohash of NCT001 as defined above, as well as, the IP address and port number of the suspect computer into Torrential Downpour. The writer observed Torrential Downpour successfully connect to the suspect computer and download NCT001 from the suspect computer. In this test, Torrential Downpour operated as anticipated.

**TEST12 | NCT003**

During this test, Bush utilized uTorrent to download NCT003 with info hash 73503623da1bc5434aef671d6fb8974752e95e72.

During this test the writer entered the infohash of NCT003 as defined above, as well as, the IP address and port number of the suspect computer into Torrential Downpour. The writer observed Torrential Downpour successfully connect to the suspect computer and download NCT003 from the suspect computer. In this test, Torrential Downpour operated as anticipated.

At approximately 12:00 p.m., on October 8, 2019, the testing was completed. Both computers were powered down and the hard drives from the Torrential Downpour computer and the Subject computer were once again imaged. Once the imaging began, Loehrs and Bush left the building with all of their equipment minus the hard drive of the Subject computer.