MICHAEL BAILEY
United States Attorney
District of Arizona

GAYLE HELART
California State Bar No. 151861
Email: Gayle.Helart@usdoj.gov
BRETT DAY
Arizona State Bar No. 027236
Email: Brett.Day@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR17-1311-PHX-DGC |
|---|---|
| Plaintiff, | **GOVERNMENT'S MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO COMPEL ADDITIONAL DISCOVERY** |
| vs. | |
| Anthony Espinosa Gonzales, | |
| Defendant. | |

The United States, through undersigned counsel, respectfully requests that this Court extend the time for the government to respond to Defendant's Motion To Compel Additional Discovery.

The government's answer is currently due on May 15, 2020. The government is requesting a 30-day extension of time to file its response, to and including June 15, 2020. Undersigned counsel needs the additional time to consult with its experts given the breadth of the 150-page forensic report attached to Defendant's motion. The undersigned counsel believes that justice will best be served if the time is granted and will not prejudice Defendant.

The government has contacted defense counsel, Zachary Storrs and he has no objection to a 30-day extension.

Excludable delay under 18 U.S.C. § 3161(h) will occur as a result of this motion and order based thereon.

Respectfully submitted this 14th day of May, 2020.

> MICHAEL BAILEY
> United States Attorney
> District of Arizona
>
> *s/Brett A. Day*
>
> _____
> BRETT A. Day
> Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on the foregoing date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant: Zachary Storrs.

2