IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR17-1311-PHX-DGC |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| Anthony Espinosa Gonzales, | |
| Defendant. | |

Pursuant to the United States' motion and good cause appearing,

IT IS HEREBY ORDERED granting the Government's Motion to Extend Time to Respond to Defendant's Motion to Compel Additional Discovery. The government's response is now due on June 15, 2020.

IT IS FURTHER ORDERED that no excludable delay under 18 U.S.C. § 3161(h) results from this Order.