**Storrs Law Firm, PLLC**
Zachary Storrs
Arizona State Bar No. 025780
1641 E. Osborn Rd. Ste 8
Phoenix, AZ 85016-7146
Telephone (480) 231-0126
Facsimile (602) 955-4701
Zstorrs@hotmail.com

*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br>vs.<br><br><br>Anthony Espinosa Gonzales,<br><br>   Defendant. | Case No. CR-17-01311-PHX-DGC<br><br><br>**MOTION TO CONTINUE TRIAL AND TO EXTEND TIME TO FILE PRETRIAL MOTIONS**<br><br>**(Ninth Request By All Counsel)** |

  Defendant, Anthony Espinosa Gonzales, moves to continue the Trial currently set for Tuesday, July 14, 2020, at 9:00 a.m. in this court for a period of 60 days.  Mr. Gonzales also requests that the deadline for filing pretrial motions in this case be extended.

  Mr. Gonzales was indicted on October 4, 2017.  On December 11, 2019, prior counsel was withdrawn and undersigned counsel was appointed to the case.  Undersigned counsel filed a Motion to Compel Additional Discovery and Notice of Filing of Torrential Downpour Version 1.33 Testing an Analysis on May 14, 2020.  The Court granted the Government's Extension of Time to File a Response and the government filed the Response on June 12, 2020.

Undersigned counsel must review the government's Response and the Affidavit in order to prepare a Reply.  Undersigned Counsel will seek an Extension of Time to File a Reply due to the complexity of the issues presented and the large amount of discovery that is related to the issue.  Mr. Gonzales continues to seek additional information necessary to a defense at a possible trial, as well as to address the outstanding issues presented in pleadings that are currently at issue.  Undersigned counsel requests sufficient time to fully address the issues that have been presented to the Court.  In addition, communication with the defense experts will be necessary.

Based upon these factors, a continuance is necessary and appropriate to afford the Defendant the effective assistance of counsel required by the Constitution. Should the case not be continued Defendant's ability to confer with counsel will be limited, meaning that there is a significant likelihood that a miscarriage of justice could occur. A continuance is necessary to allow Defendant reasonable time necessary to effectively prepare for trial or to otherwise resolve the case.

The Government, by Assistant United States Attorney Gayle L. Helart, has been advised of the motion and has no opposition to a continuance and extension.  This motion is brought in good faith for the reasons stated and not solely for the purpose of delay. The delay occasioned by granting the motion, and the reasons therefore, outweigh the interest of the Government, the Defendant, and the Public in a speedy trial.

EXCLUDABLE DELAY pursuant to Title 18 U.S.C.§3161(h)(7)(B)(i) and (iv) may occur as a result of this motion or from any order based thereon.

RESPECTFULLY SUBMITTED this 14th day of June, 2020.

                        /s Zachary Storrs
                        Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Hon. David G. Campbell
United States Senior District Judge
401 West Washington Street
Phoenix, AZ 85003
Campbell_Chambers@azd.uscourts.gov

Gayle L. Helart
Assistant United States Attorney
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Gayle.Helart@usdoj.gov

Brett A. Day
Assistant United States Attorney
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Brett.Day@usdoj.gov


By:/s Zachary Storrs