IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No. CR-17-01311-PHX-DGC |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| Anthony Espinosa Gonzales, | |
| Defendant. | |

Upon motion of Defendants and good cause appearing,

**IT IS ORDERED** granting the Defendant's Ninth Motion to Continue Trial and to Extend Time to File Pretrial Motions for the reasons stated in Defendant's Motion. This Court specifically finds that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the court's conclusion that the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C.§3161(h)(7)(B)(iv).

**IT IS FURTHER ORDERED** that the Jury Trial in this case set for July 14, 2020, is continued to _____, 20__, at _____ o'clock a.m./p.m.

**IT IS FURTHER ORDERED** extending the pretrial motion deadline to _____, 20__.

The Court finds excludable delay under 18 U.S.C.§3161(h)(7)(B)(i) and (iv) from _____ to _____.

DATED this _____ day of _____, 20__.

_____
David G. Campbell
United States Senior District Court Judge