**Storrs Law Firm, PLLC**
Zachary Storrs
Arizona State Bar No. 025780
1641 E. Osborn Rd. Ste 8
Phoenix, AZ 85016-7146
Telephone (480) 231-0126
Facsimile (602) 955-4701
Zstorrs@hotmail.com

*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | Case No. CR-17-01311-PHX-DGC |
|---|---|
| Plaintiff, | |
| vs. | **DEFENDANT'S MOTION TO EXTEND TIME TO REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO COMPEL ADDITIONAL DISCOVERY** |
| Anthony Espinosa Gonzales, | (First Request) |
| Defendant. | |

     Defendant, Anthony Espinosa Gonzales, by and through undersigned counsel, moves this Court to extend time for the defense to reply to the Government's Response to Defendant's Motion to Compel Additional Discovery.

     Defendant requests an additional 30 days to reply to the government's Response. The government's Response raised a number of issues necessitating that counsel meet with the experts involved in the testing. The complexity of the issues will require multiple meetings in order to be able to address each of the issues presented in the

Response.  Mr. Gonzales also notes that a motion to continue the trial has been granted, setting the trial on September 8, 2020.

An extension is necessary and appropriate to afford the Defendant the effective assistance of counsel required by the Constitution. Should the deadline not be extended, there is a significant likelihood that a miscarriage of justice could occur.

The Government, by Assistant United States Attorney Gayle L. Helart, has been advised of the motion and has no opposition to a 30-day extension.  This motion is brought in good faith for the reasons stated and not solely for the purpose of delay.

EXCLUDABLE DELAY pursuant to Title 18 U.S.C.§3161(h)(7)(B)(i) and (iv) may occur as a result of this motion or from any order based thereon.

RESPECTFULLY SUBMITTED this 21st day of June, 2020.

/s Zachary Storrs
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Hon. David G. Campbell
United States Senior District Judge
401 West Washington Street
Phoenix, AZ 85003
Campbell_Chambers@azd.uscourts.gov

Gayle L. Helart
Assistant United States Attorney
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Gayle.Helart@usdoj.gov

Brett A. Day
Assistant United States Attorney
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Brett.Day@usdoj.gov

By:/s Zachary Storrs