IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Anthony Espinosa Gonzales,<br><br>Defendant. | No. CR-17-01311-PHX-DGC<br><br>**ORDER** |

Upon motion of Defendants and good cause appearing,

**IT IS ORDERED** granting/denying the Defendant's Motion to Extend Time to Reply to Government's Response to Defendant's Motion to Compel Additional Discovery. The Reply is now due on _____.

The Court finds/does not find excludable delay under 18 U.S.C.§3161(h)(7)(B)(i) and (iv) from _____ to _____.

DATED this _____ day of _____, 20__.

_____
David G. Campbell
United States Senior District Court Judge

-1-