FILED ___ LODGED
___ RECEIVED ___ COPY

APR 01 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>Anthony Espinosa Gonzales,<br><br>        Defendant. | No. CR17-1311 PHX-DGC<br><br>**VERDICT** |

We the jury, duly empaneled and sworn, in the above entitled action, upon our oaths, unanimously find the Defendant, Anthony Espinosa Gonzales:

**Count 1:** Knowingly distributing a visual depiction of a minor engaging in sexually explicit conduct (December 13, 2016)

    __X__ Guilty      ____ Not Guilty

**Count 2:** Knowingly distributing a visual depiction of a minor engaging in sexually explicit conduct (December 14, 2019)

    __X__ Guilty      ____ Not Guilty

**Count 3:**  Knowingly distributing a visual depiction of a minor engaging in sexually explicit conduct (December 19, 2016)

   [X] Guilty      ___ Not Guilty

**Count 4:**  Knowingly distributing a visual depiction of a minor engaging in sexually explicit conduct. (December 23, 2016)

   [X] Guilty      ___ Not Guilty

**Count 5:**  Knowingly distributing a visual depiction of a minor engaging in sexually explicit conduct. (December 24, 2016)

   [X] Guilty      ___ Not Guilty

**Count 6:**  Knowingly distributing visual depictions of a minor engaging in sexually explicit conduct. (December 28, 2016)

   [X] Guilty      ___ Not Guilty

**Count 7:**  Knowingly distributing visual depictions of a minor engaging in sexually explicit conduct. (January 5, 2017)

   [X] Guilty      ___ Not Guilty

**Count 8:**  Knowingly distributing visual depictions of a minor engaging in sexually explicit conduct .(January 9, 2017)

   [X] Guilty      ___ Not Guilty

**Count 9:**   Knowingly possessing and knowingly accessing with intent to view, visual depictions that involved the use of a minor engaging in sexually explicit conduct. (February 8, 2017)

Guilty __X__   Not guilty _____

Date: __4-1-21__                                   __#1__
                                                  Jury Foreperson Number